IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Technology Properties Limited, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Fujitsu Limited, *et al*.<br><br>Defendants. | Case No. 2-05-cv-494 TJW |

**DECLARATION OF PERRY CLARK IN SUPPORT OF PANASONIC'S AND JVC'S MOTION TO TRANSFER**

I, PERRY CLARK, declare as follows:

1. I am an associate of the law firm of Weil, Gotshal & Manges LLP, counsel for Matsushita Electric Company of America ("Panasonic"). If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as Exhibit A is a true and correct copy of Memorandum of Law of Patriot Scientific Corporation in Support of Its Motion For Multidistrict Transfer, dated January 8, 2004.

3. Attached hereto as Exhibit B is a true and correct copy of Withdrawal of Motion For Transfer, dated February 23, 2004.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Floyd Eric Saunders to Judge Armstrong, dated June 13, 2005.

5. Attached hereto as Exhibit D is a true and correct copy of Judge Armstrong's Order from May 14, 2004. [Document 89]

6. Attached hereto as Exhibit E is a true and correct copy of Judge Armstrong's Order from May 14, 2004. [Document 90]

7. Attached hereto as Exhibit F is a true and correct copy of Judge Armstrong's Order Granting Defendants' Request for Extension of Case Management Calendar and Time to Respond to Amended Consolidated Complaint, dated May 17, 2004.

8. Attached hereto as Exhibit G is a true and correct copy of Joint Case Management Conference Statement and Status Report, dated June 29, 2005.

9. Attached hereto as Exhibit H is a true and correct copy of Joint Case Management Conference Statement and Status Report Preliminary Statement, dated September 23, 2005.

10. Attached hereto as Exhibit I is a true and correct copy of Judge Armstrong's Order from October 4, 2005.

11. Attached hereto as Exhibit J is a true and correct copy of the Complaint for Patent Infringement filed by Technology Properties Limited, Inc., dated October 24, 2005.

12. Attached hereto as Exhibit K is a true and correct copy of Defendants' Opposition to Plaintiffs' Civil L.R. 3-12 Administration Motion to Consider Whether Cases Should be Related, dated December 9, 2005.

13. Attached hereto as Exhibit L is a true and correct copy of Related Case Order, dated December 21, 2005.

14. Attached hereto as Exhibit M is a true and correct copy of Judge Armstrong's Minute Order from July 18, 2005.

15. Attached hereto as Exhibit N is a true and correct copy of a letter from Mac Leckrone to Susumu Koike, dated November 11, 2005.

16. Attached hereto as Exhibit O is a true and correct copy of Consolidated Amended Complaint for Patent Infringement, dated March 11, 2004.

17. Attached hereto as Exhibit P is a true and correct copy of Memorandum Opinion and Order (*Lexar Media v. Fuji Photo* Case No. 9:02CV178 EDTX), dated January 8, 2003.

18. Attached hereto as Exhibit Q is a true and correct copy of Table C-5 of the 2005 Judicial Conference Statistics.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 11, 2006, at Redwood Shores, California.

/S/
Perry Clark