UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| Technology Properties Limited, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Fujitsu Limited, Fujitsu General America, Inc., Fujitsu Computer Products of America, Inc., Fujitsu Computer Systems Corp., Fujitsu Microelectronics America, Inc., Fujitsu Ten Corporation of America, Matsushita Electrical Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Corporation, NEC Electronics America, Inc., NEC America, Inc., NEC Display Solutions of America, Inc., NEC Solutions America, Inc., NEC Unified Solutions, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC,<br><br>Defendants. | Case No. 2:05CV494 (WARD)(JURY) |

**DECLARATION OF IRIS SOCKEL MITRAKOS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER**

I, Iris Sockel Mitrakos, declare as follows:

1. I am a partner in the law firm of Townsend and Townsend and Crew LLP, the counsel of record for plaintiff Technology Properties, Ltd.. This declaration is based on my personal knowledge and, if called as a witness by this court, I could and would be competent to testify to the matters set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of the February 26, 2004 Related Case Order from *Intel Corporation v. Patriot Scientific Corporation*, USDC Northern District of California Case No. 4:04-CV-00439-SBA.

3. Attached hereto as Exhibit 2 is a true and correct copy of the June 8, 2004 Order granting Customer Defendants' Motion to Stay in USDC Northern District of California Case Nos. C 03-5787-SBA and C 04-0439-SBA.

4. Attached hereto as Exhibit 3 is a true and correct copy of the November 28, 2005 Complaint for Declaratory Relief filed in the United States District Court for the Northern District of California by Toshiba America, Inc., Toshiba Corporation, Toshiba America Information Systems, Inc., et al.

5. Attached hereto as Exhibit 4 is a true and correct copy of the November 28, 2005 Complaint for Declaratory Relief filed in the United States District Court for the Northern District of California by Fujitsu Computer Systems Corporation, Fujitsu Limited, Fujitsu Computer Products of America, Inc., Fujitsu Microelectronics America, Inc., Fujitsu General America, Inc. and Fujitsu Ten Corporation of America.

6. Attached hereto as Exhibit 5 is a true and correct copy of the November 28, 2005 Complaint for Declaratory Relief filed in the United States District Court for the Northern District of California by Panasonic Corporation of North America (formerly known as Matsushita Electric Corporation of America) and Matsushita Electrical Industrial Co., Ltd..

7. Attached hereto as Exhibit 6 is a true and correct copy of the November 28, 2005 Complaint for Declatory Relief filed in the United States District Court for the Northern District of California by NEC Corporation, NEC Electronics America, Inc., NEC America, Inc., NEC

Display Solutions of America, Inc., NEC Solutions (America), Inc. and NEC Unified Solutions, Inc..

8. Attached hereto as Exhibit 7 is a true and correct copy of the November 28, 2005 Complaint for Declaratory Relief filed in the United States District Court for the Northern District of California by JVC Americas Corporation

9. Attached hereto as Exhibit 8 is a true and correct copy of Plaintiff's Civil L.R. 3-12 Administrative Motion to Consider Whether Cases Should Be Related, filed in the United States District Court for the Northern District of California on December 6, 2005.

10. Attached hereto as Exhibit 9 is a true and correct copy of Judge Armstrong's May 19, 2005 Case Management Order from the United States District Court for the Northern District of California action.

11. Fujitsu Ltd. is the Japanese parent corporation for the Fujitsu defendants, with its principal offices and headquarters in Japan. On its website, Fujitsu Microelectronics America, Inc. ("FMA") states: "Established in 1979, FMA is a wholly owned subsidiary of Fujitsu Ltd. (TSE: 6702), a $44.5 billion company (fiscal year ending March 31, 2005) that provides customer-focused IT and communications solutions for the global marketplace. As part of Fujitsu's worldwide network, FMA taps into Fujitsu's vast resources, including its in-depth engineering capabilities, intellectual properties, deep submicron process technologies, and manufacturing network. ... FMA's engineers at its design centers in Sunnyvale and Dallas work with its customers' designers and Fujitsu's engineering organizations worldwide." Also on its website, FMA identifies its Texas Sales Office (Dominion Plaza "A", 7304 Preston Road, Suite 750, Dallas, Texas), Texas Representatives (Technical Marketing Inc., with offices at 3445 Executive Center Drive, Suite 252, Austin, Texas, 3320 Wiley Post Road, Carrollton, Texas, and 2825 Wilcrest, Suite 210, Houston, Texas); and Distributors having offices in Texas (Arrow Electronics and Bell Microproducts). A copy of the FMA website pages detailing this information is attached hereto as Exhibit 10.

12. Toshiba Corporation is the Japanese parent corporation for the Toshiba defendants, with its principal place of business and headquarters in Tokyo, Japan. On its

website, Toshiba Corporation states that it has five design centers in United States, including one located in Richardson, Texas. Defendant Toshiba America Electronic Components Inc. lists among its products and services, microprocessors, microcontrollers and ASICs, and lists sales offices in the following Texas cities: Austin, Richardson, El Paso, in Houston Austin, Texas. A copy of the website pages detailing this information is attached hereto as Exhibit 11.

13. NEC Corp. is the Japanese parent corporation for the NEC defendants, with its headquarters located in Tokyo, Japan. News articles mention that defendant NEC America, Inc. operates manufacturing design facilities in Dallas and Irving, Texas. According to its website, defendant NEC Electronics America, Inc. has an Automotive Strategic Business Unit in Dallas, Texas. Defendant NEC Unified Solutions, Inc. has its corporate headquarters and sales office in Irving, Texas. A copy of these articles and website pages are attached hereto as exhibit 12.

14. Matsushita Electrical Industrial Co., Ltd. is the Japanese parent corporation for the Matsushita defendants. TTI Inc., which has offices in Forth Worth, Texas, represents that it is Panasonic's premier authorized distributor. Panasonic represents that it Panasonic Electronic Devices Corp. of America Group operates manufacturing facilities in McAllen, Texas. A copy of website pages detailing this information is attached as Exhibit 13.

15. Attached hereto as Exhibit 14 is a true and correct copy of an excerpt from the September 17, 2004 deposition of Russell H. Fish in *Patriot Scientific Corporation v. Charles Moore, Technology Properties Ltd. and Daniel Leckrone* (the "Inventorship Case").

16. Attached hereto as Exhibit 15 is a true and correct copy of an excerpt from the December 1, 2004 deposition of Willis E. Higgins in *Patriot Scientific Corporation v. Charles Moore, Technology Properties Ltd. and Daniel Leckrone* (the "Inventorship Case").

17. Attached hereto as Exhibit 16 is a true and correct copy of the Judicial Caseload Profile for the United States District Court for the Eastern District of Texas.

18. Attached hereto as Exhibit 17 is a true and correct copy of the Judicial Caseload Profile for the United States District Court for the Northern District of California.

19. Attached hereto as Exhibit 18 is a true and correct copy of the January 11, 2006 Answer by Fujitsu Computer Systems Corporation, Fujitsu Limited, Fujitsu Computer Products

of America, Inc., Fujitsu Microelectronics America, Inc., Fujitsu General America, Inc. and Fujitsu Ten Corporation of America in the current case.

20. Attached hereto as Exhibit 19 is a true and correct copy of *Alternative Delivery Solutions, Ind., a/k/a ADS Media Group, Inc. v. R.R. Donnelley & Sons Company and Laboratorio Lito Color S.A. De C.V.*.

21. Attached hereto as Exhibit 20 is a true and correct copy of *Connectel, LLC v. Cisco Systems, Inc.*.

22. Attached hereto as Exhibit 21 is a true and correct copy of *Cummins-Allison Corp. v. Glory Ltd.*.

23. Attached hereto as Exhibit 22 is a true and correct copy of *Jacobs Chuck Manufacturing Co. v. Shandong Weida Machinery Co., Ltd. & One World Technologies, Inc.*.

24. Attached hereto as Exhibit 23 is a true and correct copy of *Juanita Ramos, et al. v. Wal-Mart Stores East, Inc., et al.*.

25. Attached hereto as Exhibit 24 is a true and correct copy of *Source, Inc. v. Rewards Network Inc.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 26th day of January, 2006, at San Francisco, California.

/s/

Iris Sockel Mitrakos

60687201 v1