UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| Technology Properties Limited, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Fujitsu Limited, Fujitsu General America, Inc., Fujitsu Computer Products of America, Inc., Fujitsu Computer Systems Corp., Fujitsu Microelectronics America, Inc., Fujitsu Ten Corporation of America, Matsushita Electrical Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Corporation, NEC Electronics America, Inc., NEC America, Inc., NEC Display Solutions of America, Inc., NEC Solutions America, Inc., NEC Unified Solutions, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 2:05-CV-00494 (TJW) |

**[PROPOSED] ORDER**

Came on for consideration Plaintiff Technology Properties Limited, Inc.'s ("TPL") Motion to Correct Preliminary Infringement Contentions, pursuant to Patent Rule 3-7. Having considered the pleadings and arguments presented, the Court is of the opinion that TPL has shown good cause for its request to correct its preliminary infringement contentions.

It is therefore ORDERED that Plaintiff TPL's Motion to Correct Preliminary Infringement Contentions, pursuant to Patent Rule 3-7 in GRANTED.

60845007 v1