# TPL's Motion to Correct Preliminary Infringement Contentions

# Exhibit 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| Technology Properties Limited, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Fujitsu Limited, Fujitsu General America, Inc., Fujitsu Computer Products of America, Inc., Fujitsu Computer Systems Corp., Fujitsu Microelectronics America, Inc., Fujitsu Ten Corporation of America, Matsushita Electrical Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Corporation, NEC Electronics America, Inc., NEC America, Inc., NEC Display Solutions of America, Inc., NEC Solutions America, Inc., NEC Unified Solutions, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 2:05-CV-00494 (TJW) |

**TECHNOLOGY PROPERTIES, LIMITED, INC.'S CORRECTED DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS**

Pursuant to Patent Rule 3-1, Plaintiff Technology Properties Limited, Inc. ("TPL") hereby provides its Corrected Disclosure of Asserted Claims and Preliminary Infringement Contentions. TPL's statements are based on publicly available materials regarding the accused infringing devices of Defendants that describe or discuss aspects of operation of the accused devices.

## I. INFRINGEMENT OF U.S. PATENT NO. 5,809,336

### A. Infringed Claims

Based on the information presently available to it, TPL asserts that Defendants NEC Corporation, NEC Electronics America, Inc., NEC America, Inc., NEC Display Solutions of America, Inc., NEC Solutions America, Inc., NEC Unified Solutions, Inc. ("NEC") infringe directly or indirectly, claims 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 of United States Patent No. 5,809,336 (the "'336 Patent"). Each of the NEC products identified by "Chip Part Number" in the table captioned "NEC Accused Chips [Exhibit A]" infringes claims of the '336 Patent identified in the claim charts attached as Exhibit A[1]; and is representative for purposes of infringement of its associated Chip Family. Each of the NEC products identified by "Chip Family" in that table infringes the same claims as the associated representative chip, with additional information on each NEC Chip Family shown in Exhibit H; and each of NEC's End-User Products identified in the list attached as Exhibit D infringes a claim of the '336 Patent, as set forth in the claim charts attached as Exhibit A, B, C and G, if discovery establishes that it embodies an NEC Accused Chip, Toshiba Accused Chip, MEI Accused Chip or Covered Fujitsu Chip which infringes or is covered by such claim.

[1] All exhibits referenced herein are attached to the previous version of this document served July 17, 2006, with the exception of Exhibits H, I, J and K, which are web pages from the Defendants' websites in furtherance of Defendants' requests that additional information be provided on the Chip Families.

Based on the information presently available to it, TPL asserts that Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC ("Toshiba") infringe directly or indirectly, claims 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 of the '336 Patent. Each of the Toshiba products identified by 'Chip Part Number' in the table captioned "Toshiba Accused Chips [Exhibit B]" infringes claims of the '336 Patent identified in the claim charts attached as Exhibit B, and is representative for purposes of infringement of its associated Chip Family. Each of the Toshiba products identified by "Chip Family" in that table infringes the same claims as the associated representative chip, with additional information on each Toshiba Chip Family shown in Exhibit I; and each of Toshiba's End-User Products identified in the list attached as Exhibit E infringes a claim of the '336 Patent, as set forth in the claim charts attached as Exhibit A, B, C and G, if discovery establishes that it embodies an NEC Accused Chip, Toshiba Accused Chip, MEI Accused Chip or Covered Fujitsu Chip which infringes or is covered by such claim.

Based on the information presently available to it, TPL asserts that Defendants Matsushita Electrical Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation ("MEI") infringe directly or indirectly, claims 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 of the'336 Patent. Each of the MEI products identified by "Chip Part Number" in the table captioned "MEI Accused Chips [Exhibit C]" infringes claims of the '336 Patent identified in the claim charts attached as Exhibit C, and is representative for purposes of infringement of its associated Chip Family. Each of the MEI products identified by "Chip Family" in that table infringes the same claims as the associated representative chip, with additional information on each MEI Chip Family shown in Exhibit J; and each of MEI's End-User Products identified in the list attached as Exhibit F infringes a claim of the '336 Patent, as set forth in the claim charts attached as Exhibit A, B, C and G, if discovery establishes that it embodies an NEC Accused

Chip, Toshiba Accused Chip, MEI Accused Chip or Covered Fujitsu Chip which infringes or is covered by such claim.

Discovery only recently commenced, and TPL's preliminary infringement contentions, including all claim charts and figures, are based on information reasonably available to TPL at this time. The accused devices and instrumentalities listed herein include only those of which TPL is presently aware. Accordingly, TPL reserves the right to supplement these Preliminary Infringement Contentions based on information developed in the course of this lawsuit through discovery or additional factual investigation, in view of the Court's claim construction ruling respecting the '336 Patent or as other circumstances may require.

**B. Infringement Claim Charts**

Attached hereto as Exhibit A are infringement claim charts showing how each NEC Accused Chip infringes asserted claims of the '336 Patent.

Attached hereto as Exhibit B are infringement claim charts showing how each Toshiba Accused Chip infringes asserted claims of the '336 Patent.

Attached hereto as Exhibit C are infringement claim charts showing how each MEI Accused Chip infringes asserted claims of the '336 Patent.

Attached hereto as Exhibit G are coverage claim charts showing how each Fujitsu Covered Chip is covered by asserted claims of the 336 Patent.

**C. Infringing And Covered Chips**

The NEC, Toshiba, and MEI Accused Chips, and Fujitsu Covered Chips, including each member of each Chip Family, listed herein below infringe the asserted claims of the '336 Patent as explained in the claims charts attached hereto as Exhibits A, B, C and G respectively.

**NEC's Accused Chips [Exhibit A]**

| Representative Chip Part Number | Part Description | Chip Family (see, e.g., Exhibit H) | Claims Asserted |
|---|---|---|---|
| Microcomputer uPD17717 | Microcomputer | 4-Bit 17K Series (DTS) | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller uPD178078 | Microcontroller | 8-Bit 178K Series (DTS) | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller uPD780058 | Microcontroller | 8-Bit 78K0 Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcomputer uPD78F9328 | Microcomputer | 8-Bit 179K Series (78KOS core) | 1, 2, 3, 4, 6, 7, 8, 9, 10 |
| Microcontroller uPD789478 | Microcontroller | 8-Bit 78KOS Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcomputer uPD703212 | Microcomputer | 32-Bit V850 Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Digital Signal Processor uPD77111 | Digital Signal Processor | Digital Signal Processor Devices | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| USB Interface uPD720130 | USB Interface | USB Devices | 1, 2, 3, 4, 6, 7, 9, 10 |
| Microcontroller uPD750008 | Microcontroller | 4-Bit 75XL Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Automotive Microcontroller uPD789850A | Automotive Microcontroller | 8-Bit 78KOS Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller uPD78F0537 | Microcontroller | 8-Bit 78KO Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller uPD784218AY | Microcontroller | 16-Bit 78K4 Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller uPD703003A | Microcontroller | 32-Bit V853 Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller uPD70F3116 | Motor Control | 32-Bit V850 Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microprocessor uPD30671 (Vr 7001) | Digital AV | Vr 64-Bit/32-Bit Microprocessors | 1, 2, 3, 4, 6, 7, 9, 10 |
| Microprocessor uPD30181A | Microprocessor | Vr 64-Bit Microprocessors | 1, 2, 3, 4, 6, 7, 9, 10 |

| Representative Chip Part Number | Part Description | Chip Family (see, e.g., Exhibit H) | Claims Asserted |
|---|---|---|---|
| Melody LSI uPD9993 | Digital AV | Melody LSI | 1, 3 |
| MPEG Encoder uPD61151 | Digital AV | MPEG Encoders | 1, 2, 3, 4, 5, 6, 7, 9, 10 |
| Network Controller uPD98501 | Communication Device | Network Controller Devices | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |

**Toshiba's Accused Chips [Exhibit B]**

| Representative Chip Part Number | Part Description | Chip Family (see, e.g., Exhibit I) | Claims Asserted |
|---|---|---|---|
| ASIC TC220 | ASIC | TC220 Family | 1, 2, 3, 4, 6, 7, 9, 10 |
| ASIC TC260 | ASIC | TC260 Family | 1, 2, 3, 4, 6, 7, 9, 10 |
| ASIC TC280 | ASIC | TC280 Family | 1, 2, 3, 4, 6, 7, 9, 10 |
| ASIC TC300 | ASIC | TC300 Family | 1, 2, 3, 4, 6, 7, 9, 10 |
| Bluetooth Baseband IC TC35651 | Microcontroller | Bluetooth Baseband IC | 1, 2, 3, 4, 5, 6, 7, 9, 10 |
| Microcontroller TMP88CK49 & TMP88CM49 | Microcontroller | 8-Bit TLCS-870/X Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller TMP87CH48 & TMP87CM48 | Microcontroller | 8-Bit TLCS-870 Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller TMP86CH06 | Microcontroller | 8-Bit TLCS-870/C Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Automotive Microcontroller TMP86C407 and TMP86C807 | Automotive Microcontroller | 8-Bit TLCS-870/C Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller TMP96C031Z | Microcontroller | 16-Bit TLCS-900 Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller TMP95CU54A | Microcontroller | 16-Bit TLCS-900/H Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller TMP93CS44 and TMP93CS45F | Microcontroller | 16-Bit TLCS-900/L Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |

| Representative Chip Part Number | Part Description | Chip Family (see, e.g., Exhibit I) | Claims Asserted |
|---|---|---|---|
| Microcontroller TMP92C820 | Microcontroller | 32-Bit TLCS-900/H1 Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller TMP91C016F | Microcontroller | 16-Bit TLCS-900/L1 Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller TMP92CZ26 | Microcontroller | 32-Bit TLCS-900/H1 Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microprocessor TMPR3916F | Microprocessor | TX39 / 32-Bit TX System RISC | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microprocessor TMP1941AF | Microprocessor | TX19 / 32-Bit TX System RISC | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller TMP94C241CF | Microcontroller | 32-Bit TLCS-900/H2 Series | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microprocessor TMPR4937 | Microprocessor | TX-49 / 64-Bit TX System RISC | 1, 2, 3, 4, 5, 6, 7, 9, 10 |
| MPEG-4 Decoder TC35274 | MPEG-4 Video Decoder | MPEG-4 Video Decoder Devices | 1, 2, 3, 4, 5, 6, 9, 10 |
| MPEG-4 Audiovisual TC35273 | MPEG-4 Codec | MPEG-4 AV Codec Devices | 1, 2, 3, 4, 5, 6, 7, 9, 10 |

**MEI's Accused Chips [Exhibit C]**

| Representative Chip Part Number | Part Description | Chip Family (see, e.g., Exhibit J) | Claims Asserted |
|---|---|---|---|
| Microcomputer MN101CF91D | 8 Bit Microcomputer | MN101(AM1) | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcontroller MN102xx19 | 16 Bit Microcomputer | MN102(AM2) | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcomputer MN1A7T0200 | 32 Bit Microcomputer | ARM | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcomputer MN103SC2A | 32 Bit Microcomputer | MN103(AM3) | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcomputer MN103E010H | 32 Bit Microcomputer | MN103(AM3) | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Microcomputer MN1872423 | MOS LSI | MOS LSI | 1, 2, 3, 4, 6, 7, 8, 9, 10 |

**Fujitsu's Covered Chips [Exhibit G]**

| Representative Chip Part Number | Part Description | Chip Family (see, e.g., Exhibit K) | Claims Asserted |
|---|---|---|---|
| Accel Array Mega Platform | ASIC | Structured ASIC - AccelArray | 1, 2, 3, 4, 5, 6, 7, 9, 10 |
| ASIC Bluetooth IPWare & Cores MB86C00-MBG011 | Bluetooth Baseband Processor | IPWare & Cores - Bluetooth | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| CMOS Standard Cell CS91 Series | ASIC | Standard Cell | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Embedded Array CE81 Series | ASIC | Embedded Array | 1, 2, 3, 4, 6, 7, 9, 10 |
| VOIP Codec Raptor | ASIC | IPWare & Cores - VOIP | 1, 2, 3, 4, 6, 7, 9, 10 |
| Graphics Display Controller MB86296S | PCI Graphic Display Controller | Graphic Display Controller | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| 16-bit Microcontroller MB90650A | 16-bit Microcontroller | $F^2$M-16L | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| 16-bit Microcontroller MB90860A | 16-bit Microcontroller | $F^2$M-16LX | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| 32-bit Microcontroller MB91133 | 32-bit Microcontroller | FR30 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| 32-bit Microcontroller MB91191 | 32-bit Microcontroller | FR20 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| 32-bit Microcontroller MB91270/280 | 32-bit Microcontroller | FR60Lite | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| 32-bit Microcontroller MB91301 | 32-bit Microcontroller | FR60 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| 32-bit Microcontroller MB91360 | 32-bit Microcontroller | FR50 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| 8-bit Microcontroller MB89497 | 8-bit Microcontroller | $F^2$MC-8L | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| 8-bit Microcontroller MB95FV100 | 8-bit Microcontroller | $F^2$MC-8FX | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 |
| Mobile Media Processor MB86V00/01 | Media Processor | Mobile Media Processor | 1, 2, 3, 4, 6, 7, 9, 10 |

### D. Doctrine of Equivalents

TPL contends that each element of the asserted claims is literally present in the accused products listed above. In the alternative, TPL contends that any element not found to be literally present in an accused product is present under the doctrine of equivalents.

## II. INFRINGEMENT OF U.S. PATENT NO. 5,784,584

### A. Infringed Claims

Based on the information presently available to it, TPL asserts that Defendants NEC infringe directly or indirectly, at least claim 29 of United States Patent No. 5,784,584 (the "'584 Patent"). Each of the NEC products identified by "Chip Part Number" in the table captioned "NEC Accused Chips [Exhibit A]" infringes claim 29 of the '584 Patent identified in the claim charts attached as Exhibit A, and is representative for purposes of infringement of its associated Chip Family. Each of the NEC products identified by "Chip Family" in that table infringes the same claim as the associated representative chip, with additional information on each NEC Chip Family shown in Exhibit H; and each of NEC's End-User Products identified in the list attached as Exhibit D infringes a claim of the '584 Patent, as set forth in the claim charts attached as Exhibit A, B, C and G, if discovery establishes that it embodies an NEC Accused Chip, Toshiba Accused Chip, MEI Accused Chip or Covered Fujitsu Chip which infringes or is covered by such claim.

Based on the information presently available to it, TPL asserts that Defendants Toshiba infringe directly or indirectly, at least claim 29 of the '584 Patent. Each of the Toshiba products identified by "Chip Part Number" in the table captioned "Toshiba Accused Chips [Exhibit B]" infringes claim 29 of the '584 Patent identified in the claim charts attached as Exhibit B, and is representative for purposes of infringement of its associated Chip Family. Each of the Toshiba products identified by "Chip Family" in that table infringes the same claim as the associated representative chip, with additional information on each Toshiba Chip Family shown in Exhibit

I; and each of Toshiba's End-User Products identified in the list attached as Exhibit E infringes a claim of the '584 Patent, as set forth in the claim charts attached as Exhibit A, B, C and G, if discovery establishes that it embodies an NEC Accused Chip, Toshiba Accused Chip, MEI Accused Chip or Covered Fujitsu Chip which infringes or is covered by such claim.

Based on the information presently available to it, TPL asserts that Defendants MEI infringe directly or indirectly, at least claim 29 of the '584 Patent. Each of the MEI products identified by "Chip Part Number" in the table captioned "MEI Accused Chips [Exhibit C]" infringes claim 29 of the '584 Patent identified in the claim charts attached as Exhibit C, and is representative for purposes of infringement of its associated Chip Family. Each of the MEI products identified by "Chip Family" in that table infringes the same claim as the associated representative chip, with additional information on each Chip Family shown in Exhibit J; and each of MEI's End-User Products identified in the list attached as Exhibit F infringes a claim of the '584 Patent, as set forth in the claim charts attached as Exhibit A, B, C and G, if discovery establishes that it embodies an NEC Accused Chip, Toshiba Accused Chip, MEI Accused Chip or Covered Fujitsu Chip which infringes or is covered by such claim.

Discovery only recently commenced, and TPL's preliminary infringement contentions, including all claim charts and figures, are based on information reasonably available to TPL at this time. The accused devices and instrumentalities listed herein include only those of which TPL is presently aware. Accordingly, TPL reserves the right to supplement these Preliminary Infringement Contentions based on information developed in the course of this lawsuit through discovery or additional factual investigation, in view of the Court's claim construction ruling respecting the '584 Patent or as other circumstances may require.

**B. Infringement Claim Charts**

Attached hereto as Exhibit A are infringement claim charts showing how each NEC Accused Chip infringes asserted claims of the '584 Patent.

Attached hereto as Exhibit B are infringement claim charts showing how each Toshiba Accused Chip infringes asserted claims of the '584 Patent.

Attached hereto as Exhibit C are infringement claim charts showing how each MEI Accused Chip infringes asserted claims of the '584 Patent.

Attached hereto as Exhibit G are infringement claim charts showing how each Fujitsu Covered Chip is covered by the asserted claims of the '584 Patent.

**C. Infringing Products**

The NEC, Toshiba, MEI and Fujitsu products listed below, including each member of each Chip Family, infringe or are covered by the asserted claims of the '584 Patent as explained in the claims charts attached hereto as Exhibits A, B, C and G, respectively.

**NEC's Accused Chips [Exhibit A]**

| **Representative Chip Part Number** | **Part Description** | **Chip Family (see, e.g., Exhibit H)** | **Claims Asserted** |
|---|---|---|---|
| V850E2 | Microcomputer | 32-Bit V850 Series | 29 |
| Gate Array SoC Lite uPD65977 | ASIC | Gate Array (ARM7TDMI core) | 29 |
| Structured ASIC ISSP90 | ASIC | Structured ASICs | 29 |

**Toshiba's Accused Chips [Exhibit B]**

| **Representative Chip Part Number** | **Part Description** | **Chip Family (see, e.g., Exhibit I)** | **Claims Asserted** |
|---|---|---|---|
| ASIC TC240 (ARM7TDMI) | ASIC | TC240 Family | 29 |
| ASIC TC260 (ARM926EJ-S) | ASIC | TC260 Family | 29 |
| ASIC TC280 (ARM946ES) | ASIC | TC280 Family | 29 |
| ASIC TC300 | ASIC | TC300 Family | 29 |

| Representative Chip Part Number | Part Description | Chip Family (see, e.g., Exhibit I) | Claims Asserted |
|---|---|---|---|
| (ARM1026EJ-S) | | | |
| Bluetooth Baseband IC TC35651 (ARM7TDMI) | Automotive Microcontroller | Bluetooth Baseband IC | 29 |
| Microcontroller TMP 94C241C | Microcontroller | 32-Bit TLCS-900/H2 Series | 29 |
| Microcontroller TMP92C820 | Microcontroller | 32-Bit TLCS-900/H1 Series | 29 |
| Automotive Microcontroller TMP92CD54IF | Automotive Microcontroller | 32-Bit TLCS-900/H1 Series | 29 |
| MPEG-4 Codec (Mobile Turbo) TC35295 (ARM926EJ-S) | MPEG-4 Codec | MPEG-4 Codec (Mobile Turbo) Devices | 29 |

**MEI's Accused Chips [Exhibit C]**

| Representative Chip Part Number | Part Description | Chip Family (see, e.g., Exhibit J) | Claims Asserted |
|---|---|---|---|
| Microcomputer MN101CF91D | 8 Bit Microcomputer | MN101(AM1) | 29 |
| Microcontroller MN101C78A | 8 Bit Microcontroller | MN101(AM1) | 29 |
| Microcomputer MN103SC2A | 32 Bit Microcomputer | MN103(AM3) | 29 |
| Microcomputer MN103E010H | 32 Bit Microcomputer | MN103(AM3) | 29 |
| Microcomputer MN102xx19 | 16 Bit Microcomputer | MN102(AM2) | 29 |
| Microcomputer MN1A92070R | MPEG-4 Codec LSI | ARM | 29 |
| Microcomputer MN1A7T0200 | 32 Bit Microcomputer | ARM | 29 |

**Fujitsu's Covered Chips [Exhibit G]**

| Representative Chip Part Number | Part Description | Chip Family (see, e.g., Exhibit K) | Claims Asserted |
|---|---|---|---|
| Accel Array Mega Platform | ASIC | Structured ASIC - AccellArray | 29 |
| ASIC Bluetooth IPWare & Cores MB86C00-MBG011 | Bluetooth Baseband Processor | IPWare & Cores - Bluetooth | 29 |
| CMOS Standard Cell CS91 Series | ASIC | Standard Cell | 29 |
| LSI MB87Q1100 | Multi-CPU Evaluation Chip | Multi-CPU Evaluation Chip | 29 |
| Mobile Media Processor MB86V00/01 | Media Processor | Mobile Media Processor | 29 |
| WiMAX MB87M3400 | System on Chip (SoC) | WiMAX 802.16-2004 SoC | 29 |

### D. Doctrine of Equivalents

TPL contends that each element of the asserted claims is literally present in the accused products listed above. In the alternative, TPL contends that any element not found to be literally present in an accused product is present under the doctrine of equivalents.

## III. INFRINGEMENT OF U.S. PATENT NO. 6,598,148

### A. Infringed Claims

Based on the information presently available to it, TPL asserts that Defendants NEC**,** Toshiba and MEI infringe directly or indirectly, at least claims 4, 7, 8, and 10 of United States Patent No. 6,598,148 (the "'148 Patent"). All of the NEC, Toshiba and MEI products identified below as "NEC Accused Chips," "Toshiba Accused Chips," and "MEI Accused Chips" infringe claims of the '148 Patent as indicated in the claim charts attached as Exhibits A, B and C.

Discovery only recently commenced, and TPL's preliminary infringement contentions, including all claim charts and figures, are based on information reasonably available to TPL at

this time. The accused devices and instrumentalities listed herein include only those of which TPL is presently aware. Accordingly, TPL reserves the right to supplement these Preliminary Infringement Contentions based on information developed in the course of this lawsuit through discovery or additional factual investigation, in view of the Court's claim construction ruling respecting the '148 Patent or as other circumstances may require. TPL believes that discovery will reveal that many additional NEC, Toshiba and MEI Accused Chips and Fujitsu Covered Chips infringe, or are covered by, the '148 Patent.

### B. Infringement Claim Charts

Attached hereto as Exhibits A, B and C are infringement claim charts showing how each of the NEC, Toshiba and MEI Accused Chips infringes asserted claims of the '148 Patent.

### C. Infringing Products

The NEC, Toshiba and MEI products identified below by "Chip Part Number" infringe the asserted claims of the '148 Patent as explained in the claims charts attached hereto as Exhibits A, B and C.

**NEC's Accused Chips [Exhibit A]**

| Chip Part Number | Part Description | Claims Asserted |
|---|---|---|
| Microcontroller uPD70F3017A | Microcontroller | 4, 7, 8, 10 |
| Microcontroller uPD70F3032BY | Microcontroller | 4, 7, 8, 10 |

**Toshiba's Accused Chips [Exhibit B]**

| Chip Part Number | Part Description | Claims Asserted |
|---|---|---|
| Microcontroller TMP88CU74 | Microcontroller | 4, 7, 8 |
| Microcontroller TMP88CU77F | Microcontroller | 4, 7, 8 |
| MPEG-4 Audiovisual TC35273 | MPEG-4 AV Codec | 4, 7, 8 |
| MPEG-4 Codec TC35280 (T4) | MPEG-4 Codec | 4, 7, 8 |

**MEI's Accused Chips [Exhibit C]**

| Chip Part Number | Part Description | Claims Asserted |
|---|---|---|
| Microcomputer MN101EF01MAF LSI | Microcomputer | 4, 7, 8 |

Exhibits D, E and F contain lists of NEC, Toshiba, and Matsushita end user products which are likely to infringe if further discovery proves that they contain the accused chips listed herein.

**D. Doctrine of Equivalents**

TPL contends that each element of the asserted claims is literally present in the accused products listed above. In the alternative, TPL contends that any element not found to be literally present in an accused product is present under the doctrine of equivalents.

DATED: August 14, 2006

Respectfully submitted,

By: ______________________________

S. Calvin Capshaw, State Bar No. 03783900
BROWN McCARROLL, LLP
ccapshaw@mailbmc.com
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

JONES AND JONES INC., P.C.
Franklin Jones, Jr. (State Bar No. 00000055)
201 West Houston Street, P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
maizieh@millerfirm.com

IRELAND CARROLL AND KELLEY, P.C.
Otis W. Carroll, State Bar No. 03895700
nancy@icklaw.com
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071

TOWNSEND and TOWNSEND and CREW LLP
Roger L. Cook, CA State Bar No. 55208
rlcook@townsend.com
Eric P. Jacobs, CA State Bar No. 88413
epjacobs@townsend.com
Byron W. Cooper, CA State Bar No. 166578
bwcooper@townsend.com
Iris S. Mitrakos, CA State Bar No. 190162
ismitrakos@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
TECHNOLOGY PROPERTIES LIMITED, INC.

60844630 v1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing:

1) **TECHNOLOGY PROPERTIES, LIMITED, INC.'S CORRECTED DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS**

was served as indicated below on August ___, 2006, on the following attorneys of record:

***ATTORNEYS FOR DEFENDANT, TOSHIBA***

| | |
|---|---|
| Scott F. Partridge<br>Amanda Woodall Mayor<br>Michael A. Hawes<br>L. Gene Spears<br>Robinson Vu<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002-4995<br>Facsimile: (713) 229-1522<br>E-Mail: scott.partridge@bakerbotts.com<br>amanda.mayor@bakerbotts.com<br>michael.hawes@bakerbotts.com<br>gene.spears@bakerbotts.com<br>robinson.vu@bakerbotts.com<br>**By E-Mail and FedEx** | Michael Smith<br>The Roth Law Firm<br>115 N. Wellington, Suite 200<br>Marshall, TX 75670<br>Facsimile: 903-935-1797<br>E-mail: ms@rothfirm.com<br><br>**By E-Mail** |

***ATTORNEYS FOR DEFENDANT MATSUSHITA***

| | |
|---|---|
| David J. Lender<br>Matthew Antonelli<br>John Shumaker<br>Jinyung Lee<br>Steven Alan Reiss<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Facsimile: (212) 310-8007<br>E-Mail: david.lender@weil.com<br>matthew.antonelli@weil.com<br>john.shumaker@weil.com<br>jinyung.lee@weil.com<br>steven.reiss@weil.com<br><br>**By E-mail and FedEx** | Jason D. Kipnis<br>Weil Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Facsimile: (650) 802-3100<br>E-Mail: jason.kipnis@weil.com<br><br>**By E-mail** |
| Eric H. Findlay<br>Ramey & Flock, P.C.<br>100 E. Ferguson, Suite 500<br>Tyler, TX 75702<br>Facsimile:(903) 597-2413<br>E-Mail: efindlay@rameyflock.com<br><br>**By E-mail** | Harry Lee Gilliam, Jr.<br>Gilliam & Smith, LLP<br>110 South Bolivar, Suite 204<br>Marshall, TX 75670<br>Facsimile: (903) 934-9257<br>E-Mail: gil@gilliamsmithlaw.com<br><br>**By E-mail** |

***ATTORNEYS FOR DEFENDANT NEC***

| | |
|---|---|
| John J. Feldhaus<br>Anthony H. Son<br>Lisa S. Mankofsky<br>Matthew A. Smith<br>Foley & Lardner LLP<br>3000 K Street, N.W., Suite 500<br>Washington, D.C. 20007-5109<br>Facsimile: (202) 672-5399<br>E-Mail: jfeldhause@foley.com<br>ason@foleylaw.com<br>**By E-mail and FedEx** | Jeremy M. Thompson<br><br>Foley & Lardner LLP<br>111 North Orange Ave., Ste. 1800<br>Orlando, FL 32801<br>Facsimile: 407-648-1743<br>E-mail: jmthompson@foley.com Foley<br>**By E-mail** |
| Guy N. Harrison<br>Attorney at Law<br>P.O. Box 1348<br>217 N. Center<br>Longview, TX<br>Facsimile: (903) 753-9557<br>E-Mail: gnharrison@att.net<br>**By E-mail** | |

____________________________
Roger L. Cook

60844630 v1