**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Technology Properties Limited, Inc.<br><br>  Plaintiff,<br><br>    v.<br><br>Fujitsu Limited, Fujitsu General America, Inc., Fujitsu Computer Products of America, Inc., Fujitsu Computer Systems Corp., Fujitsu Microelectronics America, Inc., Fujitsu Ten Corporation of America, Matsushita Electrical Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Corporation, NEC Electronics America, Inc., NEC America, Inc., NEC Display Solutions of America, Inc., NEC Solutions America, Inc., NEC Unified Solutions, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC.,<br><br>  Defendants | 2:05-cv-00494-TJW |

**ORDER**

  WHEREAS, the Court has considered the Motion of Intervenor-Defendants ARM, Ltd. and ARM, Inc. (collectively, "ARM") to Intervene pursuant to Fed. R. Civ. P. 24 and all other pleadings of record, and

  WHEREAS, the Court has determined that ARM satisfies all of the criteria for intervention as of right pursuant to Fed. R. Civ. P. 24(a); and

  IT IS HEREBY ORDERED THAT ARM is GRANTED leave to intervene as of right pursuant to Fed. R. Civ. P. 24(a).

SIGNED this 14th day of September, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE