**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Technology Properties Limited, Inc., and Patriot Scientific Corporation,<br><br>          Plaintiffs,<br><br>          v.<br><br>Fujitsu Limited, Fujitsu General America, Inc., Fujitsu Computer Products of America, Inc., Fujitsu Computer Systems Corp., Fujitsu Microelectronics America, Inc., Fujitsu Ten Corporation of America, Matsushita Electrical Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Corporation, NEC Electronics America, Inc., NEC America, Inc., NEC Display Solutions of America, Inc., NEC Solutions America, Inc., NEC Unified Solutions, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC., ARM, Ltd., and ARM, Inc.<br><br>          Defendants | 2:05-cv-00494-TJW |

**NOTICE OF SERVICE OF PARAGRAPH 1 DISCLOSURES and PRELIMINARY INVALIDITY CONTENTIONS OF DEFENDANTS ARM, LTD. AND ARM, INC**

TO THE HONORABLE JUDGE OF SAID COURT:

   Defendants ARM, Ltd, and ARM, Inc. herein file this their Notice of Service of Paragraph 1 Disclosures and Preliminary Invalidity Contentions and respectfully inform the Court that defendants served their Disclosures pursuant to Paragraph 1 of the Courts' Amended Discovery Order and their Preliminary Invalidity Contentions on October 13, 2006.

Respectfully submitted,

*/s/ Michael Smith*

Carl R. Roth
Texas Bar No. 901984225
cr@rothfirm.com
Michael C. Smith
Texas Bar No. 900641877
ms@rothfirm.com
THE ROTH LAW FIRM, P.C.
115 North Wellington, Suite 200
P.O. Box 876
Marshall, Texas  75671
Tel: (903) 935-1665
Fax: (903) 935-1797


James H. Wallace, Jr.
DC Bar. No. 016113
jwallace@wrf.com
Gregory E. Lyons
DC Bar. No.  436071
glyons@wrf.com
Kevin P. Anderson
DC Bar. No. 476504
kanderson@wrf.com
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel:  (202) 719-7000
Fax: (202)719-7049

*Counsel for ARM Ltd. and ARM, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 16th day of October, 2006. Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Michael C. Smith