IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| Technology Properties Limited and Patriot Scientific Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Corporation, NEC Electronics America, Inc., NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Unified Solutions, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC.,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2-05-CV-494 (TJW)<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Eastern District of Texas Patent Rule 4-3, Plaintiffs Technology Properties Limited and Patriot Scientific Corporation (collectively "Plaintiffs"); Defendants Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Toshiba Corporation (collectively "Toshiba Defendants"); JVC Americas Corp., Matsushita Electric Industrial Co., Ltd, and Panasonic Corporation of North America; NEC Corporation, NEC Electronics America, Inc., NEC Display Solutions of America, Inc., NEC Corporation of America, and NEC Unified Solutions, Inc. (collectively "NEC Defendants"); and intervenors ARM, Ltd. and ARM, Inc. (collectively "ARM ") hereby provide the following Joint Claim Construction and Prehearing Statement.

## I. AGREED CLAIM CONSTRUCTIONS

Constructions of those claim terms, phrases, or clauses for each of the asserted patents on which the parties agree are set forth in Exhibit A attached hereto.

## II. DISPUTED CLAIM CONSTRUCTIONS

Plaintiffs' proposed constructions and identification of evidence for each disputed claim term, phrase, or clause of the patents-in-suit is attached hereto as Exhibit B.

The Defendants' proposed constructions and identification of evidence for each disputed claim term, phrase, or clause of the patents-in-suit is attached hereto as Exhibit C.[1]

## III. ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING

The parties believe that it would be appropriate for the Court to allocate four hours to the claim construction hearing, with two hours allocated to Plaintiffs and two hours allocated to Defendants, including intervenors ARM.

## IV. CLAIM CONSTRUCTION WITNESSES

The parties will not call any fact or expert witnesses to testify at the Claim Construction Hearing and, thus, have not provided summaries of expert opinions herewith. The parties expect to submit declarations of expert witnesses in connection with their claim construction briefs, and have agreed that expert discovery concerning claim construction, including depositions, will not be conducted.

---

[1] Plaintiffs have represented that they are accusing only ARM core chips of infringing the '584 Patent. Accordingly, Defendants have deferred to the constructions proposed by ARM with respect to the '584 Patent. Defendants reserve the right to raise additional claim construction issues and to make additional proposals regarding claim construction in the event that plaintiffs seek to include additional chips beyond the ARM core chips currently accused.

**V.      CLAIM CONSTRUCTION PREHEARING CONFERENCE**

The parties agree that any prehearing conference can be conducted at the beginning of the claim construction hearing and a separate hearing date is not required.

DATED:  February 16, 2007          Respectfully submitted,


By:   /s/ Iris Sockel Mitrakos
Iris Sockel Mitrakos
TOWNSEND and TOWNSEND and CREW LLP
Iris Sockel Mitrakos, CA State Bar No. 190162
    ismitrakos@townsend.com
12730 High Bluff Drive
Suite 400
San Diego, CA  92130
Telephone:  (858) 350-6100
Facsimile:   (858) 350-6111

TOWNSEND and TOWNSEND and CREW LLP
Roger L. Cook, CA State Bar No. 55208
    rlcook@townsend.com
Lead Counsel
Eric P. Jacobs, CA State Bar No. 88413
    epjacobs@townsend.com
Byron W. Cooper, CA State Bar No. 166578
    bwcooper@townsend.com
Two Embarcadero Center
8th Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300

S. Calvin Capshaw, State Bar No. 03783900
BROWN McCARROLL, LLP
    ccapshaw@mailbmc.com
1127 Judson Road
Suite 220
P.O. Box 3999
Longview, TX  75601-5157
Telephone:  (903) 236-9800
Facsimile:   (903) 236-8787

        JONES AND JONES INC., P.C.
Franklin Jones, Jr. (State Bar No. 00000055)
    maizieh@millerfirm.com
201 West Houston Street
P.O. Drawer 1249
Marshall, TX  75671-1249
Telephone:  (903) 938-4395
Facsimile:  (903) 938-3360

IRELAND CARROLL AND KELLEY, P.C.
Otis W. Carroll, State Bar No. 03895700
    nancy@icklaw.com
6101 South Broadway
Suite 500
P.O. Box 7879
Tyler, TX  75711
Telephone:  (903) 561-1600
Facsimile:  (903) 561-1071

Attorneys for Plaintiff and Cross-Defendant
TECHNOLOGY PROPERTIES LIMITED, INC.


DATED:  February 16, 2007    Respectfully submitted,


By:     /s/ Charles T. Hoge
    Charles T. Hoge
    KIRBY NOONAN LANCE & HOGE
    Charles T. Hoge
    choge@knlh.com
    600 West Broadway
    Suite 1100
    San Diego, CA  92101
    Telephone:  (619) 231-8666
    Facsimile:  (619) 231-9593

    Robert Christopher Bunt, Esq.
    PARKER, BUNT & AINSWORTH, P.C.
    100 East Ferguson
    Suite 1114
    Tyler, TX  75702
    Telephone:  (903) 531-3535
    Facsimile:  (903) 533-9687

    Attorneys for Plaintiff and Cross-Defendant
    PATRIOT SCIENTIFIC CORPORATION

DATED: February 16, 2007 Respectfully submitted,

By:    /s/ David J. Healey
    David J. Healey
    Texas State Bar No. 09327980
    WEIL, GOTSHAL & MANGES LLP
    700 Louisiana St., Ste. 1600
    Houston, TX 77002
    Telephone: (713) 546-5000
    Facsimile: (713) 224-9511
    david.healey@weil.com

    David J. Lender (Pro Hac Vice)
    david.lender@weil.com
    Matthew Antonelli (Pro Hac Vice)
    matthew.antonelli@weil.com
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, NY 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    ATTORNEYS FOR DEFENDANTS
    MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.;
    PANASONIC CORPORATION OF NORTH
    AMERICA; and JVC AMERICAS CORP.

DATED: February 16, 2007 Respectfully submitted,

By:    /s/ Guy N. Harrison
    Guy N. Harrison
    State Bar No. 00000077
    gnharrison@att.net
    Attorney at Law
    217 N. Center
    Longview, TX 75601
    Telephone: (903) 758-7361
    Facsimile: (903) 753-9557

        John J. Feldhaus, VA Bar No. 20046
jfeldhaus@foley.com
Anthony H. Son, CA Bar No. 190478
ason@foley.com
Lisa S. Mankofsky, DC Bar No. 411931
lmankofsky@foley.com
Matthew A. Smith, DC Bar No. 498460
msmith@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, D.C. 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Joe W. Redden, Jr., State Bar No. 16660600
BECK REDDEN & SECREST, LLP
1221 McKinney St., Suite 4500
Houston, TX 77010-2020
Telephone:  (713) 951-3700
Facsimile:  (713) 951-3720
jredden@brsfirm.com

COUNSEL FOR DEFENDANTS NEC CORPORATION, NEC ELECTRONICS AMERICA, INC., NEC DISPLAY SOLUTIONS OF AMERICA, INC., NEC CORPORATION OF AMERICA, AND NEC UNIFIED SOLUTIONS, INC.

60985606 v1

DATED: February 16, 2007        Respectfully submitted,

                                By:   /s/ Scott Partridge
                                    Scott Partridge
                                    Lead Attorney
                                    Texas State Bar No. 00786940
                                    BAKER BOTTS L.L.P.
                                    One Shell Plaza
                                    910 Louisiana Street
                                    Houston, Texas 77002
                                    Tel.:(713) 229-1569
                                    Fax:(713) 229-7769
                                    scott.partridge@bakerbotts.com

                                    OF COUNSEL:
                                    L.Gene Spears Texas State Bar No. 18896350
                                    Michael Hawes Texas State Bar No. 24010761
                                    BAKER BOTTS L.L.P.
                                    One Shell Plaza
                                    910 Louisiana Street
                                    Houston, Texas 77002
                                    Tel.:(713) 229-1234
                                    Fax:(713) 229-7152

                                    Carl R. Roth
                                    Texas Bar No. 901984552
                                    cr@rothfirm.com
                                    Michael C. Smith
                                    Texas Bar No. 900641877
                                    ms@rothfirm.com
                                    THE ROTH LAW FIRM, P.C.
                                    115 North Wellington, Suite 200
                                    P.O. Box 876
                                    Marshall, Texas 75671
                                    Tel: (903) 935-1665
                                    Fax: (903) 935-1797

                                    ATTORNEYS FOR DEFENDANTS, TOSHIBA
                                    CORPORATION, TOSHIBA AMERICA, INC.,
                                    TOSHIBA AMERICA ELECTRONIC
                                    COMPONENTS, INC., TOSHIBA AMERICA
                                    INFORMATION SYSTEMS, INC., AND TOSHIBA
                                    AMERICA CONSUMER PRODUCTS, LLC

DATED: February 16, 2007            Respectfully submitted,

By:   /s/ Carl R. Roth
Carl R. Roth
Texas Bar No. 901984552
cr@rothfirm.com
Michael C. Smith
Texas Bar No. 900641877
ms@rothfirm.com
THE ROTH LAW FIRM, P.C.
115 North Wellington, Suite 200
P.O. Box 876
Marshall, Texas 75671
Tel: (903) 935-1665
Fax: (903) 935-1797

James H. Wallace, Jr.,
DC Bar No. 016113
jwallace@wrf.com
Gregory E. Lyons
DC Bar No. 016113
jwallace@wrf.com
Gregory E. Lyons
DC Bar No. 436071
glyons@wrf.com
Kevin P. Anderson
DC Bar No. 476504
kanderson@wrf.com
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049

COUNSEL FOR ARM LTD. and ARM, INC.

60985606 v1