UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| Technology Properties Limited, Inc. and Patriot Scientific Corporation, | § § § | Case No. 2:05-CV-00494 (TJW |
| Plaintiffs, | § § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| Matsushita Electrical Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Corporation, NEC Electronics America, Inc., NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Unified Solutions, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC, | § § § § § § § § § § § § | |
| Defendants. | § § § | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to a settlement agreement by and between Plaintiffs, Technology Properties Limited and Patriot Scientific Corporation, and Defendants, NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc. and NEC Unified Solutions, Inc., and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action against Defendants NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc. and NEC Unified Solutions, Inc., shall be and is hereby dismissed with prejudice, all related counterclaims filed by NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc. and NEC Unified Solutions, Inc. shall be and are dismissed without prejudice, and no costs shall be assessed to any party.

**APPROVED AS TO FORM:**

DATED:  February 21, 2007          Respectfully submitted,

By:     /s/ Iris Sockel Mitrakos
Iris Sockel Mitrakos
TOWNSEND and TOWNSEND and CREW LLP
Iris Sockel Mitrakos, CA State Bar No. 190162
    ismitrakos@townsend.com
12730 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone:  (858) 350-6100
Facsimile:   (858) 350-6111

TOWNSEND and TOWNSEND and CREW LLP
Roger L. Cook, CA State Bar No. 55208
    rlcook@townsend.com
Eric P. Jacobs, CA State Bar No. 88413
    epjacobs@townsend.com
Byron W. Cooper, CA State Bar No. 166578
    bwcooper@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300

BROWN McCARROLL, LLP
S. Calvin Capshaw, State Bar No. 03783900
    ccapshaw@mailbmc.com
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75601-5157
Telephone:  (903) 236-9800
Facsimile:   (903) 236-8787

JONES AND JONES INC., P.C.
Franklin Jones, Jr. (State Bar No. 00000055)
    maizieh@millerfirm.com
201 West Houston Street, P.O. Drawer 1249
Marshall, TX  75671-1249
Telephone:  (903) 938-4395
Facsimile:   (903) 938-3360

IRELAND CARROLL AND KELLEY, P.C.
Otis W. Carroll, State Bar No. 03895700
    nancy@icklaw.com
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, TX  75711
Telephone:  (903) 561-1600
Facsimile:   (903) 561-1071

Attorneys for Plaintiff and Counterdefendant
TECHNOLOGY PROPERTIES LIMITED, INC.


KIRBY NOONAN LANCE & HOGE LLP
Charles T. Hoge CA Bar No. 110696
    choge@knlh.com
600 West Broadway, Suite 1100
San Diego, CA  92101
Telephone:  (619) 231-8666
Facsimile:   (619) 231-9593

LAW OFFICES OF ROBERT M. PARKER
Charles L. Ainsworth  State Bar No. 00783521
    charley@pbatyler.com
Robert Christopher Bunt State Bar No. 00787165
    rcbunt@pbatyler.com
100 East Ferguson, Suite 1114
Tyler, TX  75702
Telephone:  (903) 531-3535
Facsimile:   (903) 533-968

Attorneys for Plaintiff and Counterdefendant
PATRIOT SCIENTIFIC CORPORATION

DATED: February 21, 2007       Respectfully submitted,

                              By:    /s/ Lisa S. Mankofsky
                                  FOLEY & LARDNER LLP
                                  John J. Feldhaus, VA Bar No. 20046
                                      jfeldhaus@foley.com
                                  Anthony H. Son, CA Bar No. 190478
                                      ason@foley.com
                                  Lisa S. Mankofsky, DC Bar No. 411931
                                      lmankofsky@foley.com
                                  Matthew A. Smith, DC Bar No. 498460
                                      msmith@foley.com
                                  3000 K Street, N.W.
                                  Washington, D.C. 20007
                                  Telephone: (202) 672-5300
                                  Facsimile: (202) 672-5399

                                  BECK REDDEN & SECREST, LLP
                                  Joe W. Redden, Jr.
                                      jredden@brsfirm.com
                                  State Bar No. 16660600
                                  1221 McKinney St., Suite 4500
                                  Houston, TX 77010-2020
                                  Telephone: (713) 951-3700
                                  Facsimile: (713) 951-3720

                                  Guy N. Harrison
                                  State Bar No. 00000077
                                      gnharrison@att.net
                                  Attorney at Law
                                  217 N. Center
                                  Longview, TX 75601
                                  Telephone: (903) 758-7361
                                  Facsimile: (903) 753-9557

                                  Counsel For Defendants
                                  NEC CORPORATION, NEC ELECTRONICS
                                  AMERICA, INC., NEC DISPLAY SOLUTIONS OF
                                  AMERICA, INC., NEC CORPORATION OF
                                  AMERICA, AND NEC UNIFIED SOLUTIONS, INC.

IT IS SO ORDERED.

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on February 21, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

    /s/ Iris Sockel Mitrakos
IRIS SOCKEL MITRAKOS

60987558 v1