UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| Technology Properties Limited and Patriot Scientific Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Matsushita Electrical Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Corporation, NEC Electronics America, Inc., NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Unified Solutions, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § | Case No. 2:05-CV-00494 (TJW)<br><br>**JURY DEMANDED** |

**DECLARATION OF ROGER L. COOK IN SUPPORT OF PLAINTIFFS TECHNOLOGY PROPERTY LIMITED'S AND PATRIOT SCIENTIFIC CORPORATION'S CLAIM CONSTRUCTION BRIEF**

I, Roger L. Cook, declare as follows:

1. I am a partner in the law firm of Townsend and Townsend and Crew LLP, the counsel of record for plaintiff Technology Properties, Ltd. This declaration is based on my personal knowledge and, if called as a witness by this court, I could and would be competent to testify to the matters set forth below.

2. Attached as Exhibit 1 is a true and correct copy of U.S. patent number 5,809,336 dated September 15, 1998.

3. Attached as Exhibit 2 is a true and correct copy of U.S. patent number 6,598,148 dated July 22, 2003.

4. Attached as Exhibit 3 is a true and correct copy of U.S. patent number 5,784,584 dated July 21, 1998.

5. Attached as Exhibit 4 is a true and correct copy of the "Amendment B" dated April 11, 1996 from the file history of U.S. patent number 5,809,336.

6. Attached as Exhibit 5 is a true and correct copy of the "Office Action" dated July 8, 1998 from the file history of U.S. patent number 5,809,336.

7. Attached as Exhibit 6 is a true and correct copy of the "Amendment C" dated January 8, 1997 from the file history of U.S. patent number 5,809,336.

8. Attached as Exhibit 7 is a true and correct copy of the "Office Action Summary" dated April 3, 1997 from the file history of U.S. patent number 5,809,336.

9. Attached as Exhibit 8 is a true and correct copy of the "Amendment D" dated July 3, 1997 from the file history of U.S. patent number 5,809,336.

10. Attached as Exhibit 9 is a true and correct copy of the "Amendment E" dated February 6, 1998 from the file history of U.S. patent number 5,809,336.

11. Attached as Exhibit 10 is a true and correct copy of the "Examiner Interview

Summary Record" dated April 23, 1998 from the file history of U.S. patent number 5,809,336.

12. Attached as Exhibit 11 is a true and correct copy of the "Supplemental Amendment F" dated April 24, 1998 from the file history of U.S. patent number 5,809,336.

13. Attached as Exhibit 12 is a true and correct copy of the "Office Action" dated January 31, 2000 from the file history of U.S. patent number 6,598,148.

14. Attached as Exhibit 13 is a true and correct copy of the "Amendment C" dated April 8, 1996 from the file history of U.S. patent number 5,784,584.

15. Attached as Exhibit 14 is a true and correct copy of the "Amendment D" dated June 12, 1997 from the file history of U.S. patent number 5,784,584.

16. Attached as Exhibit 15 is a true and correct copy of the "Office Action" dated August 22, 1997 from the file history of U.S. patent number 5,784,584.

17. Attached as Exhibit 16 is a true and correct copy of the "Amendment E" dated November 21, 1997 from the file history of U.S. patent number 5,784,584.

18. Attached as Exhibit 17 is a true and correct copy of the "Supplemental Amendment F" dated February 5, 1998 from the file history of U.S. patent number 5,784,584.

19. Attached as Exhibit 18 is a true and correct copy of the "Notice of Allowability" dated February 13, 1998 from the file history of U.S. patent number 5,784,584.

20. Attached as Exhibit 19 is a true and correct copy of the relevant pages from "Introduction to Electronic Circuit Design" by Richard R. Spencer and Mohammed S. Ghausi, Peason Education, Inc., 2003.

21. Attached as Exhibit 20 is a true and correct copy of the relevant pages from "Bulk-Acoustic-Wave Oscillators" written by Warren L. Smith from "Precision Frequency Control, Volume 2, Oscillators and Standards" edited by Eduard A. Gerber and Arthur Ballato, Academic Press, Inc. 1985.

22. Attached as Exhibit 21 is a true and correct copy of the relevant pages from "Design of Analog CMOS Integrated Circuits" by Behzad Razavi, McGraw-Hill Companies, Inc., 2003.

23. Attached as Exhibit 22 is a true and correct copy of "A 300-MHz CMOS Voltage-Controlled Ring Oscillator" by S.K. Enam and Asad A. Abidi, IEEE, 1990.

24. Attached as Exhibit 23 is a true and correct copy of the relevant pages from Webster's Ninth New Collegiate Dictionary, Merriam-Webster, 1998.

25. Attached as Exhibit 24 is a true and correct copy of the relevant pages from "From Chips to Systems: An Introduction to Microcomputers" by Rodnay Zaks and Alexander Wolfe, SYBEX, Inc., 1987.

26. Attached as Exhibit 25 is a true and correct copy of a chart entitled "Side-by-side comparison of Plaintiffs' Exhibit B and Defendants' Exhibit C: Proposed Constructions and Identification of Evidence for Each Disputed Claim Term, Phrase, or Clause" that has been created by plaintiffs as a convenience for the Court.

DATED: March 19, 2007

By: /s/ *Roger L. Cook*

TOWNSEND and TOWNSEND and CREW LLP
Roger L. Cook, CA State Bar No. 55208
Lead Counsel
rlcook@townsend.com
Eric P. Jacobs, CA State Bar No. 88413
epjacobs@townsend.com
Byron W. Cooper, CA State Bar No. 166578
bwcooper@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Iris Sockel Mitrakos
TOWNSEND and TOWNSEND and CREW LLP
Iris Sockel Mitrakos, CA State Bar No. 190162
ismitrakos@townsend.com
12730 High Bluff Drive, Suite 400
San Diego, CA 92130
*[signature block continued on next page]*

Telephone: (858) 350-6100
Facsimile: (858) 350-6111

S. Calvin Capshaw, State Bar No. 03783900
BROWN McCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@mailbmc.com

JONES AND JONES INC., P.C.
Franklin Jones, Jr. (State Bar No. 00000055)
maizieh@millerfirm.com
201 West Houston Street, P.O. Drawer 1249
Marshall, TX 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360

IRELAND CARROLL AND KELLEY, P.C.
Otis W. Carroll, State Bar No. 03895700
nancy@icklaw.com
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, TX 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071

Attorneys for Plaintiff and Counterdefendant
TECHNOLOGY PROPERTIES LIMITED, INC.
KIRBY NOONAN LANCE & HOGE LLP
Charles T. Hoge CA Bar No. 110696
choge@knlh.com
600 West Broadway, Suite 1100
San Diego, CA 92101
Tel: 619-231-8666
Fax: 619-231-9593

LAW OFFICES OF ROBERT M. PARKER
Charles L. Ainsworth State Bar No. 00783521
charley@pbatyler.com
Robert Christopher Bunt State Bar No. 00787165
rcbunt@pbatyler.com
100 East Ferguson, Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: 903-533-968

Attorneys for Plaintiff and Counterdefendant
PATRIOT SCIENTIFIC CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 19th day of March, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Roger L. Cook*
Roger L. Cook