US005784584A

# United States Patent [19]

Moore et al.

[11] Patent Number: 5,784,584

[45] Date of Patent: Jul. 21, 1998

[54] **HIGH PERFORMANCE MICROPROCESSOR USING INSTRUCTIONS THAT OPERATE WITHIN INSTRUCTION GROUPS**

[75] Inventors: Charles H. Moore, Woodside; Russell H. Fish, III, Mt. View, both of Calif.

[73] Assignee: Patriot Scientific Corporation, San Diego, Calif.

[21] Appl. No.: 484,935

[22] Filed: Jun. 7, 1995

Related U.S. Application Data

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] Int. Cl.[6] ........ G06F 9/30
[52] U.S. Cl. ........ 395/376
[58] Field of Search ........ 395/376, 382, 395/384, 588, 800.23

[56] References Cited

U.S. PATENT DOCUMENTS

4,967,326 10/1990 May ........ 395/800
5,127,091 6/1992 Bonfaral et al. ........ 395/375

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward LLP

[57] ABSTRACT

A high-performance microprocessor system using instruction that access operands and instructions located relative to the current instruction group rather than located relative to the current instructions, as is the convention, is disclosed herein. The microprocessor system includes a central processing unit, memory, and a bus connecting the central processing unit and memory. An instruction fetching unit, connected to the bus, is provided for fetching instruction groups from the memory for use by the central processing unit and for storage within an instruction register. An instruction supplying unit operates to supply, in succession from the instruction register to the central processing unit, one or more instructions from each of the instruction groups. The system further includes an instruction decoder for configuring the instruction supplying unit to select, from the instruction register, operands associated with instructions from particular instruction groups.

**29 Claims, 19 Drawing Sheets**




Exhibit 3


54
D31
RAS0
CAS0
RAS1
CAS1
VSS
OE/BAR
W/BAR
CLOCK-IN
RESET
D15
52
58
60
62
64
66
D30
D29
D28
D27
D26
VDD
56
D25
D24
D23
D22
D21
D14
D13
D12
D11
D10
D9
D8
D7
D6
D5
SH-BOOM
MICROPROCESSOR
50
44-PIN PLCC
D20
D19
D18
D17
D16
VSS
D0
D1
D2
D3
D4

FIG._1



GATE
INTERNAL DATA BUS
120
146
144
INCREMENTER
80
82
76
ALU
TOP OF STACK
86
NEXT ITEM
78
122
128
138
X REGISTER
84
PARAMETER STACK 16 DEEP
74
INTERNAL ADDRESS BUS
124
130
140
PROGRAM COUNTER
90
92
108
94
-1
LOOP COUNTER
110
126
70
102
STACK POINTER
112
104
RSTACK POINTER
114
132
142
Y REGISTER
106
MODE REGISTER
116
136
RETURN STACK & LOCAL VARIABLES 16 DEEP
72
108
INSTRUCTION REGISTER
DMA CPU
134
118
MEMORY CONTROLLER
151
32
153
7
ADDRESS/ DATA
CONTROL LINES
50


FIG._2


D19
D18
D17
D16
D15
D14
D13
D12
D11
52
50
OE/
W/
CAS0
RAS0
54
152
156
DQ1
DQ2
DQ3
DQ4
256 X 4
DRAM
1 OF 8
A 0-8
150
OE/
W/
CAS
RAS
158
RAS
DECODE
LOGIC
154

FIG._3



108
INSTR 1
INSTR 2
INSTR 3
INSTR 4
190
190
190
190
172
174
176
178
INTERNAL DATA BUS
8
8
8
8
182
MULTIPLEXER
MICRO PC
130
PROGRAM COUNTER
170
186
8
180
INTERNAL ADDRESS BUS
DECODE
184
90
194
188
INTERNAL SIGNALS
REQUEST INSTRUCTION FETCH-AHEAD
136
192
196
118
32
MEMORY CONTROLLER
32
198
32
7
200
ADDRESS/ DATA
CONTROL LINES


FIG._4



INTERNAL ADDRESS BUS
INTERNAL DATA BUS
246
244
SYSTEM CLOCK
250
-1
TRANSFER SIZE COUNTER
248
220
236
222
MEMORY CYCLE ACKNOWLEDGE
234
240
-1
TRANSFER SIZE COUNTER
238
216
218
12
DMA INSTRUCTION DONE
242
24
24
DMA PROGRAM COUNTER
232
214
90
212
224
DMA I/O & RAM ADDRESS REGISTER
DMA I/O & RAM ADDRESS REGISTER
72
136
MEMORY CYCLE REQUEST
230
226
210
228
118
32
32
MEMORY CONTROLLER
32
32
6
ADDRESS/ DATA
CONTROL LINES


FIG._5



RAS0/1
268
MEMORY & I/O DECODE LOGIC
266
270
DRAM RAS
272
260
D31
D20
D19
D18
D17
D16
D15
D14
D13
D12
D11
D10
D9
D8
52
A11
A10
A9
A8
A7
A6
A5
A4
A3
A2
A1
A0
CE/
264
4K X 8
EPROM
276
262
D7 D6 D5 D4 D3 D2 D1 D0 OE/
SH-BOOM
50
D7
D6
D5
D4
D3
D2
D1
D0
52
60
CAS
274


FIG._6


296
J4
4
0
286
288
290
U2
U3
U4
J0
J2
296
284
292
296
U5
SH-BOOM
U1
280
U6
296
50
284
292
J1
282
J3
296
X1
294
U7
298
J5
J6
300
0
3

FIG._7


U8
U9
U10
U11
U12
U13
U14
U15
U16
U17
U18
U19
280
U20
U21
U22
U23
260
U24
150

FIG._8


32K BYTES
32K BYTES
311
311
312
316
RSTACK
STACK
INSTR.
REG
INSTRUCTION
DECODE
ALU
CLOCK/TIMING
316
316
DMA CPU
314
32K BYTES
32K BYTES
311
311

FIG._9



RAM SELECT
PROM SEL
150
DRAM
A9
A0
OE
W
CAS
PAS
32
PROM SELECT
RAM SELECT
RAS
MEMORY/IO DECODE
10
EPROM
CS
OE
A1
A0
260
10
8
12
10
8
EXTERNAL ADDRESS/DATA BUS
10 BITS
10 BITS
8 BITS
CAS
W
OE
350
HIGH ORDER ADDRESS BITS
RAS ADDRESS BITS
CAS ADDRESS BITS
BYTE SELECT BITS
INTERNAL ADDRESS/DATA BUS
118
3
0


FIG._10

FIG._11


SEQUENCE
RAS
CAS
OE
W
(1)
(2)
(3)
(4) (5) (6) (7) (8)
(9) (10)
(11) (12)
(13)
352
354
356
358
360
362
364
366
368
32-BITS OF DATA FROM SH-BOOM
DRAM CAS ADDRESS
DRAM SELECT BITS
DRAM RAS ADDRESS
PROM SELECT BITS
TWELVE PROM ADDRESS BITS
PROM 8-BIT DATA READ
31 30 29
20 19
10 9 8 7
0
EXTERNAL ADDRESS / DATA BUS


CPU REQUEST
(0) RSTACK
(1) STACK
(2) DATA FETCH
(3) INST. FETCH
370
PRIORITY
DMA REQUEST SIGNAL
CPU REQUEST SIGNAL
INTERNAL ADDRESS BUS
136
376
DMA COUNTER
PRIORITY
BUS REQUESTS STAY PRESENT UNTIL SERVICED
BUS REQUEST
BUS GRANT
378
MUX
380
A23 — A13
A12 — A2
372
BUS CONTROL
374
MEMORY READY (ACCESS COMPLETED)
RUN (GENERATE MEMORY CYCLE)
MUX
402
400
CLE
384
RESET
398
INTERNAL DATA BUS
190
A32 — A24
MUXED ADDRESS BUS
A23 — A13
A12 — A2
SHIFT REGISTER
390
392
388
394
396
386
MUX
MUX
OE
W
RAS1
RAS2
CAS1
CAS2
MUX
ADDRESS/ DATA
32
382

FIG._12


REGISTER ARRAY
COMPUTATION STACK
DATA BUS
80
ALU
TOP OF STACK
NEXT ITEM
REGISTER 0
REGISTER 1
REGISTER 2
REGISTER 3
REGISTER 4
REGISTER 5
REGISTER 6
REGISTER 7
134
74
REGISTER
ADDRESS BUS
STACK POINTER

FIG._13


ON CHIP
ON CIRCUIT BOARD
412
410
READY
150
DRAM
DRAM
150
OE-BAR
OE-BAR
152
OUTPUT ENABLE
418
50

FIG._14


OE-BAR VOLTS
5
414
FEW MEMORY CHIPS
416
MANY MEMORY CHIPS
0
0
5
TIME (NANOSECONDS)

FIG._15



32-BIT INSTRUCTION REGISTER
8 BITS
8 BITS
8 BITS
8 BITS
108
420
420
180
MULTIPLEXER
2-BIT COUNTER
422
INSTRUCTION DECODE LOGIC
RESET COUNTER
INCREMENT COUNTER
LATCH NEXT INSTRUCTION GROUP
CONTROL SIGNALS


FIG._16



PHASE 0
PHASE 1
PHASE 2
PHASE 3
430
431
431


FIG._18


RING OSCILLATOR VARIABLE SPEED CLOCK
430
CRYSTAL CLOCK
434
70
436
432
CPU
REQUEST
READY
DATA / ADDRESS
I/O INTERFACE
90, 136
EXTERNAL MEMORY BUS

FIG._17


PHASE
433
3
2
1
0
TIME

FIG._19



32-BIT INSTRUCTION REGISTER
8 BITS
8 BITS
8 BITS
8 BITS
108
0
442
0
442
0
442
ADDRESS BUS
440
3 SELECTS
DECODER
180
MULTIPLEXER
2-BIT COUNTER
INSTRUCTION DECODE LOGIC
CONTROL SIGNALS


FIG._20



DATA
462
ON-CHIP LATCHES 450
2 ADDRESS LINES
2-BIT CACHE POINTER
READ
WRITE
456
DATA
STACK FULL
STACK EMPTY
460
458
4 ADDRESS LINES
4-BIT ON-CHIP STACK POINTER
READ
WRITE
458
ON-CHIP RAM 452
458
STACK FULL
STACK EMPTY
458
DATA
20 ADDRESS LINES
EXTERNAL RAM 454
READ
WRITE
20-BIT EXTERNAL STACK POINTER


FIG._21



DOWN COUNTER
472
COUNT
ZERO DETECT
474
478
80
A REGISTER
SHIFTER
ALU
470
C REGISTER
XOR
476
480
B REGISTER
SHIFTER
SHIFT RIGHT
LEAST SIGNIFICANT BIT


FIG._22



DOWN COUNTER
472
COUNT
ZERO DETECT
474
482
80
A REGISTER
SHIFTER
ALU
470
C REGISTER
SHIFT LEFT
ADD
476
480
B REGISTER
SHIFTER
SHIFT RIGHT
LEAST SIGNIFICANT BIT


FIG._23

# HIGH PERFORMANCE MICROPROCESSOR USING INSTRUCTIONS THAT OPERATE WITHIN INSTRUCTION GROUPS

This application is a division of U.S. application Ser. No. 07/389,334, filed Aug. 3, 1989, now U.S. Pat. No. 5,440,749.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a simplified, reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

2. Description of the Prior Art

Since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity, both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors, and is exemplified by the Sun SPARC and the Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers, which may be located on the microprocessor integrated circuit, or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and



responses and which provides very rapid DMA response with predictable response times.

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention, a microprocessor system in accordance with this invention has a central processing unit, a memory and a bus connecting the central processing unit to the memory. Instruction fetching means are connected to the bus to fetch instruction groups via the bus from the memory. Each of the instruction groups include at least one instruction that accesses operands or instructions or both. The operands and instructions are located relative to the instruction groups. An instruction register receives a first of the instruction groups from the instruction fetching means. The first of the instruction groups include one or more sequential instructions. Instruction supplying means supplies, in succession from the instruction register, the one or more sequential instructions of the first of the instruction groups to the central processing unit. An instruction decoding means configures the instruction supplying means to select from the instruction register an operand associated with one of the instructions from the first of the instruction groups.

In accordance with another aspect of the invention, the microprocessor has a central processing unit and an instruction register operatively coupled to the central processing unit. An instruction fetching means provides instruction groups to the instruction register wherein certain of the instruction groups include one or more operands or sequential instructions or both. The one or more sequential instructions including at least one instruction that accesses operands or instructions or both being located relative to the instruction groups. An instruction supplying means successively couples the one or more sequential instructions of the certain of the instruction groups to the central processing unit. An instruction decoding means configures the instruction supplying means to select operands from the instruction register associated with particular ones of the sequential instructions.

In another aspect of the invention, the microprocessor system includes a central processing unit, memory, and an instruction register. A method provides instructions from the instruction register to the central processing unit and comprises the steps of:

- providing instruction groups to the instruction register from the memory wherein certain of the instruction groups include one or more operands or sequential instructions or both;
- supplying, in succession from the instruction register, the one or more sequential instructions of the certain of the instruction groups to the central processing unit; and
- selecting an operand from the one of the instruction groups for use by the central processing unit.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external, plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1–2 and 4–5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit.

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS. 7 and 8.

FIG. 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS. 3 and 7–8.

FIG. 15 is a graph useful for understanding operation of the system portion shown in FIG. 14.

FIG. 16 is a more detailed block diagram showing part of the system portion shown in FIG. 4.

FIG. 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG. 17.

FIG. 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. 18.

FIG. 20 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIG. 21 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIGS. 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG. 4.

## DETAILED DESCRIPTION OF THE INVENTION

### OVERVIEW

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED, and

LOW SYSTEM COST.

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of the microprocessor are:

- Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS
- 4 instruction fetch per memory cycle
- On-chip fast page-mode memory management
- Runs fast without external cache
- Requires few interfacing chips
- Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:



Programs are smaller.

Programs can execute much faster.

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data.

Turning now to the drawings, more particularly to FIG. 1, there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier, shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins. The microprocessor 50 is rated at 20 million instructions per second (MIPS). Address and data lines 52, also labelled D0–D31, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates, as will be explained below.

### DYNAMIC RAM

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor 50 is that it operates directly with dynamic random access memories (DRAMs), as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include $V_{DD}$ pins 56, $V_{SS}$ pins 58, output enable pin 60, write pin 62, clock pin 64 and reset pin 66.

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode. Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec. dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor 50 are shown in FIG. 2. The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50. The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78, respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84. An output of the ALU 80 is connected to the top item register 76 by line 86. The output of the top item register at 82 is also connected by line 88 to an internal data bus 90.

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98. The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100. Stack pointer 102, return stack pointer 104, mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110, 112, 114 and 116, respectively. The internal data bus 90 is connected to memory controller 118 and to gate 120. The gate 120 provides inputs on lines 122, 124, and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134. The X register 128, program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138, 140 and 142. The internal address bus provides inputs to the memory controller 118 and to an incrementer 144. The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122, 124 and 126. The DMA CPU 72 provides inputs to the memory controller 118 on line 148.

The memory controller 118 is connected to a RAM (not shown) by address/data bus 151 and control lines 153.

FIG. 2 shows that the microprocessor 50 has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example, the SPARC RISC microprocessor has three times the gates of the microprocessor 50, and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to non-existent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at ¼ the system cost of static RAM used in most RISC systems.

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses, rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown, the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 15C. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 150. The output enable, write and column address strobe pins 54 are respectively connected to the output enable, write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1-4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 1-4 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are "1" in a clock cycle of the microprocessor 50, there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register.

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214, to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50, MSM514258-10 type DRAMs 150 totalling 2 megabytes, a

Motorola 50 MegaHertz crystal oscillator clock 282, I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290, and two IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC—DC converter circuit 294, 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost, imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually, the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips, giving every memory a direct bus to the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 megabit of DRAM 311 in a single integrated circuit 312. Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor 310 is equivalent to the microprocessor 50 in FIGS. 1–8. The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence, requiring fewer than 50,000 transistors for dual processors 70 and 72 (FIG. 2) or 314 and 316 (less memory). The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way, the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312. Some simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent, and probably more.

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU 310/DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU 310/DRAM 311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312. The microprocessor 310 is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower. Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems. By the time the systems are interconnected, as much as 50 percent of the bus speed has been utilized just getting through the interfaces.

In addition, multiprocessor system software has been scarce. A multiprocessor system can easily be crippled by an inadequate load-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle. Great strides have been made recently in systems software, and even UNIX V.4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor 310 architecture eliminates most of the interface friction, since up to 64 CPU 310/RAM 311 processors should be able to intercommunicate without buffers or latches. Each chip 312 has about 40 MIPS raw speed, because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half, compared to the microprocessor 50. A 64 chip array of these chips 312 is more powerful than any other existing computer. Such an array fits on a 3×5 card, cost less than a FAX machine, and draw about the same power as a small television.

Dramatic changes in price/performance always reshape existing applications and almost always create new ones. The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals.

The integrated circuit 312 will find applications in all of the above areas, plus create some new ones. A common generic parallel processing algorithm handles convolution/Fast Fourier Transform (FFT)/pattern recognition. Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition, spoken language translation, real-time robot vision, a product to identify people by their faces, and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth, would be very feasible. The load sharing in HDTV could be very straightforward. Splitting up the task according to color and frame would require 6, 9 or 12 processors. Practical implementation might require 4 meg RAMs integrated with the microprocessor 310.

The microprocessor 310 has the following specifications

CONTROL LINES

4—POWER/GROUND

1—CLOCK

32—DATA I/O

4—SYSTEM CONTROL

- EXTERNAL MEMORY FETCH
- EXTERNAL MEMORY FETCH AUTOINCREMENT X
- EXTERNAL MEMORY FETCH AUTOINCREMENT Y
- EXTERNAL MEMORY WRITE
- EXTERNAL MEMORY WRITE AUTOINCREMENT X
- EXTERNAL MEMORY WRITE AUTOINCREMENT Y
- EXTERNAL PROM FETCH
- LOAD ALL X REGISTERS
- LOAD ALL Y REGISTERS
- LOAD ALL PC REGISTERS
- EXCHANGE X AND Y
- INSTRUCTION FETCH
- ADD TO PC
- ADD TO X
- WRITE MAPPING REGISTER
- READ MAPPING REGISTER

REGISTER CONFIGURATION

MICROPROCESSOR 310 CPU 316 CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
XO REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
YO REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA CPU 314 CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
TRANSFER SIZE COUNTER 12 BITS
INTERVAL COUNTER 12 BITS

To offer memory expansion for the basic chip 312, an intelligent DRAM can be produced. This chip will be optimized for high speed operation with the integrated circuit 312 by having three on-chip address registers: Program Counter, X Register and Y register. As a result, to access the intelligent DRAM, no address is required, and a total access cycle could be as short as 10 nsec. Each expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address. Incrementing and adding to the three registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor 310 and the microprocessor 50 that arise from providing the microprocessor 310 on the same die 312 with the DRAM 311. Integrating the DRAM 311 allows architectural changes in the microprocessor 310 logic to take advantage of existing on-chip DRAM 311 circuitry. Row and column design is inherent in memory architecture. The DRAMs 311 access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch, and then selecting one of the bits as the data to be read or written.

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor 310 takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth.

1. The microprocessor 50 treats its 32-bit instruction register 108 (see FIGS. 2 and 4) as a cache for four 8-bit instructions. Since the DRAM 311 maintains a 1024-bit latch for the column bits, the microprocessor 310 treats the column latch as a cache for 128 8-bit instructions. Therefore, the next instruction will almost always be already present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor 50.

2. The microprocessor 50 uses two 16×32-bit deep register arrays 74 and 134 (FIG. 2) for the parameter stack and the return stack. The microprocessor 310 creates two other 1024-bit column latches to provide the equivalent of two 32×32-bit arrays, which can be accessed twice as fast as a register array.

3. The microprocessor 50 has a DMA capability which can be used for I/O to a video shift register. The microprocessor 310 uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4. The microprocessor 50 accesses memory via an external 32-bit bus. Most of the memory 311 for the microprocessor 310 is on the same die 312. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor 50.

5. The microprocessor 50 consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs 150 (FIG. 8) connected to the microprocessor 50 dissipate most of their power in the I/O drivers. A microprocessor 310 system will consume about one-tenth the power of a microprocessor 50 system, since having the DRAM 311 next to the processor 310 eliminates most of the external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the limited interprocessor communications ability. The microprocessor 310 is an excellent multiprocessor candidate, since the chip 312 is a monolithic computer complete with memory, rendering it low-cost and physically compact.

The shift registers implemented with the microprocessor 310 to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy, but at much lower speed and without the performance benefits inherent in the microprocessor 310 column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines:

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM 311 in each of the processors.

The microprocessor 310 column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips 312. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system.

7. The microprocessor 50 architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor 310 retains both constructs with a few differences. The microprocessor 310 microloop functions in the same fashion as the microprocessor 50 operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor 310 microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor 50 queue.

Microloops in the microprocessor **50** can only perform simple block move and compare functions. The larger microprocessor **310** queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor **50** offers four instructions to redirect execution:

CALL

BRANCH

BRANCH-IF-ZERO

LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor **50** next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor **310**, the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor **50**. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits.

8. The microprocessor **310** CPU **316** resides on an already crowded DRAM die **312**. To keep chip size as small as possible, the DMA processor **72** of the microprocessor **50** has been replaced with a more traditional DMA controller **314**. DMA is used with the microprocessor **310** to perform the following functions:

Video output to a CRT

Multiprocessor serial communications

8-bit parallel I/O

The DMA controller **314** can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor **310**:

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1. Video shift register | OUTPUT | 1 to 3 |
| 2. Multiprocessor serial | BOTH | 6 lines/channel |
| 3. 8-bit parallel | BOTH | 8 data, 4 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore, all three may be active simultaneously without interference.

The microprocessor **310** can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. **10** and **11** provide details of the PROM DMA used in the microprocessor **50**. The microprocessor **50** executes faster than all but the fastest PROMs. PROMS are used in a microprocessor **50** system to store program segments and perhaps entire programs. The microprocessor **50** provides a feature on power-up to allow programs to be loaded from low-cost, slow speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller **118**. The operation is similar to DMA, but not identical, since four 8-bit bytes must be assembled on the microprocessor **50** chip, then written to the DRAM **150**.

The microprocessor **50** directly interfaces to DRAM **150** over a triple multiplexed data and address bus **350**, which carries RAS addresses, CAS addresses and data. The EPROM **260**, on the other hand, is read with non-multiplexed busses. The microprocessor **50** therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data. Four 8-bit bytes are read in this fashion. The multiplexed bus **350** is turned back on, and the data is written to the DRAM **150**.

When the microprocessor **50** detects a RESET condition, the processor stops the main CPU **70** and forces a mode 0 (PROM LOAD) instruction into the DMA CPU **72** instruction register. The DMA instruction directs the memory controller to read the EPROM **260** data at 8 times the normal access time for memory. Assuming a 50 MHz microprocessor **50**, this means an access time of 320 nsec. The instruction also indicates:

The selection address of the EPROM **260** to be loaded.

The number of 32-bit words to transfer.

The DRAM **150** address to transfer into.

The sequence of activities to transfer one 32-bit word from EPROM **260** to DRAM **150** are:

1. RAS goes low at 352, latching the EPROM **260** select information from the high order address bits. The EPROM **260** is selected.
2. Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus **350** going to the EPROM **260** address pins. These signals will remain on the lines until the data from the EPROM **260** has been read into the microprocessor **50**. For the first byte, the byte select bits will be binary 00.
3. CAS goes low at 354, enabling the EPROM **260** data onto the lower 8 bits of the external address/data bus **350**. NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs, but the rest of the bus is still acting as outputs.
4. The microprocessor **50** latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position.
5. Steps 2, 3 and 4 are repeated with byte address **01**.
6. Steps 2, 3 and 4 are repeated with byte address **10**.
7. Steps 2, 3 and 4 are repeated with byte address **11**.
8. CAS goes high at 356, taking the EPROM **260** off the data bus.
9. RAS goes high at 358, indicating the end of the EPROM **260** access.
10. RAS goes low at 360, latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM **150**. The DRAM **150** is selected.
11. CAS goes low at 362, latching the DRAM **150** CAS addresses.
12. The microprocessor **50** places the previously latched EPROM **260** 32-bit data onto the external address/data bus **350**. W goes low at 364, writing the 32 bits into the DRAM **150**.
13. W goes high at 366. CAS goes high at 368. The process continues with the next word.

FIG. **12** shows details of the microprocessor **50** memory controller **118**. In operation, bus requests stay present until they are serviced. CPU **70** requests are prioritized at **370** in the order of: 1, Parameter Stack; 2, Return Stack; 3, Data Fetch; 4, Instruction Fetch. The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control **372**, which provides a bus grant signal at **374**. Internal address bus **136** and a DMA counter **376** provide inputs to a multiplexer **378**. Either a row address or a column address are provided as an output to multiplexed address bus **380** as an output from the multiplexer **378**. The multiplexed

address bus 380 and the internal data bus 90 provide address and data inputs, respectively, to multiplexer 382. Shift register 384 supplies row address strobe (RAS) 1 and 2 control signals to multiplexer 386 and column address strobe (CAS) 1 and 2 control signals to multiplexer 388 on lines 390 and 392. The shift register 384 also supplies output enable (OE) and write (W) signals on lines 394 and 396 and a control signal on line 398 to multiplexer 382. The shift register 384 receives a RUN signal on line 400 to generate a memory cycle and supplies a MEMORY READY signal on line 402 when an access is complete.

STACK/REGISTER ARCHITECTURE

Most microprocessors use on-chip registers for temporary storage of variables. The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage.

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers. (A math or logic operation always uses the top two stack items as source and the top of stack as destination.) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency.

As shown in FIG. 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both.

BENEFITS:

1. Stack math and logic is twice as fast as those available on an equivalent register only machine. Most programmers and optimizing compilers can take advantage of this feature.
2. Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation. The accessing of variables is three to four times as fast as available on a strictly stack machine.

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions.

ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address, and control lines, the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus three ways, so timing between the phases is critical. A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected. A speed compromise of as much as 50% is required.

As shown in FIG. 14, the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and slower with large ones. The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to all memories 150 on the circuit board. The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 150 connected. By monitoring how rapidly OE 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus.

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller. Curves 414 and 416 of the FIG. 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system. When the OE line 152 has reached a predetermined level to generate the READY signal, driver 418 generates an OUTPUT ENABLE signal on OE line 152.

SKIP WITHIN THE INSTRUCTION CACHE

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108, as shown in FIG. 16. A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache.

SKIP CONDITIONS:

Always
ACC non-zero
ACC negative
Carry flag equal logic one
Never
ACC equal zero
ACC positive
Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108. If the test is successful, SKIP will jump over the remaining one, two, or three 8-bit instructions in the instruction register 108 and cause the next four-instruction group to be loaded into the register 108. As shown, the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108. Any instructions following the SKIP in the instruction register are overwritten by the new instructions and not executed.

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction. SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result is very fast code.

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction. The microprocessor 50 provides the ability to skip up to three instructions.

MICROLOOP IN THE INSTRUCTION CACHE

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108. The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG. 2) connected to the internal data bus 90. To execute a microloop, the program stores a count in LOOP COUNTER 92. MICROLOOP may be placed in the first, second, third, or last byte 420 of the instruction register 108. If placed in the first position, execution will just create a delay equal to the number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed, it will test the LOOP COUNT for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again.

Microloop is useful for block move and search operations. By executing a block move completely out of the instruction register 108, the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable function.

OPTIMAL CPU CLOCK SCHEME

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges,

wide voltage swings, and wide variations in semiconductor processing. Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance, so they will operate properly in worse case conditions.

The microprocessor **50** uses the technique shown in FIGS. 17–19 to generate the system clock and its required phases. Clock circuit **430** is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor **50**.

The ring oscillator frequency is determined by the parameters of temperature, voltage, and process. At room temperature, the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade, the speed will be 50 MHZ. The ring oscillator **430** is useful as a system clock, with its stages **431** producing phase 0-phase 3 outputs **433** shown in FIG. 19, because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring oscillator **430**, CPU **70** will always execute at the maximum frequency possible, but never too fast. For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor **50** will operate slower than normal. Since the microprocessor **50** ring oscillator clock **430** is made from the same transistors on the same die as the latches and gates, it too will operate slower (oscillating at a lower frequency), providing compensation which allows the rest of the chip's logic to operate properly.

ASYNCHRONOUS/SYNCHRONOUS CPU

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor **50** provides a dual-clock scheme as shown in FIG. 17, with the CPU **70** operating asynchronously to I/O interface **432** forming part of memory controller **118** (FIG. 2) and the I/O interface **432** operating synchronously with the external world of memory and I/O devices. The CPU **70** executes at the fastest speed possible using the adaptive ring counter clock **430**. Speed may vary by a factor of four depending upon temperature, voltage, and process. The external world must be synchronized to the microprocessor **50** for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface **432**, speed of which is controlled by a conventional crystal clock **434**. The interface **432** processes requests for memory accesses from the microprocessor **50** and acknowledges the presence of I/O data. The microprocessor **50** fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU **70** from the fixed speed of the I/O interface **432**, optimum performance can be achieved by each. Recoupling between the CPU **70** and the interface **432** is accomplished with handshake signals on lines **436**, with data/addresses passing on bus **90**, **136**.

ASYNCHRONOUS/SYNCHRONOUS CPU IMBEDDED ON A DRAM CHIP

System performance is enhanced even more when the DRAM **311** and CPU **314** (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM **311** and CPU **314** parameters will closely follow each other. At room temperature, not only would the CPU **314** execute at 100 MHZ, but the DRAM **311** would access fast enough to keep up. The synchronization performed by the I/O interface **432** would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required, and the I/O clock would be tied to the ring counter clock.

VARIABLE WIDTH OPERANDS

Many microprocessors provide variable width operands. The microprocessor **50** handles operands of 8, 16, or 24 bits using the same op-code. FIG. 20 shows the 32-bit instruction register **108** and the 2-bit microinstruction register **180** which selects the 8-bit instruction. Two classes of microprocessor **50** instructions can be greater than 8-bits, JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits, but the operand can be 8, 16, or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter **180** selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded, the state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand onto the address or data bus. The unselected 8-bit bytes are loaded with zeros by operation of decoder **440** and gates **442**. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

TRIPLE STACK CACHE

Computer performance is directly related to the system memory bandwidth. The faster the memories, the faster the computer. Fast memories are expensive, so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory, giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb, it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself.

The microprocessor **50** architecture has the ALU **80** (FIG. 2) directly coupled to the top two stack locations **76** and **78**. The access time of the stack **74** therefore directly affects the execution speed of the processor. The microprocessor **50** stack architecture is particularly suitable to a triple cache technique, shown in FIG. 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches **450**. Latches **450** are the fastest form of memory device built on the chip, delivering data in as little as 3 nsec. However latches **450** require large numbers of transistors to construct. On-chip RAM **452** requires fewer transistors than latches, but is slower by a factor of five (15 nsec access). Off-chip RAM **150** is the slowest storage of all. The microprocessor **50** organizes the stack memory hierarchy as three interconnected stacks **450**, **452** and **454**. The latch stack **450** is the fastest and most frequently used. The on-chip RAM stack **452** is next. The off-chip RAM stack **454** is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations never push or pull more than four consecutive items on the stack, operations will be entirely performed in the 3 nsec latch stack. When the four latches **456** are filled, the data in the bottom of the latch stack **450** is written to the top of the on-chip RAM stack **452**. When the sixteen locations **458** in the on-chip RAM stack **452** are filled, the data in the bottom of the on-chip RAM stack **452** is written to the top of the off-chip

RAM stack 454. When popping data off a full stack 450, four pops will be performed before stack empty line 460 from the latch stack pointer 462 transfers data from the on-chip RAM stack 452. By waiting for the latch stack 450 to empty before performing the slower on-chip RAM access, the high effective speed of the latches 456 are made available to the processor. The same approach is employed with the on-chip RAM stack 452 and the off-chip RAM stack 454.

POLYNOMIAL GENERATION INSTRUCTION

Polynomials are useful for error correction, encryption, data compression, and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor 50 is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU 80 works. As shown in FIG. 22, a polynomial is generated by loading the "order" (also known as the feedback terms) into C Register 470. The value thirty one (resulting in 32 iterations) is loaded into DOWN COUNTER 472. A register 474 is loaded with zero. B register 476 is loaded with the starting polynomial value. When the POLY instruction executes, C register 470 is exclusively ORed with A register 474 if the least significant bit of B register 476 is a one. Otherwise, the contents of the A register 474 passes through the ALU 80 unaltered. The combination of A and B is then shifted right (divided by 2) with shifters 478 and 480. The operation automatically repeats the specified number of iterations, and the resulting polynomial is left in A register 474.

FAST MULTIPLY

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor 50 provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. 23 shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER 472. For a four bit multiplier, the number three would be stored in the DOWN COUNTER 472. Zero is loaded into the A register 474. The multiplier is written bit reversed into the B Register 476. For example, a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register 470. Executing the FAST MULT instruction will leave the result in the A Register 474, when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32×32 bit and a 32×4 bit is a factor of 8. If the least significant bit of the multiplier is a "ONE", the contents of the A register 474 and the C register 470 are added. If the least significant bit of the multiplier is a "ZERO", the contents of the A register are passed through the ALU 80 unaltered. The output of the ALU 80 is shifted left by shifter 482 in each iteration. The contents of the B register 476 are shifted right by the shifter 480 in each iteration.

INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor 50 uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor 50 philosophy of instruction execution is to create a hierarchy of speed as follows:

| | | |
|---|---|---|
| Logic and D latch transfers | 1 cycle | 20 nsec |
| Math | 2 cycles | 40 nsec |
| Fetch/store on-chip RAM | 2 cycles | 40 nsec |
| Fetch/store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock, many operations can be performed in 20 nsec. and almost everything else in 40 nsec.

To maximize speed, certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses,
Fetching up to four instructions per memory cycle,
Pipelineless instruction decoding
Generating results before they are needed,
Use of three level stack caching.

PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch, decode, register read, execute, and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles.

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called "pipelining", the different phases of consecutive instructions can be overlapped.

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one, and so on. At the end of five weeks, the first home is complete, but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy, from five weeks on, a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality, a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs, the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF/THEN/ELSE statements or subroutines are encountered.

THE PIPELINE APPROACH

The microprocessor 50 has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec.
2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute.
3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec.

The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster

Case 2:05-cv-00494-TJW Document 219-3 Filed 03/19/07 Page 30 of 91 PageID #: 8457



ultimate throughput since pipeline stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example, in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor 50 performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor 50 is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor 50 fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply.

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL, FETCH, and STORE all require a memory access to execute. If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register. If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution.

INTERNAL ARCHITECTURE

The microprocessor 50 architecture consists of the following:

| | |
|---|---|
| PARAMETER STACK <-> ALU* <-> | Y REGISTER RETURN STACK |
| <—32 BITS—> 16 DEEP | <—32 BITS—> 16 DEEP |
| Used for math and logic. | Used for subroutine and interrupt return addresses as well as local variables. |
| Push down stack. | Push down stack. |
| Can overflow into off-chip RAM. | Can overflow into off-chip RAM. Can also be accessed relative to top of stack. |
| LOOP COUNTER | (32-bits, can decrement by 1) Used by class of test and loop instructions. |
| X REGISTER | (32-bits, can increment or decrement by 4). Used to point to RAM locations. |
| PROGRAM COUNTER | (32-bits, increments by 4). Points to 4-byte instruction groups in RAM. |
| INSTRUCTION REG | (32-Bits). Holds 4-byte instruction groups while they are being decoded and executed. |

* Math and logic operations use the TOP item and NEXT to top Parameter Stack items as the operands. The result is pushed onto the Parameter Stack.

* Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a pointer to RAM locations. Since the Y REGISTER is the top item of the Return Stack, nesting of indices is straightforward.

MODE—A register with mode and status bits.

MODE-BITS:

- Slow down memory accesses by 8 if "1". Run full speed if "0". (Provided for access to slow EPROM.)
- Divide the system clock by 1023 if "1" to reduce power consumption. Run full speed if "0". (On-chip counters slow down if this bit is set.)
- Enable external interrupt 1.
- Enable external interrupt 2.
- Enable external interrupt 3.
- Enable external interrupt 4.
- Enable external interrupt 5.
- Enable external interrupt 6.
- Enable external interrupt 7.

ON-CHIP MEMORY LOCATIONS:

- MODE-BITS
- DMA-POINTER
- DMA-COUNTER
- STACK-POINTER—Pointer into Parameter Stack.
- STACK-DEPTH—Depth of on-chip Parameter Stack
- RSTACK-POINTER—Pointer into Return Stack
- RSTACK-DEPTH—Depth of on-chip Return Stack

ADDRESSING MODE HIGH POINTS

The data bus is 32-bits wide. All memory fetches and stores are 32-bits. Memory bus addresses are 30 bits. The least significant 2 bits are used to select one-of-four bytes in some addressing modes. The Program Counter, X Register, and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly, because the incremented value has already rippled through the inc/dec logic and need only be clocked into the latch. Branches and Calls are made to 32-bit word boundaries.

INSTRUCTION SET

32-BIT INSTRUCTION FORMAT

The thirty two bit instructions are CALL, BRANCH, BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE. These instructions require the calculation of an effective address. In many computers, the effective address is calculated by adding or subtracting an operand with the current Program Counter. This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution. The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler "Increment to next page" or "Decrement to previous page" operation at run time. As a result, the microprocessor branches execute in a single cycle.

24-BIT OPERAND FORM:

Byte 1 Byte 2 Byte 3 Byte 4

WWWWWW XX—YYYYYYYY—YYYYYYYY—YYYYYYYY

With a 24-bit operand, the current page is considered to be defined by the most significant 6 bits of the Program Counter.

16-BIT OPERAND FORM:

QQQQQQQQ—WWWWWW XX—YYYYYYYY—YYYYYYYY

With a 16-bit operand, the current page is considered to be defined by the most significant 14 bits of the Program Counter.

8-BIT OPERAND FORM:

QQQQQQQQ—QQQQQQQQ—WWWWWW XX—YYYYYYYY

With an 8-bit operand, the current page is considered to be defined by the most significant 22 bits of the Program Counter.

QQQQQQQQ—Any 8-bit instruction.

WWWWWW—Instruction op-code.

XX—Select how the address bits will be used:

00—Make all high-order bits zero. (Page zero addressing)

01—Increment the high-order bits. (Use next page)

10—Decrement the high-order bits. (Use previous page)

11—Leave the high-order bits unchanged. (Use current page)

YYYYYYYY—The address operand field. This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter. The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes.

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions. The effective address is calculated by combining:

The current Program Counter.

The 8, 16, or 24 bit address operand in the instruction, Using one of the four allowed addressing modes.

EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

EXAMPLE 1 :

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|---|---|---|---|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The "QQQQQQQQs" in Byte 1 and 2 indicate space in the 4-byte memory fetch which could be hold two other instructions to be executed prior to the CALL instruction. Byte 3 indicates a CALL instruction (six zeros) in the current page (indicated by the 11 bits). Byte 4 indicates that the hexadecimal number 98 will be forced into the Program Counter bits 2 through 10. (Remember, a CALL or BRANCH always goes to a word boundary so the two least significant bits are always set to zero). The effect of this instruction would be to CALL a subroutine at WORD location HEX 98 in the current page. The most significant 22 bits of the Program Counter define the current page and will be unchanged.

EXAMPLE 2 :

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|---|---|---|---|
| 000001 01 | 00000001 | 00000000 | 00000000 |

If we assume that the Program Counter was HEX 0000 0156 which is binary:

00000000 00000000 00000001 01010110=OLD PROGRAM COUNTER.

Byte 1 indicates a BRANCH instruction op code (000001) and "01" indicates select the next page. Byte 2,3, and 4 are the address operand. These 24-bits will be shifted to the left two places to define a WORD address. HEX 0156 shifted left two places is HEX 0558. Since this is a 24-bit operand instruction, the most significant 6 bits of the Program Counter define the current page. These six bits will be incremented to select the next page. Executing this instruction will cause the Program Counter to be loaded with HEX 0400 0558 which is binary:

| |
|---|
| 00000100 00000000 00000101 01011000 = NEW PROGRAM COUNTER. |
| INSTRUCTIONS |
| CALL-LONG |
| 0000 00XXX – YYYYYYYY – YYYYYYYY – YYYYYYYY |

Load the Program Counter with the effective WORD address specified. Push the current PC contents onto the RETURN STACK.

OTHER EFFECTS: CARRY or modes, no effect. May cause Return Stack to force an external memory cycle if on-chip Return Stack is full.

BRANCH

0000 01XX—YYYYYYYY—YYYYYYYY—YYYYYYYY

Load the Program Counter with the effective WORD address specified.

OTHER EFFECTS: NONE

BRANCH-IF-ZERO

0000 10XX—YYYYYYYY—YYYYYYYY—YYYYYYYY

Test the TOP value on the Parameter Stack. If the value is equal to zero, load the Program Counter with the effective WORD address specified. If the TOP value is not equal to zero, increment the Program Counter and fetch and execute the next instruction.

OTHER EFFECTS: NONE

LOOP-IF-NOT-DONE

0000 11YY—(XXXX XXXX)—(XXXX XXXX)—(XXXX XXXX)

If the LOOP COUNTER is not zero, load the Program Counter with the effective WORD address specified. If the LOOP COUNTER is zero, decrement the LOOP COUNTER, increment the Program Counter and fetch and execute the next instruction.

OTHER EFFECTS: NONE

8-BIT INSTRUCTIONS PHILOSOPHY

Most of the work in the microprocessor **50** is done by the 8-bit instructions. Eight bit instructions are possible with the microprocessor because of the extensive use of implied stack addressing. Many 32-bit architectures use 8-bits to specify the operation to perform but use an additional 24-bits to specify two sources and a destination.

For math and logic operations, the microprocessor **50** exploits the inherent advantage of a stack by designating the source operand(s) as the top stack item and the next stack item. The math or logic operation is performed, the operands are popped from the stack, and the result is pushed back on the stack. The result is a very efficient utilization of instruction bits as well as registers. A comparable situation exists between Hewlett Packard calculators (which use a stack) and Texas Instrument calculators which don't. The identical operation on an HP will require one half to one third the keystrokes of the TI.

The availability of 8-bit instructions also allows another architectural innovation, the fetching of four instructions in a single 32-bit memory cycle. The advantages of fetching multiple instructions are:

Increased execution speed even with slow memories.

Similar performance to the Harvard (separate data and instruction busses) without the expense.

Opportunities to optimize groups of instructions.

The capability to perform loops within this mini-cache.

The microloops inside the four instruction group are effective for searches and block moves.

SKIP INSTRUCTIONS

The microprocessor 50 fetches instructions in 32-bit chunks called 4-byte instruction groups. These four bytes may contain four 8-bit instructions or some mix of 8-bit and 16 or 24-bit instructions. SKIP instructions in the microprocessor skip any remaining instructions in a 4-byte instruction group and cause a memory fetch to get the next 4-byte instruction group. Conditional SKIPs when combined with 3-byte BRANCHES will create conditional BRANCHES. SKIPs may also be used in situations when no use can be made of the remaining bytes in a 4-instruction group. A SKIP executes in a single cycle, whereas a group of three NOPs would take three cycles.

SKIP-ALWAYS—Skip any remaining instructions in this 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group.

SKIP-IF-ZERO—If the TOP item of the Parameter Stack is zero, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not zero, execute the next sequential instruction.

SKIP-IF-POSITIVE—If the TOP item of the Parameter Stack has a the most significant bit (the sign bit) equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not "0", execute the next sequential instruction.

SKIP-IF-NO-CARRY—If the CARRY flag from a SHIFT or arithmetic operation is not equal to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY is equal to "1", execute the next sequential instruction.

SKIP-NEVER Execute the next sequential (NOP) instruction. (Delay one machine cycle).

SKIP-IF-NOT-ZERO—If the TOP item on the Parameter Stack is not equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal "0", execute the next sequential instruction.

SKIP-IF-NEGATIVE—If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to "0", execute the next sequential instruction.

SKIP-IF-CARRY—If the CARRY flag is set to "1" as a result of SHIFT or arithmetic operation, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is "0", execute the next sequential instruction.

MICROLOOPS

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for "0" and may perform an additional test. If the LOOP COUNTER is not "0" and the test is met, instruction execution continues with the first instruction in the 4-byte instruction group, and the LOOP COUNTER is decremented. A microloop instruction will usually be the last byte in a 4-byte instruction group, but it can be any byte. If the LOOP COUNTER is "0" or the test is not met, instruction execution continues with the next instruction. If the microloop is the last byte in the 4-byte instruction group, the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory. On a termination of the loop on LOOP COUNTER equal to "0", the LOOP COUNTER will remain at "0". Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory.

EXAMPLE:

| | |
|---|---|
| Byte 1<br>FETCH-VIA-X-AUTOINCREMENT | Byte 2<br>STORE-VIA-Y-AUTOINCREMENT |
| Byte 3<br>ULOOP-UNTIL-DONE | Byte 4<br>QQQQQQQQ |

This example will perform a block move. To initiate the transfer, X will be loaded with the starting address of the source. Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow.

MICROLOOP INSTRUCTIONS

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0", continue execution with the next instruction.

ULOOP-IF-ZERO—If the LOOP COUNTER is not "0" and the TOP item on the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-POSITIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-NOT-CARRY-CLEAR—If the LOOP COUNTER is not "0" and the floating point exponents found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers.

ULOOP-NEVER—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER. Continue execution with the next instruction.

ULOOP-IF-NOT-ZERO—If the LOOP COUNTER is not "0" and the TOP item of the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-NEGATIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) of the TOP item of the Parameter Stack is "1", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the most significant bit of the Parameter Stack is "0", continue execution with the next instruction.

ULOOP-IF-CARRY-SET—If the LOOP COUNTER is not "0" and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction.

RETURN FROM SUBROUTINE OR INTERRUPT

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases, the current Program Counter is pushed onto the Return Stack, so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter.

RETURN INSTRUCTIONS

RETURN-ALWAYS—Pop the top item from the Return Stack and transfer it to the Program Counter.

RETURN-IF-ZERO—If the TOP item on the Parameter Stack is "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-POSITIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-CARRY-CLEAR—If the exponents of the floating point numbers found in TOP and NEXT are not aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-NEVER—Execute the next instruction.

(NOP)

RETURN-IF-NOT-ZERO—If the TOP item on the Parameter Stack is not "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-NEGATIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "1", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-CARRY-SET—If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor **50**, like any RISC type architecture, is optimized to handle as many operations as possible on-chip for maximum speed. External memory operations take from 80 nsec. to 220 nsec. compared with on-chip memory speeds of from 4 nsec. to 30 nsec. There are times when external memory must be accessed.

External memory is accessed using three registers:

X-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

Y-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

PROGRAM-COUNTER—A 30-bit memory pointer normally used to point to 4-byte instruction groups. External memory may be accessed at addresses relative to the PC. The operands are sometimes called "Immediate" or "Literal" in other computers. When used as memory pointer, the PC is also incremented after each operation.

MEMORY LOAD & STORE INSTRUCTIONS

FETCH-VIA-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. X is unchanged.

FETCH-VIA-Y—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. Y is unchanged.

FETCH-VIA-X-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of X to point to the next 32-bit word address.

FETCH-VIA-Y-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address.

FETCH-VIA-X-AUTODECREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

FETCH-VIA-Y-AUTODECREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

STORE-VIA-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. X is unchanged.

STORE-VIA-Y—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. Y is unchanged.

STORE-VIA-X-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, increment the most significant 30 bits of X to point to the next 32-bit word address.

STORE-VIA-Y-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, increment the most significant 30 bits of Y to point to the next 32-bit word address.

STORE-VIA-X-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

STORE-VIA-Y-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

FETCH-VIA-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter

Stack. After fetching, increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

*NOTE When this instruction executes, the PC is pointing to the memory location following the instruction. The effect is of loading a 32-bit immediate operand. This is an 8-bit instruction and therefore will be combined with other 8-bit instructions in a 4-byte instruction fetch. It is possible to have from one to four FETCH-VIA-PC instructions in a 4-byte instruction fetch. The PC increments after each execution of FETCH-VIA-PC, so it is possible to push four immediate operands on the stack. The four operands would be the found in the four memory locations following the instruction.

BYTE-FETCH-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Using the two least significant bits of X, select one of four bytes from the 32-bit memory fetch, right justify the byte in a 32-bit field and push the selected byte preceded by leading zeros onto the Parameter Stack.

BYTE-STORE-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Pop the TOP item from the Parameter Stack.

Using the two least significant bits of X place the least significant byte into the 32-bit memory data and write the 32-bit entity back to the location pointed to by the most significant 30 bits of X.

OTHER EFFECTS OF MEMORY ACCESS INSTRUCTIONS:

Any FETCH instruction will push a value on the Parameter Stack 74. If the on-chip stack is full, the stack will overflow into off-chip memory stack resulting in an additional memory cycle. Any STORE instruction will pop a value from the Parameter Stack 74. If the on-chip stack is empty, a memory cycle will be generated to fetch a value from off-chip memory stack.

HANDLING ON-CHIP VARIABLES

High-level languages often allow the creation of LOCAL VARIABLES. These variables are used by a particular procedure and discarded. In cases of nested procedures, layers of these variables must be maintained. On-chip storage is up to five times faster than off-chip RAM, so a means of keeping local variables on-chip can make operations run faster. The microprocessor 50 provides the capability for both on-chip storage of local variables and nesting of multiple levels of variables through the Return Stack.

The Return Stack 134 is implemented as 16 on-chip RAM locations. The most common use for the Return Stack 134 is storage of return addresses from subroutines and interrupt calls. The microprocessor allows these 16 locations to also be used as addressable registers. The 16 locations may be read and written by two instructions which indicate a Return Stack relative address from 0–15. When high-level procedures are nested, the current procedure variables push the previous procedure variables further down the Return Stack 134. Eventually, the Return Stack will automatically overflow into off-chip RAM.

ON-CHIP VARIABLE INSTRUCTIONS

READ-LOCAL-VARIABLE XXXX—Read the XXXXth location relative to the top of the Return Stack. (XXXX is a binary number from 0000–1111). Push the item read onto the Parameter Stack.

OTHER EFFECTS: If the Parameter Stack is full, the push operation will cause a memory cycle to be generated as one item of the stack is automatically stored to external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to READ the fifth item, unknown data will be returned.



WRITE-LOCAL-VARIABLE XXXX—Pop the TOP item of the Parameter Stack and write it into the XXXXth location relative to the top of the Return Stack. (XXXX is a binary number from 0000–1111.)

OTHER EFFECTS: If the Parameter Stack is empty, the pop operation will cause a memory cycle to be generated to fetch the Parameter Stack item from external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to WRITE to the fifth item, it is possible to clobber return addresses or wreak other havoc.

REGISTER AND FLIP-FLOP TRANSFER AND PUSH INSTRUCTIONS

DROP—Pop the TOP item from the Parameter Stack and discard it.

SWAP—Exchange the data in the TOP Parameter Stack location with the data in the NEXT Parameter Stack location.

DUP—Duplicate the TOP item on the Parameter Stack and push it onto the Parameter Stack.

PUSH-LOOP-COUNTER—Push the value in LOOP COUNTER onto the Parameter Stack.

POP-RSTACK-PUSH-TO-STACK—Pop the top item from the Return Stack and push it onto the Parameter Stack.

PUSH-X-REG—Push the value in the X Register onto the Parameter Stack.

PUSH-STACK-POINTER—Push the value of the Parameter Stack pointer onto the Parameter Stack.

PUSH-RSTACK-POINTER—Push the value of the Return Stack pointer onto the Return Stack.

PUSH-MODE-BITS—Push the value of the MODE REGISTER onto the Parameter Stack.

PUSH-INPUT—Read the 10 dedicated input bits and push the value (right justified and padded with leading zeros) onto the Parameter Stack.

SET-LOOP-COUNTER—Pop the TOP value from the Parameter Stack and store it into LOOP COUNTER.

POP-STACK-PUSH-TO-RSTACK—Pop the TOP item from the Parameter Stack and push it onto the Return Stack.

SET-X-REG—Pop the TOP item from the Parameter Stack and store it into the X Register.

SET-STACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Stack Pointer.

SET-RSTACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Return Stack Pointer.

SET-MODE-BITS—Pop the TOP value from the Parameter Stack and store it into the MODE BITS.

SET-OUTPUT—Pop the TOP item from the Parameter Stack and output it to the 10 dedicated output bits.

OTHER EFFECTS: Instructions which push or pop the Parameter Stack or Return Stack may cause a memory cycle as the stacks overflow back and forth between on-chip and off-chip memory.

LOADING A SHORT LITERAL

A special case of register transfer instruction is used to push an 8-bit literal onto the Parameter Stack. This instruction requires that the 8-bits to be pushed reside in the last byte of a 4-byte instruction group. The instruction op-code loading the literal may reside in ANY of the other three bytes in the instruction group.

EXAMPLE:

| | | |
|---|---|---|
| BYTE 1 LOAD-SHORT-LITERAL | BYTE 2 QQQQQQQQ | BYTE 3 QQQQQQQQ |
| BYTE 4 00001111 | | |

In this example, QQQQQQQQ indicates any other 8-bit instruction. When Byte 1 is executed, binary 00001111 (HEX 0f) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

| | |
|---|---|
| BYTE 1 LOAD-SHORT-LITERAL | BYTE 2 LOAD-SHORT-LITERAL |
| BYTE 3 LOAD-SHORT-LITERAL | BYTE 4 00001111 |

SHORT-LITERAL-INSTRUCTION

LOAD-SHORT-LITERAL—Push the 8-bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack.

LOGIC INSTRUCTIONS

Logical and math operations use the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack 74. NEXT indicates the next to top value on the Parameter Stack 74.

AND—Pop TOP and NEXT from the Parameter Stack, perform the logical AND operation on these two operands, and push the result onto the Parameter Stack.

OR—Pop TOP and NEXT from the Parameter Stack, perform the logical OR operation on these two operands, and push the result onto the Parameter Stack.

XOR—Pop TOP and NEXT from the Parameter Stack, perform the logical exclusive OR on these two operands, and push the result onto the Parameter Stack.

BIT-CLEAR—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP, and push the result onto the Parameter Stack. (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT.)

MATH INSTRUCTIONS

Math instruction pop the TOP item and NEXT to top item of the Parameter Stack 74 to use as the operands. The results are pushed back on the Parameter Stack. The CARRY flag is used to latch the "33rd bit" of the ALU result.

ADD—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

ADD-WITH-CARRY—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack. Add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

SUB-X—

SIGNED-MULT-STEP—

UNSIGNED-MULT-STEP SIGNED-FAST-MULT—

FAST-MULT-STEP—

UNSIGNED-DIV-STEP—

GENERATE-POLYNOMIAL—

ROUND—

COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the result has the most significant bit equal to "0" (the result is positive), push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative), push the old value of TOP onto the Parameter Stack. The CARRY flag may be affected.

SHIFT/ROTATE

SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP.

SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit. The CARRY flag is shifted into the least significant bit of NEXT.

DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity right one bit. The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

OTHER INSTRUCTIONS

FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip stack and can require from none to 16 external memory cycles.

FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles.

It should further be apparent to those skilled in the art that various changes in form and details of the invention as shown and described may be made. It is intended that such changes be included within the spirit and scope of the claims appended hereto.

What is claimed is:

1. A microprocessor system comprising:

a central processing unit;

memory;

a bus connecting said central processing unit to said memory;

instruction fetching means that are connected to said bus to fetch instruction groups via said bus from said memory, certain of said instruction groups including at least one instruction that, when executed, causes an access to an operand or an instruction or both, said operand or instruction being located a predetermined position from a boundary of said instruction groups;

an instruction register for receiving sequential instructions from a first of said instruction groups from said instruction fetching means, said first of said instruction groups including said at least one instruction;

instruction decoding means having means for generating a counter control signal and an operand control signal;

a counter that is connected to receive said counter control signal from said instruction decoding means;

operand selection means that is responsive to said operand control signal from said instruction decoding means;

instruction supplying means, responsive to said counter to select said predetermined position, for supplying, in succession from said instruction register, said sequential instructions to said central processing unit;

said instruction supplying means being further responsive to said counter and said operand selection means for selecting and supplying operand from said predetermined position in said instruction groups to said central processing unit;

said instruction decoding means providing said counter control signal and said operand control signal to cause said instruction supplying means to select from said instruction groups said operand or instruction or both associated with one of said instructions from said first of said instruction groups.

2. The microprocessor system of claim 1 wherein said instruction decoding means further includes means, responsive to a SKIP instruction in said instruction register, for configuring said instruction fetching means such that the next instruction group is supplied to the instruction register, and for configuring said instruction supplying means to supply in succession from said instruction register, said sequential instructions, beginning with the first instruction in said instruction register from said next instruction group, to said central processing unit, and in which said means for generating counter control signal, also in response to the SKIP instruction, supplies the counter control signal to reset said counter to zero.

3. The microprocessor system of claim 2 further comprising:

means for determining whether a predefined condition exists within said microprocessor system, and

means for controlling response of said instruction decoding means to said SKIP instruction and said predefined condition to execute or not execute said SKIP instruction based on existence of said predefined condition.

4. The microprocessor system of claim 1 further comprising:

a loop counter that is connected to receive a decrement control signal from said instruction decoding means, said instruction decoding means further including means, responsive to a MICROLOOP instruction in said instruction register, configured to supply said decrement control signal to said loop counter, said instruction supplying means being configured to supply from said instruction register beginning with the first instruction in said instruction register, from said first of said instruction groups, to said central processing unit, and in which said means for generating the counter control signal, also in response to the MICROLOOP instruction, supplies the counter control signal for resetting said counter to zero.

5. The microprocessor system of claim 4 further comprising:

means for determining whether a predefined condition exists within said microprocessor system, and

means for controlling response of said instruction decoding means to said MICROLOOP instruction and said predefined condition to execute or not execute said MICROLOOP instruction based on existence of said predefined condition.

6. The microprocessor system of claim 1 wherein said instruction decoding means includes means for supplying control signals to said instruction fetching means such that a subsequent one of said instruction groups is supplied to said instruction register, and for configuring said instruction supplying means to supply to said central processing unit a remainder of said first of said instruction groups as said operand.

7. The microprocessor system of claim 6 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups supplied to said instruction register is determined in response to a branch-type instruction in said sequential instructions within said first of said instruction groups.

8. The microprocessor system of claim 1 wherein said instruction decoding means configures said instruction supplying means to supply to said central processing unit a last byte of said first of said instruction groups as said operand in response to one of said sequential instructions within said first of said instruction groups.

9. The microprocessor system of claim 1 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups is supplied as an operand in response to one of said sequential instructions within said first of said instruction groups.

10. The microprocessor system of claim 1 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups supplied to said instruction register is determined in response to a branch-type instruction in said sequential instructions within said first of said instruction groups.

11. The microprocessor system of claim 10 in which said instruction decoding means supplies said counter control signal to reset said counter in response to a branch-type instruction in said sequential instructions within said first of said instruction groups.

12. The microprocessor system of claim 10 further comprising means for determining whether a predefined condition exists within said microprocessor system, and

means for controlling response of said instruction decoding means to said branch-type instruction and said predefined condition to execute or not execute said branch-type instruction based on existence of said predefined condition.

13. The microprocessor system of claim 10 in which said instruction supplying means includes means for gating said sequential instructions within said instruction register to said central processing unit based on signals produced by said counter.

14. The microprocessor system of claim 1 wherein said instruction fetching means fetches said sequential instructions in parallel for each of said instruction groups in a single memory cycle.

15. The microprocessor system of claim 1 further comprising:

memory access testing means for testing said first of said instruction groups to determine if said sequential instructions require a memory access; and

if said memory access testing means determine a memory access is not required, then supplying of control signals

to said instruction fetching means to fetch the next instruction group during the execution of a current of said instruction groups.

16. The microprocessor of claim 1 wherein said instruction supplying means includes:

a decoder connected to an output of said counter, and

a plurality of gates interposed between said instruction register and said central processing unit, said gates being controlled by signals from said decoder.

17. The microprocessor of claim 1 wherein said instruction decoding means includes means for determining a width of said operand, said width being related to position in said instruction register of said one of said instructions of said first of said instruction groups.

18. The microprocessor of claim 1 wherein said first of said instruction groups includes a first instruction and multiple operand bytes, said instruction decoding means including means for determining a width of said operand associated with said first instruction based on position of said first instruction within said instruction register.

19. The microprocessor of claim 18 wherein said instruction supplying means includes gating means for selecting one or more of said multiple operand bytes within said instruction register corresponding to said operand.

20. A microprocessor comprising;

a central processing unit;

an instruction register operatively coupled to said central processing unit;

instruction fetching means for providing sequential instructions within instruction groups to said instruction register wherein certain of said instruction groups include at least one instruction that, when executed, causes an access to an operand or an instruction or both, said operand or instruction being located at a predetermined position from a boundary of said instruction groups;

instruction decoding means having a means for generating a counter control signal and an operand control signal;

a counter that is connected to receive said counter control signal from said instruction decoding means;

operand selection means that is responsive to said operand control signal from said instruction decoding means;

instruction supplying means, responsive to said counter to select said predetermined position, for successively coupling said sequential instructions of said certain of said instruction groups to said central processing unit;

said instruction supplying means being further responsive to said counter and said operand selection means for selection and supplying operands from said predetermined position in said instruction groups to said central processing unit; and

said instruction decoding means providing said counter control signal and said operand control signal to cause said instruction supplying means to select from said instruction groups said operand or instruction or both associated with particular ones of said sequential instructions.

21. The microprocessor of claim 20 wherein said instruction decoding means, upon receiving a SKIP one of said sequential instructions from a current one of said instruction groups, configures said instruction fetching means to fetch a next one of said instruction groups to said instruction register, supplies the counter control signal to reset said counter to zero and configures said instruction supplying means to supply a first one of said sequential instructions.

22. The microprocessor of claim 21 further including means for determining whether a predefined condition exists within said microprocessor system, and

means for controlling response of said instruction decoding means to said SKIP instruction and said predefined condition to execute or not execute said SKIP instruction based on existence of said predefined condition.

23. The microprocessor of claim 20 further comprising a loop counter, said instruction decoding means, responsive to a MICROLOOP instruction within said instruction register, providing a decrement signal to said loop counter and priding the counter control signal to reset said counter to zero, and said instruction supplying means being configured to supply from said instruction register said sequential instructions, beginning with the first instruction in said instruction register, from a current one of said instruction groups, to said central processing unit.

24. The microprocessor of claim 23 further comprising:

means for determining whether a predefined condition exists within said microprocessor system, and

means for controlling response of said instruction decoding means to said MICROLOOP instruction and said predefined condition to execute or not execute said MICROLOOP instruction based on existence of said predefined condition.

25. The microprocessor of claim 20 wherein said instruction decoding means includes means, responsive to ones of said sequential instructions of predetermined type, for supplying control signals to said instruction fetching means such that a subsequent one of said instruction groups is provided to said instruction register.

26. The microprocessor of claim 25 wherein said instruction decoding means includes means for configuring said instruction supplying means to supply a remainder of a current one of said instruction groups within said instruction register as said operand to said central processing unit.

27. The microprocessor of claim 25 further comprising means for determining whether a predefined condition exists within said microprocessor system, and means for controlling response of said instruction decoding means to branch-type ones of said instructions and said predefined condition to execute or not execute said branch-type ones of said instructions based on existence of said predefined condition.

28. The microprocessor of claim 20 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups is supplied as an operand in response to one of said sequential instructions.

29. In a microprocessor system including a central processing unit, memory, and an instruction register, a method for providing instructions and operands from said memory to said central processing unit comprising the steps of:

providing instruction groups to said instruction register from said memory wherein certain of said instruction groups include at least one instruction that, when executed, causes an access to an operand or an instruction or both, said operand or instruction being located at a predetermined position from a boundary of said instruction groups;

decoding said at least one instruction to determine said predetermined position;

locating said predetermined position; and

supplying, from said instruction groups, using the predetermined location, said operand or instruction or both to said central processing unit.

* * * * *

39-202 GP 2315

MAIL ROOM APR 15 1996 PAT. & TRADEMARK OFFICE

PATENT

NANO-001/05US
N0765-2008

ereby certify that this paper correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

Date: 4-1-96 By: Felicia Walker

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

Charles H. Moore et al.

Serial No. 08/484,918

Filed: June 7, 1995

For: HIGH PERFORMANCE, LOW COST MICROPROCESSOR

Examiner: D. Eng

Art Unit: 2315

AMENDMENT

Palo Alto, CA 94306

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This Amendment is being submitted in response to the first Office Action in the above-identified patent application.

IN THE SPECIFICATION

At page 1, line 1, please change the title from "HIGH PERFORMANCE, LOW COST MICROPROCESSOR" to --HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK--.

110 JF 04/18/96 08484918 1 202 39.00 CK

21092053



Exhibit 4

Please rewrite the Abstract as follows:

--A high performance, low cost microprocessor system having a variable speed system clock is disclosed herein. The microprocessor system includes an integrated circuit having a central processing unit and a ring oscillator variable speed system clock for clocking the microprocessor. The central processing unit and ring oscillator variable speed system clock each include a plurality of electronic devices of like type, which allows the central processing unit to operate at a variable processing frequency dependent upon a variable speed of the ring oscillator variable speed system clock. The microprocessor system may also include an input/output interface connected to exchange coupling control signals, address and data with the central processing unit. The input/output interface is independently clocked by a second clock connected thereto.--

IN THE CLAIMS

Please amend claims 19-20 and 65-66 as follows:

19(Amended). A microprocessor system, comprising a single integrated circuit a central processing unit and a ring [counter] oscillator variable speed system clock connected to said central processing unit for clocking said central processing unit, said central processing unit and said ring [counter] oscillator variable speed system clock [being provided in a single integrated circuit] each including a plurality of electronic devices of like type, said central processing unit operating at a variable processing frequency dependent upon a variable speed of said ring oscillator variable speed system clock.

20(Amended). The microprocessor system of Claim 19 additionally comprising an input/output interface connected to exchange coupling control signals, address and data with said [input/output interface] central processing unit, and a second clock independent of said ring [counter] oscillator variable speed system clock connected to said input/output interface.

65(Amended). In a microprocessor integrated circuit, a method for clocking the microprocessor within the integrated circuit, comprising the steps of:

[which comprises fabricating] providing a ring [counter] oscillator system clock having a plurality of transistors within the integrated circuit, said plurality of transistors having operating characteristics disposed to vary similarly to operating characteristics of transistors included within the microprocessor; [and the microprocessor each having a plurality of transistors having operating characteristics which vary in the same way with variations in their fabrication,] and

using the ring [counter] oscillator system clock for clocking the microprocessor, said central processing unit operating at a variable processing frequency dependent upon a variable speed of said ring oscillator system clock.

B3

66(Amended). The method of Claim 65 additionally comprising the steps of:

providing an input/output interface for the microprocessor integrated circuit, [and]

clocking the input/output interface with a second clock independent of the ring [counter] oscillator system clock, and

buffering information within said input/output interface received from said microprocessor integrated circuit.

Please add the following new claims 71-79:

71. The microprocessor system of claim 20 further including system memory coupled to said input/output interface, said system memory being synchronized to said second clock and operating synchronously with respect to said ring oscillator variable speed system clock.

B4 Sub C3

72. The method of claim 65 further including the steps of

transferring information to and from said microprocessor in synchrony with said ring oscillator system clock, and

buffering said information to facilitate transfer of said information to and from system memory synchronously with respect to said ring oscillator system clock.

73. A microprocessor system comprising:

a central processing unit disposed upon a substrate, said central processing unit operating at a processing frequency and including a first plurality of transistors;

an oscillator disposed upon said substrate and connected to said central processing unit, said oscillator clocking said central processing unit at a clock rate and including a second plurality of transistors designed such that operating characteristics of said first plurality and said second plurality of transistors vary in the same way as a function of parameter variation in one or more operational parameters associated with said substrate, thereby enabling said processing frequency to track said clock rate in response to said parameter variation)

74. The microprocessor system of claim 73 wherein said one or more parameters are included within the set consisting of: operating temperature of said substrate, operating voltage of said substrate, and fabrication process of said substrate.

B 4

75. The microprocessor system of claim 73 further comprising:

an input/output interface, connected between said central processing unit and an external memory bus, for facilitating ~~exchanging~~ coupling control signals, address and data with said central processing unit;

an external clock, independent of said oscillator, connected to said input/output interface wherein said external clock is operative at a frequency independent of a clock frequency of said oscillator.

8 ~~76~~. The microprocessor system of claim 6 ~~75~~ wherein said external clock comprises a fixed-frequency clock which operates synchronously relative to said oscillator.

9 ~~77~~. The microprocessor system of claim 6 ~~73~~ wherein said oscillator comprises a ring oscillator.

44 Sub C4

78. In a microprocessor system including a central processing unit, a method for clocking said central processing unit comprising the steps of:

21092053



68

providing said central processing unit upon a substrate, said central processing unit including a first plurality of transistors and being operative at a processing frequency;

clocking said central processing unit at a clock rate using an oscillator disposed upon said substrate, said oscillator being provided so as to include a second plurality of transistors with said central processing unit being clocked by said oscillator at a variable frequency dependent upon variation in one or more operational parameters associated with said substrate, said processing frequency and said clock rate varying in the same way relative to said variation in said one or more operational parameters associated with said substrate.

B

4

79. The method of claim 78 further comprising the steps of:

connecting an input/output interface between said central processing unit and an external memory bus, and exchanging coupling control signals, address and data between said input/output interface and said central processing unit;

clocking said input/output interface using an external clock wherein said external clock is operative at a frequency independent of a clock frequency of said oscillator.

**REMARKS**

This amendment responds to the first office action. Claims 19-20 and 65-66 have been amended, and new claims 71-79 have been added.

The Examiner has requested that applicants update the status of the parent application. Applicants note that the parent application Serial No. 07/389,334 has issued as U.S. Pat. No. 5,440,749. Also pursuant to the Examiner's request, a new title and new abstract more aptly descriptive of the invention have been provided.

The Examiner has rejected claims 19-21 and 65-67 under 35 U.S.C. § 112 as being indefinite. With respect to the apparatus claims, the Examiner asserted that there exists no functional relationship and interconnection between the claimed components. Similarly, the Examiner asserted that a functional relationship does not exist between the steps of the method claims, and that it is unclear what the steps try to accomplish.

Applicants note that the present invention is directed to a microprocessor system including a central processing unit and a ring oscillator variable speed system clock connected thereto. In accordance with the claimed invention, the central processing unit and the ring oscillator variable speed system clock are provided in a single integrated circuit. This allows, for example, the central processing unit to track variations in the speed of the ring oscillator variable speed system clock, since the elements of each are disposed in the same integrated circuit. By this amendment the term "ring counter" has been replaced with "ring oscillator", in order to more particularly identify the ring oscillator (FIG. 18) incorporated within a preferred implementation of the microprocessor system of the invention.

Although applicants submit that the "functional relationship" between the claimed central processing unit and system clock connected thereto is inherently clear, the apparatus and method claims have been amended in an effort to accommodate the Examiner's concerns with respect to 35 **U.S.C.** §112. For example, claim 19 now recites a "functional relationship" in that it is made explicit that the ring oscillator variable speed system clock is disposed to clock the central processing unit. Moreover, the central processing unit and ring oscillator variable speed system clock are described as "each including a plurality of electronic devices of like type". This allows the central processing unit to operate at a

variable processing frequency which depends upon a variable speed of the ring oscillator variable speed system clock. See, for example, the specification at page 31, line *33* to page 32, line 1:

> By deriving system timing from the ring oscillator 430, CPU 70 will always execute at the maximum frequency possible, but never too fast. For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor 50 will operate slower than normal. Since the microprocessor 50 *ring oscillator clock 430 is made from the same transistors on the same* **die** *as the latches and gates,* it too will operate slower (oscillating at a lower frequency), providing compensation which allows the rest of the chip's logic to operate properly.

Method claim 65 has been similarly amended, and now recites the step of:

> fabricating a ring oscillator system clock having a plurality of transistors, said plurality of transistors having operating characteristics disposed to vary similarly to operating characteristics of transistors included within the microprocessor ... .

The method claims thus now prescribe a technique for clocking a microprocessor using a ring oscillator system clock comprised of transistors having similar operating characteristics as those within the microprocessor. This advantageously allows the processing frequency of the microprocessor to track the clock rate of the ring oscillator system clock.

The Examiner has rejected claims 19 and *65* under *35* U.S.C. § 103 as being unpatentable over Sheets. The Examiner stated that Sheets teaches a microprocessor system having a microprocessor and a variable speed clock generator. Although admitting that Sheets does not disclose that his clock is implemented using a ring oscillator, the Examiner opined that a "counter is a basis component of [a] clock generator". It was further asserted that choosing the counter to be of the ring type is merely a matter of design choice.

Applicants again observe that the present invention is directed to a system and method for clocking a central processing unit disposed *within the same integrated circuit* as a ring oscillator variable speed system clock. This allows, for example, the central processing unit to track variations in the speed of the ring oscillator variable speed system clock, since the elements of each are disposed in the same integrated circuit. That is, the operational speed of the microprocessor and ring oscillator clock are designed to vary similarly as a function of variation in temperature, processing and other parameters affecting circuit performance.

The system of Sheets effects microprocessor clocking in a way which is entirely dissimilar from that of the present invention, and in fact teaches away from Applicants' clocking scheme. In particular, Sheets describes the use of discrete, commercially available microprocessor chips, e.g., the Motorola 68000 (col. 5, line 16), driven by a separate clock (VCO 12 of FIG. 1). As is well known, such microprocessor chips include terminals or pins, such as the CLK and INT terminals of microprocessor (FIG. 1), for receiving inputs from external devices like the VCO 12 and fixed oscillator 103. Because the VCO 12 is not integral with the microprocessor 101, Sheets has proposed a technique for adjusting the frequency of VCO 12 in accordance with a desired operating frequency of the microprocessor 101. Specifically, a digital word indicative of this desired operating frequency is written by microprocessor 101 to VCO 12 by way of data bus 104 as a means of adjusting clock frequency.

The present invention does not similarly rely upon provision of frequency control information to an external clock, but instead contemplates providing a ring oscillator clock and the microprocessor within the same integrated circuit. The placement of these elements within the same integrated circuit obviates the need for provision of the type of frequency control information described by Sheets, since the microprocessor and clock will naturally tend to vary commensurately in speed as a function of various parameters (e.g., temperature) affecting circuit performance. Sheets' system for providing clock control signals to an external clock is thus seen to be unrelated to the integral microprocessor/clock system of the present invention.

Although the foregoing clearly indicates the existence of a patentable distinction between the system of Sheets and the present invention, claims 19 and 65 have nonetheless been amended to advance prosecution of the application. Specifically, claims 19 and 65 now explicitly recite that the ring oscillator and microprocessor are provided within the same integrated circuit. Moreover, these claims further state that the plurality of transistors included within the ring oscillator clock have operating characteristics which vary similarly to operating characteristics of transistors included within the microprocessor, thereby enabling the processing frequency of the microprocessor to track the speed of the ring oscillator clock:

> ...The CPU 70 executes at the fastest speed possible using the adaptive ring counter clock 430. Speed may vary by a factor of four depending upon temperature, voltage, and process.
> (page 32, lines 10-13)

Neither of these aspects of the present invention are suggested by Sheets. As discussed above, Sheets describes the use of commercially available microprocessor chips, and depicts the microprocessor 101 as being coupled to a separate clock (i.e, VCO 12) by way of a data bus 104 and address bus 105. Moreover, the VCO 12 clearly is not comprised of transistors having operating characteristics disposed to vary similarly to those of transistors within the microprocessor 101. Rather, the VCO 12 is seen to be comprised of an LC oscillator (col. 3, line 58 and FIG. 6), which clearly is not adapted to mimic variation in the speed of transistors within the microprocessor 101. Accordingly, applicant respectfully submits that amended claims 19 and 65 are patentable over Sheets, and requests that the rejection thereof under 35 U.S.C. § 103 be withdrawn.

Since Schaire does not supplement the lack of teaching within Sheets with respect to amended claims 19 and 65, it is also respectfully submitted that pending claims 20-21 and 66-67 are patentable over Sheets in view of Schaire. Further with regard to pending claims 20 and 66, it is observed that Schaire provides no indication that bus interface unit 10 is clocked by a signal from a clock different from that used to clock the host microprocessor. That is, the origin of high-speed clock signal 230 (FIG. 1) provided to bus interface unit 10 does not appear to be described. Hence, Schaire fails to teach the claimed provision of separate, independent clock signals to an input/output interface buffer and microprocessor. Accordingly, applicant respectfully requests that the outstanding rejection of claims 20-21 and 66-67 under 35 U.S.C. § 103 be withdrawn.

By this amendment new claims 71-79 have also been added to more particularly identify the invention which appears to be available for protection. In this regard new claims 71-72 point out that information is transferred to and from the microprocessor in synchrony with the ring oscillator system clock, and that this information is buffered to facilitate transfer thereof to and from system memory synchronously with respect to the ring oscillator system clock. New claims 73-79 explicitly recite that the central processing unit and ring oscillator include first and second pluralities of transistors, respectively, and that the

operating characteristics of these transistors vary in the same way as a function of variation in operational parameters (e.g., operating temperature) of the substrate. This advantageously allows a processing frequency of the central processing unit to track a clock rate of the ring oscillator as a function of substrate parameter variation.

Accordingly, in view of the above remarks, it is submitted that this application is now ready for allowance. Early notice to this effect is solicited.

If in the opinion of the Examiner, a telephone conference would expedite the prosecution of the subject application, the Examiner is invited to call the undersigned at (415) 843-5000.

Respectfully submitted,

COOLEY GODWARD CASTRO
HUDDLESON & TATUM

By: Willis E. Higgins
Reg. No. 23,025

Cooley Godward Castro
Huddleson & Tatum
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
(415) 843-5000

D.E.

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/484,918 | 06/07/95 | MOORE | C NANO-001/05US |

| EXAMINER |
|---|
| ENG, D |

E3M1/0708

COOLEY GODWARD CASTRO
HUDDLESON & TATUM
FIVE PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO, CA 94306

| ART UNIT | PAPER NUMBER |
|---|---|
| 2315 | 11 |

DATE MAILED: 07/08/96

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined ☒ Responsive to communication filed on 4/12/96 ☒ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), ______ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ ______

**Part II SUMMARY OF ACTION**

1. ☒ Claims 19-21, 65-67 + 71-79 are pending in the application.

   Of the above, claims ______ are withdrawn from consideration,

2. ☐ Claims ______ have been cancelled.
3. ☐ Claims ______ are allowed.
4. ☒ Claims 19-21, 65-67 + 71-79 are rejected.
5. ☐ Claims ______ are objected to.
6. ☐ Claims ______ are subject to restriction or election requirement
7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☐ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on ______. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on ______. has (have) bean ☐ approved by the examiner: ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed ______, has been ☐ approved; ☐ disapproved (see explanation).
12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. ______; filed on ______
13. ☐ Since this application apppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

EXAMINER'S ACTION

PTOL-326 (Rev. 2/93)

Exhibit 5

Claims 19-21, 65-67 and 71-79 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Scope of limitation of the following claim language is not clear:

1. "a plurality of electronic devices of like type" in claim 19.

2. "--transistors--disposed to vary similarly to operating characteristics of transistors included within the microprocessor" in claim 65. It is not clear what "disposed" means. Note that transistors are gates. It appears that disposing them would not have the desired result recited in the claim.

With respect to claim 71, it is not clear what is meant by "--memory--operating synchronouslu with respect to said ring oscillator system clock". Note that the memory is coupled to the 1/0 interface and not to the processor or variable clock.

With respect to claim 66, it is not clear how buffering is related to the method for clocking the microprocessor recited in the preamble of parent claim 65. Claim 72 has similar defect.

With respect to claim 73, function of the transistros has not been recited. It is not seen how the transistors as recited is able to achieve the desired function recited in the "such that" clause. Claims 74 and 78 have similar defects.

35 U.S.C. § 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter or any new and useful improvement thereof, may obtain a patent therefore, subject to the conditions and requirements of this title".

Claims 65-67, 72 and 78-79 are rejected under 35 U.S.C. § 101 because the claimed invention is directed to non-statutory subject matter.

The method steps as recited are not carried out or implemented by a machine or computer. The steps as recited appears to be carried out by or thoughts of a human being.

The following is a quotation of the first paragraph of 35 U.S.C. § 112:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

The specification is objected to under 35 U.S.C. § 112, first paragraph, as failing to adequately teach how to make and use the invention.

The specification fails to disclose a plurality of transistors within the variable speed clock and the processor such that the transistors vary in the same way as a function of parameters of the substrate such as temperature, operating voltage and fabrication process of the substrate.

Claims 65-67 and 72-79 are rejected under 35 U.S.C. § 112, first paragraph, for the reasons set forth in the objection to the specification.

The text of those sections of Title 35, U.S. Code not included in this action can be found in a prior Office action.

Claims 19, 65, 73-74, 77 and 78 are rejected under 35 U.S.C. § 103 as being unpatentable over Sheets.

Claims 20-21, 71-72, 66-67, 75-76 and 79 are rejected under 35 U.S.C. § 103 as being unpatentable over Sheets in view of Schaire.

Detail of the rejection has already been set forth in the last Office action. The detail is incorporated herein by reference thereto.

Applicants contend that the processor and the clock shown in Figure 1 of Sheets are on separate chips. The Examiner disagrees. Sheets clearly indicates in lines 46-48 of column 2 that the system 100 shown in Figure 1 is fabricated on a single chip using MOS technology. Further, it is well known that components such as clock, microprocessor, ROM and RAM are fabricated on the same chip.

Applicant's amendment necessitated the new grounds of rejection. Accordingly, **THIS ACTION IS MADE FINAL.** See M.P.E.P. § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 C.F.R. § 1.136(a).

A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS ACTION. IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE ON THE DATE THE ADVISORY ACTION IS MAILED, *AND ANY* EXTENSION FEE PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE MAILING DATE OF THE ADVISORY ACTION. IN NO EVENT WILL THE STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM THE DATE OF THIS FINAL ACTION.

DAVID Y. ENG
PRIMARY EXAMINER
ART UNIT 232

71477 U.S. PTO
01/13/97
PATENT

NANO-001/05US
N0765-2008

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231, on January 8, 1997.

Date: 1-8-97 By: Patricia K. Camp

IN THE UNITED STATES PATENT AMI) TRADEMARK OFFICE

| | |
|---|---|
| In re application of | Examiner: D. Eng |
| Charles H. Moore et al. | Art Unit: 2315 |
| Serial No. 08/484,918 | |
| Filed: June 7, 1995 | **AMENDMENT** |
| For: HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK | Palo Alto, CA 94306 |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This Amendment is being submitted in response to the Final Rejection dated July 8, 1996 in the above-identified patent application.

IN THE CLAIMS

Please amend claims 19, 65, 66, 71, 72, 73, 74 and 78 as follows;

19(Twice Amended). A microprocessor system, comprising a single integrated sircuit including a central processing unit and a ring oscillator variable speed system clock connected to said central processing unit for clocking said central processing unit, said central processing unit and said ring oscillator variable speed system clock each including a plurality of electronic devices [of like type] correspondingly constructed of the same process technology with corresponding manufacturing variations, a processing frequency capability of said central processing unit [operating at a variable processing frequency dependent upon a variable speed of] and a speed of said ring oscillator variable speed system clock varying together due to said manufacturing variations and due to at least operating voltage and temperature of said integrated circuit.



Exhibit 6

65(Twice Amended). In a microprocessor integrated circuit, a method for clocking the microprocessor within the integrated circuit, comprising the steps of

providing a ring oscillator system clock [having a plurality] constructed of [transistors] electronic devices within the integrated circuit, said [plurality of transistors] electronic devices having operating characteristics [disposed to] which will, because said ring oscillator system clock and said microprocessor are located within the same integrated circuit, vary [similarly to] together with operating characteristics of [transistors] electronic devices included within the microprocessor; and

using the ring oscillator system clock for clocking the microprocessor, said [central processing unit] microprocessor operating at a variable processing frequency dependent upon a variable speed of said ring oscillator system clock.

66(Twice Amended). The method of Claim 65 additionally comprising the steps of:

providing an input/output interface for the microprocessor integrated circuit, and

clocking the input/output interface with a second clock independent of the ring oscillator system clock[, and

buffering information within said input/output interface received from said microprocessor integrated circuit].

72(Amended). The method of claim 65 further including the [steps] step of

transferring information to and from said microprocessor in synchrony with said ring oscillator system clock[, and

buffering said information to facilitate transfer of said information to and from system memory synchronously with respect to said ring oscillator system clock].

73(Amended). A microprocessor system comprising:

a central processing unit disposed upon [a] an integrated circuit substrate, said central processing unit operating at a processing frequency and [including] constructed of a first plurality of [transistors] electronic devices;

an oscillator disposed upon said integrated circuit substrate and connected to said central processing unit, said oscillator clocking said central processing unit at a clock rate and including a second plurality of [transistors] electronic devices, thus varying the [designed such that] operating characteristics of said first plurality and said second plurality of transistors [vary] in the same way as a function of parameter variation in one or more fabrication or operational parameters associated with said integrated circuit substrate thereby enabling said processing frequency to track said clock rate in response to said parameter variation

C 3

7 ~~74~~(Amended). The microprocessor system of claim 6 ~~73~~ wherein said one or more operational parameters [are included within the set consisting of:] include operating temperature of said substrate[,] or operating voltage of said substrate[, and fabrication process of said substrate].

Sub E4 C4

78(Amended). In a microprocessor system including a central processing unit, a method for clocking said central processing unit comprising the steps of:

providing said central processing unit upon [a] an integrated circuit substrate, said central processing unit [including] being constructed of a first plurality of transistors and being operative at a processing frequency;

providing a variable speed clock disposed upon said integrated circuit substrate, said variable speed clock being constructed of a second plurality of transistors; and

clocking said central processing unit at a clock rate using [an oscillator, disposed upon said substrate, said oscillator being provided so as include a second plurality of transistors] variable speed clock with said central processing unit being clocked by said [oscillator] variable speed clock at a variable frequency dependent upon variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, said processing frequency and said clock rate varying in the same way relative to said variation in said one or more fabrication or operational parameters associated with said integrated circuit substrate.

Cancel claim 71.

REMARKS

Appreciation is expressed for the courteous and helpful telephone interview granted by the Examiner on January 7 and 8, 1997, with the undersigned attorney and Mr. George Shaw, representing the assignee of the application. The above changes to the claims are based on the discussion in the interview. Proposed changes to claims 19, 65 and 73 were sent by facsmile to the Examiner on January 7 to facilitate the further discussion on January 8. On January 8, the Examiner agreed that these changes merited further consideration of the application and appeared to overcome the prior art of record. The following remarks in part summarize the discussion in the interview and respond to specific points in the Final Rejection.

In the interview, the fact that operating characteristics of electronic devices in an integrated circuit will track one another depending on variations in the manufacturing process used to make the integrated circuit was discussed. This fact is described at page 31, line 1 through page 32, line 1 of this application, in the context of the microprocessor system of this invention. This fact is utilized in the present invention to provide a variable speed clock for the microprocessor, with the



70

clock sped varying in the same way as variations in the operating characteristics of the electronic devices making up the microprocessor. This allows the microprocessor to operate at its fastest safe operating speed, given its manufacturing process or changes in its operating temperature or voltage. In contrast, prior art microprocessor systems are given a rated speed based on possible worst case operating conditions and **an** external clock is used to drive them no faster than the rated speed. Under other than worst case operating conditions, the prior art microprocessors are actually capable of operating at a faster clock speed than their rated speed.

The above changes to the claims have been made to bring out the above distinction over the prior art more clearly. It is believed that they overcome the rejection of claims 19-21, 65-67 and 71-79 under 35 USC § 112, define statutory subject matter, i.e, a system implemented as a single integrated circuit having defined characteristics or a process, as well as distinguishing over the prior art of record.

In the rejection under 35 USC § 103, the Examiner contends that the Sheets reference "clearly indicates in lines 46-48 of column 2 that the system 100 shown in Figure 1 is fabricated *on* a ***single chip*** using MOS technology." Specific issue is taken with the inclusion of the italicized language in this characterization of the reference. Sheets does not say that the system 100 is on a single chip, only that it is implemented in MOS technology. At column 5, lines 15-17, a specific example of the Motorola 68000 microprocessor is given. That microprocessor is driven by an external clock that provides a clock signal to a designated pin of the microprocessor integrated circuit package. Applicants are aware of no prior art teaching or suggesting a variable speed oscillator in the same integrated circuit with a microprocessor and clocking the microprocessor with a clock speed that varies correspondingly with changes in operating characteristics of electronic devices making up the microprocessor, as a result of being in the same integrated circuit as the microprocessor, as claimed. Even if the Examiner is correct that the variable clock in Sheets is in the same integrated circuit as the microprocessor of system 100, that still does not give the claimed subject matter. In Sheets, a command input is required to change the clock speed. In the present invention, the clock speed varies correspondingly to variations in operating parameters of the electronic devices of the microprocessor because both the variable speed clock and the microprocessor are fabricated together in the same integrated circuit. No command input is necessary to change the clock frequency. The rejection under 35 USC § 103 is believed to be overcome.

All of the claims in the application are believed to be patentable over the prior art. This application is believed to be in condition for allowance, and allowance is solicited.

Respectfully submitted,

COOLEY GODWARD LLP

Willis E. Higgins
Reg. No. 23,025

Five Palo Alto Square
Palo Alto, CA 94306-2155
Telephone: (415) 843-5145

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO. |
|---|---|---|---|
| 08/484,918 | 06/07/95 | MOORE C | NANO-001/05U |

B3M1/0403

COOLEY GODWARD CASTRO
HUDDLESON & TATUM
FIVE PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO CA 94306

| EXAMINER | |
|---|---|
| ENG, D | |
| ART UNIT | PAPER NUMBER |
| 2315 | 11 |

DATE MAILED: 04/03/97

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## OFFICE ACTION SUMMARY

☒ Responsive to communication(s) filed on 1/9 7

☐ This action is **FINAL.**

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is** closed in accordance with the practice under *Ex parte Quayle,* **1935** D.C. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire three month(s), or thirty **days,** whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) 19-21, 65-67 + 72-79 is/are pending in the application.
Of the above, claim(s) ______ is/are withdrawn from consideration.
☐ Claim(s) ______ is/are allowed.
☒ Claim(s) 19-21, 65-6 + 72-9 is/are rejected.
☐ Claim(s) ______ is/are objected to.
☐ Claim(s) ______ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.
☐ The drawing(s) filed on ______ is/are objected to by the Examiner.
☐ The proposed drawing correction, filed on ______ is ☐ approved ☐ disapproved.
☐ The specification is objected to by the Examiner.
☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been
☐ received.
☐ received in Application No. (Series Code/Serial Number) ______
☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______

☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of Reference Cited, PTO-892
☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). ______
☐ Interview Summary, PTO-413
☒ Notice of Draftperson's Patent Drawing Review, **PTO-948**
☐ Notice of Informal Patent Application, PTO-152

Exhibit 7

**--SEE OFFICE ACTION ON THE FOLLOWING PAGES--**

The text of those sections of Title 35, U.S. Code not included in this action can be found in a prior Office action

Claims 19-21, 65-67 and 72-79 are rejected under 35 U.S.C. 103(a) as being unpatentable over Magar.

See at least Figures 1 and 2a and the corresponding description in the specification of Magar. Figure 1 show a data processing system having a single chip microcomputer 10 and a I/O interface 12. Figure 2a shows that the microcomputer includes clock generator and a cpu (the rest of the components). Since the microcomputer of Mager is fabricated on a single chip, one of ordinary skill in the art should readily recognize that the speed of the cpu and the clock vary together due to manufacturing variation, operating voltage and temperature of the IC.

As to the claims directed to the interface, it is noted that the microcomputer 10 and the interface 12 are of two separate components connected to the buses, one of ordinary skill in the art should readily know that the interface is controlled by a clock within the interface.

Applicant's arguments with respect to claims 19-21, 65-67 and 72-79 have been considered but are moot in view of the new ground(s) of rejection

DAVID Y. CNG
PRIMARY EXAMINER
ART UNIT 232

#12/D
TURNER, B
7/30/97

NANO-001/05US
N07665-2008

OIPE
PATENT 61591
JUL 0 7 1997
PATENT & TRADEMARK OFFICE

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231, on July 3, 1997.

Date: 7-3-97 By: Patricia K. Parry
Patricia K. Parry

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of | Examiner: D. Eng |
| Charles H. Moore et al. | |
| Serial No. 08/484,918 | Art Unit: 2315 |
| Filed: June 7, 1995 | |
| For: HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK | AMENDMENT |
| | Palo Alto, CA 94306 |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This Amendment is being submitted in response to the Office Action dated **April** 3, 1997 in the above-identified patent application.

## IN THE CLAIMS

Please amend claim 73 as follows:

73. (Twice Amended). A microprocessor system comprising:

a central processing unit disposed upon an integrated circuit substrate, said central processing unit operating at a processing frequency and being constructed of a first plurality of electronic devices;

an oscillator disposed upon said integrated circuit substrate and connected to said central processing unit, said oscillator clocking said central processing unit at a clock rate and [including] being constructed of a second plurality of electronic devices, thus varying the [operating characteristics] processing frequency of said first plurality of electronic devices and the clock rate of said second plurality of [transistors] electronic devices in the same way as a function of parameter variation in one or more fabrication or operational parameters associated with said



Exhibit 8

D1 integrated circuit substrate, thereby enabling said processing frequency to track said clock rate in response to said parameter variation.

REMARKS

The above changes to the language of claim 73 clarify that claim and eliminate an inadvertent lack of antecedent basis problem in the former wording of the claim.

Claims 19-21, 65-67 and 72-79 were rejected under 35 U.S.C. § 103 as unpatentable over Magar, U.S. Patent 4,503,500. Shortly before issuing the Office Action, the Examiner had called to indicate that certain claims were allowable over the prior art, but when the undersigned attorney returned the Examiner's call, it was indicated that new prior art had been found and that a new action would be forthcoming. It is assumed that the Magar reference relied on is that new prior art. A review of the Magar reference shows that it is apparently no more pertinent than prior art acknowledged in the application, in that the clock disclosed in the Magar reference is in fact driven by a fixed frequency crystal, which is external to the Magar integrated circuit.

The clock gen circuit shown at the lower right hand edge of Fig. 2a in the Magar patent is of the same general type as shown at 434 in Fig. 17 of the present application, but depicted differently in that it shows the clock gen circuit portion which is on the semiconductor substrate, while Fig. 17 shows the external crystal at 434, connected to I/O interface 432 in the present invention. The crystal clock 434 is thus used in the invention for synchronizing I/O timing with the outside world, while the ring counter variable speed clock 430 also shown in Figure 17 is used for generating on-chip clock signals. The clock 430 is an example of the oscillator recited in the claims, the clock rate of which varies in the same way as a function of one or more device parameters associated with the integrated circuit substrate.

The definitive statement that the clock gen circuit in Fig. 2a in the Magar patent is equivalent to the "conventional crystal clock" 434 in Fig. 17 of the present application is at col. 15, lines 26-41 of Magar:

> "The chip 10 includes a clock generator 17 which has two external pins X1 and X2 to which a crystal (or external generator) is connected. The basic crystal frequency is up to 20 MHz and is represented by a clock 0 of Fig. 3a. This clock 0 has a period of 50 ns, minimum, and is used to generate for quarter-cycle clocks Q1, Q2, Q3 and Q4, seen in FIGS. 3b-3e, providing the basic internal timing for the microcomputer chip 10. A set of four quarter cycle clocks Q1 to Q4 defines one machine state of time of 200 ns., minimum; the states are referred to as SO, S1, S2 in FIG 3. The clock generator produces an output CLKOUT, Fig. 3f, on one of the control bus lines 13. CLKOUT has the same period as

Q1, but 50% duty cycle and beginning at the midpoint of Q1. This output is used for timing or synchronizing external components of the system of FIG. 1."

This description in Magar should be contrasted with the following detailed description of an embodiment of the present invention, as shown in Fig. 17, at explained at page **32**, lines **3-29:**

"Most microprocessors derive all system timing from a single clock. The disadvantage is that differentparts of the system can slow all operations. The microprocessor 50 provides a dual-clock scheme as shown in Figure 17, with the CPU 70 operating asynchronously to I/O interface **432** forming part of memory controller 118 (Figure **2)** and the I/O interface **432** operating synchronously with the external world of memory and I/O devices. The CPU 70 executes at the fastest speed possible using the adaptive ring counter clock **430.** Speed may vary by a factor of four depending upon temperature, voltage, and process. The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface **432,** speed of which is controlled by a conventional crystal clock **434.** The interface **432** processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data. The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface **432,** optimum performance can be achieved by each. Recoupling between the CPU 70 and the interface **432** is accomplished with handshake signals on lines **436,** with data/addresses passing on bus **90,** 136."

From these two quotations, it is clear that the element in Fig. 17 missing from Fig. 2a in Magar is the ring counter variable speed clock 430, and that Magar is merely representative of the "most microprocessors" acknowledged as prior art in the above description from the present application, which prior art microprocessors use a "conventional crystal clock." Because the variable speed clock is a primary point of departure from the prior art, independent claims 19, 65, **73** and 78 all recite a system including a variable speed clock or a method including using a variable speed clock. In light of the prior art, of which Magar is a good example, Applicants are entitled to claims of this scope. Dependent claims 20, 66, 74 and 79 further recite a second clock, exemplified by the crystal clock **434** in Fig. 17.

Contrary to the Examiner's assertion in the rejection that "one of ordinary skill in the art should readily recognize that the speed of the cpu and the clock vary together due to manufacturing variation, operating voltage and temperature of the IC", one of ordinary skill in the art should readily recognize that the speed of the cpu and the clock *do not* vary together due to manufacturing variation, operating voltage and temperature of the IC in the Magar microprocessor, as taught in the above quotation from the reference. This is simply because the Magar microprocessor clock is

frequency controlled by a crystal which is also external to the microprocessor. Crystals are by design fixed-frequency devices whose oscillation speed is designed to be tightly controlled and to vary minimally due to variations in manufacturing, operating voltage and temperature. The Magar microprocessor in no way contemplates a variable speed clock as claimed.

In making the rejection based on Magar, the examiner appears to be confusing the multiple uses and meanings of the technical term "clock." A clock is simply an electrical pulse relative to which events take place. Conventionally, a CPU is driven by a clock that is generated by an crystal. The crystal might be connected directly to two pins on the CPU, as in Magar, and be caused to oscillate by circuitry contained in the CPU with the aid of possibly other external components. Alternatively, the crystal may be contained in a package with the oscillation circuitry, the packaged component thus called an oscillator, and connected to one pin on the CPU as in Edwards et al., U.S. Patent 4,680,698.

While an oscillator may be a clock, a clock is not usually an oscillator. An oscillator must exist someplace in the circuit from which a periodic clock is derived. In both cases, the crystal (or the entire oscillator in the second case) is external to the CPU, and the output of the oscillator circuitry is a "clock." This clock is typically modified to produce additional required clock signals for the system. The many clock signals are sometimes created by circuitry called a "clock generator." For example, see Magar, Fig. 2a. The "clock gen" connects to a crystal at external pins X1 and X2 and generates clock signals for the system Q1, Q2, Q3, Q4 and CLKOUT. Other cited reference have similar examples, see Palmer, U.S. Patent 4,338,675, Fig. 1, item 24; Pohlman et al., U.S. Patent 4, 112,490 Fig. 1, item 22. All these systems operate at a frequency determined by the external crystal. The single, fixed, oscillation frequency of the crystal is determined by how the device is manufactured, i.e., how the crystal is cut and trimmed, and other factors. Crystals are used precisely for this purpose; they oscillate at a given frequency within a tolerance determined by their manufacture. Because of the cutting and trimming required, and that the crystal slice is typically suspended by two wires to allow it to freely oscillate, crystal oscillators have never, to Applicants' knowledge, been fabricated on a single silicon substrate with a CPU, for instance. Even if they were, as previously mentioned, crystals are by design fixed-frequency devices whose oscillation frequency is designed to be tightly controlled and to vary minimally due to variations in manufacturing, operating voltage and temperature. The oscillation frequency of a crystal on the same substrate with the microprocessor would inherently not vary due to variations in manufacturing, operating voltage and temperature in the same way as the frequency capability of the microprocessor on the same underlying substrate, as claimed.

Note that the term clock can refer to many different signals since the definition is broad, and that it can also refer to the oscillator that is required to generate the clock. While a crystal-controlled oscillator typically operates at a single speed, the circuitry around the crystal may be

designed so that the output of the entire oscillator circuit can be varied. Many mechanisms can be used to control the output of a variable-frequency oscillator, including manual inputs, program-controlled inputs, temperature sensors, or other devices. Non-crystal controlled oscillators are also possible, and when they are designed as variable-frequency oscillators they are typically also controlled by manual inputs, program-controlled inputs, temperature sensors and other devices.

The present invention is unique in that it applies, and can only apply, in the circumstance where the oscillator or variable speed clock is fabricated on the same substrate as the driven device. The example given is a non-crystal controlled circuit, a ring oscillator. A ring oscillator will oscillate at a frequency determined by its fabrication and design and the operating environment. Thus in this example, the user designs the ring oscillator (clock) to oscillate at a frequency appropriate for the driven device when both the oscillator and the device are under specified fabrication and environmental parameters. Crucial to the present invention is that since both the oscillator or variable speed clock and driven device are on the same substrate, when the fabrication and environmental parameters vary, the oscillation or clock frequency and the frequency capability of the driven device will automatically vary together. This differs from all cited references in that the oscillator or variable speed clock and the driven device are on the same substrate, and that the oscillator or variable speed clock varies in frequency but does not require manual or programmed inputs or external or extra components to do so. Like the cited references, the driven device might additionally contain clock generation circuitry to produce variations on the clock output of the oscillator or variable speed clock for the other circuitry on the device.

The remaining Bennett et al., Brantingham, Pollack, Gruner et al.and Suzuki et al. references, cited but not applied in a rejection, have been reviewed and found not pertinent to the invention as claimed.

Based on the above remarks, the rejection under 35 USC § 103 is believed to be overcome. All of the claims in the application are believed to be patentable over the prior art. This application is believed to be in condition for allowance, and allowance is solicited.

Respectfully submitted,

COOLEY GODWARD LLP

Willis E. Higgins
Reg. No. 23,025

Five Palo Alto Square
Palo Alto, CA 94306-2155
Telephone: (415) 843-5145

#15/E

FEB 10 1998 PATENT & TRADEMARK OFFICE

**PATENT**

NANO-001/05US
N0765-2008

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231, on February 6, 1998.

Date: 2/6/98 By: Patricia K. Parry
Patricia K. Parry

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of | Examiner: D. Eng |
| Charles H. Moore et al. | |
| Serial No. 08/484,918 | Art Unit: 2784 |
| Filed: June 7, 1995 | |
| For: HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK | AMENDMENT<br>Palo Alto, CA 94306 |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This Amendment is being submitted in response to the Office Action dated October 16, 1997 in the above-identified patent application.

IN THE CLAIMS

Please amend claims 19, 65, 73 and 78 as follows:

Sub 71 E1

19(Three Times Amended). A microprocessor system, comprising a single integrated circuit including a central processing unit and [a] an entire ring oscillator variable speed system clock in said single integrated circuit and connected to said central processing unit for clocking said central processing unit, said central processing unit and said ring oscillator variable speed system clock each including a plurality of electronic devices correspondingly constructed of the same process technology with corresponding manufacturing variations, a processing frequency capability of said central processing unit and a speed of said ring oscillator variable speed system clock varying together due to said manufacturing variations and due to at least operating voltage and temperature of said single integrated circuit.



Exhibit 9

Sub 42 65(Three Times Amended). In a microprocessor integrated circuit, a method for clocking the microprocessor within the integrated circuit, comprising the steps of:

E2 providing [a] an entire ring oscillator system clock constructed of electronic devices within the integrated circuit, said electronic devices having operating characteristics which will, because said entire ring oscillator system clock and said microprocessor are located within the same integrated circuit, vary together with operating characteristics of electronic devices included within the microprocessor; and

using the ring oscillator system clock for clocking the microprocessor, said microprocessor operating at a variable processing frequency dependent upon a variable speed of said ring oscillator system clock.

Sub 43 73( Three Times Amended). A microprocessor system comprising:

E3 a central processing unit disposed upon an integrated circuit substrate, said central processing unit operating at a processing frequency and being constructed of a first plurality of electronic devices;

an entire oscillator disposed upon said integrated circuit substrate and connected to said central processing unit, said oscillator clocking said central processing unit at a clock rate and being constructed of a second plurality of electronic devices, thus varying the processing frequency of said first plurality of electronic devices and the clock rate of said second plurality of electronic devices in the same way as a function of parameter variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, thereby enabling said processing frequency to track said clock rate in response to said parameter variation.

Sub 44 78( Twice Amended). In a microprocessor system including a central processing unit, a method for clocking said central processing unit comprising the steps of

E4 providing said central processing unit upon [a] an integrated circuit substrate, said central processing unit being constructed of a first plurality of transistors and being operative at a processing frequency;

providing [a] an entire variable speed clock disposed upon said integrated circuit substrate, said variable speed clock being constructed of a second plurality of transistors; and

clocking said central processing unit at a clock rate using said variable speed clock with said central processing unit being clocked by said variable speed clock at a variable frequency dependent upon variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, said processing frequency and said clock rate varying in the same way

E4 relative to said variation in said one or more fabrication or operational parameters associated with said integrated circuit substrate.

REMARKS

Claims 19-21, 65-67 and 72-79 were rejected under 35 U.S.C. § 103 as unpatentable over Magar, U.S. Patent 4,503,500, in view of newly cited Pelgrom et al., U.S. Patent 4,627,082. In response, the independent claims have been rewritten to specify that the entire ring oscillator variable speed system clock, variable speed clock or oscillator be provided in the integrated circuit, in order to sharpen the distinction over the prior art. Because the prior art does not provide an entire ring oscillator variable speed system clock, variable speed clock or oscillator in the integrated circuit, in that the prior art circuits require an external crystal, the prior art fails to teach or suggest the invention as now claimed. This rejection is believed to be overcome by these changes to the claims and these remarks.

Shortly before this Office Action was mailed, Mr. George Shaw, the Assignee's technical representative, and the undersigned attorney had a phone interview with the Examiner regarding this and another of Assignee's cases. Technical distinctions of the present case over the Magar reference previously cited were discussed, as well as the benefits of the invention. Below is recited the pertinent points of that discussion, as well as rebuttal to the new Pelgrom reference.

First, the Examiner states "Pelgrom teaches that electronic components would exhibit same characteristics if they are manufactured by the same process technology", and applicant agrees that this is well known in the art. The Examiner states that, "Since Pelgrom's [Magar's?] microprocessor is made of electronic components, it would have obvious, from the teaching of Pelgrom, to a person of ordinary skill in the art to have the components of Magar' microprocessor and clock (oscillator) make of the same process for ensuring processing frequency of the cpu to track the clock rate in response to the parameter variations." Applicant agrees that the processing frequency capability of the CPU would track the clock rate capability of the clock generator, as this is controlled by the laws of physics on which the Pelgrom reference is based. However, there would be no "tracking" of the clock rate produced by the Magar clock generator, because the entire circuit is not provided on the integrated circuit. Magar's clock generator relies on an external crystal connected to terminals X1 and X2 to oscillate, as is conventional in microprocessor designs. It is not an entire oscillator in itself. And with the crystal, the clock rate generated is also conventional in that it is at a fixed, not a variable, frequency. The Magar clock is comparable in operation to the conventional crystal clock 434 depicted in Fig. 17 of the present application for controlling the I/O interface at a fixed rate frequency, arid not at all like the clock on which the claims are based, as has been previously stated.

The Examiner also states that "applicants contend that Magar's clock is external to the IC." This is not the case. The "clock gen" part of the oscillator circuit is clearly on the IC, but not the crystal. Applicants note that the crystal is external, connected to X1 and X2, as Magar cites at column 15, lines 26-27,

"The chip 10 includes a clock generator 17 which has two external pins X1 and X2 to which a crystal (or external generator) is connected."

Thus while most of Magar's clock (generator) circuitry is on the IC, the entire oscillator, which because it requires an external crystal, is not.

"The Examiner further states that applicants imply a "correspondence" in application between Applicant's clock 434 and Magar's clock. This is not the case. Applicants only state that the two clocks are "of the same general type" or are "equivalent" at the circuit level, in that they both use an external crystal to fix the clock rate. They are both of conventional design and not the subject of the claims in the instant case. Clearly, either type could be used to drive a CPU, as Magar depicts the conventional case and Applicant depicts a unique design which provides a variable clock frequency or rate.

Applicant's prior comments apparently did not make clear the distinction between an oscillator and a clock as it applies to the Magar reference. As a self-contained on-chip circuit, Magar's clock gen is distinguished from an oscillator in at least that it lacks the crystal or external generator that it requires. Thus Magar's circuit is not an entirely on-chip oscillator as contemplated in the present case, it is only a clock.

As mentioned in Applicant's previous remarks, the term clock is sometimes used interchangeably with oscillator, even inappropriately, leading to confusion. And, adding to the confusion, in the instant case, 430 is both an oscillator and a clock in the conventional senses. It is an oscillator in that it oscillates without external components (unlike the Magar reference). An example of such an oscillator circuit which does not utililze external components is given in Fig. 18 of the present application. It is also a clock in Magar reference sense in that it produces the various required timing signals needed of the CPU. The signals PHASE 0, PHASE 1, PHASE 2, and PHASE 3 in Applicant's Fig 18 are synonymous with Q1, Q2, Q3, and Q4 depicted in Magar Fig. 2a. The essential difference is that the frequency or rate of the PHASE 0, PHASE 1, PHASE 2, and PHASE 3 signals is determined by the processing and/or operating parameters of the integrated circuit containing the Fig. 18 circuit, while the frequency or rate of the Q1, Q2, Q3, and Q4 signals depicted in Magar Fig. 2a are determined by the fixed frequency of the external crystal connected to the circuit portion outputting the Q1, Q2, Q3, and Q4 signals shown in Magar Fig. 2a.

To summarize, the Pelgrom reference teaches well known art as one of the fundamental principles on which IC are designed. If components did not vary in a similar manner circuit performance could not be predicted and ICs could not be designed. This does not negate

patentability in the present case because it is not the fundamental principle that is claimed but the combination in light of the fundamental principle of enumerated heretofore uncombined circuits to produce a result not obtained with the prior art that is the subject of the claims in the instant case. The Magar teaching is well known in the art as a conventional crystal controlled oscillator. It is specifically distinguished from the instant case in that it is both fixed-frequency (being crystal based) and requires an external crystal or external frequency generator.

Based on the above changes to the claims and remarks, the rejection under 35 USC § 103 is believed to be overcome. All of the claims in the application are believed to be patentable over the prior art. This application is believed to be in condition for allowance, and allowance is solicited.

Respectfully submitted,

COOLEY GODWARD LLP

Willis E. Higgins
Reg. No. 23,025

Five Palo Alto Square
Palo Alto, CA 94306-2155
Telephone: (650) 843-5145

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/484,918 | 06/07/95 | MOORE | C | NANO-001/05U |

LM21/0513 1

COOLEY GODWARD CASTRO
HUDDLESON & TATUM
FIVE PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO CA 94306

| EXAMINER | |
|---|---|
| ENG, D | |
| ART UNIT | PAPER NUMBER |
| 2784 | 17 |

DATE MAILED: 05/13/98

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) D. ENG (3) ____

(2) W. HIGGINS (4) ____

Date of interview 4/23/98

Type: ☒ Telephonic ☐ Personal (COPY is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☐ No. If yes, brief description: ____

Agreement ☒ was reached with respect to some or all of the claims in question. ☐ was not reached.

Claims discussed: 20, 66, 75 79, 19, 65, 73 + 78

Identification of prior art discussed: Macar

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: The examiner proposed amendment of claims 20, 66 75 + 79 and indicated that the amended claims if rewritten in independent form would be allowable. See applicant's amendment filed 4/24/98

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1 – 7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

Examiner's Signature [signature]

PTOL-413 (REV. 1-84)

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

Exhibit 10

#16/7 Wener 3 4/29/98

PATENT

NANO-001/05US
N0765-2008

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231, on ______________

Date: __________ By: ______________________________

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of | Examiner: D. Eng |
| Charles H. Moore et al. | Art Unit: 2784 |
| Serial No. 08/484,918 | |
| Filed: June: 7, 1995 | SUPPLEMENTAL AMENDMENT |
| For: HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK | Palo Alto, CA 94306 |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This Supplemental Amendment is being submitted in response to a telephone call on April 23, 1998 from the Examiner in the above-identified patent application.

IN THE CLAIMS

Please mend claims 19, 65, 73 and 78 as follows:

A1

19. (Four Times Amended). A microprocessor system, comprising a single integrated circuit including a central processing unit and an entire ring oscillator variable speed system clock in said single integrated circuit and connected to said central processing unit for clocking said central processing unit, said central processing unit and said ring oscillator variable speed system clock each including a plurality of electronic devices correspondingly constructed of the same process technology with corresponding manufacturing variations, a processing frequency capability of said central processing unit and a speed of said ring oscillator variable sped system clock varying together due to said manufacturing variations and due to at least operating voltage and temperature of said single integrated circuit; an on-chip input/output interface connected to exchange coupling control signals, addresses and data with said central processing unit; and a



71

Exhibit 11

71

second clock independent of said ring oscillator variable speed system clock connected to said input/output interface.]

3
65(Four Times Amended). In a microprocessor integrated circuit, a method for clocking the microprocessor within the integrated circuit, comprising the steps of

providing an entire ring oscillator system clock constructed of electronic devices within the integrated circuit, said elecrronic devices having operating characteristics which Will, because said entire ring oscillator system clock and said microprocessor are located within the same integrated circuit, vary together with operating characteristics of electronic devices included within the microprocessor; [and]

using the ring oscillator system clock for clocking the microprocessor, said microprocessor operating at a variable processing frequency dependent upon a variable speed of said ring oscillator system clock; on chip

providing an input/output interface for the microprocessor integrated circuit; and

clocking the input/output interface with a second clock independent of the ring oscillator system clock.]

6
73( Four Times Amended). A microprocessor system comprising:

a central processing unit disposed upon an integrated circuit substrate, said central processing unit operating at a processing frequency and being constructed of a first plurality of electronic devices;

an entire oscillator disposed upon said integrated circuit substrate and connected to said central processing unir, said oscillator clocking said central processing unit at a clock rate and being constructed of a second plurality of electronic devices, thus varying the processing frequency of said *first* plurality of electronic devices and the clock rate of said second plurality of electronic devices in the same way as a function of parameter variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, thereby enabling said processing frequency to track said clock rate in response to said parameter variation;

an on-chip input/output interface, connected between said said central processing unit and an external memory bus, for facilitating exchanging coupling control signals, addresses and data @ said central process —— it; and

an external clock, indpendent of said oscillator, connected tu said input/output interface wherein said external clock is operative at a frequency independent of a clock frequency of said oscillator.



72

10

Three Times Amended). In a microprocessor system including a central processing unit, a method for clocking said central processing unit comprising the steps of:

providing said central processing unit upon an integrated circuit substrate, said central processing unit being constructed of a first plurality of transistors and being operative at a processing frequency:

providing an enure variable speed clock disposed upon said integrated circuit substrate, said variable speed clock being constructed of a second plurality of transistors; [and]

clocking said central processing unit at a clock rate using said variable speed clock with said central processing unit being clocked by said variable speed clock at a variable frequency dependent upon variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, said processing frequency and said clock rare varying in the same way relative to said variation in said one or more fabrication or operational parameters associated with said integrated circuit substrate;

connecting an on-chip input/output interface between said central processing unit and an external memory bus, and exchanging coupling control signals, addresses and data between said input/output interface and said central processing unit; and

clocking said input/output interface using mal clock wherein said external clock is operative at a frequency independent of a clock frequency of said oscillator.

Cancel claims 20, 66, 75 and 79.

## REMARKS

In the April 23, 1998 telephone call, the Examiner indicated that placing the limitations of dependent claims 20, 66, 75 and 79 into their respective parent claims would place the application in condition, for allowance. Applicants have accepted this proposal by submission of this amendment by facsimile, since adding these changes by Examiner's Amendment would have been cumbersome,

This application is now believed to be in condition for allowance, and allowance is solicited.

Respectfully submitted,

COOLEY GODWARD LLP

Willis E. Higgins
Reg. No. 23,025

Five Palo Alto Square
Palo Alto, CA 94306-2155
Telephone: (650) 843-5145

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/124,[illegible] | [illegible] | [illegible] | [illegible] |

[illegible]
ATT: [illegible] GROUP
FIVE PALO ALTO SQUARE
3000 EL CAMINO REAL
PALO ALTO CA 94306-2155

| EXAMINER | |
|---|---|
| [illegible] | |
| **ART UNIT** | **PAPER NUMBER** |
| 2788 | 6 |

**DATE MAILED:** [illegible]

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

1- File Copy

Exhibit 12

| *Office Action Summary* | Application No. 09/124,623 | Applicant(s) Moore et al |
|---|---|---|
| | Examiner David Y. Eng | Group Art Unit 2783 |

☒ Responsive to communication(s) filed on *Jul 29, 1998*

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle* 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire *three* month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claim**

☒ Claim(s) *1-13* is/are pending in the applicat

Of the above, claim(s) ______ is/are withdrawn from consideration

☐ Claim(s) ______ is/are allowed.

☒ Claim(s) *1-13* is/are rejected

☐ Claim(s) ______ is/are objected to.

☐ Claims ______ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on ______ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on ______ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☒ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) ______.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ______

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). ______

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

The abstract of the disclosure does not commence on a separate sheet in accordance with 37 CFR 1.52(b)(1). A new abstract of the disclosure is required and must be presented on a separate sheet, apart from any other text.

The title of the invention is not descriptive. A new title is required that is clearly indicative of the invention to which the claims are directed.

This application which is a continuation of a prior application lacks the necessary reference to the prior application. A statement reading "This is a continuation of Application No. 08/484,918, filed 6/7/95." should be entered following the title of the invention or as the first sentence of the specification. Also, the current status of the parent nonprovisional application(s) should be included.

Claims 2-3, 5-7, 9-10 and 12-13 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Scope of the claims is not clear. The claims are dependent on claims which are not in the application.

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Claims 1, 4, and 8 are rejected under 35 U.S.C. 103(a) as being unpatentable over Edwards (4,680,698).

See at least claim 2 in Edwards. Edwards discloses a microprocessor integrated circuit comprising a processor and a memory being on the same substrate. Whether or not memory occupies more substrate area than the processor is dependent on whether more memory is desired. No inventive concept is seen by allowing the memory to use more substrate area than the processor.

Claim 11 is rejected under 35 U.S.C. 103(a) as being unpatentable over Edwards in view of Bell (5,379,438).

Edwards discloses claim combination set forth above. Edwards did not disclose whether his processor is capable of communicating with another processor. Bell teaches that communication between processor is well known in the art. Figure 7 in Bell shows a coprocessor 184 communicating with host system 182. It would have been obvious to a person of ordinary skill in the art to coonnect another processor to the processor of Edwards such that they can communicate with each other.

For the reason set forth in the section 112 rejection above, no statement can be made as to whether the applied art is applicable to claims 2-3, 5-7, 9-10 and 12-13.

DAVID Y. ENG
PRIMARY EXAMINER

MAIL ROOM APR 10 1996 PAT. & TRADEMARK OFF.

PATENT

NANO-001/09US
N0765-2012

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231, on April 8, 1996

Date: 4-8-96 By: Felicia Walker

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of | Examiner: D. Eng |
| Charles H. Moore et al. | |
| Serial No. 08/484,935 | Art Unit: 2315 |
| Filed: June 7, 1995 | |
| For: HIGH PERFORMANCE, LOW COST MICROPROCESSOR | AMENDMENT |
| | Palo Alto, CA 94306 |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This Amendment is being submitted in response to the first Office Action in the above-identified patent application.

IN THE SPECIFICATION

At page 1, line 1, please change the title from "HIGH PERFORMANCE, LOW COST MICROPROCESSOR" to --HIGH PERFORMANCE MICROPROCESSOR USING INSTRUCTION GROUPS--.

230 EK 03-17-04/96 08484935
23127 102 11 00CH

300 SL 04/22/96 08484935
1 215 55.00 CK N07652021

21091016



Exhibit 13

Please rewrite the Abstract as follows:

~~A high performance microprocessor system using instruction groups is disclosed herein.~~ The microprocessor system includes a central processing unit, memory, and a bus connecting the central processing unit and memory. An instruction fetching unit, connected to the bus, is provided for fetching instruction groups from the memory for use by the central processing unit and for storage within an instruction register. An instruction supplying unit operates to supply, in succession from the instruction register to the central processing unit, one or more instructions from each of the instruction groups. The system further includes an instruction decoder for configuring the instruction supplying unit to select, from the instruction register, operands associated with instructions from particular instruction groups--.

IN THE CLAIMS

Please amend claims 71-75 and 77-85 as follows:

71 (Amended). A microprocessor system comprising:

a central processing unit;

memory;

a bus connecting said central processing unit to said memory;

instruction fetching means that are connected to said bus to fetch [instructions] instruction groups [for said central processing unit on] via said bus from said memory, each of said instruction groups including at least one instruction;

an instruction register for receiving a first of said [fixed-length] instruction groups from said instruction fetching means, said first of said [that] instruction groups including [consist of multiple] one or more sequential instructions [from said bus from said instruction fetching means];

instruction supplying means [that are connected to said instruction register] for supplying, in succession from said instruction register, said [multiple] one or more sequential instructions of said first of said instruction groups [in succession from said instruction register] to said central processing unit;

21091016

[a counter that is connected to control said instruction supplying means in order to supply the instructions in succession;]

instruction decoding means [that are connected to receive the instructions in succession from the instruction supplying means] for configuring said instruction supplying means to select from said instruction register an operand associated with one of said instructions from said first of said instruction groups[; and

said counter being connected to said instruction decoding means to receive counter control signals from said instruction decoding means].

72(Amended). The microprocessor system of claim 71 [further comprising:] wherein said instruction decoding means further includes means, responsive to a SKIP instruction in said instruction register, for configuring said instruction supplying means to skip one or more of said one or more sequential instructions during transfer thereof to said central processing unit [that are configured to supply a reset using said counter control signals to said counter and to supply control signals to said instruction fetching means such that the next said fixed-length instruction group is supplied to said instruction register in response to a SKIP instruction in said multiple sequential instructions].

73(Amended). The microprocessor system of claim 72 further comprising:

means for [to produce a "TRUE" or "FALSE" outcome from] determining whether [the testing of] a predefined condition exists within said microprocessor system, and [said]

means for controlling response of said instruction supplying means to said SKIP instruction based on existence of said predefined condition [response to a SKIP instruction modified to occur when said outcome is "TRUE."]

74(Amended). The microprocessor system of claim 71 further comprising:

a loop counter that is connected to receive a decrement control signal from said instruction decoding means[;], said instruction decoding means [that are] being configured to supply [a reset using said counter control signals to said counter and] said [a] decrement

21091016

control signal to said loop counter in response to a MICROLOOP instruction within one of said one or more sequential instructions received from said instruction supplying means [in said multiple sequential instructions].

75(Amended). The microprocessor system of claim 74 further comprising:

means for [to produce a "TRUE" or "FALSE" outcome from] determining whether [the testing of] a predefined condition exists within said microprocessor system, and [said]

means for controlling response of said instruction decoding means to [a] said MICROLOOP instruction [modified to occur when said outcome is "TRUE"] based on existence of said predefined condition.

---

77(Amended). The microprocessor system of claim 71 wherein said [further comprising] instruction decoding means [that are configured to supply a reset using said counter control signals to said counter and to supply] includes means for supplying control signals to said instruction fetching means such that a subsequent [fixed-length] one of said instruction [group] groups is supplied to said instruction register, and for configuring said instruction supplying means to supply to said central processing unit [the] a remainder of [said] a current one of said [fixed-length] instruction [group] groups as [an] another operand[ in response to a variable-length-operand-using instruction in said multiple sequential instructions].

78(Amended). The microprocessor system of claim 71 [further comprising] wherein said instruction decoding means [that are configured] configures said instruction supplying means to supply to said central processing unit a last byte of [said fixed-length] a current of said instruction [group] groups as [an] another operand in response to [a last-byte-operand-using] one of [instruction in] said [multiple] one or more sequential instructions within said current one of said instruction groups.

79(Amended). The microprocessor system of claim 71 [further comprising] wherein said instruction decoding means [that] are configured to supply control signals to said

instruction fetching means such that a subsequent one of said [fixed-length] instruction [group] groups is supplied as an operand in response to [a extra-group-operand-using] one of [instruction in] said [multiple] one or more sequential instructions within said first of said instruction groups.

80(Amended) The microprocessor system of claim 71 [further comprising] wherein said instruction decoding means [that] are configured to supply control signals to said instruction fetching means such that a subsequent one of [the next] said [fixed-length] instruction [group] groups supplied to said instruction register is determined in response to a branch-type instruction in said [multiple] one or more sequential instructions within said first of said instruction groups.

C3

81(Amended). The microprocessor system of claim 77 [or 80, wherein said branch-type instruction is a variable-length-operand-using instruction] wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups supplied to said instruction register is determined in response to a branch-type instruction in said one or more sequential instructions within said first of said instruction groups.

82(Amended). The microprocessor system of claim 80 further comprising a counter connected to said instruction supplying means, said counter providing a count signal indicative of an instruction of said subsequent one of said instruction groups that is to be provided to said central processing unit by said instruction supplying means, said counter being [the supplying of a reset using said counter control signals to said counter] reset in response to [a] receipt by said instruction decoding means of said branch-type instruction in said one or more sequential instructions.

83(Amended). The microprocessor system of claim 80 further comprising [a] means for [to produce a "TRUE" or "FALSE" outcome from] determining whether [the testing of] a predefined condition exists within said microprocessor system, and [said]

means for controlling response of said instruction decoding means to [a] said branch-type instruction [modified to occur when said outcome is "TRUE"] based on existence of said predefined condition.

84(Amended). The microprocessor system of claim 71 wherein said instruction fetching means fetches said [multiple] one or more sequential instructions in parallel for each of said [fixed-length] instruction groups [group] in a single memory cycle.

C3

85(Amended). The microprocessor system of claim 71 further comprising:

memory access testing means for testing [the] said first [current] of said instruction groups [group] to determine if [the multiple] said one or more sequential instructions require a memory access; and

if said memory access testing means determine a memory access is not required, then supplying of control signals to said instruction fetching means to fetch the next instruction group during the execution of [the current] said first of said instruction groups [group].

Please add the following new claims 86-100:

Sub A4 C4

13 86. The microprocessor system of claim 10 80 further comprising a counter connected to said instruction supplying means, said instruction supplying means including means for gating said sequential instructions within said instruction register to said central processing unit based on signals produced by said counter.

16 87. The microprocessor of claim 1 71 wherein said instruction supplying means includes:

a counter connected to said instruction decoding means,

a decoder connected to an output of said counter, and

a plurality of gates interposed between said instruction register and said central processing unit, said gates being controlled by signals from said decoder.

21091016

17 ~~88~~. The microprocessor of claim ~~71~~ 1 wherein said instruction decoding means includes means for determining a width of said operand, said width being related to position in said instruction register of said one of said instructions of said first of said instruction groups.

18 ~~89~~. The microprocessor of claim ~~71~~ 1 wherein said first of said instruction groups includes a first instruction and multiple operand bytes, said instruction decoding means including means for determining a width of said operand associated with said first instruction based on position of said first instruction within said instruction register.

19 ~~90~~. The microprocessor of claim ~~89~~ 18 wherein said instruction supplying means includes gating means for selecting one or more of said multiple operand bytes within said instruction register corresponding to said operand.

C Sub D8

91. A microprocessor system comprising:

a central processing unit;

an instruction register operatively coupled to said central processing unit;

instruction fetching means for providing instruction groups to said instruction register wherein certain of said instruction groups include one or more sequential instructions;

instruction supplying means for successively coupling said one or more sequential instructions of said certain of said instruction groups to said central processing unit; and

instruction decoding means for configuring said instruction supplying means to select operands from said instruction register associated with particular ones of said sequential instructions.

92. The microprocessor system of claim 91 wherein said instruction decoding means, upon receiving a SKIP one of said one or more sequential instructions from a current one of said instruction groups, configures said instruction fetching means to fetch a next one of said instruction groups from a memory of said microprocessor system.

93. The microprocessor system of claim 92 further including means for determining whether a predefined condition exists within said microprocessor system, and

means for controlling response of said instruction supplying means to said SKIP instruction based on existence of said predefined condition.

94. The microprocessor of claim 91 wherein said instruction supplying means includes a loop counter, said instruction decoding means providing a decrement signal to said loop counter in response to a MICROLOOP instruction within said instruction register.

95. The microprocessor system of claim 94 further comprising:

means for determining whether a predefined condition exists within said microprocessor system, and

means for controlling response of said instruction decoding means to said MICROLOOP instruction based on existence of said predefined condition.

96. The microprocessor system of claim 91 wherein said instruction decoding means includes means, responsive to ones of said sequential instructions of predetermined type, for supplying control signals to said instruction fetching means such that a subsequent one of said instruction groups is provided to said instruction register.

97. In a microprocessor system including a central processing unit, memory, and an instruction register, a method for providing instructions from said instruction register to said central processing unit comprising the steps of:

providing instruction groups to said instruction register from said memory wherein certain of said instruction groups include one or more sequential instructions;

supplying, in succession from said instruction register, said one or more sequential instructions of said certain of said instruction groups to said central processing unit; and

selecting, in accordance with position in said instruction register of one of said instructions of one of said instruction groups, an operand from said one of said instruction groups for use by said central processing unit.

98. The microprocessor of claim 96 wherein said instruction decoding means includes means for configuring said instruction supplying means to supply a remainder of a current one of said instruction groups within said instruction register as one of said operands to said central processing unit.

Sub D9 99. The microprocessor system of claim 91 wherein said instruction decoding means are configured to supply control signals to said instruction fetching means such that a subsequent one of said instruction groups is supplied as an operand in response to one of said one or more sequential instructions.

100. The microprocessor system of claim 96 further comprising means for determining whether a predefined condition exists within said microprocessor system, and means for controlling response of said instruction decoding means to branch-type ones of said instructions based on existence of said predefined condition.

REMARKS

This amendment responds to the first office action. Claims 71-75 and 77-85 have been amended, and new claims 86-100 have been added.

The Examiner has requested that applicants update the status of the parent application. Applicants note that the parent application Serial No. 07/389,334 has issued as U.S. Pat. No. 5,440,749. Also pursuant to the Examiner's request, a new title and new abstract more aptly descriptive of the invention have been provided.

The Examiner has rejected claims 71-85 under 35 U.S.C. § 112 as being indefinite. With respect to claim 71, the Examiner asserted that although instructions were fetched for the CPU, means were not recited for supplying the fetched instructions to the CPU. It was also stated that the functional interaction between the counter and the instruction supplying means was unclear. In addition, at pages 2 and 3 of the Office Action, the Examiner deemed various instructions recited in claims 72-79 and 82-83 to be unclear.

Applicant has carefully considered the issues raised by the Examiner and has endeavored to amend the claims so as to achieve compliance with 35 U.S.C. § 112. For example, claim 71 now recites that the instruction supplying means is disposed to supply, in succession from said instruction register, the one or more sequential instructions of a first of the instruction groups to the central processing unit. Hence, the pending claims now provide a mechanism for supplying the instructions from the instruction register to the central processing unit. See, for example, FIG. 20 in which *instruction supplying means* including decoder 440 and gates 442 selectively couple instructions from register 108 for use by the microprocessor.

Although claim 71 has been amended to omit reference to the previously claimed "counter", this element remains recited in claims 74 and 82. The counter 180 is described in the specification at page 33, and is shown in FIG. 16 to be responsive to increment/decrement/reset signals provided by the instruction decoding means. Signals produced by the counter 180 are used by decoder 440 to control gating (442) of instructions from the instruction register 108 to the central processing unit via the address bus (FIG. 20).

Hence, the function of the claimed counter is well-defined within the specification and drawings.

In response to the Examiner's commentary regarding the lack of clarity and antecedent basis inherent within claims 72-79 and 81-83, alternate language has been incorporated therein so as to more distinctly claim the invention which appears to be available for protection. Accordingly, applicant respectfully submits that the pending claims comport with the requirements of 35 U.S.C. § 112, and requests that the outstanding rejection thereunder be withdrawn.

The Examiner has rejected claims 71-73, 78-80 and 82-85 under 35 U.S.C. § 103 as being unpatentable over Boufarah. With respect to claim 71, the Examiner states that Boufarah teaches a microprocessor system comprising:

a CPU 20,
a memory 10,
a bus,
instruction fetching means 14,
an instruction register 934, 36 and 38,
instruction supplying means 14,
a counter (inherent program counter), and
instruction decoding means (processors 20 and 22)

Applicant observes that Boufarah describes a system in which instruction register (36,38) stores a sequence of instructions, and in which buffer control logic 40 determines whether the instruction sequence includes a branch instruction (Abstract, FIG. 3). If a branch instruction is detected in the instruction register, various other actions may then be taken (Abstract).

In Boufarah's system, only instructions appear to be stored within the instruction register (36, 38). See, for example, FIGS. 2a-2j, which shows the various instructions X1-X3, T1-T8, BRU, etc., loaded into instruction register 36. This contrasts with the system of invention, in which instructions as well as operands of variable-length are loaded into instruction register 108. See, e.g., the specification at pages 42-43, which describes the inclusion of 8, 16 and 24-bit operands (YYYYYYYY) within the instruction register 108 along with instruction op-codes (WWWWWWW). These instructions/operands within the

instruction register are then provided to the central processing unit via an address or data bus as follows:

> ... The microinstruction counter 180 selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded, the *state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand* onto the address or data bus. The unselected 8-bit bytes are loaded with zeros by operation of decoder 440 and gates 442. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors. (page 33, lines 19-28)

The system of the invention further differs from Boufarah's system in that, for instructions requiring operands, the instruction's position within the instruction register is indicative of the width of the associated operand. This feature of the invention is described at page 43, lines 13-15:

> ... The microprocessor instruction decoder *figures out the width of the operand field by the location of the instruction op-code* in the four bytes [of the 32-bit instruction register 108]

By this amendment the claims have been amended to highlight the foregoing features and advantages of the present invention. For example, claim 71 now recites instruction decoding means for configuring the instruction supplying means to select from the instruction register an operand associated with a particular instruction of a given instruction group. This aspect of the present invention is described in the foregoing excerpt from the specification at page 33, and may be further appreciated with reference to FIGS. 16 and 20. Specifically, instruction decode logic and counter 180 cooperate to generate an operand selection signal provided to decoder 440. In turn, decoder 440 causes gates 442 to select the appropriate operand from register 108 for placement on the bus. Again, Boufarah does not suggest the selection of operands from the register nominally used to store instructions.

Claim 73 has been amended to more particularly identify the aspect of the present invention described in the specification at pages 46 and 47. Namely, claim 73 is directed to conditional SKIP instructions (e.g., SKIP-IF-ZERO, SKIP-IF-NO-CARRY), in which the response to the SKIP instruction depends upon the existence of a predefined condition.

Accordingly, applicant respectfully submits that pending claims 71-73, 78-80 and 82-85 are patentably distinguishable from Boufarah, and thus respectfully requests withdrawal of the rejection of these claims under 35 U.S.C. § 103.

At page 5 of the Office Action, claims 74-77 and 81 were rejected under 35 U.S.C. § 103 as being unpatentable over Boufarah in view of May. Although the Examiner asserts that May teaches loop and SKIP instructions, applicant respectfully submits that Boufarah in combination with May fails to suggest the loop or SKIP operations contemplated by the pending claims. In particular, claims 74-77 and 81 depend directly or indirectly from claim 71, and neither Boufarah nor May describe the system of claim 71; that is, a system in which operands are selected from an instruction register disposed to contain both operands and instructions. Moreover, neither Boufarah nor May appear to suggest the specific features of claims 74-77 and 81. For example, these references fail to suggest the system of claim 74, which recites that a decrement signal is provided to the loop counter in response to a MICROLOOP instruction within instruction register. See, e.g., FIG. 16 and the description of the decrement signal at page 49, lines 28, 34, and page 50, lines 7, 15, and 23.

Accordingly, applicant respectfully submits that pending claims 74-77 and 81 are patentably distinguishable from Boufarah in view of May, and thus respectfully requests withdrawal of the rejection of these claims under 35 U.S.C. § 103.

New claims 86-100 have been added in order to alternately identify the invention which appears to be available for protection. For example, new claim 87 is directed to the SKIP ALWAYS instruction in which instructions remaining within the instruction register are skipped, and a new instruction group is fetched from memory. In new claim 88, it is specifically recited that the width of an operand within the instruction register is related to the position of a particular one of the instructions within the instruction register.

Accordingly, in view of the above remarks, it is submitted that this application is now ready for allowance. Early notice to this effect is solicited.

If in the opinion of the Examiner, a telephone conference would expedite the

prosecution of the subject application, the Examiner is invited to call the undersigned at (415) 843-5000.

Respectfully submitted,

COOLEY GODWARD CASTRO
HUDDLESON & TATUM

By: [signature]
Willis E. Higgins
Reg. No. 23,025

Cooley Godward Castro
Huddleson & Tatum
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
(415) 843-5000