# Design of Analog CMOS Integrated Circuits



Behzad Razavi

Exhibit 21

# Design of Analog CMOS Integrated Circuits

Behzad Razavi
Professor of Electrical Engineering
University of California, Los Angeles

McGraw Hill

Boston Burr Ridge, IL Dubuque, IA Madison, WI
New York San Francisco St. Louis
Bangkok Bogotá Caracas Lisbon London Madrid Mexico City
Milan New Delhi Seoul Singapore Sydney Taipei Toronto

*McGraw-Hill Higher Education*

*A Division of The McGraw-Hill Companies*

DESIGN OF ANALOG CMOS INTEGRATED CIRCUITS
Published by McGraw-Hill, an imprint of The McGraw-Hill Companies, Inc. 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2001, by The McGraw-Hill Companies, Inc. All rights reserved. no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.
Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

6 7 8 9 0 FGR/FGR 0 9 8 7 6

ISBN-13: 978-0-07-238032-3
ISBN-10: 0-07-238032-2

**Vice president/Editor-in-chief:** *Kevin T. Kane*
**Publisher:** *Thomas Casson*
**Sponsoring editor:** *Catherine Fields*
**Developmental editor:** *Michelle L. Flomenhoft*
**Senior marketing manager:** *John T. Wannemacher*
**Project manager:** *Jim Labeots*
**Production supervisor:** *Gina Hangos*
**Senior designer:** *Kiera Cunningham*
**New media:** *Phillip Meek*
**Compositor:** *Interactive Composition Corporation*
**Typeface:** *10/12 Times Roman*
**Printer:** *Quebecor World Fairfield*

**Library of Congress Cataloging-in-Publication Data**

Razavi, Behzad.
Design of analog CMOS integrated circuits / Behzad Razavi.
p. cm.
ISBN 0-07-238032-2 (alk. paper)
1. Linear integrated circuits—Design and construction. 2. Metal oxide semiconductors, Complementary. I. Title.

TK7874.654. R39 2001
621.39'732–dc21 00-044789

feedback signal *enhances* the original signal. Thus, the three cases illustrated in Fig. 14.3 are equivalent in terms of the second criterion. We say the system of Fig. 14.3(a) exhibits




**Figure 14.3** Various views of oscillatory feedback system.

a frequency-dependent phase shift of 180° (denoted by the arrow) and a dc phase shift of 180°. The difference between Figs. 14.3(b) and (c) is that the open-loop amplifier in the former contains enough stages with proper polarities to provide a total phase shift of 360° at $\omega_0$ whereas that in the latter produces *no* phase shift at $\omega_0$. Examples of these topologies are presented later in this chapter.

CMOS oscillators in today's technology are typically implemented as "ring oscillators" or "LC oscillators." We study each type in the following sections.

## 14.2 Ring Oscillators

A ring oscillator consists of a number of gain stages in a loop. To arrive at the actual implementation, we begin by attempting to make a single-stage feedback circuit oscillate.

**Example 14.1**

Explain why a single common-source stage does not oscillate if it is placed in a unity-gain loop.

**Solution**

From Fig. 14.4, it is seen that the open-loop circuit contains only one pole, thereby providing a maximum frequency-dependent phase shift of 90° (at a frequency of infinity). Since the common-source stage exhibits a dc phase shift of 180° due to the signal inversion from the gate to the drain, the maximum total phase shift is 270°. The loop therefore fails to sustain oscillation growth




**Figure 14.4**

Case 2:05-cv-00494-TJW Document 219-6 Filed 03/19/07 Page 5 of 9 PageID #: 8579



value is $1/(6T_D)$. Are these two values equal? Not necessarily. After all, $\omega_0$ is determined by the small-signal output resistance and capacitance of each inverter near the trip point whereas $T_D$ results from the large-signal, nonlinear current drive and capacitances of each stage. In other words, when the circuit is released with all inverters at their trip point, the oscillation begins with a frequency of $\sqrt{3}A_0\omega_0/2$ but, as the amplitude grows and the circuit becomes nonlinear, the frequency shifts to $1/(6T_D)$ (which is a lower value).

Ring oscillators employing more than three stages are also feasible. The total number of inversions in the loop must be odd so that the circuit does not latch up. For example, as shown in Fig. 14.15(a), a ring can incorporate five inverters, providing a frequency of




**Figure 14.15** (a) Five-stage single-ended ring oscillator. (b) four-stage differential ring oscillator.

$1/(10T_D)$. On the other hand, the differential implementation can utilize an *even* number of stages by simply configuring one stage such that it does not invert. Illustrated in Fig. 14.15(b), this flexibility demonstrates another advantage of differential circuits over their single-ended counterparts.

**Example 14.3**

What is the minimum required voltage gain per stage in the four-stage oscillator of Fig. 14.15(b)? How many signal phases are provided by the circuit?

**Solution**

Using a notation similar to that for Fig. 14.8, we have:

$$H(s) = -\frac{A_0^4}{\left(1 + \frac{s}{\omega_0}\right)^4}. \tag{14.17}$$

For the circuit to oscillate, each stage must contribute a frequency-dependent phase shift of $180^\circ/4 = 45^\circ$. The frequency at which this occurs is given by $\tan^{-1}\omega_{osc}/\omega_0 = 45^\circ$ and hence $\omega_{osc} = \omega_0$. The

Case 2:05-cv-00494-TJW Document 219-6 Filed 03/19/07 Page 6 of 9 PageID #: 8580






Fig. 6. Transfer characteristics from the $B$ input to the $Y$ output of a self-timed two-input gate using sensing blocks with diodes.


### References

[1] C. L. Seitz, "System timing," in *Introduction to VLSI Systems*, C. A. Mead and L. A. Conway, Eds. Reading, MA: Addison-Wesley, 1980, ch. 7.

[2] T. E. Williams *et al.*, "A self-timed chip for floating-point division," in *Proc. Stanford Conf. Advanced Research VLSI*, Mar. 1987, pp. 75–95.

[3] T. E. Williams and K. Klingsheim, "Self-timed circuit elements in GaAs," in *Proc. 13th Nordic Semiconductor Conf.* (Stockholm), June 1988, pp. 344–347.

[4] S. Unger, *Asynchronous Sequential Switching Circuits*. Malabar, FL: Krieger, 1983.


# A 300-MHz CMOS Voltage-Controlled Ring Oscillator

S. K. ENAM AND ASAD A. ABIDI, MEMBER, IEEE

***Abstract*** **—A voltage-controlled ring oscillator based on feedback derived from a weighted sum of two phases of an oscillation is described. A prototype fabricated in 1-μm CMOS attains a maximum frequency of 320 MHz, with a controllable frequency range of 100 MHz. An almost sinusoidal waveform appears at the output across this range of frequencies.**

## I. Introduction

Data communication applications require high-speed circuits as interfaces to broad-band media like coaxial cable and optical fiber. An important function of the interface is *clock recovery*, where the underlying clock in a pseudorandom data stream is extracted for synchronous digital processing of the data signal. Phase locked loops, relying on a local voltage-controlled oscillator (VCO), are used for this function, and may be required to operate at frequencies of several hundreds of megahertz to gigahertz in modern communications links.

In monolithic IC implementations of this function, off-chip tuning elements like varactor-controlled tank circuits have been used [1]. This adds to the cost and size of the system, and is difficult to implement at gigahertz frequencies because of the effects of stray capacitances at the pins of the IC package. Our work reports on a topology [2] that does not require off-chip elements, yet that can oscillate at frequencies determined by a few gate delays in a given IC process. We describe experimental results from a 1-μm CMOS implementation of such a VCO.

## II. Voltage-Controlled Ring Oscillators

We introduce our architecture in an NMOS implementation first because it is more straightforward to understand. The prototype circuit, designed in CMOS, is then described.

It is well known that the oscillation frequency in an odd-numbered ring of inverting gain stages connected back on itself is determined by the gate delay in each inverter. Thus, multigigahertz frequencies of oscillation can be obtained in ring oscillators fabricated in a scaled technology like 1-μm NMOS, where the typical gate delay is about 50 ps [3]. However, to implement a VCO, means of controlling this frequency with a voltage have to be devised.

The most obvious scheme relies on varying the delay per stage by inserting a FET in series with every inverter (Fig. 1). The FET acts like a voltage-controlled resistor, and varies the $RC$ time constant driving each stage [4], where $C$ is the input capacitance of an inverter. The main disadvantage of this scheme is the compromise involved in requiring the loop to oscillate at the

Manuscript received November 4, 1988; revised September 5, 1989. This work was supported by AT&T Bell Laboratories and by the State of California MICRO program.

The authors are with the Integrated Circuits and Systems Laboratory, Electrical Engineering Department, University of California, Los Angeles, CA 90024-1594.

IEEE Log Number 8932698.

0018-9200/90/0200-0312$01.00 ©1990 IEEE

Exhibit 22

TPL-ED1065464

IEEE JOURNAL OF SOLID-STATE CIRCUITS, VOL. 25, NO. 1, FEBRUARY 1990 




Fig. 1. Variable-frequency NMOS ring oscillator with voltage-controllable delay between stages.




Fig. 2. Variable-frequency NMOS ring oscillator with controllable bias currents.




Fig. 3. Dual ring oscillator with voltage-controllable mixing in feedback path.

maximum possible oscillation frequency, while adding delay due to the control elements. That is, the maximum frequency of loop oscillation requires the fewest number of inverters in the ring, but inserting the series MOSFET's at every stage essentially doubles the delay. The number of inverters in the ring cannot be reduced to compensate for the added delay, because insufficient loop gain may then exist, prohibiting oscillations altogether. Thus, in this circuit, the maximum possible oscillation frequency is compromised. A recently published oscillator possesses essentially such a topology [5].

Another scheme uses voltage-controllable bias currents in every inverter in the ring (Fig. 2), thus modifying the rise and fall times, and hence the oscillation frequency. The problem is similar here in that the loading introduced by the voltage-controlled current sources compromises the maximum possible frequency of oscillation.

An altogether different circuit was investigated to get around this compromise. It consists of a cascade of an odd ($m$) and even ($n$) number of inverters, the outputs of which are *potentiometrically* mixed to constitute the feedback signal for the ring oscillator (Fig. 3). Two depletion FET's act as a voltage-controlled potentiometer. When device $M1$ is turned ON and $M2$ is turned OFF, the ring oscillates with a period of $m\tau$, where $\tau$ is the delay per inverter. This period may be increased to $(m+n)\tau$ when $M1$ and $M2$ are biased vice-versa. By biasing $M1$ and $M2$ ON by different amounts, a weighted sum of the signals from the inner




Fig. 4. CMOS prototype of dual ring oscillator.

and outer loops is fed back, resulting in a period of oscillation whose value is *intermediate* between the two extremes. The action of the voltage-controlled potentiometer is to produce a feedback phase equal to the vector sum of the phases existing at the two tap points; the sum vector may be rotated at all values between the two extremes dictated by these tap points. The potentiometer does not impose a loading per stage, but instead adds a small capacitive delay to the overall loop.

If the outer loop had more inverters than the inner loop, than at some frequency the waveform emerging at the outer loop would be out of phase with the waveform emerging at the inner loop by an exact multiple of 360°. This would create an ambiguity in the delay that defines the period of oscillation, producing an undesirable discontinuity in the voltage–frequency characteristic. If the outer loop delay is less than twice the inner loop delay, i.e., $n < m$, this situation cannot occur. A unique frequency of oscillation may be thus obtained at the expense of a controllable frequency range of less than 2:1.

## III. A CMOS Implementation

To prototype this architecture, a voltage-controlled ring oscillator was designed with an inner ring of five stages, and an outer ring of nine stages (Fig. 4). All inverters in the ring were of equal dimensions. The potentiometer, or mixer, consisted of a pair of CMOS inverters whose outputs were wired together, and a degeneration inserted in their sources that could be varied with the differential control voltage $V_C$. Thus, at the extremes of $V_C$, either the long ring or the short ring was enabled, and for intermediate $V_C$, the inverters in the mixer added signal strengths from the two rings in inverse proportion to their degeneration resistances. An output buffer was used to drive an off-chip 50-Ω load.

## IV. Experimental Results

The circuit (Fig. 5) was fabricated as a test vehicle in a radiation-hardened 1-μm p-well CMOS technology, where, compared to standard CMOS processes, the substrate and well dop-

Case 2:05-cv-00494-TJW Document 219-6 Filed 03/19/07 Page 8 of 9 PageID #: 8582





Fig. 5. Chip photograph of ring-oscillator circuit.




Fig. 6. Measured frequency–voltage characteristic ($V_{DD}$ = 5 V).

ings had been increased to obtain insensitivity to carriers generated by radiation. The junction capacitances at the sources and drains of the MOSFET's were consequently larger, lowering the maximum attainable frequency of oscillation.

Measurements of oscillator circuits were made across a 4-in-diameter wafer using a standard probe set, with precautions being taken for adequate grounding and decoupling of the power supplies both on- and off-chip. The oscillation frequency could be varied over a range greater than 100 MHz by changing the differential control voltage $V_C$ from −2 to +5 V, centered at 1.5 V, and using $V_{DD}$ = 5 V. Oscillators were tested across the surface of the wafer, and their maximum frequency of oscillation was found to vary systematically from 275 to 325 MHz, which we attribute to gradients in threshold voltage and doping. The shape of the $f-V$ relationship (Fig. 6) was similar for all the circuits, determined mainly by the voltage–resistance characteristics of the mixer. The gain (slope of the $f-V$ transfer function) of this characteristic has a well-defined maximum, making it desirable for use in feedback frequency-locked loop applications, in contrast to other oscillators which have a larger frequency range but no such globally well-defined maximum gain [5].

The output waveforms of our oscillator were almost sinusoidal over the complete frequency range (Fig. 7), and the reduction in amplitude at high frequencies was principally due to the limited bandwidth of the buffer stages. The magnitude of noise power in the sidebands (Fig. 8) was very typical of such oscillators.



(a)



(b)



(c)

Fig. 7. Oscillation waveforms on a sampling oscilloscope at (a) 188 MHz, (b) 270 MHz, and (c) 327 MHz.



Fig. 8. Spectrum of oscillation centered at 317 MHz with span of 5 MHz.

## V. Conclusion

Ring oscillators are a means of obtaining high frequencies without the use of off-chip tuning elements. Several strategies for varying the frequency of these oscillators have been compared, and the preferred one described. Its operation has been verified in a monolithic CMOS implementation at frequencies beyond 300 MHz in a 1-μm radiation-hardened process.

## Acknowledgment

The authors thank H. Nicholas and the Microelectronics Center of TRW Electronic Systems Group for fabricating the circuit.

TPL-ED1065466

### References

[1] T. Yamada *et al.*, "A 1.2 GHz single chip NMOS PLL," in *ISSCC Dig. Tech. Papers*, vol. 32, 1985, pp. 24–25

[2] S. K. Enam and A. A. Abidi, "A gigahertz voltage controlled ring oscillator," *Electron. Lett.*, vol. 22, pp. 677–679, June 5, 1986.

[3] R. J. Bayruns *et al.*, "Delay analysis of Si NMOS Gb/s logic circuits," *IEEE J. Solid-State Circuits*, vol. SC-19, pp. 755–764, Oct. 1984.

[4] A. G. Bell and G. Borriello, "A single chip NMOS Ethernet controller," in *ISSCC Dig. Tech. Papers*, vol. 30, Feb. 1983, pp. 70–71.

[5] M. Banu, "100 kHz–1 GHz NMOS variable frequency oscillator with analog and digital control," in *ISSCC Dig. Tech. Papers*, vol. 31, Feb. 1988, p. 20–21.


# A Voltage-Controllable Linear MOS Transconductor Using Bias Offset Technique

ZHENHUA WANG and WALTER GUGGENBÜHL, SENIOR MEMBER, IEEE

***Abstract* — A linear large-signal MOS transconductor is described with the gain adjustable linearly by a voltage. A perfect linear transfer characteristic is obtained by two cross-coupled differential transistor pairs operating in saturation pairwise at unequal bias, offering offset-free operation, with both differential or single-ended input and differential output. Single-ended output is achievable by use of a current mirror. The nonlinearity caused by mobility reduction, channel-length modulation, mismatch, etc. is discussed. A test circuit with transconductance of 6.25 μmho has been built with 3-μm MOS components and a linearity error of less than ±1 percent was measured for an input voltage range from −4 to 4 V.**

## I. Introduction

In MOS analog integrated circuits, a frequent problem is the realization of a linear transconductive function with small area requirement. It is used in many applications like filters, replacement of resistors, etc. In recent years, MOS transconductors have been reported using cross-coupled source-follower pairs [1] or differential pairs with resistive source degeneration [2], [6], both using MOS devices operating in nonsaturation; other circuits use folded differential pairs [5]. The former solutions only exhibit linear conversion if balanced inputs are available while the latter versions are only linear within a small range.

In this paper, a simple, highly linear MOS transconductor with the gain factor controllable by a voltage is presented. The basic principle of the circuit is described in Section II. Its deviation from linearity under nonideal conditions is discussed in Section III. Experimental results are presented in Section IV.

## II. Circuit Description

The basic circuit of the linear transconductor/multiplier is shown in Fig. 1. The MOS transistors $M1-M4$ and $M5-M8$ have the same dimensions operating in their saturation regions. Therefore the control voltage $V_B$, which is applied to the gates of $M7$ and $M8$, is identical to the gate–source voltage of $M5$ and $M6$ and acts as a voltage shift from the inputs to the gates of $M3$ and $M4$. Applying the square law characteristics to transistors

Manuscript received March 17, 1989; revised August 21, 1989.

The authors are with the Institute of Electronics, Department of Electrical Engineering, Swiss Federal Institute of Technology, CH-8092 Zurich, Switzerland.

IEEE Log Number 8932695.




Fig. 1. Circuit structure of an adjustable large-signal MOS transconductor in cross-coupled version. Offset voltages are generated by an external input $V_B$ source using four identical transistors $M5-M8$.

$M1-M4$, the output currents $I_1$ and $I_2$ of the cross-coupled pairs are

$$I_1 = I_{d_1} + I_{d_4} = K(V_P - V_T)^2 + K(V_N - V_B - V_T)^2 \quad (1)$$

$$I_2 = I_{d_2} + I_{d_3} = K(V_N - V_T)^2 + K(V_P - V_B - V_T)^2 \quad (2)$$

where $K = (1/2)\mu C_{ox} W/L$ is transconductance parameter and $V_T$ is threshold voltage. $\mu$, $C_{ox}$, $W$, and $L$ are the mobility, channel capacitance per unit area, channel width, and channel length, respectively. $V_P$ and $V_N$ are the gate–source voltages of $M1$ and $M2$.

The differential output current, which may be easily converted to a single-ended current by an additional current mirror, then reads (using (1) and (2))

$$I_o = I_1 - I_2 = 2KV_B(V_P - V_N). \quad (3)$$

Since the differential input voltage $V_{in} = V_P - V_N$, (3) yields

$$I_o = I_1 - I_2 = 2KV_B V_{in}. \quad (4)$$

The transconductance is $G = 2KV_B$, which is linearly controllable by the voltage $V_B$.

Combining (4) with the sum $I_1 + I_2 = 2I_{SS}$, the individual output currents $I_1$ and $I_2$ are given by

$$I_1 = I_{SS} + KV_B V_{in} \quad (5)$$

$$I_2 = I_{SS} - KV_B V_{in}. \quad (6)$$

According to (4), the circuit performs a two-quadrant multiplication of a differential input voltage $V_{in}$ and a single-ended voltage $V_B$.

It can be shown that for proper operation, i.e., all transistors above threshold, the range of $V_{in}$ is limited by

$$|V_{in}| \leq \sqrt{\frac{I_{SS}}{K} - \frac{3}{4}V_B^2} - \frac{V_B}{2}. \quad (7)$$

The common-mode range of the differential input terminals $A$ and $B$ is limited by the current source $2I_{SS}$ going out of saturation. Thus the voltages at both terminals should be greater than $V_{SS} + V_B + V_T + V_{DS_{sat}}$, where $V_{DS_{sat}}$ is the minimum voltage required for the current source $2I_{SS}$ operating in saturation.

## III. Second-Order Effects

The previous discussion of the linear MOS transconductors neglects deviations from the square law due to mobility reduction and channel-length modulation as well as component mismatch.

0018-9200/90/0200-0315$01.00 ©1990 IEEE