# Ninth New Collegiate Dictionary

A Merriam-Webster®

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.

Exhibit 23

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1988 by Merriam-Webster Inc.

Philippines Copyright 1988 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

Includes index.
1. English language—Dictionaries. I. Merriam-Webster Inc.
PE1628.W5638 1988 423 87-24041
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

282930RMcN88

**in·cur·rence** \in-'kər-ən(t)s, -'kə-rən(t)s\ *n* (1656) : the act or process of incurring

**in·cur·rent** \-ənt, -rənt\ *adj* [L *incurrent-, incurrens*, prp. of *incurrere*] (1851) : giving passage to a current that flows inward

**in·cur·sion** \in-'kər-zhən\ *n* [ME, fr. MF or L; MF, fr. L *incursion-, incursio*, fr. *incursus*, pp. of *incurrere*] (15c) **1** : a hostile entrance into a territory : RAID **2** : an entering in or into (as an activity or undertaking) ⟨his only ~ into the arts⟩

**in·cur·vate** \'in-,kər-,vāt, (')in-'kər-\ *vt* **-vat·ed; -vat·ing** (1578) : to cause to curve inward : BEND — **in·cur·vate** \'in-,kər-,vāt, (')in-'kər-vət\ *adj* — **in·cur·va·tion** \,in-,kər-'vā-shən\ *n* — **in·cur·va·ture** \(')in-'kər-və-,chü(ə)r, -chər, -,t(y)ü(ə)r\ *n*

**in·curve** \(')in-'kərv, 'in-,\ *vi* [L *incurvare*, fr. *in-* + *curvare* to curve, fr. *curvus* curved — more at CROWN] (15c) : to bend so as to curve inward

**in·cus** \'iŋ-kəs\ *n, pl* **in·cu·des** \iŋ-'kyüd-(,)ēz, 'iŋ-kyə-,dēz\ [NL, fr. L, anvil, fr. *incudere*] (1669) : the middle of a chain of three small bones in the ear of a mammal — called also *anvil*; see EAR illustration

**in·cuse** \in-'kyüz, -'kyüs\ *adj* [L *incusus*, pp. of *incudere* to stamp, strike, fr. *in-* + *cudere* to beat — more at HEW] (1818) : formed by stamping or punching in — used chiefly of old coins or features of their design

**Ind** \'ind, 'ind\ *n* (13c) **1** *archaic* : India **2** *obs* : Indies

**ind-** or **indi-** or **indo-** *comb form* [ISV, fr. L *indicum* — more at INDIGO] **1** : indigo ⟨*ind*oxyl⟩ **2** : resembling indigo (as in color) ⟨*indo*phenol⟩

**in·da·ba** \in-'däb-ə\ *n* [Zulu *in-daba* affair] *chiefly So Afr* (1827) : CONFERENCE, PARLEY

**in·da·gate** \'in-də-,gāt\ *vt* **-gat·ed; -gat·ing** [L *indagatus*, pp. of *indagare*, fr. *indago* act of enclosing, investigation, fr. OL *indu* in + L *agere* to drive — more at INDIGENOUS, AGENT] (1623) : to search into : INVESTIGATE — **in·da·ga·tion** \,in-də-'gā-shən\ *n* — **in·da·ga·tor** \'in-də-,gāt-ər\ *n*

**ind·amine** \'in-də-,mēn\ *n* [ISV] (1888) : any of a series of organic bases of which the simplest has the formula $C_{12}H_{11}N_3$ and which form salts that are unstable blue and green dyes

**in·debt·ed** \in-'det-əd\ *adj* [ME *indetted*, fr. OF *endeté*, pp. of *endeter* to involve in debt, fr. *en-* + *dete* debt] (13c) **1** : owing money **2** : owing gratitude or recognition to another : BEHOLDEN

**in·debt·ed·ness** *n* (1647) **1** : the condition of being indebted **2** : something (as an amount of money) that is owed

**in·de·cen·cy** \(')in-'dēs-ᵊn-sē\ *n* (1589) **1** : the quality or state of being indecent **2** : something (as a word or action) that is indecent

**in·de·cent** \-ᵊnt\ *adj* [MF or L; MF *indécent*, fr. L *indecent-, indecens*, fr. *in-* + *decent-, decens* decent] (1563) : not decent; *esp* : grossly unseemly or offensive to manners or morals *syn* see INDECOROUS — **in·de·cent·ly** *adv*

**indecent assault** *n* (1861) : an immoral act or series of acts exclusive of rape committed against another person without consent

**indecent exposure** *n* (1851) : intentional exposure of part of one's body (as the genitals) in a place where such exposure is likely to be an offense against the generally accepted standards of decency

**in·de·ci·pher·able** \,in-di-'sī-f(ə-)rə-bəl\ *adj* (1802) : incapable of being deciphered

**in·de·ci·sion** \,in-di-'sizh-ən\ *n* [F *indécision*, fr. *indécis* undecided, fr. LL *indecisus*, fr. L *in-* + *decisus*, pp. of *decidere* to decide] (ca. 1763) : a wavering between two or more possible courses of action : IRRESOLUTION

**in·de·ci·sive** \,in-di-'sī-siv\ *adj* (1726) **1** : not decisive : INCONCLUSIVE **2** : marked by or prone to indecision : IRRESOLUTE **3** : not clearly marked out : INDEFINITE — **in·de·ci·sive·ly** *adv* — **in·de·ci·sive·ness** *n*

**in·de·clin·able** \,in-di-'klī-nə-bəl\ *adj* [MF, fr. LL *indeclinabilis*, fr. L *in-* + LL *declinabilis* capable of being inflected, fr. L *declinare* to inflect — more at DECLINE] (14c) : having no grammatical inflections

**in·de·com·pos·able** \,in-,dē-kəm-'pō-zə-bəl\ *adj* (1807) : not capable of being separated into component parts or elements

**in·de·co·rous** \(')in-'dek-(ə-)rəs, ,in-di-'kōr-əs, -'kȯr-\ *adj* [L *indecorus*, fr. *in-* + *decorus* decorous] (1682) : not decorous — **in·de·co·rous·ly** *adv* — **in·de·co·rous·ness** *n*

*syn* INDECOROUS, IMPROPER, UNSEEMLY, INDECENT, UNBECOMING, INDELICATE mean not conforming to what is accepted as right, fitting, or in good taste. INDECOROUS suggests a violation of accepted standards of good manners; IMPROPER applies to a broader range of transgressions of rules not only of social behavior but of ethical practice or logical procedure or prescribed method; UNSEEMLY adds a suggestion of special inappropriateness to a situation or an offensiveness to good taste; INDECENT implies great unseemliness or gross offensiveness esp. in referring to sexual matters; UNBECOMING suggests behavior or language that does not suit one's character or status; INDELICATE implies a lack of modesty or of tact or of refined perception of feeling.

**in·de·co·rum** \,in-di-'kōr-əm, -'kȯr-\ *n* [L, neut. of *indecorus*] (1575) **1** : something that is indecorous **2** : lack of decorum : IMPROPRIETY

**in·deed** \in-'dēd\ *adv* (14c) **1** : without any question : TRULY, UNDENIABLY — often used interjectionally to express irony or disbelief or surprise **2** : in reality **3** : all things considered : as a matter of fact

**in·de·fat·i·ga·ble** \,in-di-'fat-i-gə-bəl\ *adj* [MF, fr. L *indefatigabilis*, fr. *in-* + *defatigare* to fatigue, fr. *de-* down + *fatigare* to fatigue — more at DE-] (1586) : incapable of being fatigued : UNTIRING — **in·de·fa·ti·ga·bil·i·ty** \-,fat-i-gə-'bil-ət-ē\ *n* — **in·de·fat·i·ga·ble·ness** \-'fat-i-gə-bəl-nəs\ *n* — **in·de·fat·i·ga·bly** \-blē\ *adv*

**in·de·fea·si·ble** \-'fē-zə-bəl\ *adj* (1548) : not capable of being annulled or voided or undone ⟨an ~ right⟩ — **in·de·fea·si·bil·i·ty** \-,fē-zə-'bil-ət-ē\ *n* — **in·de·fea·si·bly** \-'fē-zə-blē\ *adv*

**in·de·fec·ti·ble** \-'fek-tə-bəl\ *adj* (1659) **1** : not subject to failure or decay : LASTING **2** : free of faults : FLAWLESS — **in·de·fec·ti·bil·i·ty** \-,fek-tə-'bil-ət-ē\ *n* — **in·de·fec·ti·bly** \-'fek-tə-blē\ *adv*

**in·de·fen·si·ble** \-'fen(t)-sə-bəl\ *adj* (1529) **1** **a** : incapable of being maintained as right or valid : UNTENABLE **b** : incapable of being justified or excused : INEXCUSABLE **2** : incapable of being protected against physical attack — **in·de·fen·si·bil·i·ty** \-,fen(t)-sə-'bil-ət-ē\ *n* — **in·de·fen·si·bly** \-'fen(t)-sə-blē\ *adv*

**in·de·fin·able** \-'fī-nə-bəl\ *adj* (1690) : incapable of being precisely described or analyzed — **in·de·fin·abil·i·ty** \-,fī-nə-'bil-ət-ē\ *n* — **indefinable** *n* — **in·de·fin·able·ness** \-'fī-nə-bəl-nəs\ *n* — **in·de·fin·ably** \-blē\ *adv*

**in·def·i·nite** \(')in-'def-(ə-)nət\ *adj* [L *indefinitus*, fr. *in-* + *definitus* definite] (15c) : not definite: as **a** : typically designating an unidentified or not immediately identifiable person or thing ⟨the ~ articles *a* and *an*⟩ **b** : not precise : VAGUE **c** : having no exact limits **d** *of floral organs* : numerous and difficult to ascertain in number — **in·def·i·nite·ly** *adv* — **in·def·i·nite·ness** *n*

**indefinite integral** *n* (ca. 1877) : any function whose derivative is a given function

**in·de·his·cent** \,in-di-'his-ᵊnt\ *adj* (1832) : remaining closed at maturity ⟨~ fruits⟩ — **in·de·his·cence** \-ᵊn(t)s\ *n*

**in·del·i·ble** \in-'del-ə-bəl\ *adj* [ML *indelibilis*, alter. of L *indelebilis*, fr. *in-* + *delēre* to delete] (1529) **1** : that cannot be removed, washed away, or erased **2** : making marks that cannot easily be removed ⟨an ~ pencil⟩ **3** : LASTING, UNFORGETTABLE — **in·del·i·bil·i·ty** \(,)in-,del-ə-'bil-ət-ē\ *n* — **in·del·i·bly** \in-'del-ə-blē\ *adv*

**in·del·i·ca·cy** \-kə-sē\ *n* (1712) **1** : the quality or state of being indelicate **2** : something that is indelicate

**in·del·i·cate** \(')in-'del-i-kət\ *adj* (1742) : not delicate: **a** (1) : lacking in or offending against propriety : IMPROPER (2) : verging on the indecent : COARSE **b** : marked by a lack of feeling for the sensibilities of others : TACTLESS *syn* see INDECOROUS — **in·del·i·cate·ly** *adv* — **in·del·i·cate·ness** *n*

**in·dem·ni·fi·ca·tion** \in-,dem-nə-fə-'kā-shən\ *n* (1732) **1** **a** : the action of indemnifying **b** : the condition of being indemnified **2** : INDEMNITY 2b

**in·dem·ni·fy** \in-'dem-nə-,fī\ *vt* **-fied; -fy·ing** [L *indemnis* unharmed, fr. *in-* + *damnum* damage] (1611) **1** : to secure against hurt, loss, or damage **2** : to make compensation to for incurred hurt, loss, or damage *syn* see PAY — **in·dem·ni·fi·er** \-,fī(-ə)r\ *n*

**in·dem·ni·ty** \in-'dem-nət-ē\ *n, pl* **-ties** (15c) **1** **a** : security against hurt, loss, or damage **b** : exemption from incurred penalties or liabilities **2** **a** : INDEMNIFICATION 1 **b** : something that indemnifies

**in·de·mon·stra·ble** \,in-di-'män(t)-strə-bəl, (,)in-'dem-ən-strə-\ *adj* (1570) : incapable of being demonstrated : not subject to proof — **in·de·mon·stra·bly** \-blē\ *adv*

**in·dene** \'in-,dēn\ *n* [ISV, fr. *indole*] (1888) : a liquid hydrocarbon $C_9H_8$ obtained from coal tar and used esp. in making resins

[1]**in·dent** \in-'dent\ *vb* [ME *indenten*, fr. MF *endenter*, fr. OF, fr. *en-* + *dent* tooth, fr. L *dent-, dens* — more at TOOTH] *vt* (14c) **1** **a** : to divide (a document) so as to produce sections with irregular edges that can be matched for authentication **b** : to draw up (as a deed) in two or more exactly corresponding copies **2** : INDENTURE **3** **a** : to notch the edge of : make jagged **b** : to cut into for the purpose of mortising or dovetailing **4** : to set (as a line of a paragraph) in from the margin **5** : to join together by or as if by mortises or dovetails **6** *chiefly Brit* : to order by an indent ~ *vi* **1** *obs* : to make a formal or express agreement **2** : to form an indentation **3** *chiefly Brit* : to make out an indent for something — **in·dent·er** *n* — **indent on** **1** *chiefly Brit* : to make a requisition on **2** *chiefly Brit* : to draw on

[2]**in·dent** \in-'dent, 'in-,\ *n* (15c) **1** **a** : INDENTURE 1 **b** : a certificate issued by the U.S. at the close of the American Revolution for the principal or interest on the public debt **2** *chiefly Brit* **a** : an official requisition **b** : a purchase order for goods esp. when sent from a foreign country **3** : INDENTION

[3]**in·dent** \in-'dent\ *vt* [ME *endenten*, fr. *en-* + *denten* to dent] (15c) **1** : to force inward so as to form a depression **2** : to form a dent in — **in·dent·er** *n*

[4]**in·dent** \in-'dent, 'in-,\ *n* (1596) : INDENTATION

**in·den·ta·tion** \,in-,den-'tā-shən\ *n* (1728) **1** **a** : an angular cut in an edge : NOTCH **b** : a recess in a surface **2** : the action of indenting : the condition of being indented **3** : DENT **4** : INDENTION 2b

**in·den·tion** \in-'den-chən\ *n* (1763) **1** *archaic* : INDENTATION 1 **2** **a** : the action of indenting : the condition of being indented **b** : the blank space produced by indenting

[1]**in·den·ture** \in-'den-chər\ *n* [ME *endenture*, fr. MF, fr. *endenter*] (14c) **1** **a** (1) : a document or a section of a document that is indented (2) : a formal or official document usu. executed in two or more copies (3) : a contract binding one person to work for another for a given period of time — usu. used in pl. **b** : a formal certificate (as an inventory or voucher) prepared for purposes of control **c** : a document stating the terms under which a security (as a bond) is issued **2** : INDENTATION 1 **3** [[3]*indent*] : DENT

[2]**indenture** *vt* **in·den·tured; in·den·tur·ing** \-'dench-(ə-)riŋ\ (1676) : to bind (as an apprentice) by or as if by indentures

**indentured servant** *n* (1723) : a person who binds himself by indentures to work for another for a specified time esp. in return for payment of his travel expenses and maintenance

**in·de·pen·dence** \,in-də-'pen-dən(t)s\ *n* (1640) **1** : the quality or state of being independent **2** *archaic* : COMPETENCE 1

**Independence Day** *n* (1791) : a civil holiday for the celebration of the anniversary of the beginnings of national independence; *specif* : July 4 observed as a legal holiday in the U.S. in commemoration of the adoption of the Declaration of Independence in 1776

**in·de·pen·den·cy** \,in-də-'pen-dən-sē\ *n* (1611) **1** : INDEPENDENCE 1 **2** *cap* : the Independent polity or movement **3** : an independent political unit

[1]**in·de·pen·dent** \,in-də-'pen-dənt\ *adj* (1611) **1** : not dependent: as **a** (1) : not subject to control by others : SELF-GOVERNING (2) : not affiliated with a larger controlling unit **b** (1) : not requiring or relying on something else : not contingent ⟨an ~ conclusion⟩ (2) : not looking to others for one's opinions or for guidance in conduct (3) : not bound by or committed to a political party **c** (1) : not requiring or relying on others (as for care or livelihood) ⟨~ of his parents⟩ (2) : being enough to free one from the necessity of working for a living ⟨a man of ~ means⟩ **d** : showing a desire for freedom ⟨an ~ manner⟩ **e** (1) : not determined by or capable of being deduced or derived from or expressed in terms of members (as axioms or equations) of the set under consideration; *esp* : having linear independence ⟨an ~ set of vectors⟩ (2) : having the property that the joint probability (as of events or samples) or the joint probability density function (as of random variables) equals the product of the probabilities or probability density functions of separate occurrence **2** *cap* : of or relating to the Independents **3** **a** : MAIN 5 ⟨the ~ clause⟩ **b** : neither deducible from nor incompatible with another statement ⟨~ postulates⟩ *syn* see FREE — **in·de·pen·dent·ly** *adv*

**Va·nir** \'vän-,i(ə)r\ *n pl* [ON] : a race of Norse gods who become united with the Aesir

**van·ish** \'van-ish\ *vb* [ME *vanisshen*, fr. MF *evaniss-*, stem of *evanir*, fr. (assumed) VL *exvanire*, alter. of L *evanescere* to dissipate like vapor, vanish, fr. *e-* + *vanescere* to vanish, fr. *vanus* empty] *vi* (14c) **1 a :** to pass quickly from sight : DISAPPEAR **b :** to pass completely from existence **2 :** to assume the value zero ~ *vt* : to cause to disappear — **van·ish·er** *n*

**vanishing cream** *n* (1922) : a cosmetic preparation that is less oily than cold cream and is used chiefly as a foundation for face powder

**van·ish·ing·ly** \-iŋ-lē\ *adv* (1870) : so as to be almost nonexistent or invisible ⟨the difference is ~ small⟩

**vanishing point** *n* (ca. 1797) **1 :** a point at which receding parallel lines seem to meet when represented in linear perspective **2 :** a point at which something disappears or ceases to exist

**van·i·ty** \'van-ət-ē\ *n, pl* **-ties** [ME *vanite*, fr. OF *vanité*, fr. L *vanitat-*, *vanitas* quality of being empty or vain, fr. *vanus* empty, vain — more at WANE] (13c) **1 :** something that is vain, empty, or valueless **2 :** the quality or fact of being vain **3 :** inflated pride in oneself or one's appearance : CONCEIT **4 :** a fashionable trifle or knicknack **5 a :** ³COMPACT a **b :** a small case or handbag for toilet articles used by women **6 :** DRESSING TABLE

**vanity fair** *n, often cap V&F* [*Vanity-Fair*, a fair held in the frivolous town of Vanity in *Pilgrim's Progress* (1678) by John Bunyan] (1816) : a scene or place characterized by frivolity and ostentation

**vanity plate** *n* (1966) : a license plate bearing letters or numbers designated by the owner of the vehicle

**vanity press** *n* (1950) : a publishing house that publishes books at the author's expense — called also *vanity publisher*

**van·ner** \'van-ər\ *n* (1927) : a person who owns a usu. customized van

**van·pool** \'van-,pül\ *n* [³*van* + car *pool*] (ca. 1974) : an arrangement by which a group of people commute to work in a van — **van·pool·ing** *n*

**van·quish** \'vaŋ-kwish, 'van-\ *vt* [ME *venquissen* fr. MF *venquis*, preterit of *veintre* to conquer, fr. L *vincere* — more at VICTOR] (14c) **1 :** to overcome in battle : subdue completely **2 :** to defeat in a conflict or contest **3 :** to gain mastery over (an emotion, passion, or temptation) *syn* see CONQUER — **van·quish·able** \-kwish-ə-bəl\ *adj* — **van·quish·er** *n*

**van·tage** \'vant-ij\ *n* [ME, fr. AF, fr. MF *avantage* — more at ADVANTAGE] (14c) **1** *archaic* : BENEFIT, GAIN **2 :** superiority in a contest **3 :** a position giving a strategic advantage, commanding perspective, or comprehensive view **4 :** ADVANTAGE 4 — **to the vantage** *obs* : in addition

**vantage point** *n* (1865) : a position or standpoint from which something is viewed or considered; *esp* : POINT OF VIEW

**¹van·ward** \'van-wərd\ *adj* (1820) : located in the vanguard : ADVANCED

**²vanward** *adv* (1827) : to or toward the vanguard : FORWARD

**va·pid** \'vap-əd, 'vā-pəd\ *adj* [L *vapidus* flat tasting; akin to L *vappa* vapid wine and prob. to L *vapor* steam] (ca. 1656) : lacking liveliness, tang, briskness, or force : FLAT, UNINTERESTING *syn* see INSIPID — **va·pid·ly** *adv* — **va·pid·ness** *n*

**va·pid·i·ty** \va-'pid-ət-ē, vā-, və-\ *n, pl* **-ties** (ca. 1721) **1 :** the quality or state of being vapid **2 :** something vapid

**¹va·por** \'vā-pər\ *n* [ME *vapour*, fr. MF *vapeur*, fr. L *vapor* steam, vapor] (14c) **1 :** diffused matter (as smoke or fog) suspended floating in the air and impairing its transparency **2 a :** a substance in the gaseous state as distinguished from the liquid or solid state **b :** a substance (as gasoline, alcohol, mercury, or benzoin) vaporized for industrial, therapeutic, or military uses; *also* : a mixture (as the explosive mixture in an internal-combustion engine) of such a vapor with air **3 a :** something unsubstantial or transitory : PHANTASM **b :** a foolish or fanciful idea **4** *pl* **a** *archaic* : exhalations of bodily organs (as the stomach) held to affect the physical or mental condition **b :** a depressed or hysterical nervous condition

**²vapor** *vi* **va·pored; va·por·ing** \-p(ə-)riŋ\ (15c) **1 a :** to rise or pass off in vapor **b :** to emit vapor **2 :** to indulge in bragging, blustering, or idle talk — **va·por·er** \-pər-ər\ *n*

**vapor barrier** *n* (ca. 1941) : a layer of material (as roofing paper or polyethylene film) used to retard or prevent the absorption of moisture into a construction (as a wall or floor)

**va·po·ret·to** \,vä-pə-'ret-(,)ō\ *n, pl* **-ret·ti** \-'ret-ē\ *also* **-ret·tos** [It, dim. of *vapore* steamboat, fr. F *vapeur*, fr. *bateau à vapeur* steamboat] (1949) : a motorboat serving as a canal bus in Venice, Italy

**va·por·ing** \'vā-p(ə-)riŋ\ *n* (1630) : the act or speech of one that vapors; *specif* : an idle, extravagant, or high-flown expression or speech — usu. used in pl.

**va·por·ise** \'vā-pə-,rīz\ *Brit var of* VAPORIZE

**va·por·ish** \'vā-p(ə-)rish\ *adj* (ca. 1644) **1 :** resembling or suggestive of vapor **2 :** given to fits of the vapors — **va·por·ish·ness** *n*

**va·por·ize** \'vā-pə-,rīz\ *vb* **-ized; -iz·ing** *vt* (1634) **1 :** to convert (as by the application of heat or by spraying) into vapor **2 :** to cause to become dissipated ~ *vi* **1 :** to become vaporized **2 :** VAPOR 2 — **va·por·iz·able** \-,rī-zə-bəl\ *adj* — **va·por·iza·tion** \,vā-pər-ə-'zā-shən\ *n*

**va·por·iz·er** \'vā-pə-,rī-zər\ *n* (ca. 1846) : one that vaporizes : as **a :** ATOMIZER **b :** an apparatus for vaporizing a heavy oil (as petroleum) for the explosive charge of an internal-combustion engine; *also* : a simple form of carburetor **c :** a device for converting water or a medicated liquid into a vapor for inhalation

**vapor lock** *n* (ca. 1926) : partial or complete interruption of flow of a fluid (as fuel in an internal-combustion engine) caused by the formation of bubbles of vapor in the feeding system

**va·por·ous** \'vā-p(ə-)rəs\ *adj* (1527) **1 :** consisting or characteristic of vapor **2 :** producing vapors : VOLATILE **3 :** containing or obscured by vapors : MISTY **4 a :** ETHEREAL, UNSUBSTANTIAL **b :** consisting of or indulging in vaporings — **va·por·ous·ly** *adv* — **va·por·ous·ness** *n*

**vapor pressure** *n* (ca. 1900) : the pressure exerted by a vapor that is in equilibrium with its solid or liquid form — called also *vapor tension*

**vapor trail** *n* (1943) : CONTRAIL

**va·pory** \'vā-p(ə-)rē\ *adj* (1598) : VAPOROUS, MISTY

**va·pour** \'vā-pər\ *chiefly Brit var of* VAPOR

**va·que·ro** \vä-'ke(ə)r-(,)ō\ *n, pl* **-ros** [Sp — more at BUCKAROO] (1831) : HERDSMAN, COWBOY

**va·ra** \'vär-ə\ *n* [Sp & Pg, lit., pole, fr. L, forked pole, fr. fem. of *varus* bent, crooked — more at PREVARICATE] (1604) **1 :** any of various Spanish, Portuguese, and Latin American units of length equal to between 31 and 34 inches (79 and 86 centimeters) **2 :** a Texas unit of length equal to 33.33 inches (84.66 centimeters)

**vari-** *or* **vario-** *comb form* [L *varius* — more at VARIOUS] : varied : diverse ⟨variform⟩ ⟨variocoupler⟩

**var·ia** \'ver-ē-ə, 'var-\ *n pl* [NL, fr. L, neut. pl. of *varius* various] (1926) : MISCELLANY; *esp* : a literary miscellany

**¹vari·able** \'ver-ē-ə-bəl, 'var-\ *adj* [ME, fr. MF, fr. L *variabilis*, fr. *variare* to vary] (14c) **1 a :** able or apt to vary : subject to variation or changes ⟨~ winds⟩ ⟨~ costs⟩ **b :** FICKLE, INCONSTANT **2 :** characterized by variations **3 :** having the characteristics of a variable **4 :** not true to type : ABERRANT — used of a biological group or character — **vari·abil·i·ty** \,ver-ē-ə-'bil-ət-ē, ,var-\ *n* — **vari·able·ness** \'ver-ē-ə-bəl-nəs, 'var-\ *n* — **vari·ably** \-blē\ *adv*

**²variable** *n* (1816) **1 a :** a quantity that may assume any one of a set of values **b :** a symbol representing a variable **2 :** something that is variable **3 :** VARIABLE STAR

**variable rate mortgage** *n* (1975) : a periodically renegotiable mortgage that has an interest rate indexed to the cost of funds to the lender

**variable star** *n* (1788) : a star whose brightness changes usu. in more or less regular periods

**vari·ance** \'ver-ē-ən(t)s, 'var-\ *n* [ME *variaunce*, fr. MF, fr. L *variantia*, fr. *variant-*, *varians*, prp. of *variare* to vary] (14c) **1 :** the fact, quality, or state of being variable or variant : DIFFERENCE, VARIATION ⟨yearly ~ in crops⟩ **2 :** the fact or state of being in disagreement : DISSENSION, DISPUTE **3 :** a disagreement between two parts of the same legal proceeding that must be consonant **4 :** a license to do some act contrary to the usual rule ⟨a zoning ~⟩ **5 :** the square of the standard deviation *syn* see DISCORD — **at variance** : not in harmony or agreement

**¹vari·ant** \'ver-ē-ənt, 'var-\ *adj* (14c) **1** *obs* : VARIABLE **2 :** manifesting variety, deviation, or disagreement **3 :** varying usu. slightly from the standard form ⟨~ readings⟩

**²variant** *n* (1848) : one of two or more persons or things exhibiting usu. slight differences: as **a :** one that exhibits variation from a type or norm **b :** one of two or more different spellings (as *labor* and *labour*) or pronunciations (as of *economics* \ek-, ēk-\) of the same word **c :** one of two or more words (as *geographic* and *geographical*) or word elements (as *mon-* and *mono-*) of essentially the same meaning differing only in the presence or absence of an affix

**vari·ate** \'ver-ē-,āt, 'var-, -ət\ *n* (1899) : RANDOM VARIABLE

**vari·a·tion** \,ver-ē-'ā-shən, ,var-\ *n* [ME *varicioun*, fr. MF or L; MF *variation*, fr. L *variation-*, *variatio*, fr. *variatus*, pp. of *variare* to vary] (14c) **1 a :** the act or process of varying : the state or fact of being varied **b :** an instance of varying **c :** the extent to which or the range in which a thing varies **2 :** DECLINATION 6 **3 :** a change in the mean motion or mean orbit of a celestial body **4 a :** a change of algebraic sign between successive terms of a sequence **b :** a measure of the change in data, a variable, or a function **5 :** the repetition of a musical theme with modifications in rhythm, tune, harmony, or key **6 a :** divergence in qualities of an organism or biotype from those typical or usual to its group **b :** something (as an individual or group) that exhibits variation **7 a :** a solo dance in classic ballet **b :** a repetition in modern ballet of a movement sequence with changes — **vari·a·tion·al** \-shnəl, -shən-ᵊl\ *adj* — **vari·a·tion·al·ly** \-ē\ *adv*

**var·i·cel·la** \,var-ə-'sel-ə\ *n* [NL, irreg. dim. of *variola*] (ca. 1771) : CHICKEN POX

**var·i·co·cele** \'var-ə-kō-,sēl\ *n* [NL, fr. L *varic-*, *varix* + *-o-* + *-cele*] (1736) : a varicose enlargement of the veins of the spermatic cord

**vari·col·ored** \'ver-i-,kəl-ərd, 'var-\ *adj* (1665) : having various colors : VARIEGATED ⟨~ nuptial plumage of a bird⟩; *also* : of various colors

**var·i·cose** \'var-ə-,kōs\ *adj* [L *varicosus* full of dilated veins, fr. *varic-*, *varix* dilated vein; akin to L *varus* stretched, bent, awry] (1730) **1 :** of, relating to, or exhibiting varices ⟨~ mollusks⟩ **2** *also* **var·i·cosed** \-,kōst, -,kōzd\ : abnormally swollen or dilated ⟨~ veins⟩

**var·i·cos·i·ty** \,var-ə-'käs-ət-ē\ *n, pl* **-ties** (1842) **1 :** the quality or state of being abnormally or markedly swollen or dilated **2 :** VARIX

**var·ied** \'ve(ə)r-ēd, 'va(ə)r-\ *adj* (1588) **1 :** VARIOUS, DIVERSE **2 :** VARIEGATED 1 — **var·ied·ly** *adv*

**var·ie·gate** \'ver-ē-ə-,gāt, 'ver-i-,gāt, 'var-\ *vt* **-gat·ed; -gat·ing** [L *variegatus*, pp. of *variegare*, fr. *varius* various + *-egare* (akin to L *agere* to drive) — more at AGENT] (1653) **1 :** to diversify in external appearance esp. with different colors : DAPPLE **2 :** to enliven or give interest to by means of variety — **var·ie·ga·tor** \-,gāt-ər\ *n*

**var·ie·gat·ed** \-,gāt-əd\ *adj* (1661) **1 :** having discrete markings of different colors ⟨~ leaves⟩ **2 :** VARIED 1

**variegated cutworm** *n* (1922) : a widespread noctuid moth (*Peridroma saucia*) whose larva is destructive to crops

**var·ie·ga·tion** \,ver-ē-ə-'gā-shən, ,ver-i-'gā-, ,var-\ *n* (1646) : the act of variegating : the state of being variegated; *esp* : diversity of colors

**vari·er** \'ver-ē-ər, 'var-\ *n* (1860) : one that varies

**¹va·ri·etal** \və-'rī-ət-ᵊl\ *adj* (1866) : of, relating to, or characterizing a variety ⟨~ name⟩; *also* : being a variety in distinction from an individual or species

**²varietal** *n* (1950) : a wine bearing the name of the principal grape from which it is made

**va·ri·ety** \və-'rī-ət-ē\ *n, pl* **-et·ies** [MF or L; MF *varieté*, fr. L *varietat-*, *varietas*, fr. *varius* various] (1548) **1 :** the quality or state of having different forms or types : MULTIFARIOUSNESS **2 :** a number or collection of different things esp. of a particular class : ASSORTMENT **3 a :** something differing from others of the same general kind : SORT **b :** any of various groups of plants or animals ranking below a species : SUBSPECIES **4 :** VARIETY SHOW

**variety meat** *n* (ca. 1946) : an edible part (as the liver or tongue) of a slaughter animal other than skeletal muscle

**variety show** *n* (1882) : a theatrical entertainment of successive separate performances (as of songs, dances, skits, acrobatic feats, and trained animal acts)

**variety store** *n* (ca. 1768) : a retail store that carries a large variety of merchandise esp. of low unit value

**vario-** — see VARI-

**var·io·cou·pler** \'ver-ē-ō-,kəp-lər, 'var-\ *n* (ca. 1922) : an inductive coupler the mutual inductance of which is adjustable by moving one coil with respect to the other