#1351

QA 76.5
.Z 334
1987
SF/EE

# FROM CHIPS TO SYSTEMS:

## An Introduction to Microcomputers

Exhibit 24

Case 2:05-cv-00494-TJW Document 219-9 Filed 03/19/07 Page 2 of 7 PageID #: 8593

# FROM CHIPS TO SYSTEMS:

## An Introduction to Microcomputers

(Second Edition)



Rodnay Zaks
Alexander Wolfe

SYBEX®

San Francisco • Paris • Düsseldorf • Soest

TPL-ED1065478

Cover design by Thomas Ingalls + Associates
Book design by Ingrid Owen

Clipper Fairchild is a trademark of Fairchild Semiconductor Corp.
CP/M is a trademark of Digital Research, Inc.
Deskpro 386 is a trademark of Compaq Computer Corp.
Macintosh and Macintosh II are trademarks of Apple Computer, Inc.
MS-DOS is a trademark of Microsoft Corp.
Multibus is a trademark of Intel Corp.
Nova is a trademark of Data General Corp.
PC AT, PC XT, and RC AT are trademarks of International Business Machines Corp.
PDP-11, DEC, VAX, and VAX 8600 are trademarks of Digital Equipment Corp.
Series 32000 is a trademark of National Semiconductor Corp.
UNIX is a trademark of American Telephone and Telegraph Co. (Bell Laboratories).
VMEbus is a trademark of Motorola Inc.
VRTX is a trademark of Ready Systems Inc.
Z80 is a trademark of Zilog, Inc.
SYBEX is a trademark of SYBEX, Inc.

SYBEX is a registered trademark of SYBEX, Inc.

SYBEX is not affiliated with any manufacturer.

Every effort has been made to supply complete and accurate information. However, SYBEX assumes no responsibility for its use, nor for any infringements of patents or other rights of third parties which would result.

First edition copyright ©1981 by SYBEX Inc.

Copyright©1987 SYBEX Inc., 2021 Challenger Drive #100, Alameda, CA 94501. World rights reserved. No part of this publication may be stored in a retrieval system, transmitted, or reproduced in any way, including but not limited to photocopy, photograph, magnetic or other record, without the prior agreement and written permission of the publisher.

Library of Congress Card Number: 87-61335
ISBN 0-89588-377-5
Manufactured in the United States of America
10 9 8 7



CHAPTER 2

# INTERNAL OPERATION OF A MICROPROCESSOR

## The Address Bus

Our standard microprocessor now has two internal buses: a data bus and an address bus. The bidirectional data bus propagates to the outside via a tri-state buffer. The pins of the data bus are normally labeled D0 through D7. The address bus is created by the 16-bit address registers and propagates to the outside world via a 16-bit address buffer. The pins of the address bus are normally labeled A0 through A15. The size of the address bus is generally 16 bits, by convention, because of the convenience of handling multiples of 8 bits.

At this point we have described the major functional elements of a standard 8-bit microprocessor. Recently designed chips may also incorporate additional functions, such as a clock circuit, a timer circuit, memory, and I/O functions on board the same chip. In our "standard system," these additional functions are external to the microprocessor chip. Incorporating them on the chip simplifies the resulting system.

We will now go on to examine the role of the registers and buses as we follow the execution of an instruction within the microprocessor chip.

## Execution of an Instruction

Each instruction is executed as a sequence of three phases:

1. fetch
2. decode
3. execute.

The instruction is first *fetched* from the memory and transferred inside the microprocessor into a special register of the control unit called the IR or *instruction register.* Once in the IR it is *decoded* by a decoder. Finally, it is *executed*. The appropriate sequence of signals is generated by the control unit, resulting in the appropriate data transfers and operations.

The execution of an instruction is illustrated in Figure 2.22. The MPU chip appears on the left, and a memory chip (ROM or RAM) containing the program appears on the right.

The first phase is the *instruction fetch:* the contents of the program counter are output to the address bus, and a memory location is selected. A read command is then given to the memory. After several

hundred nanoseconds—corresponding to the memory read-time (or access-time)—the 8 bits of data selected by this address become available on the output pins of the memory and are propagated on the system's data bus (in this case, from right to left). The data are gated inside the MPU chip to the instruction register (IR) of the control unit, thus completing the fetch cycle.

The two following cycles are *decode* and *execute*. The IR is decoded by the control unit, usually via a *programmable logic array* (PLA), and the appropriate signals are generated by the control unit, resulting in instruction execution.

An instruction is not necessarily 8 bits long. In fact, it generally uses one, two, three, or four words; i.e., 8, 16, 24, or 32 bits. When an instruction has more than 8 bits, the control unit must go back to the memory and read the following byte or bytes successively into the IR. The process will be explained later in this chapter.

The first word of the instruction always contains its *opcode*, i.e., the binary code that specifies the operation to be done. After decoding the opcode, the control unit "knows" whether or not it must go back to the memory to fetch additional bytes.




**Figure 2.22:** The Instruction Is Read from Memory into IR

Having described the sequence of events in the execution of a single instruction, we will now solve the next problem, that of *automatic sequencing*, i.e., the sequential execution of instructions. A program is stored as a sequence of binary instructions residing at successive addresses. Once an instruction has been fetched and executed, the program counter (PC) must be updated so that the next instruction can be fetched and executed. The problem lies in updating the program counter. This problem is solved by adding an incrementer or a decrementer (depending on the convention used) to the PC. Thus, each time the PC is used (i.e., its contents are output) its value is automatically incremented (or decremented) and loaded back into the PC. The next time the PC is used, it will be pointing to the next byte in memory, i.e., to the next instruction or to the next byte of a given instruction, if the instruction uses two bytes or more. This incrementer is shown as +1 in Figure 2.22.

Program instructions are stored sequentially (one after another) in the memory. However, instructions are not always executed in sequence. In order to take different actions based on the results of tests or decisions, different parts of the program may be executed. In this case, the next instruction to be executed is specified by the current instruction. Such an instruction, which inhibits the automatic sequencing mechanism, is called a branch instruction. The programmer can specify a *branch* or *jump* to a specified memory address. Such an instruction will force a new value within the program counter. This alternative is studied in detail in the next section.

## The Control Unit

From a functional standpoint, the control unit (CU) is in charge of sequencing the operation of the entire microprocessor system (as illustrated in Figure 2.23). The CU generates synchronization signals and manages commands exchanged between the ALU, the I/O, and the memory. The CU decodes, fetches, and executes instructions.

The control unit communicates with the external world via input and output lines that make up the control bus. The control bus is normally managed by the control unit (see Figure 2.24). Typical signals on the control bus are shown in Figure 2.25.

Two main techniques are used to design a control unit: *hard-wiring* and *microprogramming*. Most control units for microprocessors are