## Side-by-side comparison of Plaintiffs' Exhibit B and Defendants'Exhibit C: Proposed Constructions and Identification of Evidence for Each Disputed Claim Term, Phrase, or Clause

***TPL v. Fujitsu et al.*, Civil Action No. 2:05-CV-494 (TJW)**

### U.S. Patent No. 5,809,336

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| **"ring oscillator"** | (claims 1-5, 9)<br>an oscillator having a multiple, odd number of inversions arranged in a loop<br><br>Intrinsic Evidence Support:<br><br>• Col. 5, ll. 9-16.<br>• Col. 16, l. 43 – col. 17, l. 22.<br>• Figs. 17-19.<br>• Amendment B, mailed April 11, 1991, at 6.<br>• Amendment D, mailed July 3, 1997, at 4-5.<br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br>Extrinsic Evidence Support:<br><br>• Behzad Razavi, Design of Analog CMOS Integrated Circuits 484, 491 (2001).<br>• S. K. Enam & Asad A. Abidi, A 300-MHz CMOS Voltage-Controlled Ring Oscillator, 25 IEEE J. of Solid-State Circuits 312 (1990).<br>• Steve Long, ECE145B/218B Communication Electronics | (claims 1-5)<br>an [oscillator] having an odd number of inverting logic stages connected in a loop<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Figs. 17-19;<br>Col. 3, ll. 27-35;<br>Col. 16, l. 43 - Col. 17, l. 50<br><br>Extrinsic Evidence Support:<br><br>Same extrinsic evidence as cited for "an entire [ring oscillator variable speed system clock] in said single integrated circuit" term. |



Exhibit 25

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | Winter 2006 Lecture Notes: Oscillator Notes 3 (2004), http://xanadu.ece.ucsb.edu/~long/ece145b/Oscillators3_w04.pdf (last visited January 17, 2007).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "ring oscillator" to mean "an oscillator having a multiple, odd number of inversions arranged in a loop." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"oscillator"** | (claims 6-9)<br>a circuit that is capable of maintaining an alternating output using feedback<br><br>Intrinsic Evidence Support:[1]<br><br>• Col. 5, ll. 9-16.<br><br>• Col. 16, l. 43 − col. 17, l. 22. | (claims 1-10)<br>a circuit that is capable of maintaining an alternating output<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Figs. 17-19;<br>Col. 3, ll. 27-35;<br>Col. 16, l. 43 - Col. 17, l. 50 |

[1] Plaintiffs were informed that Defendants agreed to the proposed definition of "oscillator" set forth above. However, Defendants informed Plaintiffs that they disputed the definition of "oscillator" on February 16, 2007, shortly before the parties were to file their Joint Claim Construction and Pre-Hearing Statement. Therefore, the parties agree that Plaintiffs may rely on additional intrinsic and extrinsic evidence not cited herein to support Plaintiffs' construction for "oscillator," provided that such evidence is identified in their opening claim construction brief.

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | • Figs. 17-19.<br><br>• Amendment B, mailed April 11, 1991, at 6.<br><br>• Amendment D, mailed July 3, 1997, at 4-5.<br><br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br><u>Extrinsic Evidence Support:</u><br><br>• The Institute of Electrical and Electronics Engineers, <u>IEEE Standard Dictionary of Electrical and Electronics Terms</u> 652 (4th ed. 1988).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "oscillator" to mean "a circuit that is capable of maintaining an alternating output using feedback." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | <u>Extrinsic Evidence Support</u>:<br><br>Same extrinsic evidence as cited for "an entire [ring oscillator variable speed system clock] in said single integrated circuit" term. |
| **“variable speed”** | (claims 1-5, 10)<br>capable of operating at speeds that can change<br><br><u>Intrinsic Evidence Support</u>:<br><br>• Col. 5, ll. 9-16. | (claims 1-10)<br>a speed (frequency) that is not tightly controlled and varies more than minimally<br><br><u>Intrinsic Evidence Support</u>: |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | • Col. 16, l. 43 − col. 17, l. 46.<br><br>• Figs. 17-19.<br><br>• Amendment B, mailed April 11, 1991, at 6-7.<br><br>• Amendment D, mailed July 3, 1997, at 3-5.<br><br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br>Extrinsic Evidence Support:<br><br>• The New Webster Encyclopedic Dictionary of the English Language 928 (1971).<br><br>• Webster's Ninth New Collegiate Dictionary 1304 (1988).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "variable speed" to mean "capable of operating at speeds that can change." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | The claims themselves;<br>Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar);<br>U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer);<br>U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10; 7/28/93 Amdmt., pp. 11-17.<br><br>Extrinsic Evidence Support:<br><br>Same extrinsic evidence as cited for “an entire [ring oscillator variable speed system clock] in said single integrated circuit” term. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| **"system clock"**<br>(claims 1-5) | a circuit that generates the signal(s) used for timing the operation of the CPU<br><br><u>Intrinsic Evidence Support</u>:<br><br>• Col. 5, ll. 9-16.<br>• Col. 9, ll. 14-19.<br>• Col. 16, l. 43 − col. 17, l. 46.<br>• Figs. 17-19.<br>• Amendment B, mailed April 11, 1991, at 6-7.<br>• Amendment D, mailed July 3, 1997, at 4-5.<br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br><u>Extrinsic Evidence Support:</u><br><br>• McGraw-Hill, <u>Dictionary of Scientific and Technical Terms</u> 366 (4th ed. 1989).<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "system clock" to mean "a circuit that generates the signal(s) used for timing the operation of the CPU." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and | a circuit that is itself responsible for determining the frequency of the signal(s) used for timing the operation of the CPU<br><br><u>Intrinsic Evidence Support</u>:<br><br>The claims themselves;<br>Abstract;<br>Col. 16, l. 43 - Col. 17, l. 50;<br>Fig. 1, 5, 17;<br>4/11/96 Amdmt, p. 1-10; 2/6/98 Amdmt, p. 1-5<br><br><u>Extrinsic Evidence Support</u>:<br><br>McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 366 (4th ed. 1989).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"clock"**<br>(claim 10) | a circuit that generates the signal(s) used for timing the operation of the CPU<br><br>Intrinsic Evidence Support:<br><br>• Col. 5, ll. 9-16.<br>• Col. 9, ll. 14-19.<br>• Col. 16, l. 43 – col. 17, l. 46.<br>• Figs. 17-19.<br>• Amendment B, mailed April 11, 1991, at 6-7.<br>• Amendment D, mailed July 3, 1997, at 4-5.<br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br>Extrinsic Evidence Support:<br><br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 366 (4th ed. 1989).<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a | a circuit that is itself responsible for determining the frequency of the signal(s) used for timing<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Abstract;<br>Fig. 17;<br>Col. 16, l. 43 - Col. 17, l. 50;<br>4/11/96 Amdmt, p. 1-10; 2/6/98 Amdmt, p. 1-5.<br><br>Extrinsic Evidence Support:<br><br>MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 366 (4th ed. 1989).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | showing that one of ordinary skill in the art would construe "system clock" to mean "a circuit that generates the signal(s) used for timing the operation of the CPU." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"an entire ring oscillator variable speed system clock in said single integrated circuit"** (claims 1-2) | a ring oscillator that generates the signal(s) used for timing the operation of the CPU, capable of operating at speeds that can change, where the ring oscillator is located entirely on the same semiconductor substrate as the CPU<br><br><u>Intrinsic Evidence Support</u>:<br><br>• Col. 5, ll. 9-16.<br><br>• Col. 16, l. 43 − col. 17, l. 46.<br><br>• Figs. 17-19.<br><br>• Amendment B, mailed April 11, 1991, at 6-7.<br><br>• Amendment D, mailed July 3, 1997, at 3-5.<br><br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br><u>Extrinsic Evidence Support:</u><br><br>• See extrinsic evidence identified for "ring oscillator" and "system clock." | a [ring oscillator variable speed system clock] that is completely on-chip and does not rely on a control signal or an external crystal/clock generator<br><br><u>Intrinsic Evidence Support</u>:<br><br>The claims themselves;<br>Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar);<br>U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer); |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | • Webster's New World Dictionary of Computer Terms 190 (3d ed. 1988).<br><br>• Microsoft Press, Computer Dictionary 190 (1991).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "an entire ring oscillator variable speed system clock in said single integrated circuit" to mean "a ring oscillator that generates the signal(s) used for timing the operation of the CPU, capable of operating at speeds that can change, where the ring oscillator is located entirely on the same semiconductor substrate as the CPU." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10; 7/28/93 Amdmt., pp. 11-17.<br><br>Extrinsic Evidence Support:<br><br>Matthys, Robert J., Crystal Oscillator Circuits (1983) [MEI-ED00010233-MEI-ED00010279];<br>Cordell, Robert R. & Garrett, William G., *A Highly Stable VCO for Application in Monolithic Phase-Locked Loops*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-10, No. 6, Dec. 1975 [TPL-ED0398601 to 606];<br>Murthi, Enjeti N., *A Monolithic Phase-Locked Loop with Post Detection Processor*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-14, No. 1, Feb. 1979 [TPL-ED0400976 to 981];<br>Santos, Joseph T., *A One-Pin Crystal Oscillator for VLSI Circuits*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-19, No. 2, April 1984 [TPL-ED0405711 to 719]; Uzunoglu, Vasil & White, Marvin H., *The Synchronous Oscillator: A Synchronization and Tracking Network*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-20, No. 6, Dec. 1985 [TPL-ED0407561 to 573];<br>Sleeckx, Frans V.J. & Sansen, Willy M.C., *A Wide-Band Current-Controlled Oscillator Using Bipolar-JFET Technology*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-15, No. 5, Oct. 1980 [TPL-ED0402669 to 675];<br>Fleischer, Paul E., et al., *A Switched Capacitor Oscillator with Precision Amplitude Control and Guaranteed Start-Up*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-20, No. 2, April 1985 [TPL-ED0407015 to 021];<br>Cordell, Robert R., et al., *A 50MHz Phase- and Frequency-Locked Loop*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-14, No. 6, Dec. 1979 [TPL-ED0401776 to 783];<br>MEAD & CONWAY, INTRODUCTION TO VLSI SYSTEMS 233-36 (1980) [MEI-ED00012333 to MEI-ED00012336]; MOHAMMED S. GHAUSI, ELECTRONIC DEVICES AND CIRCUITS: DISCRETE AND |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | | INTEGRATED 508 (1985); THE AMERICAN HERITAGE DICTIONARY 457, 1337 (1985); MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 763, 1339-40, 2016 (4th ed. 1989).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |
| **"an entire ring oscillator system clock constructed of electronic devices within the integrated circuit"** (claims 3-4) | a ring oscillator that generates the signal(s) used for timing the operation of the CPU, where the ring oscillator is located entirely on the same semiconductor substrate as the microprocessor<br><br>Intrinsic Evidence Support:<br><br>• Col. 5, ll. 9-16.<br>• Col. 8, l. 64 – col. 9, l. 13.<br>• Col. 16, l. 43 – col. 17, l. 46.<br>• Figs. 17-19.<br>• Amendment B, mailed April 11, 1991, at 6-7, 9.<br>• Amendment D, mailed July 3, 1997, at 3-5.<br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br>Extrinsic Evidence Support:<br><br>• See extrinsic evidence identified for "ring oscillator" and "system clock."<br>• Webster's New World Dictionary of Computer Terms 190 (3d ed. 1988). | a [ring oscillator system clock] that is completely on-chip and does not rely on a control signal or an external crystal/clock generator<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar);<br>U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer);<br>U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10; |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | • Microsoft Press, Computer Dictionary 190 (1991).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "an entire ring oscillator system clock constructed of electronic devices within the integrated circuit" to mean "a ring oscillator that generates the signal(s) used for timing the operation of the CPU, where the ring oscillator is located entirely on the same semiconductor substrate as the microprocessor." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | 7/28/93 Amdmt., pp. 11-17.<br><br>Extrinsic Evidence Support:<br><br>Matthys, Robert J., Crystal Oscillator Circuits (1983) [MEI-ED00010233-MEI-ED00010279];<br>Cordell, Robert R. & Garrett, William G., *A Highly Stable VCO for Application in Monolithic Phase-Locked Loops*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-10, No. 6, Dec. 1975 [TPL-ED0398601 to 606];<br>Murthi, Enjeti N., *A Monolithic Phase-Locked Loop with Post Detection Processor*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-14, No. 1, Feb. 1979 [TPL-ED0400976 to 981];<br>Santos, Joseph T., *A One-Pin Crystal Oscillator for VLSI Circuits*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-19, No. 2, April 1984 [TPL-ED0405711 to 719]; Uzunoglu, Vasil & White, Marvin H., *The Synchronous Oscillator: A Synchronization and Tracking Network*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-20, No. 6, Dec. 1985 [TPL-ED0407561 to 573];<br>Sleeckx, Frans V.J. & Sansen, Willy M.C., *A Wide-Band Current-Controlled Oscillator Using Bipolar-JFET Technology*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-15, No. 5, Oct. 1980 [TPL-ED0402669 to 675];<br>Fleischer, Paul E., et al., *A Switched Capacitor Oscillator with Precision Amplitude Control and Guaranteed Start-Up*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-20, No. 2, April 1985 [TPL-ED0407015 to 021];<br>Cordell, Robert R., et al., *A 50MHz Phase- and Frequency-Locked Loop*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-14, No. 6, Dec. 1979 [TPL-ED0401776 to 783];<br>MEAD & CONWAY, INTRODUCTION TO VLSI SYSTEMS 233-36 (1980) [MEI-ED00012333 to MEI-ED00012336]; MOHAMMED S. GHAUSI, ELECTRONIC DEVICES AND CIRCUITS: DISCRETE AND INTEGRATED 508 (1985); THE AMERICAN HERITAGE DICTIONARY 457, 1337 (1985); MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 763, 1339-40, 2016 (4th ed. 1989). |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | | Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |
| **"an entire oscillator disposed upon said integrated circuit substrate and connected to said central processing unit, said oscillator clocking"** (claims 6-9) | an oscillator that generates the signal(s) used for timing the operation of the CPU, where the oscillator is located entirely on the same semiconductor substrate as the CPU and is electrically coupled to the CPU<br><br>Intrinsic Evidence Support:<br><br>• Col. 5, ll. 9-16.<br><br>• Col. 16, l. 43 – col. 17, l. 46.<br><br>• Figs. 17-19.<br><br>• Amendment B, mailed April 11, 1991, at 6-7.<br><br>• Amendment D, mailed July 3, 1997, at 3-5.<br><br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br>Extrinsic Evidence Support:<br><br>• See extrinsic evidence identified for "oscillator."<br><br>• Webster's New World Dictionary of Computer Terms 190 (3d ed. 1988).<br><br>• Microsoft Press, Computer Dictionary 190 (1991).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the | an [oscillator] that is completely on-chip and does not rely on a control signal or an external crystal/clock generator<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar);<br>U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer);<br>U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10;<br>7/28/93 Amdmt., pp. 11-17.<br><br>Extrinsic Evidence Support:<br><br>Matthys, Robert J., Crystal Oscillator Circuits (1983) [MEI- |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "an entire oscillator disposed upon said integrated circuit substrate and connected to said central processing unit, said oscillator clocking" to mean "an oscillator that generates the signal(s) used for timing the operation of the CPU, where the oscillator is located entirely on the same semiconductor substrate as the CPU and is electrically coupled to the CPU." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | ED00010233-MEI-ED00010279];<br>Cordell, Robert R. & Garrett, William G., *A Highly Stable VCO for Application in Monolithic Phase-Locked Loops*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-10, No. 6, Dec. 1975 [TPL-ED0398601 to 606];<br>Murthi, Enjeti N., *A Monolithic Phase-Locked Loop with Post Detection Processor*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-14, No. 1, Feb. 1979 [TPL-ED0400976 to 981];<br>Santos, Joseph T., *A One-Pin Crystal Oscillator for VLSI Circuits*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-19, No. 2, April 1984 [TPL-ED0405711 to 719]; Uzunoglu, Vasil & White, Marvin H., *The Synchronous Oscillator: A Synchronization and Tracking Network*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-20, No. 6, Dec. 1985 [TPL-ED0407561 to 573];<br>Sleeckx, Frans V.J. & Sansen, Willy M.C., *A Wide-Band Current-Controlled Oscillator Using Bipolar-JFET Technology*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-15, No. 5, Oct. 1980 [TPL-ED0402669 to 675];<br>Fleischer, Paul E., et al., *A Switched Capacitor Oscillator with Precision Amplitude Control and Guaranteed Start-Up*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-20, No. 2, April 1985 [TPL-ED0407015 to 021];<br>Cordell, Robert R., et al., *A 50MHz Phase- and Frequency-Locked Loop*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-14, No. 6, Dec. 1979 [TPL-ED0401776 to 783];<br>MEAD & CONWAY, INTRODUCTION TO VLSI SYSTEMS 233-36 (1980) [MEI-ED00012333 to MEI-ED00012336]; MOHAMMED S. GHAUSI, ELECTRONIC DEVICES AND CIRCUITS: DISCRETE AND INTEGRATED 508 (1985); THE AMERICAN HERITAGE DICTIONARY 457, 1337 (1985); MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 763, 1339-40, 2016 (4th ed. 1989).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| **"an entire variable speed clock disposed upon said integrated circuit substrate"** (claim 10) | a circuit that generates the signal(s) used for timing the operation of the CPU, capable of operating at speeds that can change, where the circuit is located entirely on the same semiconductor substrate as the CPU<br><br>Intrinsic Evidence Support:<br><br>• Col. 5, ll. 9-16.<br>• Col. 16, l. 43 – col. 17, l. 46.<br>• Figs. 17-19.<br>• Amendment B, mailed April 11, 1991, at 6-7.<br>• Amendment D, mailed July 3, 1997, at 3-5.<br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br>Extrinsic Evidence Support:<br><br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 366 (4th ed. 1989).<br>• Webster's New World Dictionary of Computer Terms 190 (3d ed. 1988).<br>• Microsoft Press, Computer Dictionary 190 (1991).<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe | a [variable speed clock] that is completely on-chip and does not rely on a control signal or an external crystal/clock generator<br><br>I Intrinsic Evidence Support:<br><br>The claims themselves;<br>Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar);<br>U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer);<br>U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10;<br>7/28/93 Amdmt., pp. 11-17.<br><br>Extrinsic Evidence Support:<br><br>Matthys, Robert J., Crystal Oscillator Circuits (1983) [MEI-ED00010233-MEI-ED00010279];<br>Cordell, Robert R. & Garrett, William G., *A Highly Stable VCO* |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | "an entire variable speed clock disposed upon said integrated circuit substrate" to mean "a circuit that generates the signal(s) used for timing the operation of the CPU, capable of operating at speeds that can change, where the circuit is located entirely on the same semiconductor substrate as the CPU." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | *for Application in Monolithic Phase-Locked Loops*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-10, No. 6, Dec. 1975 [TPL-ED0398601 to 606];<br>Murthi, Enjeti N., *A Monolithic Phase-Locked Loop with Post Detection Processor*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-14, No. 1, Feb. 1979 [TPL-ED0400976 to 981];<br>Santos, Joseph T., *A One-Pin Crystal Oscillator for VLSI Circuits*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-19, No. 2, April 1984 [TPL-ED0405711 to 719]; Uzunoglu, Vasil & White, Marvin H., *The Synchronous Oscillator: A Synchronization and Tracking Network*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-20, No. 6, Dec. 1985 [TPL-ED0407561 to 573];<br>Sleeckx, Frans V.J. & Sansen, Willy M.C., *A Wide-Band Current-Controlled Oscillator Using Bipolar-JFET Technology*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-15, No. 5, Oct. 1980 [TPL-ED0402669 to 675];<br>Fleischer, Paul E., et al., *A Switched Capacitor Oscillator with Precision Amplitude Control and Guaranteed Start-Up*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-20, No. 2, April 1985 [TPL-ED0407015 to 021];<br>Cordell, Robert R., et al., *A 50MHz Phase- and Frequency-Locked Loop*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-14, No. 6, Dec. 1979 [TPL-ED0401776 to 783];<br>MEAD & CONWAY, INTRODUCTION TO VLSI SYSTEMS 233-36 (1980) [MEI-ED00012333 to MEI-ED00012336]; MOHAMMED S. GHAUSI, ELECTRONIC DEVICES AND CIRCUITS: DISCRETE AND INTEGRATED 508 (1985); THE AMERICAN HERITAGE DICTIONARY 457, 1337 (1985); MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 763, 1339-40, 2016 (4th ed. 1989).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |
| **"oscillator . . . clocking"** (claims 6-9) | Plaintiffs do not believe that the term "oscillator . . . clocking" needs to be construed by the Court. To the extent that the Court determines that the term " oscillator . . . clocking" needs | an oscillator that is itself determining the frequency of the signal(s) used for timing |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | to be construed, it should be construed to mean:<br><br>the oscillator generates the signal(s) used for timing the operation of the CPU<br><br>Intrinsic Evidence Support:<br><br>• Col. 5, ll. 9-16.<br><br>• Col. 16, l. 43 − col. 17, l. 46.<br><br>• Figs. 17-19.<br><br>• Amendment B, mailed April 11, 1991, at 6-7.<br><br>• Amendment D, mailed July 3, 1997, at 3-5.<br><br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br>Extrinsic Evidence Support:<br><br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 366 (4th ed. 1989).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "oscillator . . . clocking" to mean "the oscillator generates the signal(s) used for timing the operation of the CPU." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O | Intrinsic Evidence Support:<br><br>The claims themselves;<br>Abstract;<br>Fig. 17;<br>Col. 16, l. 43 - Col. 17, l. 50; 4/11/96 Amdmt, p. 1-10; 2/6/98 Amdmt, p. 1-5.<br><br>Extrinsic Evidence Support:<br><br>Same extrinsic evidence as cited for "an entire [ring oscillator variable speed system clock] in said single integrated circuit" term. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"processing frequency capability"** (claims 1-2) | the range of speeds at which the CPU can operate<br><br><u>Intrinsic Evidence Support</u>:<br><br>• Col. 5, ll. 9-16.<br><br>• Col. 16, l. 43 − col. 17, l. 46.<br><br>• Figs. 17-19.<br><br>• Amendment B, mailed April 11, 1991, at 6-7.<br><br>• Amendment D, mailed July 3, 1997, at 3-5.<br><br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br><u>Extrinsic Evidence Support:</u><br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "processing frequency capability" to mean "the range of speeds at which the CPU can operate." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications | fastest safe operating speed (frequency) at which the CPU can operate<br><br><u>Intrinsic Evidence Support</u>:<br><br>The claims themselves;<br>Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar);<br>U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer);<br>U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10; 7/28/93 Amdmt., pp. 11-17.<br><br><u>Extrinsic Evidence Support</u>:<br><br>Same extrinsic evidence as cited for "an entire [ring oscillator |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | and interfaces, and clocking mechanisms for I/O communications and interfaces. | variable speed system clock] in said single integrated circuit" term. |
| **"processing frequency"** (claims 3-10) | the speed at which the CPU operates<br><br><u>Intrinsic Evidence Support</u>:<br><br>• Col. 5, ll. 9-16.<br>• Col. 16, l. 43 − col. 17, l. 46.<br>• Figs. 17-19.<br>• Amendment B, mailed April 11, 1991, at 6-7.<br>• Amendment D, mailed July 3, 1997, at 3-5.<br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br><u>Extrinsic Evidence Support:</u><br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "processing frequency" to mean "the speed at which the CPU operates." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and | fastest safe operating speed (frequency)<br><br><u>Intrinsic Evidence Support</u>:<br><br>The claims themselves;<br>Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar);<br>U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer);<br>U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10;<br>7/28/93 Amdmt., pp. 11-17.<br><br><u>Extrinsic Evidence Support</u>:<br><br>Same extrinsic evidence as cited for "an entire [ring oscillator variable speed system clock] in said single integrated circuit" |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | clocking mechanisms for I/O communications and interfaces. | term. |
| **"central processing unit"** | (claims 1-2, 6-10)<br>an electronic circuit that controls the interpretation and execution of programmed instructions<br><br>Intrinsic Evidence Support:<br><br>• Col. 4, ll. 41-45.<br>• Col. 6, ll. 17-63.<br>• Col. 8, ll. 22-24.<br>• Col. 8, l. 56 – col. 9, l. 15.<br>• Col. 10, l. 44.<br>• Col. 11, ll. 49-54.<br>• Figs. 1-2, 17.<br><br>Extrinsic Evidence Support:<br><br>• Alan Freedman, The Computer Glossary 161-162 (4th ed. 1989).<br>• The Institute of Electrical and Electronics Engineers, IEEE Standard Dictionary of Electrical and Electronics Terms 137 (4th ed. 1988).<br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 318 (4th ed. 1989). | (claims 1-10)<br>the central electronic circuit in a computer that controls the interpretation and execution of programmed instructions<br><br>Intrinsic Evidence Support:<br><br>The claims themselves.<br><br>Extrinsic Evidence Support:<br><br>McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 318 (4th ed. 1989).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | • Microsoft Press, Computer Dictionary 59 (1991).<br><br>• Webster's New World Dictionary of Computer Terms 45 (3d ed. 1988).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "central processing unit" to mean "an electronic circuit that controls the interpretation and execution of programmed instructions." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **“microprocessor"** | (claims 1-10)<br>an electronic circuit that executes programmed instructions and is capable of interfacing with input/output circuitry and/or memory circuitry<br><br>Intrinsic Evidence Support<br><br>• Col. 4, ll. 41-45.<br><br>• Col. 6, ll. 17-63.<br><br>• Col. 8, ll. 22-24. | (claims 3-5)<br>an electronic circuit that uses a central processing unit to interpret and execute programmed instructions<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Title;<br>Abstr.;<br>Figs. 1-8, 14, 17-19;<br>Col. 1, l. 60 - Col. 3, l. 35; Col. 16, l. 44 - Col. 17, l. 10.<br><br>Extrinsic Evidence Support: |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | • Col. 8, l. 56 − col. 9, l. 15.<br><br>• Col. 10, l. 44.<br><br>• Col. 11, ll. 49-54.<br><br>• Figs. 1-2, 17.<br><br><u>Extrinsic Evidence Support:</u><br><br>• See extrinsic evidence identified for "central processing unit."<br><br>• Microsoft Press, <u>Computer Dictionary</u> 228 (1991).<br><br>• <u>Webster's New World Dictionary of Computer Terms</u> 237 (3d ed. 1988).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "microprocessor" to mean "an electronic circuit that executes programmed instructions and is capable of interfacing with input/output circuitry and/or memory circuitry." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| **"microprocessor system"** | None given. | (claims 1, 2, 6-10)<br>No construction of the phrase is necessary.<br><br>The preambles containing this phrase are not claim limitations.<br><br>Intrinsic Evidence Support:<br><br>The claims themselves.<br><br>Extrinsic Evidence Support:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |
| **“varying together”** (claims 1-2)<br><br>**"vary together"** (claim 3-5)<br><br>**"varying . . . in the same way"** (claims 6-9)<br><br>**"varying in the same way"** (claim 10) | both increase or both decrease<br><br>Intrinsic Evidence Support:<br><br>• Col. 16, l. 43 − col. 17, l. 46.<br><br>• Amendment B, mailed April 11, 1991, at 6-7.<br><br>• Amendment D, mailed July 3, 1997, at 3-5.<br><br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br>Extrinsic Evidence Support:<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe | increasing and decreasing by the same amount<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar); |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | "varying together," "vary together," "varying . . . in the same way," and "varying in the same way" to mean "both increase or both decrease." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer);<br>U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10; 7/28/93 Amdmt., pp. 11-17.<br><br><u>Extrinsic Evidence Support</u>:<br><br>WEBSTER'S NEW COLLEGIATE DICTIONARY (1973).<br><br>Same extrinsic evidence as cited for "an entire [ring oscillator variable speed system clock] in said single integrated circuit" term. |
| **"second clock"** (claims 1-5) | a clock not derived from the first clock<br><br><u>Intrinsic Evidence Support</u>:<br><br>• Col. 1, l. 65 − col. 2, l. 5.<br><br>• Col. 2, ll. 30-37.<br><br>• Col. 3, ll. 26-35.<br><br>• Col. 4, ll. 41-43 and 63-67.<br><br>• Col. 5, ll. 9-16.<br><br>• Col. 5, l. 66 − col. 6, l. 3.<br><br>• Col. 6, ll. 17-21 and 43-46.<br><br>• Col. 8, ll. 1-19, 22-24, 41-45, 56-58, and 64-66.<br><br>• Col. 9, ll. 14-19. | No construction necessary, but if construed:<br><br>another clock<br><br><u>Intrinsic Evidence Support</u>:<br><br>The claims themselves;<br>Figs. 1, 5, 17;<br>Col. 16, l. 43 - Col. 17, l. 50;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt, p. 9;<br>2/6/98 Amdmt, p. 3;<br>4/23/98 Interview;<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 4,453,229 (Schaire).<br><br><u>Extrinsic Evidence Support</u>:<br><br>MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 366 (4th ed. 1989); THE AMERICAN HERITAGE DICTIONARY 654 (1985). |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | • Col. 11, ll. 42-54.<br>• Col. 12, ll. 5-20.<br>• Col. 12, l. 66 – col. 14, l. 55.<br>• Col. 15, ll. 17-47.<br>• Col. 17, ll. 11-37 and 46-50.<br>• Figs. 1, 11-12, and 17-19.<br>• Amendment B, mailed April 11, 1991, at 9.<br>• Amendment D, mailed July 3, 1997, at 2-4.<br><br><u>Extrinsic Evidence Support:</u><br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "second clock" to mean "a clock not derived from the first clock." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| **"external clock, independent of said oscillator"** (claims 6-9) | a clock not derived from the first clock, and which is not originated on the same semiconductor substrate upon which the entire oscillator [claims 6-9] or the entire variable speed clock [claim 10] is located<br><br>Intrinsic Evidence Support:<br><br>• Col. 1, l. 65 – col. 2, l. 5.<br>• Col. 2, ll. 30-37.<br>• Col. 3, ll. 26-35.<br>• Col. 4, ll. 41-43 and 63-67.<br>• Col. 5, ll. 9-16.<br>• Col. 5, l. 66 – col. 6, l. 3.<br>• Col. 6, ll. 17-21 and 43-46.<br>• Col. 8, ll. 1-19, 22-24, 41-45, 56-58, and 64-66.<br>• Col. 9, ll. 14-19.<br>• Col. 11, ll. 42-54.<br>• Col. 12, ll. 5-20.<br>• Col. 12, l. 66 – col. 14, l. 55.<br>• Col. 15, ll. 17-47.<br>• Col. 17, ll. 11-37 and 46-50.<br>• Figs. 1, 11-12, and 17-19. | an [external clock] wherein a change in the frequency of one of the external clock or oscillator does not affect the frequency of the other<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Figs. 1, 5, 17;<br>Col. 17, ll. 32-37;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt, p. 9;<br>2/6/1998 Amdmt, p. 3; 4/23/1998 Interview;<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 4,453,229 (Schaire).<br><br>Extrinsic Evidence Support:<br><br>THE AMERICAN HERITAGE DICTIONARY 654 (1985).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | • Amendment B, mailed April 11, 1991, at 9.<br>• Amendment D, mailed July 3, 1997, at 2-4.<br><br><u>Extrinsic Evidence Support:</u><br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "external clock, independent of said oscillator" and "external clock" to mean "a clock not derived from the first clock, and which is not originated on the same semiconductor substrate upon which the entire oscillator [claims 6-9] or the entire variable speed clock [claim 10] is located." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"external clock"** (claim 10) | a clock not derived from the first clock, and which is not originated on the same semiconductor substrate upon which the entire oscillator [claims 6-9] or the entire variable speed clock [claim 10] is located<br><br><u>Intrinsic Evidence Support</u>:<br><br>• Col. 1, l. 65 – col. 2, l. 5. | No construction necessary, but if construed:<br><br>a clock not on the integrated circuit substrate<br><br><u>Intrinsic Evidence Support</u>:<br><br>The claims themselves;<br>Figs. 1, 5, 17; |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | • Col. 2, ll. 30-37.<br>• Col. 3, ll. 26-35.<br>• Col. 4, ll. 41-43 and 63-67.<br>• Col. 5, ll. 9-16.<br>• Col. 5, l. 66 − col. 6, l. 3.<br>• Col. 6, ll. 17-21 and 43-46.<br>• Col. 8, ll. 1-19, 22-24, 41-45, 56-58, and 64-66.<br>• Col. 9, ll. 14-19.<br>• Col. 11, ll. 42-54.<br>• Col. 12, ll. 5-20.<br>• Col. 12, l. 66 − col. 14, l. 55.<br>• Col. 15, ll. 17-47.<br>• Col. 17, ll. 11-37 and 46-50.<br>• Figs. 1, 11-12, and 17-19.<br>• Amendment B, mailed April 11, 1991, at 9.<br>• Amendment D, mailed July 3, 1997, at 2-4.<br><br>Extrinsic Evidence Support:<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas | Col. 16, l. 43 - Col. 17, l. 50;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt, p. 9;<br>2/6/98 Amdmt, p. 3;<br>4/23/98 Interview;<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 4,453,229 (Schaire).<br><br>Extrinsic Evidence Support:<br><br>MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 366 (4th ed. 1989); THE AMERICAN HERITAGE DICTIONARY 654 (1985).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "external clock, independent of said oscillator" and "external clock" to mean "a clock not derived from the first clock, and which is not originated on the same semiconductor substrate upon which the entire oscillator [claims 6-9] or the entire variable speed clock [claim 10] is located." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"second clock independent of said ring oscillator . . . system clock"** (claims 1-2) | a change in the frequency of the ring oscillator does not affect the frequency of the second clock<br><br>Intrinsic Evidence Support:<br><br>• Col. 1, l. 65 − col. 2, l. 5.<br><br>• Col. 2, ll. 30-37.<br><br>• Col. 3, ll. 26-35.<br><br>• Col. 4, ll. 41-43 and 63-67.<br><br>• Col. 5, ll. 9-16.<br><br>• Col. 5, l. 66 − col. 6, l. 3.<br><br>• Col. 6, ll. 17-21 and 43-46. | a [second clock] wherein a change in the frequency of one of the second clock or ring oscillator system clock does not affect the frequency of the other<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Figs. 1, 5, 17;<br>Col. 16, l. 43 - Col. 17, l. 37;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt, p. 9;<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 4,453,229 (Schaire).<br><br>Extrinsic Evidence Support:<br><br>THE AMERICAN HERITAGE DICTIONARY 654 (1985). |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | • Col. 8, ll. 1-19, 22-24, 41-45, 56-58, and 64-66.<br>• Col. 9, ll. 14-19.<br>• Col. 11, ll. 42-54.<br>• Col. 12, ll. 5-20.<br>• Col. 12, l. 66 – col. 14, l. 55.<br>• Col. 15, ll. 17-47.<br>• Col. 17, ll. 11-37 and 46-50.<br>• Figs. 1, 11-12, and 17-19.<br>• Amendment B, mailed April 11, 1991, at 9.<br>• Amendment D, mailed July 3, 1997, at 2-4.<br><br>Extrinsic Evidence Support:<br><br>• Webster's Ninth New Collegiate Dictionary 612 (1988).<br>• See extrinsic evidence identified for "ring oscillator."<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "second clock independent of said ring oscillator . . . system clock" and "second clock independent of the ring oscillator system clock" to mean "a change in the | Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | frequency of the ring oscillator does not affect the frequency of the second clock." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"second clock independent of the ring oscillator system clock"** (claims 3-5) | a change in the frequency of the ring oscillator does not affect the frequency of the second clock<br><br>Intrinsic Evidence Support:<br><br>• Col. 1, l. 65 – col. 2, l. 5.<br>• Col. 2, ll. 30-37.<br>• Col. 3, ll. 26-35.<br>• Col. 4, ll. 41-43 and 63-67.<br>• Col. 5, ll. 9-16.<br>• Col. 5, l. 66 – col. 6, l. 3.<br>• Col. 6, ll. 17-21 and 43-46.<br>• Col. 8, ll. 1-19, 22-24, 41-45, 56-58, and 64-66.<br>• Col. 9, ll. 14-19.<br>• Col. 11, ll. 42-54. | a [second clock] wherein a change in the frequency of one of the second clock or ring oscillator system clock does not affect the frequency of the other<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Figs. 1, 5, 17;<br>Col. 16, l. 43 - Col. 17, l. 37;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt, p. 9;<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 4,453,229 (Schaire).<br><br>Extrinsic Evidence Support:<br><br>THE AMERICAN HERITAGE DICTIONARY 654 (1985).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
| --- | --- | --- |
| | • Col. 12, ll. 5-20.<br>• Col. 12, l. 66 − col. 14, l. 55.<br>• Col. 15, ll. 17-47.<br>• Col. 17, ll. 11-37 and 46-50.<br>• Figs. 1, 11-12, and 17-19.<br>• Amendment B, mailed April 11, 1991, at 9.<br>• Amendment D, mailed July 3, 1997, at 2-4.<br><br>Extrinsic Evidence Support:<br><br>• Webster's Ninth New Collegiate Dictionary 612 (1988).<br>• See extrinsic evidence identified for "ring oscillator."<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "second clock independent of said ring oscillator . . . system clock" and "second clock independent of the ring oscillator system clock" to mean "a change in the frequency of the ring oscillator does not affect the frequency of the second clock." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications | |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"external clock is operative at a frequency independent of a clock frequency of said oscillator"** (claims 6-10) | a change in the frequency of the oscillator [claims 6-9] or the variable speed clock [claim 10] does not affect the frequency of the external clock<br><br>Intrinsic Evidence Support:<br><br>• Col. 1, l. 65 – col. 2, l. 5.<br>• Col. 2, ll. 30-37.<br>• Col. 3, ll. 26-35.<br>• Col. 4, ll. 41-43 and 63-67.<br>• Col. 5, ll. 9-16.<br>• Col. 5, l. 66 – col. 6, l. 3.<br>• Col. 6, ll. 17-21 and 43-46.<br>• Col. 8, ll. 1-19, 22-24, 41-45, 56-58, and 64-66.<br>• Col. 9, ll. 14-19.<br>• Col. 11, ll. 42-54.<br>• Col. 12, ll. 5-20.<br>• Col. 12, l. 66 – col. 14, l. 55.<br>• Col. 15, ll. 17-47. | an [external clock] wherein a change in the frequency of one of the external clock or oscillator does not affect the frequency of the other (claim 6)<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Figs. 1, 5, 17;<br>Col. 16, l. 43 - Col. 17, l. 37;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt, p. 9;<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 4,453,229 (Schaire).<br><br>Extrinsic Evidence Support:<br><br>THE AMERICAN HERITAGE DICTIONARY 654 (1985).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | • Col. 17, ll. 11-37 and 46-50.<br><br>• Figs. 1, 11-12, and 17-19.<br><br>• Amendment B, mailed April 11, 1991, at 9.<br><br>• Amendment D, mailed July 3, 1997, at 2-4.<br><br><u>Extrinsic Evidence Support:</u><br><br>• See extrinsic evidence identified for "oscillator."<br><br>• <u>Webster's Ninth New Collegiate Dictionary</u> 612 (1988).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "external clock is operative at a frequency independent of a clock frequency of said oscillator" to mean "a change in the frequency of the oscillator [claims 6-9] or the variable speed clock [claim 10] does not affect the frequency of the external clock." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| **"fixed frequency"** (claims 2, 4, 8) | Plaintiffs do not believe that the term "fixed frequency" needs to be construed by the Court. To the extent that the Court determines that the term "fixed frequency" needs to be construed, it should be construed to mean:<br><br>a non-variable frequency<br><br><u>Intrinsic Evidence Support</u>:<br><br>• Col. 5, ll. 9-16.<br><br>• Col. 16, l. 43 − col. 17, l. 37.<br><br>• Figs. 17-19.<br><br>• Amendment D, mailed July 3, 1997, at 3-5.<br><br>• Amendment E, mailed February 6, 1998, at 3-4.<br><br><u>Extrinsic Evidence Support:</u><br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '336 patent, the level of ordinary skill in the art pertaining to the '336 patent, and a showing that one of ordinary skill in the art would construe "fixed frequency" to mean "a non-variable frequency." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | having a speed (frequency) that varies minimally and is tightly controlled<br><br><u>Intrinsic Evidence Support</u>:<br><br>The claims themselves;<br>Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar);<br>U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer);<br>U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10;<br>7/28/93 Amdmt., pp. 11-17.<br><br><u>Extrinsic Evidence Support</u>:<br><br>Same extrinsic evidence as cited for "an entire [ring oscillator variable speed system clock] in said single integrated circuit" term. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Supporting Evidence | Defendants' Proposed Claim Construction and Supporting Evidence |
|---|---|---|
| | | |

**U.S. Patent No. 6,598,148**

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| **"processing unit"** (claims 4, 7, 8, 10) | an electronic circuit that controls the interpretation and execution of programmed instructions<br><br>Intrinsic Evidence Support:<br>• Col. 2, ll. 24-29.<br>• Col. 4, ll. 1-47.<br>• Col. 6, ll. 7-9 and 41-67.<br>• Col 8, l. 29.<br>• Col. 9, l. 36-41.<br>• Figs. 1-2, 17.<br><br>Extrinsic Evidence Support:<br>• Alan Freedman, The Computer Glossary 161-162 (4th ed. 1989).<br>• The Institute of Electrical and Electronics Engineers, IEEE Standard Dictionary of Electrical and Electronics Terms 137 (4th ed. 1988).<br>• Microsoft Press, Computer Dictionary 59 (1991).<br>• Webster's New World Dictionary of Computer Terms 45 (3d ed. 1988).<br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 318 (4th ed. 1989). | None given. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | • Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "processing unit" to mean "an electronic circuit that controls the interpretation and execution of programmed instructions." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"memory"** (claims 4, 7, 8, 10) | all of the storage elements on the substrate and the control circuitry configured to access the storage elements<br><br>Intrinsic Evidence Support:<br><br>• Col. 2, ll. 11-16 and 27-60.<br>• Col. 3, ll. 1-6.<br>• Col. 3, l. 48 - col. 4, l. 61.<br>• Col. 5, l. 1 - col. 7, l. 16.<br>• Col. 7, ll. 34-44.<br>• Col. 7, l. 60 - col. 10, l. 15. | Construe only as part of "a memory" below.<br><br>Intrinsic Evidence Support:<br><br>None given.<br><br>Extrinsic Evidence Support:<br><br>None given. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | • Col. 10, l. 54 - col. 13, l. 57.<br>• Col. 14, l. 1 - col. 14, l. 25.<br>• Col. 15, ll. 10-30.<br>• Col. 15, l. 55 - col. 16, l. 36.<br>• Col. 16, ll. 43-58.<br>• Col. 17, ll. 1-41.<br>• Col. 18, ll. 24-32.<br>• Col. 18 l. 40 - col. 19, l. 27.<br>• Col. 19, ll. 45-67.<br>• Col. 22, ll. 11-39.<br>• Col. 25, l. 51 - col. 28, l. 60.<br>• Col. 30, ll. 54-65.<br>• Figs. 2-16, 20-23.<br>Extrinsic Evidence Support:<br>• Microsoft Press, Computer Dictionary 225 (1991).<br>• Webster's New World Dictionary of Computer Terms 194, 225, 231 (3d ed. 1988).<br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 1171 (4th ed. 1989). | |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | • Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "memory" to mean "all of the storage elements on the substrate and the control circuitry configured to access the storage elements." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"a memory"** (claims 4, 7, 8, 10) | Plaintiffs do not believe that the term "a memory" needs to be construed by the Court. To the extent that the Court determines to construe "a memory," it should be construed to mean:<br><br>all of the storage elements on the substrate and the control circuitry configured to access the storage elements<br><br><u>Intrinsic Evidence Support</u><br><br>• Col. 2, ll. 11-16 and 27-60.<br><br>• Col. 3, ll. 1-6.<br><br>• Col. 3, l. 48 - col. 4, l. 61. | Term is indefinite, but if construction is possible,<br><br>an information storing array that does not include registers, cache or column latches<br><br><u>Intrinsic Evidence Support</u>:<br><br>The claims themselves;<br>Col. 1, ll. 41-50;<br>Col. 2, ll. 10-16;<br>Col. 4, ll. 1-30;<br>Col. 4, ll. 40-51;<br>Col. 5, ll. 21-28;<br>Col. 5, l. 53 - Col. 6, l. 30;<br>Col. 6, ll. 49-56;<br>Fig. 9;<br>Col. 7, ll. 5-15; |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | • Col. 5, l. 1 - col. 7, l. 16.<br>• Col. 7, ll. 34-44.<br>• Col. 7, l. 60 - col. 10, l. 15.<br>• Col. 10, l. 54 - col. 13, l. 57.<br>• Col. 14, l. 1 - col. 14, l. 25.<br>• Col. 15, ll. 10-30.<br>• Col. 15, l. 55 - col. 16, l. 36.<br>• Col. 16, ll. 43-58.<br>• Col. 17, ll. 1-41.<br>• Col. 18, ll. 24-32.<br>• Col. 18 l. 40 - col. 19, l. 27.<br>• Col. 19, ll. 45-67.<br>• Col. 22, ll. 11-39.<br>• Col. 25, l. 51 - col. 28, l. 60.<br>• Col. 30, ll. 54-65.<br>• Figs. 2-16, 20-23.<br><br><u>Extrinsic Evidence Support:</u><br><br>• Microsoft Press, <u>Computer Dictionary</u> 225 (1991). | Col. 8, l. 48 - Col. 9, l. 16;<br>Col. 9, ll. 16-18;<br>Col. 9, ll. 23-35;<br>Col. 10, l. 54 - Col. 11, l. 11;<br>Col. 12, ll. 41-67;<br>Col. 13, ll. 12-18;<br>Col. 15, l. 55 - Col. 16, l. 36;<br>Col. 18, ll. 41-63;<br>U.S. Pat. No. 5,784,584, claims 1 and 29;<br>1/31/00 OA, pp. 2-3.<br><br><u>Extrinsic Evidence Support</u>:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | • Webster's New World Dictionary of Computer Terms 194, 225, 231 (3d ed. 1988).<br><br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 1171 (4th ed. 1989).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "a memory" to mean "all of the storage elements on the substrate and the control circuitry configured to access the storage elements." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"total area of said single substrate"** (claim 4, 7) | the total surface of the supporting material upon or within which is formed an interconnected array of circuit elements<br><br>Intrinsic Evidence Support:<br><br>• Col. 2, ll. 41-43.<br><br>• Col. 6, l. 41 - col. 11, l. 16.<br><br>• Fig. 9. | area enclosed by the outermost edges of the substrate<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Col. 3, ll. 36-39;<br>Col. 6, ll. 49-56.<br><br>Extrinsic Evidence Support: |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | Extrinsic Evidence Support:<br><br>• Merriam-Webster, Ninth New Collegiate Dictionary 101 (1988).<br><br>• Webster's Third New International Dictionary of the English Language Unabridged 115 (1993).<br><br>• Microsoft Press, Computer Dictionary 190, 332 (1991).<br><br>• Webster's New World Dictionary of Computer Terms 190, 366 (3d ed. 1988).<br><br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 973, 1850 (4th ed. 1989).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "total area of said single substrate" to mean "the total surface of the supporting material upon or within which is formed an interconnected array of circuit elements." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| **"total area of said substrate"** (claim 8, 10) | the total surface of the supporting material upon or within which is formed an interconnected array of circuit elements<br><br>Intrinsic Evidence Support:<br><br>• Col. 2, ll. 41-43.<br><br>• Col. 6, l. 41 - col. 11, l. 16.<br><br>• Fig. 9.<br><br>Extrinsic Evidence Support:<br><br>• Merriam-Webster, Ninth New Collegiate Dictionary 101 (1988).<br><br>• Webster's Third New International Dictionary of the English Language Unabridged 115 (1993).<br><br>• Microsoft Press, Computer Dictionary 190, 332 (1991).<br><br>• Webster's New World Dictionary of Computer Terms 190, 366 (3d ed. 1988).<br><br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 973, 1850 (4th ed. 1989).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "total area of said substrate" to mean "the total surface of | area enclosed by the outermost edges of the substrate<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Col. 3, ll. 36-39;<br>Col. 6, ll. 49-56.<br><br>Extrinsic Evidence Support:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | the supporting material upon or within which is formed an interconnected array of circuit elements." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"area of said single substrate"** (claims 4, 7) | the surface of the supporting material upon or within which is formed an interconnected array of circuit elements<br><br>Intrinsic Evidence Support:<br><br>• Col. 2, ll. 41-43.<br><br>• Col. 6, l. 41 - col. 11, l. 16.<br><br>• Fig. 9.<br><br>Extrinsic Evidence Support:<br><br>• Merriam-Webster, Ninth New Collegiate Dictionary 101 (1988).<br><br>• Webster's Third New International Dictionary of the English Language Unabridged 115 (1993).<br><br>• Microsoft Press, Computer Dictionary 190, 332 (1991).<br><br>• Webster's New World Dictionary of Computer Terms 190, 366 (3d ed. 1988). | No construction necessary<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Abstract;<br>Col. 2, ll. 8-16;<br>Col. 3, ll. 36-39;<br>Col. 6, ll. 49-56.<br><br>Extrinsic Evidence Support:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | • McGraw-Hill, Dictionary of Scientific and Technical Terms 973, 1850 (4th ed. 1989).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "area of said single substrate" to mean "the surface of the supporting material upon or within which is formed an interconnected array of circuit elements." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"area of said substrate"** (claims 8, 10) | the surface of the supporting material upon or within which is formed an interconnected array of circuit elements<br><br>Intrinsic Evidence Support:<br><br>• Col. 2, ll. 41-43.<br><br>• Col. 6, l. 41 - col. 11, l. 16.<br><br>• Fig. 9.<br><br>Extrinsic Evidence Support: | No construction necessary<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Abstract;<br>Col. 2, ll. 8-16;<br>Col. 3, ll. 36-39;<br>Col. 6, ll. 49-56.<br><br>Extrinsic Evidence Support:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | • Merriam-Webster, Ninth New Collegiate Dictionary 101 (1988).<br><br>• Webster's Third New International Dictionary of the English Language Unabridged 115 (1993).<br><br>• Microsoft Press, Computer Dictionary 190, 332 (1991).<br><br>• Webster's New World Dictionary of Computer Terms 190, 366 (3d ed. 1988).<br><br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 973, 1850 (4th ed. 1989).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "area of said substrate" to mean "the surface of the supporting material upon or within which is formed an interconnected array of circuit elements." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| **"area of said integrated circuit substrate"** (claims 4, 7) | the surface of the supporting material upon or within which is formed an interconnected array of circuit elements<br><br>Intrinsic Evidence Support:<br><br>• Col. 2, ll. 41-43.<br><br>• Col. 6, l. 41 - col. 11, l. 16.<br><br>• Fig. 9.<br><br>Extrinsic Evidence Support:<br><br>• Merriam-Webster, Ninth New Collegiate Dictionary 101 (1988).<br><br>• Webster's Third New International Dictionary of the English Language Unabridged 115 (1993).<br><br>• Microsoft Press, Computer Dictionary 190, 332 (1991).<br><br>• Webster's New World Dictionary of Computer Terms 190, 366 (3d ed. 1988).<br><br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 973, 1850 (4th ed. 1989).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "area of said integrated circuit substrate" to mean "the | No construction necessary<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Abstract;<br>Col. 2, ll. 8-16;<br>Col. 3, ll. 36-39;<br>Col. 6, ll. 49-56.<br><br>Extrinsic Evidence Support:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | surface of the supporting material upon or within which is formed an interconnected array of circuit elements." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"integrated circuit substrate"** (claims 4, 7, 8, 10) | Plaintiffs do not believe that the term "integrated circuit substrate" needs to be construed by the Court. To the extent that the Court determines to construe "integrated circuit substrate," it should be construed to mean:<br><br>the supporting material upon or within which is formed an interconnected array of circuit elements<br><br>Intrinsic Evidence Support:<br><br>• Col. 2, ll. 41-43.<br>• Col. 6, l. 49 - col. 7, l. 16.<br>• Col. 7, ll. 34-67.<br>• Col. 8, l. 48 - col. 9, l. 58.<br>• Col. 10, l. 54-59.<br>• Col. 14, l. 42-60.<br>• Col. 15, ll. 21-33. | a single supporting material upon or within which is formed a miniature circuit<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Abstract;<br>Figs. 1 and 9;<br>Col. 3, ll. 36-39;<br>Col. 6, ll. 49-58;<br>Col. 16, ll. 57-67.<br><br>Extrinsic Evidence Support:<br><br>THE ILLUSTRATED COMPUTER DICTIONARY 151, 281 (3d ed. 1986).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | • Fig. 9.<br><br>• Amendment B, mailed April 29, 2002, at 6.<br><br>Extrinsic Evidence Support:<br><br>• Microsoft Press, Computer Dictionary 190, 332 (1991).<br><br>• Webster's New World Dictionary of Computer Terms 190, 366 (3d ed. 1988).<br><br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 973, 1850 (4th ed. 1989).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "integrated circuit substrate" to mean "the supporting material upon or within which is formed an interconnected array of circuit elements." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| **"variable"** (claims 4, 7, 8, 10) | capable of changing<br><br><u>Intrinsic Evidence Support</u>:<br><br>• Col. 2, ll. 61-67.<br><br>• Col. 14, l. 26 - col. 15, l. 29.<br><br>• Figs. 17-19.<br><br>• Amendment B, mailed April 29, 2002, at 6.<br><br><u>Extrinsic Evidence Support:</u><br><br>• <u>The New Webster Encyclopedic Dictionary of the English Language</u> 928 (1971).<br><br>• <u>Webster's Ninth New Collegiate Dictionary</u> 1304 (1988).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "variable" to mean "capable of changing." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | not tightly controlled and varying more than minimally<br><br><u>Intrinsic Evidence Support</u>:<br><br>The claims themselves;<br>Figs. 17 and 18;<br>Col. 14, l. 26 - Col. 15, l. 20;<br>Orig. Appl., pp. 24-56 to 25-56;<br>1/31/00 OA, pp. 2-3;<br>4/29/02 Amdmt., pp. 1-11.<br><br>From the '336 patent:<br>The claims themselves;<br>Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar);<br>U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer);<br>U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10;<br>7/28/93 Amdmt., pp. 11-17. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | | Extrinsic Evidence Support:<br><br>Same extrinsic evidence as cited for "a [ring oscillator] having a variable output frequency" term. |
| **"system clock"** (claims 4, 7, 8, 10) | a circuit that generates the signal(s) used for timing the operation of the CPU<br><br>Intrinsic Evidence Support:<br><br>• Col. 2, ll. 61-67.<br>• Col. 6, l. 66 - col. 7, l. 4.<br>• Col. 14, l. 26 -- col. 15, l. 29.<br>• Figs. 17-19.<br>• Amendment B, mailed April 29, 2002, at 6.<br><br>Extrinsic Evidence Support:<br><br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 366 (4th ed. 1989).<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "system clock" to mean "a circuit that generates the signal(s) used for timing the operation of the CPU." The | Same as "system clock" in the '336 patent<br><br>Intrinsic Evidence Support:<br><br>The claims themselves.<br><br>Extrinsic Evidence Support:<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms 366 (4th ed. 1989).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"ring oscillator"** (claims 4, 7, 8, 10) | an oscillator having a multiple, odd number of inversions arranged in a loop<br><br>Intrinsic Evidence Support:<br><br>• Col. 2, ll. 61-67.<br><br>• Col. 14, ll. 26 - col. 15, l. 5.<br><br>• Figs. 17-19.<br><br>• Amendment B, mailed April 29, 2002, at 6.<br><br>Extrinsic Evidence Support:<br><br>• Behzad Razavi, Design of Analog CMOS Integrated Circuits 484, 491 (2001).<br><br>• S. K. Enam & Asad A. Abidi, A 300-MHz CMOS Voltage-Controlled Ring Oscillator, 25 IEEE J. of Solid-State Circuits 312 (1990).<br><br>• Steve Long, ECE145B/218B Communication Electronics Winter 2006 Lecture Notes: Oscillator Notes 3 (2004), http://xanadu.ece.ucsb.edu/~long/ece145b/Oscillators3_w04.pdf (last visited January 17, 2007). | Same as "ring oscillator", in '336 patent.<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Figs. 17 and 18;<br>Col. 14, l. 26 - Col. 15, l. 20.<br><br>From the '336 patent:<br>The claims themselves.<br>Figs. 17-19;<br>Col. 3, ll. 27-35;<br>Col. 16, l. 43 - Col. 17, l. 37.<br><br>Extrinsic Evidence Support:<br><br>Same extrinsic evidence as cited for "a [ring oscillator] having a variable output frequency" term. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | • The Institute of Electrical and Electronics Engineers, IEEE Standard Dictionary of Electrical and Electronics Terms 652 (4th ed. 1988).<br><br>Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "ring oscillator" to mean " an oscillator having a multiple, odd number of inversions arranged in a loop." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"a ring oscillator having a variable output frequency"** (claims 4, 7, 8, 10) | Plaintiffs do not believe that the term "a ring oscillator having a variable output frequency" needs to be construed by the Court. To the extent that the Court determines to construe "a ring oscillator having a variable output frequency," it should be construed to mean:<br><br>a circuit having a multiple, odd number of inversions arranged in a loop that generates an output having a frequency that can change<br><br>Intrinsic Evidence Support<br><br>• Col. 2, ll. 61-67. | a [ring oscillator] having an output speed (frequency) that is not tightly controlled and varies more than minimally<br><br>Intrinsic Evidence Support:<br><br>The claims themselves;<br>Figs. 17 and 18;<br>Col. 14, l. 26 - Col. 15, l. 20;<br>Orig. Appl., pp. 24-56 to 25-56;<br>1/31/00 OA, pp. 2-3;<br>4/29/02 Amdmt., pp. 1-11.<br><br>From the '336 patent:<br>The claims themselves; |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | • Col. 14, l. 26 - col. 15, l. 29.<br><br>• Figs. 17-19.<br><br>• Amendment B, mailed April 29, 2002, at 6.<br><br>Extrinsic Evidence Support:<br><br>• Behzad Razavi, Design of Analog CMOS Integrated Circuits 484, 491 (2001).<br><br>• S. K. Enam & Asad A. Abidi, A 300-MHz CMOS Voltage-Controlled Ring Oscillator, 25 IEEE J. of Solid-State Circuits 312 (1990).<br><br>• Professor Steve Long, ECE145B/218B Communication Electronics Winter 2006 Lecture Notes: Oscillator Notes 3 (2004), http://xanadu.ece.ucsb.edu/~long/ece145b/Oscillators3_w04.pdf (last visited January 17, 2007).<br><br>• The Institute of Electrical and Electronics Engineers, IEEE Standard Dictionary of Electrical and Electronics Terms 652 (4th ed. 1988).<br><br>• The New Webster Encyclopedic Dictionary of the English Language 928 (1971).<br><br>• Webster's Ninth New Collegiate Dictionary 1304 (1988).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a | Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar);<br>U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer);<br>U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10; 7/28/93 Amdmt., pp. 11-17.<br><br>Extrinsic Evidence Support:<br><br>Matthys, Robert J., Crystal Oscillator Circuits (1983) [MEI-ED00010233-MEI-ED00010279];<br>Cordell, Robert R. & Garrett, William G., *A Highly Stable VCO for Application in Monolithic Phase-Locked Loops*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-10, No. 6, Dec. 1975 [TPL-ED0398601 to 606];<br>Murthi, Enjeti N., *A Monolithic Phase-Locked Loop with Post Detection Processor*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-14, No. 1, Feb. 1979 [TPL-ED0400976 to 981];<br>Santos, Joseph T., *A One-Pin Crystal Oscillator for VLSI Circuits*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-19, |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | showing that one of ordinary skill in the art would construe "a ring oscillator having a variable output frequency" to mean "a circuit having a multiple, odd number of inversions arranged in a loop that generates an output having a frequency that can change." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | No. 2, April 1984 [TPL-ED0405711 to 719];<br>Uzunoglu, Vasil & White, Marvin H., *The Synchronous Oscillator: A Synchronization and Tracking Network*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-20, No. 6, Dec. 1985 [TPL-ED0407561 to 573];<br>Sleeckx, Frans V.J. & Sansen, Willy M.C., *A Wide-Band Current-Controlled Oscillator Using Bipolar-JFET Technology*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-15, No. 5, Oct. 1980 [TPL-ED0402669 to 675];<br>Fleischer, Paul E., et al., *A Switched Capacitor Oscillator with Precision Amplitude Control and Guaranteed Start-Up*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-20, No. 2, April 1985 [TPL-ED0407015 to 021];<br>Cordell, Robert R., et al., *A 50MHz Phase- and Frequency-Locked Loop*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. SC-14, No. 6, Dec. 1979 [TPL-ED0401776 to 783]; MEAD & CONWAY, INTRODUCTION TO VLSI SYSTEMS 233-36 (1980) [MEI-ED00012333 to MEI-ED00012336];<br>MOHAMMED S. GHAUSI, ELECTRONIC DEVICES AND CIRCUITS: DISCRETE AND INTEGRATED 508 (1985);<br>THE AMERICAN HERITAGE DICTIONARY 457, 1337 (1985);<br>MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS 1339-40, 2016 (4th ed. 1989).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |
| **"the [ring oscillator] disposed on said integrated circuit substrate"** (claims 4, 7)<br><br>**"the [ring oscillator] disposed on said substrate"** (claims 8, 10) | Plaintiffs do not believe that the terms "the [ring oscillator] disposed on said integrated circuit substrate" or "the [ring oscillator] disposed on said substrate" needs to be construed by the Court. To the extent that the Court determines to construe these terms, they should be construed to mean:<br><br>a circuit having a multiple, odd number of inversions arranged in a loop, where the circuit is located on the integrated circuit substrate [claims 4, 7] or the single substrate [claims 8, 10] | a [ring oscillator] that is on-chip and does not rely on a control signal or an external crystal/clock generator<br><br><u>Intrinsic Evidence Support</u>:<br><br>The claims themselves;<br>Figs. 17 and 18;<br>Col. 14, l. 26 - Col. 15, l. 20;<br>Orig. Appl., pp. 24-56 to 25-56; |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | Intrinsic Evidence Support:<br><br>• Col. 2, ll. 61-67.<br><br>• Col. 14, l. 26 - col. 15, l. 29.<br><br>• Figs. 17-19.<br><br>• Amendment B, mailed April 29, 2002, at 6.<br><br>Extrinsic Evidence Support:<br><br>• Behzad Razavi, Design of Analog CMOS Integrated Circuits 484, 491 (2001).<br><br>• S. K. Enam & Asad A. Abidi, A 300-MHz CMOS Voltage-Controlled Ring Oscillator, 25 IEEE J. of Solid-State Circuits 312 (1990).<br><br>• Professor Steve Long, ECE145B/218B Communication Electronics Winter 2006 Lecture Notes: Oscillator Notes 3 (2004), http://xanadu.ece.ucsb.edu/~long/ece145b/Oscillators3_w04.pdf (last visited January 17, 2007).<br><br>• The Institute of Electrical and Electronics Engineers, IEEE Standard Dictionary of Electrical and Electronics Terms 652 (4th ed. 1988).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a | 1/31/00 OA, pp. 2-3;<br>4/29/02 Amdmt., pp. 1-11.<br><br>From the '336 patent:<br>The claims themselves;<br>Abstract;<br>Col. 3, ll. 26-35;<br>Col. 16, ll. 43 - Col. 17, l. 50;<br>Figs. 1, 5, 17-19;<br>6/7/95 Orig. Appl., pp. 31-33, 64-83;<br>12/12/95 OA, pp. 2-3;<br>4/11/96 Amdmt., pp. 1-10;<br>7/8/96 OA, pp. 2-4;<br>1/8/97 Amdmt., pp. 1-5;<br>4/3/97 OA, p. 2;<br>7/3/97 Amdmt, p. 1-5;<br>10/16/97 OA, p.2-4;<br>2/6/98 Amdmt, p. 1-5;<br>4/24/98 Supp. Amdmt., pp. 1-3;<br>5/13/98 Interview Summ. Rec.;<br>U.S. Pat. No. 4,503,500 (Magar);<br>U.S. Pat. No. 4,627,082 (Pelgrom);<br>U.S. Pat. No. 4,338,675 (Palmer);<br>U.S. Pat. No. 4,680,698 (Edwards et al.);<br>U.S. Pat. No. 4,453,229 (Schaire);<br>U.S. Pat. No. 4,670,837 (Sheets);<br>U.S. Pat. No. 5,440,749, file history 12/31/92 OA, pp. 1-10;<br>7/28/93 Amdmt., pp. 11-17.<br><br>Extrinsic Evidence Support:<br><br>Same extrinsic evidence as cited for "a [ring oscillator] having a variable output frequency" term. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | showing that one of ordinary skill in the art would construe "the [ring oscillator] disposed on said integrated circuit substrate" and "the [ring oscillator] disposed on said substrate" to mean "a circuit having a multiple, odd number of inversions arranged in a loop, where the circuit is located on the integrated circuit substrate [claims 4, 7] or the single substrate [claims 8, 10]." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |
| **"interface ports for interprocessor communication"** (claims 8, 10) | Plaintiffs do not believe that the term "interface ports for interprocessor communication" needs to be construed by the Court. To the extent that the Court determines to construe "interface ports for interprocessor communication," it should be construed to mean:<br><br>channels through which data can be transferred between two separate processing units<br><br><u>Intrinsic Evidence Support</u><br><br>• Col. 2, ll. 41-43.<br><br>• Col. 7, l. 5-44.<br><br>• Col. 9, l. 50 - col. 10, l. 15.<br><br>• Col. 10, l. 54 - col. 11, l. 16. | channels through which data is transferred between two separate processing units<br><br><u>Intrinsic Evidence Support</u>:<br><br>The claims themselves.<br><br><u>Extrinsic Evidence Support</u>:<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms 977 (4th ed. 1989).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| Claim Language | Plaintiffs' Proposed Claim Construction and Extrinsic Evidence | Defendants' Proposed Claim Construction and Extrinsic Evidence |
|---|---|---|
| | • Fig. 9.<br><br>Extrinsic Evidence Support:<br><br>• Microsoft Press, Computer Dictionary 188, 192, 272 (1991).<br><br>• Webster's New World Dictionary of Computer Terms 187, 193, 196, 288 (3d ed. 1988).<br><br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 977, 1468 (4th ed. 1989).<br><br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '148 patent, the level of ordinary skill in the art pertaining to the '148 patent, and a showing that one of ordinary skill in the art would construe "interface ports for interprocessor communication" to mean "channels through which data can be transferred between two separate processing units." The substance of such testimony may include information on integrated circuits, fabrication of integrated circuits, CPUs and microprocessors, clocking mechanisms for CPUs and microprocessors, memory elements and devices, inter- and intra-processor communications, I/O communications and interfaces, and clocking mechanisms for I/O communications and interfaces. | |

## U.S. Patent No. 5,784,584

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| **"microprocessor"** | *This term should be construed identically to its construction in U.S. Patent No. 5,809,336 (q.v.).* | None given. |
| **"microprocessor system"** | None given. | No construction of the phrase is necessary,<br><br>The preambles containing this phrase are not claim limitations<br><br>Intrinsic Evidence Support:<br><br>Preamble of claim 29.<br><br>Extrinsic Evidence Support:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |
| **"central processing unit"** | an electronic circuit that controls the interpretation and execution of programmed instructions<br><br>Intrinsic Evidence Support:<br>• Col. 2, ll. 63-67.<br>• Col. 4, ll. 40−col. 5, l. 19.<br>• Col. 5, ll. 12-14.<br>• Col. 6, ll. 46-48.<br>• Col. 7, ll. 13−col. 7, l. 39.<br>• col. 9, l. 1. | Same as "central processing unit", in '336 patent<br><br>Intrinsic Evidence Support:<br><br>Extrinsic Evidence Support:<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms 318 (4th ed. 1989).<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| | • Col. 10, ll. 6-11.<br>• Figs. 1-2, 17.<br><br>Extrinsic Evidence Support:<br>• Alan Freedman, The Computer Glossary 161-162 (4th ed. 1989).<br>• The Institute of Electrical and Electronics Engineers, IEEE Standard Dictionary of Electrical and Electronics Terms 137 (4th ed. 1988).<br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 318 (4th ed. 1989).<br>• Microsoft Press, Computer Dictionary 59 (1991).<br>• Webster's New World Dictionary of Computer Terms 45 (3d ed. 1988).<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '584 patent, the level of ordinary skill in the art pertaining to the '584 patent, and a showing that one of ordinary skill in the art would construe "central processing unit" to mean "an electronic circuit that controls the interpretation and execution of programmed instructions." The substance of such testimony may include information on CPUs and microprocessors, instruction sets, instructions and operands, and supplying of instructions to CPUs including fetching of instructions, instruction registers, decoding of instructions, and execution of instructions. | |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| **"instruction register"** | the register that temporarily stores the instruction group whose instructions are currently being decoded by the control unit of the computer<br><br>Intrinsic Evidence Support:<br>• Col. 2, ll. 25-40.<br>• Col. 4, l. 51–col. 5, l. 2 and Fig. 2.<br>• Col. 5, l. 60–col. 6, l. 24 and Fig. 4.<br>• Col. 9, ll. 51-59.<br>• Col. 16, ll. 6-23 and Fig. 20.<br>• Col. 19, ll. 37-59.<br>• Amendment C, mailed April 8, 1996, at 8, 13.<br>• Amendment D, mailed June 12, 1997, at 7, 8, 10.<br>• Amendment E, mailed November 21, 1997, at 6-7.<br>• Supplemental Amendment F, mailed February 5, 1998, at 5-6.<br><br>Extrinsic Evidence Support:<br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 970 (4th ed. 1989).<br>• Webster's New World Dictionary of Computer Terms 189 (3d ed. 1988).<br>• Rodnay Zaks & Alexander Wolfe, From Chips to Systems: An Introduction to Microcomputers 65-67 (2d ed. 1987).<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '584 patent, the level of | a hardware element that receives and holds an instruction group as it is extracted from memory; the register either contains or is connected to circuits that interpret the instructions in the group<br><br>Intrinsic Evidence Support:<br><br>Abstract;<br>Figs. 4, 16, 20;<br>Col. 2, ll. 14-15;<br>Col. 2, ll. 26-32;<br>Col. 5, ll. 63-67;<br>Col. 9, ll. 51-53;<br>Col. 10, ll. 56-67;<br>Col. 14, ll. 4-9;<br>Col. 14, ll. 19-27;<br>Col. 14, ll. 41-48;<br>Col. 16, ll. 9-18;<br>Col. 19, ll. 22-32;<br>Col. 19, ll. 55-58;<br>4/8/96 Amdmt. pp. 11-13;<br>12/12/96 OA, pp. 3-4; 6/12/97 Amdmt. pp. 7-10, 12-13;<br>8/22/97 OA, pp. 3-4; 11/21/97 Amdmt. pp. 6, 8-10;<br>2/5/98 Amdmt. pp. 5-9.<br><br>Extrinsic Evidence Support:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| | ordinary skill in the art pertaining to the '584 patent, and a showing that one of ordinary skill in the art would construe "instruction register" to mean "the register that temporarily stores the instruction group whose instructions are currently being decoded by the control unit of the computer." The substance of such testimony may include information on CPUs and microprocessors, instruction sets, instructions and operands, and supplying of instructions to CPUs including fetching of instructions, instruction registers, decoding of instructions, and execution of instructions. | |
| **"instruction groups"** | sets of from 1 to a maximum number of sequential instructions, each set being provided to the instruction register as a unit and having a boundary<br><br><u>Intrinsic Evidence Support</u>:<br>• Col. 2, ll. 9-17, 28-34, 44-50.<br>• Col. 7, ll. 13-15.<br>• Col. 14, ll. 19-24 and Fig. 16.<br>• Col. 19, ll. 12-59.<br>• Col. 23, ll. 3-14.<br>• Col. 24, ll. 1-16.<br>• Col. 25, l. 65–col. 26, l.1.<br>• Amendment C, mailed April 8, 1996, at 8, 10, 13.<br>• Amendment D, mailed June 12, 1997, at 7-10.<br>• Amendment E, mailed November 21, 1997, at 6-7.<br>• Supplemental Amendment F, mailed February 5, 1998, at 5-6. | sets of from 1 to a maximum number of sequential instructions, in which the execution of the instructions depends on each set being provided to the instruction register as a unit and in which any operand that is present must be right justified and which cannot encompass a single 32-bit RISC instruction<br><br><u>Intrinsic Evidence Support</u>:<br><br>Abstract;<br>Figs. 4, 16, 20;<br>Col. 1, ll. 28-38;<br>Col 2, ll. 11-17;<br>Col 2, ll. 29-34;<br>Col. 2, ll. 42-55;<br>Col. 5, ll. 25-26;<br>Col. 10, ll. 56-67;<br>Col. 11, ll. 12-21;<br>Col. 14, ll. 4-39;<br>Col. 14, ll. 41-64;<br>Col. 16, ll. 6-26;<br>Col. 18, ll. 21-27;<br>Col. 18, ll. 42-57;<br>Col. 19, ll. 17-36;<br>Col. 20, l. 36 - Col. 21, l. 28; |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| | <u>Extrinsic Evidence Support:</u><br><br>Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '584 patent, the level of ordinary skill in the art pertaining to the '584 patent, and a showing that one of ordinary skill in the art would construe "instruction group" to mean "sets of from 1 to a maximum number of sequential instructions, each set being provided to the instruction register as a unit and having a boundary." The substance of such testimony may include information on CPUs and microprocessors, instruction sets, instructions and operands, and supplying of instructions to CPUs including fetching of instructions, instruction registers, decoding of instructions, and execution of instructions. | Col. 21, ll. 43-45;<br>Col. 22, ll. 42-47;<br>Col. 22, ll. 58-67;<br>Col. 23-24;<br>Col. 28, ll. 62-67;<br>Col. 29, ll. 1-24;<br>4/8/96 Amdmt. pp. 11-13;<br>12/12/96 OA, pp. 3-4; 6/12/97 Amdmt. pp. 7-13;<br>8/22/97 OA, pp. 3-4;<br>11/21/97 Amdmt. pp. 6-10;<br>2/5/98 Amdmt. pp. 5-9;<br>U.S. Pat. No. 5,440,749, file history 10/25/94 Interview; 11/9/94 Info. Discl. Stmt.<br><br><u>Extrinsic Evidence Support</u>:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |
| **"operand"** | an input to an operation specified by an instruction that is encoded as part of the instruction<br><br><u>Intrinsic Evidence Support</u>:<br><br>• Col. 2, ll. 20-24 and 37-40.<br>• Col. 10, ll. 53-56.<br>• Col. 11, ll. 6-23.<br>• Col. 16, ll. 8-18 and Fig. 20.<br>• Col. 20, l. 54–col. 21, l. 28.<br>• Col. 26, ll. 12-16.<br>• Col. 26, l. 66–col. 27, l. 14.<br>• Col. 28, l. 61–col. 29, l. 24. | an input to a single operation specified by an instruction that is encoded as part of the instruction where the size of the input can vary depending on the value of the input<br><br><u>Intrinsic Evidence Support</u>:<br><br>Col. 11, ll. 12-21;<br>Col. 16, ll. 6-26;<br>Col. 20, ll. 41- Col. 21, ll. 28;<br>Col. 28, ll. 63-67;<br>Col. 29, ll. 1-25;<br>4/8/96 Amdmt. pp. 11-13;<br>12/12/96 OA, pp. 3-4;<br>6/12/97 Amdmt. pp. 7-13;<br>8/22/97 OA, pp. 3-4;<br>11/21/97 Amdmt. pp. 1-11;<br>2/5/98 Amdmt. pp. 5-9;<br>U.S. Pat. No. 5,440,749, file history 10/25/94 Interview; |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| | • Col. 29, ll. 26-31.<br>• Amendment C, mailed April 8, 1996, at 8, 11-13.<br>• Amendment D, mailed June 12, 1997, at 7, 8, 12-13.<br>• Amendment E, mailed November 21, 1997, at 6-9.<br>• Supplemental Amendment F, mailed February 5, 1998, at 5-6.<br><br>Extrinsic Evidence Support:<br><br>• Alan Freedman, The Computer Glossary 496 (4th ed. 1989).<br>• The Institute of Electrical and Electronics Engineers, IEEE Standard Dictionary of Electrical and Electronics Terms 643 (4th ed. 1988).<br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 1322 (4th ed. 1989).<br>• Microsoft Press, Computer Dictionary 246 (1991).<br>• Webster's New World Dictionary of Computer Terms 262 (3d ed. 1988).<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '584 patent, the level of ordinary skill in the art pertaining to the '584 patent, and a showing that one of ordinary skill in the art would construe "operand" to mean "an input to an operation specified by an instruction that is encoded as part of the instruction." The substance of such testimony may include information on CPUs and microprocessors, instruction sets, instructions and operands, and supplying of instructions to CPUs including fetching of instructions, instruction registers, decoding of instructions, and execution of | 11/9/94 Info. Discl. Stmt.<br><br>Extrinsic Evidence Support:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| | instructions. | |
| **"said instruction groups include at least one instruction that, when executed, causes an access to an operand or instruction or both"** | the instruction being executed causes the CPU to use an immediate operand or execute a second instruction which is not the next sequential instruction<br><br><u>Intrinsic Evidence Support:</u><br>• Col. 10, l. 53–col. 11, l. 5.<br>• Col. 11, ll. 6-22.<br>• Col. 14, ll. 3-29, 40-64 and Figs. 2, 16.<br>• Col. 16, ll. 11-24 and Fig. 20.<br>• Col. 20, ll. 25-37.<br>• Col. 20, l. 40–col. 22, l. 40.<br>• Col. 23, ll. 3-14.<br>• Col. 24, ll. 1-38.<br>• Col. 26, l. 66–col. 27, l. 14.<br>• Col. 28, l. 62–col. 29, l. 24.<br>• Amendment C, mailed April 8, 1996, at 8, 13.<br>• Amendment D, mailed June 12, 1997, at 7-10, 12-13.<br>• Amendment E, mailed November 21, 1997, at 6-10.<br>• Supplemental Amendment F, mailed February 5, 1998, at 5-6.<br><br><u>Extrinsic Evidence Support:</u> | the instruction being executed causes the CPU to use data or execute a second instruction<br><br><u>Intrinsic Evidence Support</u>:<br><br>Abstract;<br>Col. 2, ll. 5-55;<br>Col. 14, ll. 20-27, 32-35;<br>Col. 16, ll. 14-16;<br>Col. 19, ll. 17-36;<br>Col. 20, ll. 36-37;<br>Col. 21, ll. 43-45;<br>Col. 22, l. 66;<br>Col. 23-24;<br>4/8/96 Amdmt. pp. 11-13;<br>12/12/96 OA, pp. 3-4;<br>6/12/97 Amdmt. pp. 7-13, 8/22/97 OA, pp. 3-4;<br>11/21/97 Amdmt. pp. 1-11;<br>2/5/98 Amdmt. pp. 5-9;<br>U.S. Pat. No. 5,440,749, file history 10/25/94 Interview;<br>11/9/94 Info. Discl. Stmt.<br><br><u>Extrinsic Evidence Support</u>:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| | • Alan Freedman, The Computer Glossary 496 (4th ed. 1989).<br>• The Institute of Electrical and Electronics Engineers, IEEE Standard Dictionary of Electrical and Electronics Terms 643 (4th ed. 1988).<br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 1322 (4th ed. 1989).<br>• Merriam-Webster, Ninth New Collegiate Dictionary 1342 (1988).<br>• Microsoft Press, Computer Dictionary 246 (1991).<br>• Webster's New World Dictionary of Computer Terms 262 (3d ed. 1988).<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '584 patent, the level of ordinary skill in the art pertaining to the '584 patent, and a showing that one of ordinary skill in the art would construe the clause "said instruction groups include at least one instruction that, when executed, causes an access to an operand or instruction or both" as "the instruction being executed causes the CPU to use an immediate operand or execute a second instruction which is not the next sequential instruction." The substance of such testimony may include information on CPUs and microprocessors, instruction sets, instructions and operands, and supplying of instructions to CPUs including fetching of instructions, instruction registers, decoding of instructions, and execution of instructions. | |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| **"said operand or instruction being located at a predetermined position from a boundary of said instruction groups"** | the immediate operand or the instruction that is accessed has a position, relative to the beginning or end of the instruction group that includes the operand or instruction being accessed, that is determined based on a portion of an accessing instruction that identifies an operation to be performed and without reference to operand or address bits in the accessing instruction<br><br><u>Intrinsic Evidence Support:</u><br>• Col. 10, l. 53–col. 11, l. 5.<br>• Col. 11, ll. 6-22.<br>• Col. 14, ll. 3-29, 41-57 and Figs. 2, 16.<br>• Col. 16, ll. 13-22 and Fig. 20.<br>• Col. 20, ll. 35-36.<br>• Col. 21, ll. 31-48.<br>• Col. 26, l. 66–col. 27, l. 14.<br>• Amendment C, mailed April 8, 1996, at 8, 13.<br>• Amendment D, mailed June 12, 1997, at 7-10, 12-13.<br>• Amendment E, mailed November 21, 1997, at 6-10.<br>• Supplemental Amendment F, mailed February 5, 1998, at 5-8.<br><br><u>Extrinsic Evidence Support:</u><br>• Alan Freedman, <u>The Computer Glossary</u> 364, 496 (4th ed. 1989).<br>• The Institute of Electrical and Electronics Engineers, <u>IEEE Standard Dictionary of Electrical and Electronics Terms</u> 477, 643 (4th ed. 1988).<br>• McGraw-Hill, <u>Dictionary of Scientific and Technical Terms</u> | the bits forming the accessed operand or instruction either begin or end at a position defined in relation to the boundaries of the instruction group in the instruction register rather than the currently executing instruction<br><br><u>Intrinsic Evidence Support</u>:<br><br>Abstract;<br>Col. 2, ll. 9-16;<br>Col. 2 ll. 28-34;<br>Col. 14, ll. 20-27, 32-35;<br>Col. 16, ll. 6-26;<br>Col. 19, ll. 17-32;<br>Col. 20, ll. 36-37;<br>Col. 21, ll. 16-21, 43-45;<br>Col. 22, l. 66;<br>Col. 23-24;<br>Col. 28, ll. 62-67;<br>Col. 29, ll. 1-24;<br>4/8/96 Amdmt. pp. 11-13;<br>12/12/96 OA, pp. 3-4;<br>6/12/97 Amdmt. pp. 7-13, 8/22/97 OA, pp. 3-4;<br>11/21/97 Amdmt. pp. 1-11;<br>2/5/98 Amdmt. pp. 5-9;<br>U.S. Pat. No. 5,440,749, file history 10/25/94 Interview;<br>11/9/94 Info. Discl. Stmt.<br><br><u>Extrinsic Evidence Support</u>:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| | 970, 1322 (4th ed. 1989).<br>• Microsoft Press, Computer Dictionary 189, 246 (1991).<br>• Webster's New World Dictionary of Computer Terms 189, 262 (3d ed. 1988).<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '584 patent, the level of ordinary skill in the art pertaining to the '584 patent, and a showing that one of ordinary skill in the art would construe the phrase "said operand or instruction being located at a predetermined position from a boundary of said instruction groups" to mean "the immediate operand or the instruction that is accessed has a position, relative to the beginning or end of the instruction group that includes the operand or instruction being accessed, that is determined based on a portion of an accessing instruction that identifies an operation to be performed and without reference to operand or address bits in the accessing instruction." The substance of such testimony may include information on CPUs and microprocessors, instruction sets, instructions and operands, and supplying of instructions to CPUs including fetching of instructions, instruction registers, decoding of instructions, and execution of instructions. | |
| **"decoding said at least one instruction to determine said predetermined position"** | interpreting an instruction, in particular the portion thereof that signifies the operation to be performed, in order to identify a position relative to the beginning or end of the instruction group that includes the operand or instruction being accessed, without reference to operand or address bits in the instruction being interpreted<br><br>Intrinsic Evidence Support: | interpreting an instruction, in particular the portion thereof that signifies the operation to be performed, in order to identify a position relative to the beginning or end of the current instruction group<br><br>Intrinsic Evidence Support:<br><br>Fig. 4;<br>Col. 2, ll. 20-24; |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| | • Col. 5, l. 65–col. 6, l. 4 and Fig. 4.<br>• Col. 16, ll. 19-24 and Fig. 20.<br>• Col. 18, ll. 54-65.<br>• Col. 19, ll. 37-59.<br>• Col. 21, ll. 16-21.<br>• Col. 25, ll. 26-34.<br>• Col. 29, ll. 1-20.<br>• Amendment C, mailed April 8, 1996, at 8, 13.<br>• Amendment D, mailed June 12, 1997, at 7.<br>• Amendment E, mailed November 21, 1997, at 6-7.<br>• Supplemental Amendment F, mailed February 5, 1998, at 5-8.<br><br><u>Extrinsic Evidence Support</u>:<br>• Alan Freedman, <u>The Computer Glossary</u> 364 (4th ed. 1989).<br>• The Institute of Electrical and Electronics Engineers, <u>IEEE Standard Dictionary of Electrical and Electronics Terms</u> 477 (4th ed. 1988).<br>• McGraw-Hill, Dictionary of Scientific and Technical Terms 970 (4th ed. 1989).<br>• Microsoft Press, <u>Computer Dictionary</u> 189 (1991).<br>• Webster's New World Dictionary of Computer Terms 189 (3d ed. 1988).<br>• Rodnay Zaks & Alexander Wolfe, From Chips to Systems: An Introduction to Microcomputers 65-67 (2d ed. 1987).<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas | Col. 2, ll. 37-41;<br>Col. 6, ll. 2-5;<br>Col. 6, ll. 5-8;<br>Col. 16, ll. 18-26;<br>Col. 19, ll. 22-36;<br>Col. 21, ll. 16-21;<br>Col. 21, ll. 60-62;<br>Col. 29, ll. 8-14;<br>4/8/96 Amdmt. pp. 11-13;<br>12/12/96 OA, pp. 3-4;<br>6/12/97 Amdmt. pp. 7-10, 12-13;<br>8/22/97 OA, pp. 3-4;<br>11/21/97 Amdmt. pp. 6, 8-10;<br>2/5/98 Amdmt. pp. 5-9.<br><br><u>Extrinsic Evidence Support</u>:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| | Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '584 patent, the level of ordinary skill in the art pertaining to the '584 patent, and a showing that one of ordinary skill in the art would construe the phrase "decoding said at least one instruction to determine said predetermined position" to mean "interpreting an instruction, in particular the portion thereof that signifies the operation to be performed, in order to identify a position relative to the beginning or end of the instruction group that includes the operand or instruction being accessed, without reference to operand or address bits in the instruction being interpreted." The substance of such testimony may include information on CPUs and microprocessors, instruction sets, instructions and operands, and supplying of instructions to CPUs including fetching of instructions, instruction registers, decoding of instructions, and execution of instructions. | |
| **"locating said predetermined position"** | establishing operand or instruction supply within the instruction group that includes the operand or instruction being accessed at the predetermined position<br><br><u>Intrinsic Evidence Support:</u><br>• Col. 11, ll. 6-15.<br>• Col. 14, ll. 24-29, 51-57 and Figs. 2, 16.<br>• Col. 16, ll. 13-24 and Fig. 20.<br>• Col. 21, ll. 16-21, 37-49.<br>• Col. 26, ll. 12-18.<br>• Col. 26, l. 66-col. 27, l. 14.<br>• Amendment C, mailed April 8, 1996, at 8, 13.<br>• Amendment D, mailed June 12, 1997, at 7-9. | Using the results of the decoding step to ascertain the address of the accessed operand or instruction by referencing the current instruction group address rather than the current executing instruction address without adding or subtracting an operand with the current Program Counter<br><br><u>Intrinsic Evidence Support</u>:<br><br>Abstract;<br>Col. 14, ll. 41-58;<br>Col. 20, ll. 41- Col. 21, ll. 28;<br>4/8/96 Amdmt. pp. 11-13;<br>12/12/96 OA, pp. 3-4;<br>6/12/97 Amdmt. pp. 7-10, 12-13;<br>8/22/97 OA, pp. 3-4;<br>11/21/97 Amdmt. pp. 6, 8-10;<br>2/5/98 Amdmt. pp. 5-9. |

| **Claim Language** (claim 29) | **Plaintiffs' Proposed Claim Construction and Supporting Evidence** | **Defendants' Proposed Claim Construction and Supporting Evidence** |
|---|---|---|
| | • Amendment E, mailed November 21, 1997, at 6.<br>• Supplemental Amendment F, mailed February 5, 1998, at 5-9.<br><br><u>Extrinsic Evidence Support:</u><br>• Merriam-Webster, <u>Ninth New Collegiate Dictionary</u> 701 (1988).<br>• Plaintiffs may submit expert witness testimony in the form of an expert declaration of Professor Vernon Thomas Rhyne (Ret.), Professor Emeritus Alvin M. Despain, and/or Charles H. Moore regarding the background of the technology described in the '584 patent, the level of ordinary skill in the art pertaining to the '584 patent, and a showing that one of ordinary skill in the art would construe the phrase "locating said predetermined position" to mean "establishing operand or instruction supply within the instruction group that includes the operand or instruction being accessed at the predetermined position." The substance of such testimony may include information on CPUs and microprocessors, instruction sets, instructions and operands, and supplying of instructions to CPUs including fetching of instructions, instruction registers, decoding of instructions, and execution of instructions. | <u>Extrinsic Evidence Support</u>:<br><br>Defendants reserve the right to submit and rely on an expert declaration in rebuttal to any expert declaration submitted by Plaintiffs. |

60987356 v1