**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO; LTD; PANASONIC CORPORATION OF NORTH AMERICA; JVC AMERICAS CORP.; NEC CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC AMERICA, INC.; NEC DISPLAY SOLUTIONS OF AMERICA, INC.; NEC SOLUTIONS AMERICA, INC.; NEC UNIFIED SOLUTIONS, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; and TOSHIBA AMERICA CONSUMER PRODUCTS, LLC,<br><br>Defendants. | Civil Action No. 2-05CV-494 (TJW)<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF DAVID J. LENDER**

I, David J. Lender, declare as follows:

1. I am an attorney licensed to practice law in the States of New Jersey and New York, and I am a partner with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Defendants Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corp. in this action.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,809,336 ("336 patent") entitled "High Performance Microprocessor Having Variable Speed System Clock."

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Thomas Gafford.

4. Attached hereto as Exhibit C is a true and correct copy of the 336 patent file history, 12/12/95 Office Action.

5. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 4,670,837 (Sheets) entitled "Electrical System Having Variable-Frequency Clock."

6. Attached hereto as Exhibit E is a true and correct copy of the 336 patent file history, 4/11/96 Amendment.

7. Attached hereto as Exhibit F is a true and correct copy of the 336 patent file history, 7/8/96 Office Action.

8. Attached hereto as Exhibit G is a true and correct copy of the 336 patent file history, 1/13/97 Amendment.

9. Attached hereto as Exhibit H is a true and correct copy of the 336 patent file history, 4/3/97 Office Action.

10. Attached hereto as Exhibit I is a true and correct copy of U.S. Patent No. 4,503,500 (Magar) entitled "Microcomputer with Bus Interchange Module."

11. Attached hereto as Exhibit J is a true and correct copy of the 336 patent file history, 7/7/97 Amendment.

12. Attached hereto as Exhibit K is a true and correct copy of the 336 patent file history, 10/16/97 Office Action.

13. Attached hereto as Exhibit L is a true and correct copy of the 336 patent file history, 2/6/98 Amendment.

14. Attached hereto as Exhibit M is a true and correct copy of excerpts from THE AMERICAN HERITAGE DICTIONARY 457 (1985).

15. Attached hereto as Exhibit N is a true and correct copy of U.S. Patent No. 4,680,698 (Edwards et al.) entitled "High Density ROM in Separate Isolation Well on Single with Chip."

16. Attached hereto as Exhibit O is a true and correct copy of U.S. Patent No. 5,440,749 file history, 12/31/92 Office Action.

17. Attached hereto as Exhibit P is a true and correct copy of U.S. Patent No. 5,440,749 file history, 7/28/93 Amendment.

18. Attached hereto as Exhibit Q is a true and correct copy of an excerpt from DICTIONARY OF COMPUTER TERMS (1989).

19. Attached hereto as Exhibit R is a true and correct copy of an excerpt from DICTIONARY OF ELECTRONICS (1987).

20. Attached hereto as Exhibit S is a true and correct copy of an excerpt from THE PRENTICE-HALL STANDARD GLOSSARY OF COMPUTER TERMINOLOGY (1985).

21. Attached hereto as Exhibit T is a true and correct copy of an excerpt from MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS (4th ed. 1989).

22. Attached hereto as Exhibit U is a true and correct copy of an excerpt from MEAD & CONWAY, INTRODUCTION TO VLSI SYSTEMS (1980).

23. Attached hereto as Exhibit V is a true and correct copy of U.S. Patent No. 6,598,148 (148 patent) entitled "High Performance Microprocessor Having Variable Speed System Clock."

24. Attached hereto as Exhibit W is a true and correct copy of the 148 patent file history, 1/31/00 Office Action.

25. Attached hereto as Exhibit X is a true and correct copy of the 148 patent file history, 5/3/02 Amendment.

26. Attached hereto as Exhibit Y is a true and correct copy of an excerpt from COMPUTERS, INFORMATION PROCESSING & TELECOMMUNICATIONS (2d ed. 1987).

27. Attached hereto as Exhibit Z is a true and correct copy of U.S. Patent No. 4,689,581 (Talbot) entitled "Integrated Circuit Phase Locked Loop Timing Apparatus."

28. Attached hereto as Exhibit CC is a true and correct copy of the 584 patent file history, 4/8/96 Amendment.

29. Attached hereto as Exhibit DD is a true and correct copy of the 584 patent file history, 6/17/97 Amendment.

30. Attached hereto as Exhibit EE is a true and correct copy of the 584 patent file history, 8/22/97 Office Action.

31. Attached hereto as Exhibit FF is a true and correct copy of the 584 patent file history, 11/26/97 Amendment.

32. Attached hereto as Exhibit GG is a true and correct copy of the 584 patent file history, 2/5/98 Amendment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2007.

_/s/______________________________

David J. Lender