# Exhibit L

PATENT

FEB 10 1998 PATENT & TRADEMARK OFFICE JC30

#15/C

NANO-001/05US
N0765-2008

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231, on February 6, 1998.

Date: 2/6/98 By: Patricia K. Parry
Patricia K. Parry

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of | Examiner: D. Eng |
| Charles H. Moore et al. | |
| Serial No. 08/484,918 | Art Unit: 2784 |
| Filed: June 7, 1995 | |
| For: HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK | AMENDMENT<br>Palo Alto, CA 94306 |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This Amendment is being submitted in response to the Office Action dated October 16, 1997 in the above-identified patent application.

## IN THE CLAIMS

Please amend claims 19, 65, 73 and 78 as follows:

Sub 71 E1

19(Three Times Amended). A microprocessor system, comprising a single integrated circuit including a central processing unit and [a] an entire ring oscillator variable speed system clock in said single integrated circuit and connected to said central processing unit for clocking said central processing unit, said central processing unit and said ring oscillator variable speed system clock each including a plurality of electronic devices correspondingly constructed of the same process technology with corresponding manufacturing variations, a processing frequency capability of said central processing unit and a speed of said ring oscillator variable speed system clock varying together due to said manufacturing variations and due to at least operating voltage and temperature of said single integrated circuit.

Sub 42 E2

65(Three Times Amended). In a microprocessor integrated circuit, a method for clocking the microprocessor within the integrated circuit, comprising the steps of:

providing [a] an entire ring oscillator system clock constructed of electronic devices within the integrated circuit, said electronic devices having operating characteristics which will, because said entire ring oscillator system clock and said microprocessor are located within the same integrated circuit, vary together with operating characteristics of electronic devices included within the microprocessor; and

using the ring oscillator system clock for clocking the microprocessor, said microprocessor operating at a variable processing frequency dependent upon a variable speed of said ring oscillator system clock.

Sub 43 E3

73( Three Times Amended). A microprocessor system comprising:

a central processing unit disposed upon an integrated circuit substrate, said central processing unit operating at a processing frequency and being constructed of a first plurality of electronic devices;

an entire oscillator disposed upon said integrated circuit substrate and connected to said central processing unit, said oscillator clocking said central processing unit at a clock rate and being constructed of a second plurality of electronic devices, thus varying the processing frequency of said first plurality of electronic devices and the clock rate of said second plurality of electronic devices in the same way as a function of parameter variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, thereby enabling said processing frequency to track said clock rate in response to said parameter variation.

Sub 44 E4

78( Twice Amended). In a microprocessor system including a central processing unit, a method for clocking said central processing unit comprising the steps of:

providing said central processing unit upon [a] an integrated circuit substrate, said central processing unit being constructed of a first plurality of transistors and being operative at a processing frequency;

providing [a] an entire variable speed clock disposed upon said integrated circuit substrate, said variable speed clock being constructed of a second plurality of transistors; and

clocking said central processing unit at a clock rate using said variable speed clock with said central processing unit being clocked by said variable speed clock at a variable frequency dependent upon variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, said processing frequency and said clock rate varying in the same way

E4 relative to said variation in said one or more fabrication or operational parameters associated with said integrated circuit substrate.

REMARKS

Claims 19-21, 65-67 and 72-79 were rejected under 35 U.S.C. § 103 as unpatentable over Magar, U.S. Patent 4,503,500, in view of newly cited Pelgrom et al., U.S. Patent 4,627,082. In response, the independent claims have been rewritten to specify that the entire ring oscillator variable speed system clock, variable speed clock or oscillator be provided in the integrated circuit, in order to sharpen the distinction over the prior art. Because the prior art does not provide an entire ring oscillator variable speed system clock, variable speed clock or oscillator in the integrated circuit, in that the prior art circuits require an external crystal, the prior art fails to teach or suggest the invention as now claimed. This rejection is believed to be overcome by these changes to the claims and these remarks.

Shortly before this Office Action was mailed, Mr. George Shaw, the Assignee's technical representative, and the undersigned attorney had a phone interview with the Examiner regarding this and another of Assignee's cases. Technical distinctions of the present case over the Magar reference previously cited were discussed, as well as the benefits of the invention. Below is recited the pertinent points of that discussion, as well as rebuttal to the new Pelgrom reference.

First, the Examiner states "Pelgrom teaches that electronic components would exhibit same characteristics if they are manufactured by the same process technology", and applicant agrees that this is well known in the art. The Examiner states that, "Since Pelgrom's [Magar's?] microprocessor is made of electronic components, it would have obvious, from the teaching of Pelgrom, to a person of ordinary skill in the art to have the components of Magar' microprocessor and clock (oscillator) make of the same process for ensuring processing frequency of the cpu to track the clock rate in response to the parameter variations." Applicant agrees that the processing frequency capability of the CPU would track the clock rate capability of the clock generator, as this is controlled by the laws of physics on which the Pelgrom reference is based. However, there would be no "tracking" of the clock rate produced by the Magar clock generator, because the entire circuit is not provided on the integrated circuit. Magar's clock generator relies on an external crystal connected to terminals X1 and X2 to oscillate, as is conventional in microprocessor designs. It is not an entire oscillator in itself. And with the crystal, the clock rate generated is also conventional in that it is at a fixed, not a variable, frequency. The Magar clock is comparable in operation to the conventional crystal clock 434 depicted in Fig. 17 of the present application for controlling the I/O interface at a fixed rate frequency, and not at all like the clock on which the claims are based, as has been previously stated.

The Examiner also states that "applicants contend that Magar's clock is external to the IC." This is not the case. The "clock gen" part of the oscillator circuit is clearly on the IC, but not the crystal. Applicants note that the crystal is external, connected to X1 and X2, as Magar cites at column 15, lines 26-27,

"The chip 10 includes a clock generator 17 which has two external pins X1 and X2 to which a crystal (or external generator) is connected."

Thus while most of Magar's clock (generator) circuitry is on the IC, the entire oscillator, which because it requires an external crystal, is not.

"The Examiner further states that applicants imply a "correspondence" in application between Applicant's clock 434 and Magar's clock. This is not the case. Applicants only state that the two clocks are "of the same general type" or are "equivalent" at the circuit level, in that they both use an external crystal to fix the clock rate. They are both of conventional design and not the subject of the claims in the instant case. Clearly, either type could be used to drive a CPU, as Magar depicts the conventional case and Applicant depicts a unique design which provides a variable clock frequency or rate.

Applicant's prior comments apparently did not make clear the distinction between an oscillator and a clock as it applies to the Magar reference. As a self-contained on-chip circuit, Magar's clock gen is distinguished from an oscillator in at least that it lacks the crystal or external generator that it requires. Thus Magar's circuit is not an entirely on-chip oscillator as contemplated in the present case, it is only a clock.

As mentioned in Applicant's previous remarks, the term clock is sometimes used interchangeably with oscillator, even inappropriately, leading to confusion. And, adding to the confusion, in the instant case, 430 is both an oscillator and a clock in the conventional senses. It is an oscillator in that it oscillates without external components (unlike the Magar reference). An example of such an oscillator circuit which does not utililze external components is given in Fig. 18 of the present application. It is also a clock in Magar reference sense in that it produces the various required timing signals needed of the CPU. The signals PHASE 0, PHASE 1, PHASE 2, and PHASE 3 in Applicant's Fig 18 are synonymous with Q1, Q2, Q3, and Q4 depicted in Magar Fig. 2a. The essential difference is that the frequency or rate of the PHASE 0, PHASE 1, PHASE 2, and PHASE 3 signals is determined by the processing and/or operating parameters of the integrated circuit containing the Fig. 18 circuit, while the frequency or rate of the Q1, Q2, Q3, and Q4 signals depicted in Magar Fig. 2a are determined by the fixed frequency of the external crystal connected to the circuit portion outputting the Q1, Q2, Q3, and Q4 signals shown in Magar Fig. 2a.

To summarize, the Pelgrom reference teaches well known art as one of the fundamental principles on which IC are designed. If components did not vary in a similar manner circuit performance could not be predicted and ICs could not be designed. This does not negate

patentability in the present case because it is not the fundamental principle that is claimed but the combination in light of the fundamental principle of enumerated heretofore uncombined circuits to produce a result not obtained with the prior art that is the subject of the claims in the instant case. The Magar teaching is well known in the art as a conventional crystal controlled oscillator. It is specifically distinguished from the instant case in that it is both fixed-frequency (being crystal based) and requires an external crystal or external frequency generator.

Based on the above changes to the claims and remarks, the rejection under 35 USC § 103 is believed to be overcome. All of the claims in the application are believed to be patentable over the prior art. This application is believed to be in condition for allowance, and allowance is solicited.

Respectfully submitted,

COOLEY GODWARD LLP

Willis E. Higgins
Reg. No. 23,025

Five Palo Alto Square
Palo Alto, CA 94306-2155
Telephone: (650) 843-5145

SAN FRANCISCO CA DEC -8 '95

U.S. POSTAGE
3.00

PB METER 6667236

**FLEHR, HOHBACH, TEST, ALBRITTON & HERBERT**
SUITE 3400, FOUR EMBARCADERO CENTER
SAN FRANCISCO, CALIFORNIA 94111-418

MAIL ROOM
DEC 11 1995
PAT. & TRADEMARK OFF.

TO:

Mr. David Eng
Art Unit 2315
United States Patent and Trademark Office
Crystal Park 2, Crystal City
Arlington, VA 20231

FIRST CLASS MAIL

# Exhibit M

## Second College Edition

# [...]can Heritage Dictionary

Houghton Mifflin Company BOSTON

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, except as may be expressly permitted by the 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
One Beacon Street, Boston, MA 02108

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
1. English language—Dictionaries. I. Morris, William, 1913–
PE1625.A54 1982 423 82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

**en·thy·meme** (ĕn′thə-mēm′) *n. Logic.* A syllogism with one of the premises implicit. [Lat. *enthymema* < Gk. *enthumēma,* a rhetorical argument < *enthumeisthai,* to consider : *en-,* in + *thumos,* mind.]

**en·tice** (ĕn-tīs′) *tr.v.* **-ticed, -tic·ing, -tic·es.** To attract by arousing hope or desire; lure. [ME *enticen* < OFr. *enticier,* to instigate < VLat. **intitiare* : Lat. *in-,* in + Lat. *titio,* firebrand.] **—en·tice′ment** *n.* **—en·tic′er** *n.* **—en·tic′ing·ly** *adv.*

**en·tire** (ĕn-tīr′) *adj.* **1.** Having no part excluded or left out; whole. **2.** Without reservation or limitation; complete: *gave us his entire attention.* **3.** All in one piece; intact. **4.** Of one piece; continuous. **5.** Not castrated. **6.** *Bot.* Not having an indented margin. *—n.* **1.** The whole of something; entirety. **2.** An uncastrated horse. [ME < OFr. *entir* < Lat. *integer* : *in-,* not + *tangere,* to touch.] **—en·tire′ness** *n.*

**en·tire·ly** (ĕn-tīr′lē) *adv.* **1.** Wholly; completely. **2.** Solely or exclusively: *He was entirely to blame.*

**en·tire·ty** (ĕn-tī′rə-tē) *n., pl.* **-ties. 1.** The state of being entire or complete. **2.** The entire amount or extent; total.

**en·ti·tle** (ĕn-tīt′l) *tr.v.* **-tled, -tling, -tles. 1.** To give a name or title to. **2.** To furnish with a right or claim to something. [ME *entitlen* < OFr. *entiteler* < Med. Lat. *intitulare.* : Lat. *in-,* in + Lat. *titulus,* title.] **—en·ti′tle·ment** *n.*

**en·ti·ty** (ĕn′tə-tē) *n., pl.* **-ties. 1.** The fact of existence; being. **2.** The existence of something considered apart from its properties. **3.** Something that exists as a particular and discrete unit: *Persons and corporations are equivalent entities under the law.* [Med. Lat. *entitas* < Lat. *ens,* pr.part. of *esse,* to be.]

**ento–** or **ent–** *pref.* Inside; within: *entozoan.* [NLat. < Gk. *entos,* within.]

**en·to·blast** (ĕn′tə-blăst′) *n.* Variant of **endoblast.**

**en·to·derm** (ĕn′tə-dûrm′) *n.* Variant of **endoderm.**

**en·toil** (ĕn-toil′) *tr.v.* **-toiled, -toil·ing, -toils.** *Archaic.* To ensnare; entrap. **—en·toil′ment** *n.*

**en·tomb** (ĕn-to͞om′) *tr.v.* **-tombed, -tomb·ing, -tombs. 1.** To place in or as if in a tomb or grave; bury. **2.** To serve as a tomb for. [OFr. *entoumber* : *en-,* in (< Lat. *in-*) + *tombe,* tomb. —see TOMB.] **—en·tomb′ment** *n.*

**entomo–** *pref.* Insect: *entomology.* [Fr. < Gk. *entomon,* insect : *en-,* in + *temnein,* to cut (from the insect's segmented body).]

**en·to·mol·o·gy** (ĕn′tə-mŏl′ə-jē) *n.* The scientific study of insects. **—en′to·mo·log′ic** (-mə-lŏj′ĭk), **en′to·mo·log′i·cal** *adj.* **—en′to·mo·log′i·cal·ly** *adv.* **—en′to·mol′o·gist** *n.*

**en·to·moph·a·gous** (ĕn′tə-mŏf′ə-gəs) *adj.* Feeding on insects; insectivorous.

**en·to·moph·i·lous** (ĕn′tə-mŏf′ə-ləs) *adj.* Pollinated by insects. **—en′to·moph′i·ly** *n.*

**en·tou·rage** (ŏn′to͞o-räzh′) *n.* **1.** A train of attendants or associates; retinue. **2.** One's environment or surroundings. [Fr. < *entourer,* to surround < OFr. *entour,* surroundings : *en-,* in + *tour,* circuit.]

**en·to·zo·an** (ĕn′tə-zō′ən) *n., pl.* **-zo·a** (-zō′ə). Any of various animals, such as tapeworms, that live within other animals, usually as parasites. **—en′to·zo′ic** *adj.*

**en·tr'acte** (ŏn′trăkt′, äɴ-träkt′) *n.* **1.** The interval between two acts of a theatrical performance. **2.** An entertainment, such as a musical performance, provided between two acts of a play. [Fr. : OFr. *entre,* between + *acte,* act.]

**en·trails** (ĕn′trālz′, -trəlz) *pl.n.* The internal organs, esp. the intestines; viscera. [ME *entraille* < OFr. < Med. Lat. *intralia* < Lat. *inter,* within.]

**en·train¹** (ĕn-trān′) *tr.v.* **-trained, -train·ing, -trains.** To pull or draw along after itself. [OFr. *entrainer* : *en-,* away (< Lat. *inde,* thence) + *trainer,* to drag < Lat. *trahere.*]

**en·train²** (ĕn-trān′) *tr. & intr.v.* **-trained, -train·ing, -trains.** To go aboard a train. **—en·train′ment** *n.*

**en·trance¹** (ĕn′trəns) *n.* **1.** The act or an instance of entering. **2.** A means or opening that affords entry. **3.** Permission or power to enter; admission. **4.** The point, as in a musical score, at which a performer is to begin. **5.** The first entry of an actor into a scene. [ME *entraunce,* right to enter < OFr. < *entrer,* to enter. —see ENTER.]

**en·trance²** (ĕn-trăns′) *tr.v.* **-tranced, -tranc·ing, -tranc·es. 1.** To put into a trance. **2.** To fill with delight, wonder, or enchantment: *a child entranced by his own reflection.* **—en·trance′ment** *n.* **—en·tranc′ing·ly** *adv.*

**en·trant** (ĕn′trənt) *n.* One who enters, esp. one who enters a competition. [Fr. < pr.part. of *entrer,* to enter. —see ENTER.]

**en·trap** (ĕn-trăp′) *tr.v.* **-trapped, -trap·ping, -traps. 1.** To catch in or as if in a trap. **2.** To lure into danger or difficulty. [OFr. *entraper* : *en-,* in + *trappe,* trap.] **—en·trap′ment** *n.*

**en·treat** (ĕn-trēt′) *v.* **-treat·ed, -treat·ing, -treats.** *—tr.* **1.** To make an earnest request of. **2.** To ask for earnestly; petition for. **3.** *Archaic.* To treat. *—intr.* To make an earnest request or petition; plead. [ME *entreten* < OFr. *entraitier* : *en-,* in (< Lat. *in-*) + *traiter,* to treat < Lat. *trahere,* to drag.] **—en·treat′ing·ly** *adv.* **—en·treat′ment** *n.*

**en·treat·y** (ĕn-trē′tē) *n., pl.* **-ies.** An earnest request or petition; plea.

**en·tre·chat** (ŏn′trə-shä′) *n.* A leap in ballet during which the dancer crosses the feet a number of times, often beating them together. [Fr. < Ital. (*capriola*) *intrecciata,* intricate (caper) < *intrecciare,* to complicate : *in-,* in (< Lat.) + *treccia,* tress.]



entrechat

**en·trée** or **en·tree** (ŏn′trā, ŏn-trā′) *n.* **1. a.** The act of entering. **b.** The power, permission, or liberty to enter; admittance. **2.** The main course of a meal. [Fr. < fem. p.part. of *entrer,* to enter < OFr. —see ENTER.]

**en·tre·mets** (ŏn′trə-mā′) *n., pl.* **-mets** (-māz′). A side dish served in addition to the principal course. [Fr. < OFr. *entremes* < Lat. *intermissus,* p.part. of *intermittere,* to intermit. —see INTERMIT.]

**en·trench** (ĕn-trĕnch′) *v.* **-trenched, -trench·ing, -trench·es.** *—tr.* **1.** To provide with a trench, esp. for the purpose of fortifying or defending. **2.** To fix firmly or securely: *arguments that only entrench him more firmly in error.* *—intr.* **1.** To dig a trench. **2.** To encroach, infringe, or trespass. **—en·trench′ment** *n.*

**en·tre·pôt** (ŏn′trə-pō′) *n.* **1.** A place where goods are stored or deposited and from which they are distributed. **2.** A trading or market center. [Fr. < *entreposer,* to store : *entre-,* among (< Lat. *inter-*) + *poser,* to place < OFr. —see POSE¹.]

**en·tre·pre·neur** (ŏn′trə-prə-nûr′) *n.* A person who organizes, operates, and assumes the risk for a business venture. [Fr. < OFr. < *entreprendre,* to undertake. —see ENTERPRISE.] **—en′tre·pre·neu′ri·al** *adj.*

**en·tre·sol** (ĕn′tər-sŏl′, ĕn′trə-) *n.* The floor just above the ground floor; mezzanine. [Fr. : *entre-,* between (< Lat. *inter-*) + *sol,* floor < Lat. *solum.*]

**en·tro·py** (ĕn′trə-pē) *n., pl.* **-pies. 1.** A measure of the capacity of a system to undergo spontaneous change, thermodynamically specified by the relationship $dS = dQ/T$, where $dS$ is an infinitesimal change in the measure for a system absorbing an infinitesimal quantity of heat $dQ$ at absolute temperature $T$. **2.** A measure of the disorder in a system specified in statistical mechanics by the relationship $S = k\ln P + c$, where $S$ is the value of the measure for a system in a given state, $P$ is the probability of occurrence of that state, and $k$ is a fixed and $c$ an arbitrary constant. [G. *Entropie* : Gk. *en-,* in + Gk. *tropē,* transformation.]

**en·trust** (ĕn-trŭst′) *tr.v.* **-trust·ed, -trust·ing, -trusts. 1.** To give over (something) to another for care, protection, or performance: *entrusted the task to his aides.* **2.** To give as a trust to (someone): *entrusted his aides with the task.*

**en·try** (ĕn′trē) *n., pl.* **-tries. 1. a.** The act or an instance of entering. **b.** The privilege or right of entering. **2.** A means or place of entrance. **3. a.** The act of entering an item, as in a record. **b.** An item entered in this way. **4. a.** A word, term, or phrase entered in a dictionary. **b.** Such an item along with its related text. **5.** One entered in a competition. [ME < OFr. *entree,* fem. p.part. of *entrer,* to enter. —see ENTER.]

**en·try·way** (ĕn′trē-wā′) *n.* A passage or opening serving as an entrance.

**en·twine** (ĕn-twīn′) *v.* **-twined, -twin·ing, -twines.** *—tr.* To twine around or together. *—intr.* To twine or twist together.



**entwine**
Vine entwined around a downspout

**en·twist** (ĕn-twĭst′) *tr.v.* **-twist·ed, -twist·ing, -twists.** To twist together; entwine.

**e·nu·cle·ate** (ĭ-no͞o′klē-āt′, ĭ-nyo͞o′-) *tr.v.* **-at·ed, -at·ing, -ates. 1.** *Archaic.* To explain or elucidate. **2.** *Med.* To remove from an enveloping cover or sac. **3.** *Biol.* To remove the nucleus of. *—adj.* (-ĭt, -āt′). Lacking a nucleus. [Lat. *enucleare, enucleat-,* to take out the kernel : *ex-,* out + *nucleus,* kernel.] **—e·nu′cle·a′tion** *n.* **—e·nu′cle·a′tor** *n.*

**e·nu·mer·a·ble** (ĭ-no͞o′mər-ə-bəl, ĭ-nyo͞o′-) *adj.* Denumerable.

**e·nu·mer·ate** (ĭ-no͞o′mə-rāt′, ĭ-nyo͞o′-) *tr.v.* **-at·ed, -at·ing, -ates. 1.** To count off or name one by one; list. **2.** To determine the number of; count. [Lat. *enumerare, enumerat-,* to count out : *ex-,* out + *numerus,* number.] **—e·nu′mer·a′tion** *n.* **—e·nu′mer·a′tive** *adj.* **—e·nu′mer·a′tor** *n.*

**e·nun·ci·ate** (ĭ-nŭn′sē-āt′) *v.* **-at·ed, -at·ing, -ates.** *—tr.* **1.** To pronounce; articulate. **2.** To state or set forth precisely or systematically: *enunciate a doctrine.* **3.** To announce; proclaim. *—intr.* To make articulate sounds. [Lat. *enuntiare, enuntiat-* : *ex-,* out + *nuntiāre,* to announce < *nuntius,* messenger.] **—e·nun′ci·a·ble** (-ə-bəl) *adj.* **—e·nun′ci·a′tion** *n.* **—e·nun′ci·a′tive** (-sē-ā′tĭv, -sē-ə-tĭv) *adj.* **—e·nun′ci·a′tive·ly** *adv.* **—e·nun′ci·a′tor** *n.*

**en·ure** (ĭn-yo͝or′) *v.* Variant of **inure.**

**en·u·re·sis** (ĕn′yə-rē′sĭs) *n.* Involuntary urination. [NLat. < Gk. *enourein,* to urinate in : *en-,* in + *ourein,* to urinate < *ouron,* urine.] **—en′u·ret′ic** (-rĕt′ĭk) *adj.*

**en·vel·op** (ĕn-vĕl′əp) *tr.v.* **-oped, -op·ing, -ops. 1.** To enclose or encase completely with or as if with a covering. **2.** To attack (an enemy's flank). [ME *envolupen,* to be involved in < OFr. *envoloper* : *en-,* in (< Lat. *in-*) + *voloper,* to wrap up.] **—en·vel′op·er** *n.* **—en·vel′op·ment** *n.*

**en·ve·lope** (ĕn′və-lōp′, ŏn′-) *n.* **1.** Something that envelops; wrapping. **2.** A flat, folded paper container esp. for a letter. **3.** *Biol.* An enclosing covering, such as a membrane or shell. **4.** The bag containing the gas in a balloon. **5.** *Math.* A curve or surface that is tangent to all curves or surfaces of a family of curves or surfaces. [Fr. *enveloppe* < *envelopper,* to envelop < OFr. *envoloper.*]

**en·ven·om** (ĕn-vĕn′əm) *tr.v.* **-omed, -om·ing, -oms. 1.** To make poisonous or noxious. **2.** To embitter. [ME *envenimen* < OFr. *envenimer* : *en-,* in + *venim,* venom. —see VENOM.]

**en·vi·a·ble** (ĕn′vē-ə-bəl) *adj.* Extremely desirable: "*the envi-*

**to·dy** (tō′dē) *n., pl.* **-dies.** Any of various small, colorful birds of the family Todidae, of the West Indies. [Fr. *todier* < Lat. *todus,* a kind of small bird.]

**toe** (tō) *n.* **1.** One of the digits of the foot, esp. of a vertebrate animal. **2.** The part of a sock, shoe, or boot that covers the toes. **3. a.** The base or lower tip of something, as the end of the head on a golf club. **b.** Anything that resembles a toe in form, function, or location. —*v.* **toed, toe·ing, toes.** —*tr.* **1.** To touch, kick, or reach with the toe. **2.** To drive (a golf ball) with the toe of the club. **3. a.** To drive (a nail or spike) at an oblique angle. **b.** To fasten or secure with nails or spikes driven obliquely. —*intr.* To walk or move with the toes pointed in a specified direction: *He toes out.* —**idioms. on (one's) toes.** Ready to act; alert. **step on (someone's) toes.** To hurt, offend, or encroach upon the feelings, actions, or province of (another). **toe the mark (or line). 1.** To touch a mark or line with the toe or hands in readiness for the start of a race or competition. **2.** To obey rules conscientiously; conform. [ME < OE *tā.*]

**toe·a** (toi′ə) *n., pl.* **toea.** See table at **currency.** [Prob. Pidgin English < E. DOLLAR.]

**toe·cap** (tō′kăp′) *n.* A reinforced covering of leather or metal for the toe of a shoe or boot.

**toed** (tōd) *adj.* **1.** Having a specified number or kind of toes: *a two-toed sloth.* **2. a.** Driven obliquely: *a toed nail.* **b.** Secured by obliquely driven nails: *a toed beam.*

**toe dance** *n.* A dance that is performed on the toes. —**toe dancer** *n.*

**toe·hold** (tō′hōld′) *n.* **1.** A small indentation or ledge on which the toe can find support in climbing. **2.** A slight or initial advantage useful for future progress: *Family connections gave him a toehold in politics.* **3.** A wrestling hold in which one competitor wrenches the other's foot.

**toe·nail** (tō′nāl′) *n.* **1.** The nail on a toe. **2.** A nail driven obliquely, as to join vertical and horizontal beams. —*tr.v.* **-nailed, -nail·ing, -nails.** To secure (beams) with obliquely driven nails.

**toff** (tŏf) *n. Chief Brit.* A dandy. [Prob. var. of TUFT, a gold tassel worn by titled students at Oxford and Cambridge.]

**tof·fee** (tŏf′ē, tô′fē) *n.* A hard or chewy candy of brown sugar and butter. [Alteration of TAFFY.]

**toft** (tŏft, tōft) *n. Chiefly Brit.* **1.** A homestead. **2.** A hillock. [ME < OE < ON *topt.*]

**to·fu** (tō′fōō) *n.* Bean curd. [J. *tōfu.*]

**tog** (tŏg, tôg) *Informal.* —*n.* **1.** A coat or cloak. **2. togs.** Clothes: *gardening togs.* —*tr.v.* **togged, tog·ging, togs.** To dress or clothe: *togged himself out in cowboy boots.* [Obs. *togeman* < Fr. *toge,* cloak < Lat. *toga,* garment.]

**to·ga** (tō′gə) *n.* **1.** A loose one-piece outer garment worn in public by citizens of ancient Rome. **2.** A loose robe or gown characteristic of a profession. [Lat. < *tegere,* to cover.] —**to′gaed** (tō′gəd) *adj.*

**toga vi·ri·lis** (və-rē′lĭs, -rĭl′ĭs) *n.* A white toga symbolizing manhood that boys of ancient Rome were allowed to wear at age 15. [Lat., toga of a man.]

**to·geth·er** (tə-gĕth′ər) *adv.* **1.** In or into a single group, mass, or place: *We gather together.* **2.** Against or in relationship to one another; mutually or reciprocally: *getting along together.* **3.** Regarded collectively; in total: *She is worth more than all of us together.* **4.** Simultaneously: *The bells rang out together.* **5.** In harmony or accord: *We stand together on this issue.* **6.** *Informal.* In an effective, coherent condition: *Get yourself together.* —*adj. Slang.* **1.** In tune with what is going on; hip. **2.** Unified and performing effectively. —**idiom. get (or put) it (all) together.** *Slang.* To unify and harmonize one's resources so as to perform with top effectiveness. [ME < OE *tōgædere.*] —**to·geth′er·ness** *n.*

***Usage:*** *Together with,* like *in addition to,* is often employed following the subject of a sentence or clause to introduce an addition. The addition, however, does not alter the number of the verb, which is governed by the subject: *The king* (singular), *together with two aides, is expected in an hour.* The same is true of *along with, as well as, besides, in addition to,* and *like: Common sense as well as training is a requisite for a good job.* See also Usage note at **altogether.**

**tog·ger·y** (tŏg′ə-rē, tô′gə-) *n., pl.* **-ies.** *Informal.* **1.** Clothing; togs. **2.** A clothing store.

**tog·gle** (tŏg′əl) *n.* **1.** A pin, rod, or crosspiece fitted or inserted into a loop in a rope, chain, or strap to prevent slipping, to tighten, or to hold an attached object. **2.** An ornamental crosspiece or button of wood, bone, or other material inserted into a loop of rope or other material as a closure or fastening, as on sports clothes. **3.** A device or apparatus with a toggle joint. —*tr.v.* **-gled, -gling, -gles.** To furnish or fasten with a toggle. [Orig. unknown.]

**toggle bolt** *n.* A fastener consisting of a threaded bolt and a mated toggle.

**toggle joint** *n.* An elbowlike joint consisting of two arms pivoted together so that force applied to the pivot point to straighten the joint produces a corresponding outward force at the ends of each arm.

**toggle switch** *n.* A switch in which a projecting lever employing a toggle joint with a spring is used to open or close an electric circuit.

**togue** (tōg) *n.* The lake trout. [Canadian Fr.]

**toil¹** (toil) *intr.v.* **toiled, toil·ing, toils. 1.** To labor continuously and untiringly. **2.** To proceed with difficulty: *toiling over the mountains.* —*n.* **1.** Exhausting labor or effort. **2.** *Obs.* Strife; contention. [ME *toilen* < AN *toiler,* to strive < OFr. *toillier,* to stir up < Lat. *tudiclare,* to stir about < *tudicula,* a machine for bruising olives < *tudes,* hammer.]

**toil²** (toil) *n.* **1.** Often **toils.** Something that binds, snares, or entangles one; entrapment: *in the toils of despair.* **2.** A net for trapping game. [OFr. *toile,* web < Lat. *tela.*]

**toile** (twäl) *n.* **1.** A sheer linen fabric. **2.** Fine cretonne printed in a single color. [Fr. < OFr., cloth. —see TOIL².]

**toi·let** (toi′lĭt) *n.* **1. a.** A disposal apparatus consisting of a porcelain bowl that is fitted with a hinged seat and a flushing device, used for urination and defecation. **b.** A room or booth containing such an apparatus. **2.** Toilette. **3.** *Archaic.* A dressing table. **4.** Dress; attire; costume. [Fr. *toilette* < OFr., cloth cover for a dressing table, dim. of *toile,* cloth. —see TOIL².]

**toilet paper** *n.* Thin, absorbent paper, usually in rolls, used after defecation or urination.

**toi·let·ry** (toi′lĭ-trē) *n., pl.* **-ries.** An article or cosmetic used in dressing or grooming.

**toi·lette** (twä-lĕt′) *n.* **1.** The act or process of dressing or grooming oneself; toilet. **2.** A person's dress or style of dress. **3.** A gown or costume. [Fr. —see TOILET.]

**toilet training** *n.* The process of training a child to use the toilet for defecation and urination.

**toilet water** *n.* A scented liquid weaker than perfume and stronger than cologne.

**toil·some** (toil′səm) *adj.* Characterized by or requiring toil; done with difficulty. —**toil′some·ly** *adv.* —**toil′some·ness** *n.*

**to-ing and fro-ing** (tōō′ĭng ən frō′ĭng) *n., pl.* **to-ings and fro-ings.** A moving or passing back and forth: *much to-ing and fro-ing in the hotel lobby.*

**to·ka·mak** (tō′kə-măk′, tŏk′ə-) *n.* A small doughnut-shaped nuclear reactor in which a plasma is heated and confined by electric and magnetic fields. [R.]

**To·kay** (tō-kā′) *n.* **1.** A variety of grape originally grown near Tokay, Hungary. **2.** A wine made from Tokay grapes.

**toke** (tōk) *n. Slang.* A puff on a marijuana cigarette. [Orig. unknown.]

**to·ken** (tō′kən) *n.* **1.** Something that serves as an indication or representation of a fact, event, or emotion; sign; symbol: *"Tears are queer tokens of happiness"* (O'Neill). **2.** Something that signifies or evidences authority, validity, or identity: *The scepter is a token of kingship.* **3.** A keepsake or souvenir. **4.** A piece of stamped metal used as a substitute for currency. —*tr.v.* **-kened, -ken·ing, -kens.** To betoken or symbolize; portend. —*adj.* **1.** Done as an indication or pledge: *a token payment.* **2. a.** Perfunctory: *a token gesture of reconciliation.* **b.** Merely symbolic: *a token woman on the board of directors.* —**idioms. by the same token.** In like manner; similarly. **in token of.** As an indication of. [ME < OE *tācen.*]

**to·ken·ism** (tō′kə-nĭz′əm) *n.* The policy of making only a perfunctory effort or symbolic gesture toward the accomplishment of a goal, such as racial integration.

**To·khar·i·an** (tō-kâr′ē-ən, -kär′-, -kăr′-) *n.* Variant of **Tocharian.**

**to·kol·o·gy** (tō-kŏl′ə-jē) *n.* Variant of **tocology.**

**to·la** (tō′lə, tō-lä′) *n.* A unit of weight used in India, equal to the weight of one silver rupee, 11.7 grams, or 180 troy grains. [Hindi *tolā* < Skt. *tulā,* weight.]

**tol·booth** also **toll·booth** (tōl′bōōth′) *n. Scot.* A prison; jail. [ME (Scotland) *tolbothe,* town hall containing customs offices and prison cells : *tol,* toll + *bothe,* booth.]

**tol·bu·ta·mide** (tŏl-byōō′tə-mīd′) *n.* A white powder, $C_{12}H_{18}N_2O_3S$, used in the treatment of diabetes. [TOL(U) + BUT + AMIDE.]

**told** (tōld) *v.* Past tense and past participle of **tell.**

**tole** also **tôle** (tōl) *n.* Lacquered or enameled metalware, usually gilded and elaborately painted. [Fr. *tôle,* sheet metal < Lat. *tabula,* board.]

**To·le·do** also **to·le·do** (tə-lē′dō) *n., pl.* **-dos.** A fine-tempered sword or steel sword blade made in Toledo, Spain.

**tol·er·a·ble** (tŏl′ər-ə-bəl) *adj.* **1.** Able to be tolerated; endurable. **2.** Allowable; permissible. **3.** Fair or adequate; passable. —**tol′er·a·bil′i·ty, tol′er·a·ble·ness** *n.* —**tol′er·a·bly** *adv.*

**tol·er·ance** (tŏl′ər-əns) *n.* **1.** The capacity for or practice of recognizing and respecting the opinions, practices, or behavior of others. **2. a.** Leeway for variation from a standard. **b.** The permissible deviation from a specified value of a structural dimension. **3.** The capacity to endure hardship or pain. **4. a.** Physiological resistance to poison. **b.** The capacity to absorb a drug continuously or in large doses without adverse effect.

**tol·er·ant** (tŏl′ər-ənt) *adj.* **1.** Inclined to tolerate the beliefs, practices, or traits of others; forbearing. **2.** Able to withstand or endure an adverse environmental condition: *plants tolerant of extreme heat.* [Lat. *tolerans, tolerant-,* pr.part. of *tolerare,* to tolerate.] —**tol′er·ant·ly** *adv.*

**tol·er·ate** (tŏl′ə-rāt′) *tr.v.* **-at·ed, -at·ing, -ates. 1.** To allow without prohibiting or opposing; permit. **2.** To recognize and respect (the rights, opinions, or practices of others). **3.** To put up with; endure. **4.** *Med.* To have tolerance for (a drug or poison). [Lat. *tolerare, tolerat-,* to bear.] —**tol′er·a′tive** *adj.* —**tol′er·a′tor** *n.*



George Miksch Sutton
**tody**



**toga**



**toggle bolt**

of the spermatic cord or the ovaries, forming a soft tumor. [VARICO- + -CELE[1].]

**var·i·col·ored** (vâr′ĭ-kŭl′ərd, văr′-) *adj.* Having a variety of colors; variegated.

**var·i·cose** (văr′ĭ-kōs′) *adj.* **1.** Designating blood or lymph vessels that are abnormally dilated, knotted, and tortuous. **2.** Causing unusual swelling. [Lat. *varicosus* < *varix*, swollen vein.]

**var·i·co·sis** (văr′ĭ-kō′sĭs) *n.* The state of being varicose. [VARIC(O)- + -OSIS.]

**var·i·cos·i·ty** (văr′ĭ-kŏs′ĭ-tē) *n., pl.* **-ties. 1.** Varicosis. **2. a.** A varicose distention or swelling. **b.** The state of having varicose veins.

**var·i·cot·o·my** (văr′ĭ-kŏt′ə-mē) *n., pl.* **-mies.** Subcutaneous incision to cure varicose veins. [VARICO- + -TOMY.]

**var·ied** (vâr′ēd, văr′-) *adj.* **1.** Having various kinds or forms; marked by variety. **2.** Modified or altered. **3.** Varicolored; variegated. **—var′ied·ly** *adv.*

**varied thrush** *n.* A bird, *Ixoreus naevius*, of western North America, resembling the robin but having a black transverse stripe on the breast.

**var·i·e·gate** (vâr′ē-ĭ-gāt′, vâr′ĭ-gāt′, văr′-) *tr.v.* **-gat·ed, -gat·ing, -gates. 1.** To change the appearance of, esp. by marking with different colors; streak. **2.** To give variety to; make varied. [Lat. *variegare, variegat-* < Lat. *varius*, various.] **—var′i·e·ga′tor** *n.*

**var·i·e·gat·ed** (vâr′ē-ĭ-gā′tĭd, vâr′ĭ-gā′-, văr′-) *adj.* **1.** Having streaks, marks, or patches of a different color or colors. **2.** Distinguished or characterized by variety; diversified.

**var·i·e·ga·tion** (vâr′ē-ĭ-gā′shən, vâr′ĭ-gā′-, văr′-) *n.* The state of being variegated; diversified coloration.

**var·i·er** (vâr′ē-ər, văr′-) *n.* One that varies.

**va·ri·e·tal** (və-rī′ĭ-tl) *adj.* Of, indicating, or characterizing a variety, esp. a biological variety. [< VARIETY.] **—va·ri′e·tal·ly** *adv.*

**va·ri·e·ty** (və-rī′ĭ-tē) *n., pl.* **-ties. 1.** The condition or quality of being various or varied; diversity. **2.** A number or collection of varied things, esp. of a particular group; assortment: *brought home a variety of snacks.* **3.** A group that is distinguished from other groups by a specific characteristic or set of characteristics. **4.** *Biol.* **a.** A taxonomic category forming a subdivision of a species and consisting of naturally occurring or selectively bred individuals having varying characteristics. **b.** An organism, esp. a plant, belonging to such a category. **5.** A variety show. [OFr. *variete* < Lat. *varietas* < *varius*, various.]

**variety meat** *n.* Meat that has been taken from a part other than skeletal muscles, as liver or sweetbreads, or that has been processed, as sausage.

**variety show** *n.* A theatrical entertainment consisting of successive unrelated acts, such as songs, dances, and comedy skits.

**variety store** *n.* A retail store carrying a large variety of merchandise.

**var·i·form** (vâr′ə-fôrm′, văr′-) *adj.* Having a variety or diversity of forms. [VARI(O)- + -FORM.]

**vario–** or **vari–** *pref.* Variety; difference; variation: *variometer.* [< Lat. *varius*, speckled.]

**va·ri·o·la** (və-rī′ə-lə, vâr′ē-ō′lə, văr′-) *n.* Smallpox. [NLat. < Med. Lat., pustule < Lat. *varius*, speckled.]

**var·i·o·late** (vâr′ē-ə-lāt′, văr′-) *adj.* Having pustules or marks like those of smallpox. *—tr.v.* **-lat·ed, -lat·ing, -lates.** To inoculate with smallpox.

**var·i·o·lite** (vâr′ē-ə-līt′, văr′-) *n.* A basic rock with a pockmarked appearance due to numerous white, rounded spherules embedded in it.

**var·i·o·loid** (vâr′ē-ə-loid′, văr′-, və-rī′ə-loid′) *n.* A mild form of smallpox in persons who have previously been vaccinated or who have previously had the disease.

**va·ri·o·lous** (və-rī′ə-ləs, vâr′ē-ō′-, văr′-) *adj.* Of or pertaining to smallpox.

**var·i·om·e·ter** (vâr′ē-ŏm′ĭ-tər, văr′-) *n.* A variable inductor used to measure variations in terrestrial magnetism.

**var·i·o·rum** (vâr′ē-ôr′əm, -ōr′-, văr′-) *n.* **1.** An edition of the works of an author, with notes by various scholars or editors. **2.** An edition containing various versions of a text. *—adj.* Designating or pertaining to a variorum edition or text. [< Lat. *(editio cum notis) variorum*, (edition with the notes) of various persons.]

**var·i·ous** (vâr′ē-əs, văr′-) *adj.* **1. a.** Of diverse kinds: *for various reasons.* **b.** Unlike; different. **2.** More than one; several. **3.** Many-sided; versatile: *people of various skills.* **4.** Having a variegated nature or appearance. **5.** Being an individual or separate member of a class or group: *The various reports all agreed.* **6.** *Archaic.* Changeable; variable. [Lat. *varius*.] **—var′i·ous·ly** *adv.* **—var′i·ous·ness** *n.*

***Usage:*** *Various* sometimes appears as a collective noun followed by *of*: *He spoke to various of the members.* That usage is unacceptable to a great majority of the Usage Panel.

**var·i·sized** (vâr′ĭ-sīzd′, văr′-) *adj.* Of different sizes.

**Var·i·Typ·er** (vâr′ĭ-tī′pər, văr′-). A trademark for a typewriter used to prepare copy in a variety of type styles.

**var·ix** (văr′ĭks) *n., pl.* **var·i·ces** (văr′ĭ-sēz′). **1.** A vein, artery, or lymph vessel that is abnormally dilated and twisted. **2.** One of the longitudinal ridges marking a resting stage in the development of the lip of a gastropod shell. [Lat., swollen vein.]

**var·let** (vär′lĭt) *n. Archaic.* **1.** An attendant or servant. **2.** A knight's page. **3.** A rascal; knave. [ME < OFr., var. of *vaslet.* —see VALET.]

**var·let·ry** (vär′lĭ-trē) *n. Archaic.* A crowd of attendants or menials, esp. when disorderly; rabble.

**var·mint** (vär′mĭnt) *n. Informal.* **1.** A bird or animal that is considered undesirable or troublesome. **2. a.** An obnoxious or contemptible person. **b.** A person. [Var. of VERMIN.]

**var·nish** (vär′nĭsh) *n.* **1.** An oil-based paint containing a solvent and an oxidizing or an evaporating binder, used to coat a surface with a hard, glossy, thin film. **2. a.** The smooth coating or gloss resulting from the application of varnish. **b.** Something resembling or like varnish. **3.** A deceptively attractive external appearance; outward show. *—tr.v.* **-nished, -nish·ing, -nish·es. 1.** To cover with varnish. **2.** To give a smooth and glossy finish to. **3.** To give a deceptively attractive appearance to; gloss over. [ME *vernysshe* < OFr. *vernis* < Med. Lat. *veronix*, sandarac resin, prob. < Gk. *Berenikē*, Berenice, a city in Cyrenaica.] **—var′nish·er** *n.*

**varnish tree** *n.* Any of several trees having milky juice used to make varnish.

**var·si·ty** (vär′sĭ-tē) *n., pl.* **-ties. 1.** The principal team representing a university, college, or school in sports or other competitions. **2.** *Chiefly Brit.* A university. **—*modifier:*** *varsity sports.* [Alteration of UNIVERSITY.]

**Var·u·na** (vâr′ə-nə) *n. Hinduism.* The Vedic god of the skies and seas. [Skt. *Varuṇaḥ*.]

**var·us** (vâr′əs, văr′-) *n., pl.* **-us·es.** An abnormal position of a bone of the leg or foot. [< Lat., crooked.]

**varve** (värv) *n.* **1.** A layer of sediment deposited in one year. **2.** A pair of distinct layers of sediment, indicating seasonal deposits. [Swed. *varv*, layer < *varva*, to bend < ON *hverfa*.]

**var·y** (vâr′ē, vărē) *v.* **-ied, -y·ing, -ies.** *—tr.* **1.** To make or cause changes in characteristics or attributes; modify or alter. **2.** To make varied; give variety to: *a program that was varied for all tastes.* **3.** To introduce under new aspects; express in a different manner: *vary the tempo.* *—intr.* **1.** To undergo or show change: *The temperature varied throughout the day.* **2.** To be different; deviate: *vary from established patterns of behavior.* **3.** To undergo successive or alternate changes in attributes or qualities. [ME *varien*, to undergo change < OFr. *varier* < Lat. *variare* < *varius*, various.] **—var′y·ing·ly** *adv.*

**varying hare** *n.* The snowshoe rabbit.

**vas** (văs) *n., pl.* **va·sa** (vā′zə). An organic vessel or duct. [NLat. < Lat., vessel.]

**vas–** *pref.* Variant of **vaso-**.

**va·sa** (vā′zə) *n.* Plural of **vas**.

**vas·cu·la** (văs′kyə-lə) *n.* Plural of **vasculum**.

**vas·cu·lar** (văs′kyə-lər) *adj.* **1.** *Biol.* Of, characterized by, or containing vessels for the transmission or circulation of plant or animal fluids such as blood, lymph, or sap. **2.** Characterized by vigor and ardor; passionate. [< Lat. *vasculum*, dim. of *vas*, vessel.] **—vas′cu·lar′i·ty** (-lăr′ĭ-tē) *n.*

**vascular bundle** *n.* A strand of supportive and conductive plant tissue consisting essentially of xylem and phloem.

**vas·cu·lar·i·za·tion** (văs′kyə-lər-ĭ-zā′shən) *n.* The process of new blood-vessel formation.

**vascular plant** *n.* Any of various plants of the division Tracheophyta, which includes the ferns and seed-bearing plants characterized by a system of specialized conductive and supportive tissue.

**vascular tissue** *n.* Plant tissue consisting of vascular bundles.

**vas·cu·la·ture** (văs′kyə-lə-chŏŏr′, -chər) *n.* The arrangement of blood vessels in the body or in an organ or part of the body.

**vas·cu·lum** (văs′kyə-ləm) *n., pl.* **-la** (-lə). A small box or case used for carrying newly collected plant specimens. [Lat., small vessel. —see VASCULAR.]

**vas def·er·ens** (văs′ dĕf′ər-ənz, -ə-rĕnz′) *n., pl.* **va·sa def·er·en·ti·a** (vā′zə dĕf′ə-rĕn′shē-ə). The vertebrate duct that carries sperm from the epididymal duct to the ejaculatory duct. [NLat., deferent vessel.]

**vase** (vās, vāz, väz) *n.* An open container, as of glass or porcelain, used for holding flowers or for ornamentation. [Fr. < Lat. *vas*, vessel.]



**vase**
Crystal vase

**va·sec·to·my** (və-sĕk′tə-mē, vā-zĕk′-) *n., pl.* **-mies.** Surgical excision of a part of the vas deferens, used as a means of sterilization.

**Vas·e·line** (văs′ə-lēn′). A trademark for a petroleum jelly used primarily as a vehicle for external applications of medicinal agents and as a protective coating for metal surfaces.

**vaso–** or **vas–** *pref.* **1.** Blood vessel: *vasoconstriction.* **2.** Vas deferens: *vasectomy.* [< Lat. *vas*, vessel.]

**va·so·ac·tive** (vā′zō-ăk′tĭv) *adj.* Affecting blood vessels. **—va′so·ac·tiv′i·ty** (-tĭv′ĭ-tē) *n.*

**va·so·con·stric·tion** (vā′zō-kən-strĭk′shən) *n.* Constriction of a blood vessel. **—va′so·con·stric′tive** *adj.*

**va·so·con·stric·tor** (vā′zō-kən-strĭk′tər) *n.* An agent, as a nerve or a drug, that causes vasoconstriction.

**va·so·dil·a·ta·tion** (vā′zō-dĭl′ə-tā′shən, -dī′lə-) also **va·so·di·la·tion** (-dī-lā′shən, -dĭ-) *n.* Dilatation of a blood vessel.