# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; PANASONIC CORPORATION OF NORTH AMERICA; JVC AMERICAS CORP.; NEC ELECTRONICS AMERICA, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; and TOSHIBA AMERICA CONSUMER PRODUCTS, LLC,<br><br>Defendants. | Civil Action No. 2-05CV-494 (TJW) |

## NOTICE OF FILING DEFENDANTS' TECHNOLOGY TUTORIAL

It is hereby certified that Defendants herein filed this Notice of Filing Technology Tutorial on the 25th day of April, 2007.

April 25, 2007                              Respectfully submitted on behalf of all Defendants,

*/s/ Michael Smith*

Scott F. Partridge
Lead Attorney
Texas State Bar No. 00786940
Michael A. Hawes
Texas State Bar No. 24010761
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel.: (713) 229-1569
Fax: (713) 229-7769
scott.partridge@bakerbotts.com

OF COUNSEL:
L. Gene Spears
Texas State Bar No. 18896350
gene.spears@bakerbotts.com
Michael Hawes
Texas State Bar No. 24010761
michael.hawes@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel.: (713) 229-1234
Fax: (713) 229-1522

Michael C. Smith
Texas State Bar No. 18650410
The Roth Law Firm
PO Box 876
115 North Wellington, Suite 200
Marshall, TX 75670
Tel: (903) 935-1665
Fax: (903) 935-1797
ms@rothfirm.com

Attorneys for Defendants
Toshiba Corporation; Toshiba America, Inc.;
Toshiba America Electronic Components, Inc.;
Toshiba America Information Systems, Inc.; and
Toshiba America Consumer Products, LLC

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 25th day of April, 2007.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

              /s/ Michael C. Smith

              Michael C. Smith