**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; PANASONIC CORPORATION OF NORTH AMERICA; JVC AMERICAS CORP.; NEC ELECTRONICS AMERICA, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; and TOSHIBA AMERICA CONSUMER PRODUCTS, LLC,<br><br>Defendants. | Civil Action No. 2-05CV-494 (TJW)<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS TOSHIBA CORPORATION'S; TOSHIBA AMERICA, INC.'S;
TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.'S;
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S; AND
TOSHIBA AMERICA CONSUMER PRODUCTS, LLC'S
<u>UNOPPOSED MOTION TO DISMISS</u>**

Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC move to dismiss with prejudice Plaintiffs' claims of patent infringement under any of U.S. Patent Nos. 5,784,584; 5,809,336; and 6,598,148 by any of the Toshiba Defendants of certain products denominated as ASIC products, including all products in the TC200, TC220, TC240, TC260, TC280 and TC300 families of ASIC products. The Plaintiffs and Toshiba Defendants have agreed to such dismissal in the Stipulation of Dismissal previously filed in this matter, attached as Exhibit A, with all rights of appeal waived, and with each party bearing its own costs and attorney's fees incurred herein.

June 22, 2007

Respectfully submitted,

       /s/
Scott F. Partridge
Lead Attorney
Texas State Bar No. 00786940
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel.: (713) 229-1569
Fax: (713) 229-7769
scott.partridge@bakerbotts.com

OF COUNSEL:
L. Gene Spears
Texas State Bar No. 18896350
gene.spears@bakerbotts.com
Michael Hawes
Texas State Bar No. 24010761
michael.hawes@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel.: (713) 229-1234
Fax: (713) 229-1522

Michael C. Smith
Texas State Bar No. 18650410
The Roth Law Firm
PO Box 876
115 North Wellington, Suite 200
Marshall, TX 75670
Tel: (903) 935-1665
Fax: (903) 935-1797
ms@rothfirm.com

Attorneys for Defendants
Toshiba Corporation; Toshiba America, Inc.; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; and Toshiba America Consumer Products, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 22, 2007, Defendants' Unopposed Motion to Dismiss was served electronically, via CM/ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules. Any other counsel of record will be served via facsimile and certified mail, return receipt requested.

/s/ Scott F. Partridge
Scott F. Partridge

| **Counsel for Plaintiff, Technology Properties Limited** ||
|---|---|
| Sidney Calvin Capshaw, III<br>ccapshaw@mailbmc.com<br>Elizabeth L DeRieux<br>ederieux@mailbmc.com<br>Brown McCarroll, LLP<br>1127 Judson Road, Suite 220<br>PO Box 3999<br>Longview, TX 78601-5157<br>903.236.9800<br>903.236-8787 (fax) | Franklin Jones, Jr.<br>maizieh@millerfirm.com<br>Jones and Jones Inc., P.C.<br>201 West Houston Street<br>PO Drawer 1249<br>Marshall, TX 75671-1249<br>903.938.4395<br>903.938.3360 (fax) |
| Roger Lee Cook<br>rlcook@townsend.com<br>Eric P. Jacobs<br>epjacobs@townsend.com<br>Iris S. Mitrakos<br>ismitrakos@townsend.com<br>Alexandra M. Sepulveda<br>amsepulveda@townsend.com<br>Townsend & Townsend & Crew LLP<br>Two Embarcadero Ctr, 8th Floor<br>San Francisco, CA 94111<br>415.576.0200<br>415.576.0300 (fax) | Otis W. Carroll<br>Deborah Race<br>nancy@icklaw.com<br>fedserv@icklaw.com<br>Ireland Carroll and Kelley, P.C.<br>6101 S Broadway, Suite 500<br>PO Box 7879<br>Tyler, TX 78711<br>903.561.1600<br>903.561.1071 (fax) |
| **Counsel for Plaintiff, Patriot Scientific Corporation** ||
| Robert M. Parker<br>rmparker@pbatyler.com<br>Charles L. Ainsworth<br>charley@pbatyler.com | Charles T. Hoge<br>choge@knlh.com<br>Matthew P. Nugent<br>mnugent@knlh.com |

| | |
|---|---|
| Robert C. Bunt<br>rcbunt@pbatyler.com<br>Parker Bunt & Ainsworth<br>100 East Ferguson, Suite 1114<br>Tyler, TX 75702<br>903.531.3535<br>903.533.9687 (fax) | Kirby Noonan Lance & Hoge LLP<br>600 West Broadway, Ste. 1100<br>San Diego, CA 92102<br>619.231.8666<br>619.231.9593 (fax) |
| **Counsel for Defendants, Matsushita, Panasonic, JVC:** ||
| David J. Lender<br>david.lender@weil.com<br>Matthew Antonelli<br>matthew.antonelli@weil.com<br>Steve Alan Reiss<br>Tarra Zynda<br>Weil Gotshal & Manges LLP<br>787 Fifth Avenue<br>New York, NY 10153<br>212.310.8007 (fax) | Jason D. Kipnis<br>jason.kipnis@weil.com<br>Weil Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>650.802.3100 (fax) |
| Eric H. Findlay<br>efindlay@rameyflock.com<br>Ramey & Flock, P.C.<br>100 E Ferguson, Suite 500<br>Tyler, TX 75702-0629<br>903.597.3301<br>903.597.2413 (fax) | Harry Lee Gillam, Jr.<br>gil@gillamsmithlaw.com<br>Gillam & Smith, LLP<br>110 South Bolivar, Suite 204<br>Marshall, TX 75670<br>903.934.8450<br>903.934.9257 (fax) |
| David J. Healey<br>david.healey@weil.com<br>Lucy Muzzy<br>lucy.muzzy@weil.com<br>Weil Gotshal & Manges LLP<br>700 Louisiana, Ste. 1600<br>Houston, TX 77002<br>713.224.9511 (fax) | |
| **Counsel for NEC Defendants:** ||
| John J. Feldhaus<br>jfeldhaus@foley.com<br>Anthony H. Son<br>ason@foley.com<br>Lisa S. Mankofsky<br>lmankofsky@foley.com<br>Matthew A. Smith<br>msmith@foley.com<br>Foley & Lardner, LLP | Guy N. Harrison<br>cj-gnharrison@att.net<br>Guy N Harrison<br>Attorney at Law<br>P O Box 1348<br>217 N. Center<br>Longview, TX 75601<br>903.758.7361<br>903.753.9557 (fax) |

| | |
|---|---|
| 3000 K Street NW, Suite 500<br>Washington, DC 20007-5109<br>202.672.5300<br>202.672.5399 (fax) | |
| Jeremy M. Thompson<br>jmthompson@foley.com<br>Foley & Lardner LLP<br>111 North Orange Avenue, Ste. 1800<br>Orlando, FL 32801<br>407.648.1743 | David B. Moyer<br>dmoyer@foley.com<br>Foley & Lardner LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304<br>650.856.3700<br>650.251.3710 (fax) |
| Joe W. Redden, Jr.<br>jredden@brsfirm.com<br>Beck Redden & Secrest, L.L.P.<br>1221 McKinney Street, Suite 4500<br>Houston, Texas 77010<br>713.951.3720<br>713.951.3720 (fax) | |
| **Counsel for Intervenors, ARM Ltd. and ARM, Inc.** ||
| Carl R. Roth<br>cr@rothfirm.com<br>Michael C. Smith<br>ms@rothfirm.com<br>The Roth Law Firm, P.C.<br>115 North Wellington, Ste. 200<br>PO Box 876<br>Marshall, TX 75671<br>903.935.1665<br>903.935.1797 (fax) | James H. Wallace, Jr.<br>jwallace@wrf.com<br>Gregory E. Lyons<br>glyons@wrf.com<br>Kevin P. Anderson<br>kanderson@wrf.com<br>Brian Pandya<br>bpandya@wrf.com<br>Wiley Rein & Fielding LLP<br>1776 K Street, NW<br>Washington, DC 20006<br>202.719.7000<br>202.719.7049 (fax) |