UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| Technology Properties Limited and Patriot Scientific Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Electronics America, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:05-CV-00494 (TJW)<br><br>**JURY DEMANDED** |

**PLAINTIFFS' AGREED-IN-PART MOTION TO CONTINUE DISCOVERY AND TRIAL**

**EXHIBITS INDEX**

Index of Attachments to Main Document:

Jacobs Exhibit 1
Jacobs Exhibit 2
Jacobs Exhibit 3
Jacobs Exhibit 4
Jacobs Exhibit 5
Jacobs Exhibit 6
Jacobs Exhibit 7
Jacobs Exhibit 8
Jacobs Exhibit 9
Jacobs Exhibit 10
Jacobs Exhibit 11
Jacobs Exhibit 12
Jacobs Exhibit 13
Jacobs Exhibit 14
Jacobs Exhibit 15
Jacobs Exhibit 16
Jacobs Exhibit 17
Jacobs Exhibit 18
Jacobs Exhibit 19

Jacobs Exhibit 20
Jacobs Exhibit 21
Jacobs Exhibit 22
Jacobs Exhibit 23
Jacobs Exhibit 24
Jacobs Exhibit 25
Jacobs Exhibit 26
Jacobs Exhibit 27
Jacobs Exhibit 28