UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| Technology Properties Limited and Patriot Scientific Corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Electronics America, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC,<br><br>                    Defendants. | §§§§§§§§§§§§§§§§§§§§ Case No. 2:05-CV-00494 (TJW)<br><br>**JURY DEMANDED** |

**STIPULATION OF PARTIAL JUDGMENT OF NON-INFRINGEMENT OF U.S.**

**PATENT NO. 5,784,584 PURSUANT TO FRCP 54(b)**

Plaintiffs, Technology Properties Limited and Patriot Scientific corporation (collectively, "Plaintiffs") and defendants Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corp., NEC Electronics America, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC, and Intervenors ARM, Ltd. and ARM, Inc. (collectively, "Defendants"), each by counsel, jointly stipulate and move for entry of partial judgment pursuant to Federal Rule of Civil Procedure 54(b), on the terms and conditions set forth herein.

Plaintiffs accuse Defendants of infringing Claim 29 of United States Patent Number 5,784,584 (the "'584 patent").

Defendants deny infringement, and also assert affirmative defenses of invalidity and unenforceability of the '584 patent.

In addition, Defendants NEC Electronics America, Inc. and Toshiba America Electronic Components, Inc., have filed counterclaims for declaratory judgment of non-infringement, invalidity and unenforceability of the '584 patent.

Following extensive briefing, this Court held a Markman hearing on May 3, 2007, during which time the Court considered the briefing of the parties and heard oral argument.

On June 15, 2007, this Court entered its order [document number 259] construing each of the contested claim elements of the patents-in-suit ("Markman Ruling"), including those pertaining to claim 29 the '584 patent. One of those claim elements was "instruction groups", which this Court construed to require inter alia that "any operand that is present must be right justified."

Plaintiffs stipulate that, based on the foregoing construction of "instruction groups," none of the Defendants' accused products listed in Plaintiffs' First Amended Preliminary Infringement Contentions, dated and served on June 19, 2007 and in all prior Preliminary Infringement Contentions of Plaintiffs in this case, infringe claim 29 of the '584, either literally or by equivalents.

Accordingly, while all parties explicitly reserve all appellate rights, Plaintiffs hereby stipulate, and request entry of final judgment under Fed. R. Civ. P. 54(b), of non-infringement as to claim 29 of the 584 patent, as construed by this Court, as to all Defendants.

For Intervenors/Defendants ARM, Ltd. and ARM, Inc., all of the ARM Accused Products (herein defined as the ARM7, ARM9, ARM9E, ARM10E, ARM11 and Cortex microprocessor core families) were accused of infringing only the '584 patent. Since the foregoing judgment would finally resolve all claims involving ARM, Plaintiffs and ARM hereby stipulate, and

request entry of judgment under Fed. R. Civ. P. 54(b), that final judgment be entered as to all claims asserted against ARM in favor of ARM.

This stipulation shall not limit the parties' ability to assert all defenses in any future dispute, including res judicata, collateral estoppel, issue preclusion and claim preclusion for any products (including the use thereof) that were, or could have been, accused of infringing any claim of the '584 patent.

The parties stipulate that all counterclaims by the Defendants with regard to declaratory judgment of alleged non-infringement, invalidity and/or unenforceability of the '584 patent, be dismissed without prejudice. The parties stipulate that this dismissal of Defendants' counterclaims does not constitute a voluntary dismissal of the Defendants' counterclaims for purposes of Federal Rule of Civil Procedure 41(a)(1).

Defendants reserve all rights in their counterclaims and defenses. Plaintiffs reserve all their rights in their defenses to counterclaims.

GOOD CAUSE APPEARING, judgment shall be entered as follows:

Pursuant to Federal Rule of Civil Procedure 54(b), this Court determines and orders (1) that there is no just reason for delay and directs the Clerk of this Court to enter final judgment of non-infringement as to Claim 29 of the '584 patent, in accordance herewith as to all Defendants; (2) that there is no just reason for delay and directs the Clerk of this Court to enter final judgment in favor of ARM as to all claims asserted against ARM; and (3) that, while it is understood that the Defendants have additional non-infringement arguments, invalidity arguments, equitable arguments, and other defenses and counterclaims, there is no need to reach these issues in view of the non-infringement judgment and all counterclaims by the Defendants with regard to declaratory judgment of alleged non-infringement, invalidity and/or unenforceability of the '584 patent are hereby dismissed without prejudice.

3994614.1
53259.1

    All parties shall bear their own attorney fees and costs.

    This Court shall retain and hereby does retain jurisdiction over this matter in its entirety, including any claims which may be reinstated.

    The undersigned hereby agree to entry of this judgment.

IT IS SO ADJUDGED.

**APPROVED AS TO FORM AND CONTENT:**

DATED: August 22, 2007    By:  Elizabeth L. DeRieux
                                          S. Calvin Capshaw, State Bar No. 03783900
                                          ccapshaw@mailbmc.com
                                          Elizabeth L. DeRieux, State Bar No. 05770585
                                          ederieux@mailbmc.com
                                          BROWN McCARROLL, LLP
                                          1127 Judson Road, Suite 220
                                          P.O. Box 3999
                                          Longview, Texas 75601-5157
                                          Telephone: (903) 236-9800
                                          Facsimile: (903) 236-8787

                                          JONES AND JONES INC., P.C.
                                          Franklin Jones, Jr., State Bar No. 00000055
                                          201 West Houston Street, P.O. Drawer 1249
                                          Marshall, TX 75671-1249
                                          Telephone: (903) 938-4395
                                          Facsimile: (903) 938-3360
                                          maizieh@millerfirm.com

                                          IRELAND CARROLL AND KELLEY, P.C.
                                          Otis W. Carroll, State Bar No. 03895700
                                          nancy@icklaw.com
                                          6101 South Broadway, Suite 500
                                          P.O. Box 7879
                                          Tyler, Texas 75711
                                          Telephone: (903) 561-1600
                                          Facsimile: (903) 561-1071

        TOWNSEND and TOWNSEND and CREW LLP
Roger L. Cook, CA State Bar No. 55208
rlcook@townsend.com
Eric P. Jacobs, CA State Bar No. 88413
epjacobs@townsend.com
Iris Sockel Mitrakos, CA State Bar No. 190162
ismitrakos@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
TECHNOLOGY PROPERTIES LIMITED, INC.


DATED: August 22, 2007    By: <u>Robert Christopher Bunt by permission ELD</u>
Robert M. Parker, State Bar No. 15498000
rmparker@pbatyler.com
Charles L. Ainsworth, State Bar No. 00783521
charlie@pbatyler.com
Robert Christopher Bunt, State Bar No. 00787165
rcbunt@pbatyler.com
PARKER, BUNT & AINSWORTH
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-353-
Facsimile: 903-533-9687


KIRBY NOONAN LANCE & HOGE LLP
Charles T. Hoge, CA State Bar No. 110696
choge@knlh.com
Matthew P. Nugent, CA State Bar No. 214844
mnugent@knlh.com
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Attorneys for Plaintiff
PATRIOT SCIENTIFIC CORPORATION

3994614.1
53259.1

DATED: August 22, 2007    By:    <u>David J. Healey by permission ELD</u>
David J. Healey
Texas State Bar No. 09327980
WEIL, GOTSHAL & MANGES LLP
700 Louisiana St., Ste. 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
david.healey@weil.com

David J. Lender (Pro Hac Vice)
david.lender@weil.com
Matthew Antonelli (Pro Hac Vice)
matthew.antonelli@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEFENDANTS
MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; PANASONIC CORPORATION OF NORTH AMERICA; and JVC AMERICAS CORP.

DATED: August 22, 2007    By:    <u>Lisa S. Mankofsky by permission ELD</u>
John J. Feldhaus, VA Bar No. 20046
jfeldhaus@foley.com
Anthony H. Son, CA Bar No. 190478
ason@foley.com
Lisa S. Mankofsky, DC Bar No. 411931
lmankofsky@foley.com
Matthew A. Smith, DC Bar No. 498460
msmith@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, D.C. 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Guy N. Harrison
State Bar No. 00000077
gnharrison@att.net
Attorney at Law
217 N. Center
Longview, TX 75601
Telephone: (903) 758-7361
Facsimile: (903) 753-9557

COUNSEL FOR DEFENDANTS NEC ELECTRONICS AMERICA, INC.

DATED: August 22, 2007         By: <u>Scott Partridge by permission ELD</u>
                                   Scott Partridge
                                   Lead Attorney
                                   Texas State Bar No. 00786940
                                   BAKER BOTTS L.L.P.
                                   One Shell Plaza
                                   910 Louisiana Street
                                   Houston, Texas 77002
                                   Tel.:   (713) 229-1569
                                   Fax:   (713) 229-7769
                                   scott.partridge@bakerbotts.com

                                   OF COUNSEL:
                                   L.Gene Spears
                                   Texas State Bar No. 18896350
                                   Michael Hawes Texas State Bar No. 24010761
                                   BAKER BOTTS L.L.P.
                                   One Shell Plaza
                                   910 Louisiana Street
                                   Houston, Texas 77002
                                   Tel.:   (713) 229-1234
                                   Fax:   (713) 229-7152

                                   Michael C. Smith
                                   Texas State Bar No. 18650410
                                   The Roth Law Firm
                                   PO Box 876
                                   115 North Wellington, Suite 200
                                   Marshall, TX 75670
                                   Tel:   (903) 935-1665
                                   Fax:   (903) 935-1797

                                   ATTORNEYS FOR DEFENDANTS, TOSHIBA
                                   CORPORATION, TOSHIBA AMERICA, INC.,
                                   TOSHIBA AMERICA ELECTRONIC
                                   COMPONENTS, INC., TOSHIBA AMERICA
                                   INFORMATION SYSTEMS, INC., AND
                                   TOSHIBA AMERICA CONSUMER PRODUCTS,
                                   LLC

3994614.1
53259.1

DATED: August 22, 2007　　　　By:　<u>James H. Wallace, Jr. by permission ELD</u>
Carl R. Roth
Texas Bar No. 901984552
cr@rothfirm.com
Michael C. Smith
Texas Bar No. 900641877
ms@rothfirm.com
THE ROTH LAW FIRM, P.C.
115 North Wellington, Suite 200
P.O. Box 876
Marshall, Texas 75671
Tel: (903) 935-1665
Fax: (903) 935-1797

James H. Wallace, Jr.
DC Bar No. 016113
jwallace@wrf.com
Gregory E. Lyons
DC Bar No. 016113
jwallace@wrf.com
Gregory E. Lyons
DC Bar No. 436071
glyons@wrf.com
Kevin P. Anderson
DC Bar No. 476504
kanderson@wrf.com
WILEY REIN& FIELDING LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049

COUNSEL FOR ARM LTD. and ARM, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 22nd day of August, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/Elizabeth L. DeRieux