IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and PATRIOT SCIENTIFIC CORP., § § § Plaintiffs, § § v. § MATSUSHITA ELECTRICAL § INDUSTRIAL CO., LTD., ET AL., § § Defendants. § § § | CIVIL ACTION NO. 2:05-CV-494 (TJW) |

## ORDER

Before the court is Plaintiff's Unopposed Motion to Withdraw "Plaintiff Technology Properties LTD.'s Motion to Strike Defendant Matsushita Electrical Industrial Co., Ltd.'s Invalidity Contentions Based on Obviousness" (Docket Entry No. 295). The Motion is GRANTED. Plaintiff Technology Properties LTD.'s Motion to Strike Defendant Matsushita Electrical Industrial Co., Ltd.'s Invalidity Contentions Based on Obviousness (Docket Entry No. 282) is hereby withdrawn.

It is so ORDERED.

SIGNED this 24th day of August, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE