IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LTD., ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 2:05-CV-494 |
| MATSUSHITA ELECTRIC INDUS. CO., LTD., ET AL. | § | |

### ORDER AND PARTIAL JUDGMENT OF NON-INFRINGEMENT

On this day came on to be heard Plaintiffs' and Defendants' Stipulation of Partial Judgment of Non-Infringement of U.S. Patent No. 5,784,584 ("the '584 patent") pursuant to F.R.C.P. 54(b). The court, after considering the Stipulation, finds that good cause exists and renders judgment as follows:

Pursuant to Federal Rule of Civil Procedure 54(b), this court finds that there is no just reason for delay and renders judgment in favor of all defendants of non-infringement of claim 29 of the '584 patent. In addition, the court finds that there is no just reason for delay and renders judgment in favor of defendants ARM Ltd. and ARM, Inc. (collectively "ARM") of non-infringement as to all claims asserted against ARM. Finally, although it is understood that the defendants have additional non-infringement arguments, invalidity arguments, equitable arguments, and other defenses and counterclaims, there is no need to reach these issues in view of the non-infringement judgment, and all counterclaims by the defendants with regard to declaratory judgment of alleged non-infringement, invalidity and/or unenforceability of the '584 patent are dismissed without prejudice.

All parties shall bear their own attorneys fees and costs.

    The clerk of court shall enter partial judgment in accordance herewith.

    SIGNED this 12th day of September, 2007.

                                                               _____
                                                               T. JOHN WARD
                                                                UNITED STATES DISTRICT JUDGE