UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| Technology Properties Limited and Patriot Scientific Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Matsushita Electrical Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Electronics America, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLC,<br><br>Defendants. | § Case No.   2:05-CV-00494 (TJW)<br>§<br>§ **JURY DEMANDED**<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**STIPULATION TO DISMISS NEC ELECTRONICS AMERICA, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Plaintiffs Technology Properties Limited ("TPL") and Patriot Scientific Corporation ("Patriot") and Defendant NEC Electronics America, Inc. ("NECELAM") (collectively, "the Parties"), having resolved the issues between them, hereby stipulate and agree, through their respective counsel, that the remaining claims among these parties shall be dismissed, with each party bearing its own costs and attorneys' fees.  Plaintiffs' claims shall be dismissed with prejudice and Defendant NECELAM's counterclaims shall be dismissed without prejudice.

DATED:  December 17, 2007         By:  /s/   Roger L. Cook

    TOWNSEND and TOWNSEND and CREW LLP
    Roger L. Cook, CA State Bar No. 55208
      Lead Counsel
      rlcook@townsend.com
    Eric P. Jacobs, CA State Bar No. 88413
      epjacobs@townsend.com
    Two Embarcadero Center, 8th Floor
    San Francisco, CA 94111
    Telephone:  (415) 576-0200
    Facsimile:  (415) 576-0300

    Iris Sockel Mitrakos
    TOWNSEND and TOWNSEND and CREW LLP
    Iris Sockel Mitrakos, CA State Bar No. 190162
      ismitrakos@townsend.com
    12730 High Bluff Drive, Suite 400
    San Diego, CA 92130
    Telephone:  (858) 350-6100
    Facsimile:   (858) 350-6111

    S. Calvin Capshaw, State Bar No. 03783900
    BROWN McCARROLL, LLP
    1127 Judson Road, Suite 220
    P.O. Box 3999
    Longview, TX 75601-5157
    Telephone:  (903) 236-9800
    Facsimile:  (903) 236-8787
      ccapshaw@mailbmc.com

        JONES AND JONES INC., P.C.
Franklin Jones, Jr. (State Bar No. 00000055)
    maizieh@millerfirm.com
201 West Houston Street, P.O. Drawer 1249
Marshall, TX  75671-1249
Telephone:  (903) 938-4395
Facsimile:  (903) 938-3360

IRELAND CARROLL AND KELLEY, P.C.
Otis W. Carroll, State Bar No. 03895700
    nancy@icklaw.com
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, TX 75711
Telephone:  (903) 561-1600
Facsimile:  (903) 561-1071

Attorneys for Plaintiff and Counterdefendant
TECHNOLOGY PROPERTIES LIMITED

DATED:  December 17, 2007      By:  /s/   Charles T. Hoge

KIRBY NOONAN LANCE & HOGE LLP
Charles T. Hoge  CA Bar No. 110696
choge@knlh.com
600 West Broadway, Suite 1100
San Diego, CA  92101
Tel:  619-231-8666
Fax: 619-231-9593

LAW OFFICES OF ROBERT M. PARKER
Charles L. Ainsworth  State Bar No. 00783521
charley@pbatyler.com
Robert Christopher Bunt State Bar No. 00787165
rcbunt@pbatyler.com
100 East Ferguson, Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: 903-533-968

Attorneys for Plaintiff and Counterdefendant
PATRIOT SCIENTIFIC CORPORATION

|  |  |
|---|---|
| DATED:  December 17, 2007 | By:  /s/  Lisa S Mankofsky<br>FOLEY & LARDNER LLP<br>John J. Feldhaus<br>    jfeldhaus@foley.com<br>Lisa S. Mankofsky<br>    lmankofsky@foley.com<br>Anthony H. Son<br>    ason@foleylaw.com<br>3000 K Street, N.W., Suite 500<br>Washington, D.C.  20007-5109<br>Telephone: 202-672-5300<br>Facsimile:  202-672-5399<br><br>GUY N. HARRISON<br>    cj-gnharrison@att.net<br>Attorney at Law<br>P.O. Box 1348<br>217 N. Center<br>Longview, TX  75601<br>Telephone:  903-758-7361<br>Facsimile:  903-753-9557<br><br>BECK, REDDEN & SECREST, LLP<br>Joe W. Redden, Jr.<br>    jredden@brsfirm.com<br>One Houston Center<br>1221 McKinney St., Suite 4500<br>Houston, TX  77010-2020<br>Telephone:  713-951-3700<br>Facsimile:  713-951-3720<br><br>Attorneys for Defendant/Counterclaim Plaintiff NEC Electronics America, Inc. |

61236335 v1

## **CERTIFICATE OF SERVICE**

     I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                            /s/ Roger L. Cook  
                                            Roger L. Cook

61236335 v1