UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION DIVISION

| | |
|---|---|
| Technology Properties Limited and Patriot Scientific Corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Matsushita Electrical Industrial Co., Ltd., Panasonic Corporation of North America, JVC Americas Corporation, NEC Electronics America, Inc., Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc. and Toshiba America Consumer Products, LLD,<br><br>　　　　　　Defendants. | § Case No.　2:05-CV-00494 (TJW)<br>§<br>§ **JURY DEMANDED**<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER FOR DISMISSAL**

The Parties, Plaintiffs Technology Properties Limited ("TPL") and Patriot Scientific Corporation ("Patriot") and Defendants Matsushita Electric Industrial Co., Ltd. ("Matsushita"), Panasonic Corporation of North America ("Panasonic"), JVC Americas Corporation ("JVCA"), Toshiba Corporation ("Toshiba"), Toshiba America, Inc. ("TAI"), Toshiba America Electronic Components, Inc. ("TAEC"), Toshiba America Information Systems, Inc. ("TAIS") and Toshiba America Consumer Products, LLC ("TACP"), have resolved the issues between them. For good cause, this Court hereby approves the Stipulation for Dismissal and Orders that the remaining claims among these parties shall be dismissed, with each party bearing its own costs and attorneys' fees. Plaintiffs' claims are hereby dismissed with prejudice and Defendant TAEC's counterclaims are dismissed without prejudice.

The Court expressly retains jurisdiction for purposes of enforcing the Agreement and the

Memorandum of Understanding, the terms of which are hereby incorporated by reference. The Agreement, which incorporates the Memorandum of Understanding, is attached hereto, under seal, as Exhibit A.

    SIGNED this 20th day of December, 2007.

                                                   _____
                                                   T. JOHN WARD
                                                   UNITED STATES DISTRICT JUDGE