UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| Technology Properties Limited and Patriot Scientific Corporation, | § § § | Case No.    2:05-CV-00494 (TJW) |
| | § | **JURY DEMANDED** |
| Plaintiffs, | § § | |
| v. | § § | |
| | § | |
| Matsushita Electrical Industrial Co., Ltd., | § | |
| Panasonic Corporation of North America, JVC | § | |
| Americas Corporation, NEC Electronics | § | |
| America, Inc., Toshiba Corporation, Toshiba | § | |
| America, Inc., Toshiba America Electronic | § | |
| Components, Inc., Toshiba America | § | |
| Information Systems, Inc. and Toshiba America | § | |
| Consumer Products, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER FOR DISMISSAL OF NEC ELECTRONICS AMERICA, INC.**

Plaintiffs Technology Properties Limited and Patriot Scientific Corporation and

Defendant NEC Electronics America, Inc. ("NECELAM") have resolved the issues between

them.  For good cause, this Court

HEREBY ORDERS that the remaining claims between these parties shall be dismissed,

with each party bearing its own costs and attorneys' fees; and

FURTHER ORDERS that Plaintiffs' claims against NECELAM are hereby dismissed

with prejudice and Defendant NECELAM's counterclaims are dismissed without prejudice.

SIGNED this 20th day of December, 2007.

_____

T. JOHN WARD
UNITED STATES DISTRICT JUDGE

61236345 v1